Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)
Michael Barnett, TX Bar No. 24006801
E. Eric Elmore, NY Bar (No Number)
Justin Epner, DC Bar No. 1028431
Sean D. Hughto, DC Bar No. 421224
Frances Anne Johnson, MD Bar (No Number)
Andrew Lowdon, DC Bar No. 230095
Kristian Rogers, MA Bar No. 675951
Anthony R. Saunders, NJ Bar No. 008032001
Timothy Singer, DC Bar No. 1048769
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381
*adennis@ftc.gov; pbayer@ftc.gov:
jgoodman@ftc.gov; jbalbach@ftc.gov;
mbarnett@ftc.gov; eelmore@ftc.gov;
jepner@ftc.gov; shughto@ftc.gov;
fjohnson@ftc.gov; alowdon@ftc.gov;
krogers@ftc.gov; asaunders@ftc.gov;
tsinger@ftc.gov*

Erika Wodinsky, CA Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
*ewodinsky@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | Case No. 3:22-cv-04325-EJD |
| v. | **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| **META PLATFORMS, INC.,** | |
| **MARK ZUCKERBERG,** | |
| and | |
| **WITHIN UNLIMITED, INC.,** | |
| Defendants. | |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully submits this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's Complaint for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 1).

Certain portions of Plaintiff's Complaint contain information obtained from Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") during the course of the FTC's non-public investigation regarding Meta's proposed acquisition of Within. Meta and Within designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Accordingly, Plaintiff seeks to file under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Complaint for a Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act | Highlighted in Yellow | Meta and Within |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Plaintiff has redacted the yellow-highlighted portions of its Complaint because Meta or Within has designated the information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Plaintiff takes no position on the merits of sealing Meta's and Within's designated material, and expects Meta and/or Within to file one or more declarations in accordance with the Local Rule 79-5(f)(3).

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the Complaint for a Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act accompany this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Plaintiff will serve this Administrative Motion on all defendants and will file a Certificate of Service after doing so.

Dated: July 27, 2022                                    Respectfully Submitted,

/s/ Abby L. Dennis
Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Kristian Rogers
Anthony R. Saunders
Timothy Singer

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Counsel for Plaintiff Federal Trade Commission*