Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)
Michael Barnett, TX Bar No. 24006801
E. Eric Elmore, NY Bar (No Number)
Justin Epner, DC Bar No. 1028431
Sean D. Hughto, DC Bar No. 421224
Frances Anne Johnson, MD Bar (No Number)
Andrew Lowdon, DC Bar No. 230095
Kristian Rogers, MA Bar No. 675951
Anthony R. Saunders, NJ Bar No. 008032001
Timothy Singer, DC Bar No. 1048769
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381
*adennis@ftc.gov; pbayer@ftc.gov:
jgoodman@ftc.gov; jbalbach@ftc.gov;
mbarnett@ftc.gov; eelmore@ftc.gov;
jepner@ftc.gov; shughto@ftc.gov;
fjohnson@ftc.gov; alowdon@ftc.gov;
krogers@ftc.gov; asaunders@ftc.gov;
tsinger@ftc.gov*

Erika Wodinsky, CA Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
*ewodinsky@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | |
| v. | Case No. 3:22-cv-04325-EJD |
| **META PLATFORMS, INC.,** | **CERTIFICATE OF SERVICE** |
| **MARK ZUCKERBERG,** | |
| and | |
| **WITHIN UNLIMITED, INC.,** | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2022, I served a true and correct copy of

    (1) PROPOSED CIVIL SUMMONS ISSUED TO META PLATFORMS, INC.
    (2) PROPOSED CIVIL SUMMONS ISSUED TO WITHIN UNLIMITED, INC.
    (3) PLAINTIFF FEDERAL TRADE COMMISSION'S NOTICE OF MOTION AND EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER; MEMORANDUM OF POINTS AND AUTHORITIES (REDACTED)
    (4) PROPOSED ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER
    (5) DECLARATION OF JENNIFER SNYDER IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER (REDACTED)
    (6) DECLARATION OF JUSTIN EPNER IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER (REDACTED)
    (7) ATTACHMENTS TO DECLARATION OF JUSTIN EPNER IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER (REDACTED)
    (8) PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
    (9) PROPOSED ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
    (10) SEALED COMPLAINT FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION PURSANT TO SECTION 13(B) OF THE FEDERAL TRADE COMMISSION ACT
    (11) PLAINTIFF FEDERAL TRADE COMMISSION'S SEALED NOTICE OF MOTION AND EMERGENCY MOTION FOR TEMPRORARY RESTRAINING ORDER; MEMORANDUM OF POINTS OF AUTHORITIES
    (12) SEALED DECLARATION OF JENNIFER SNYDER IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER
    (13) SEALED DECLARATION OF JUSTIN EPNER IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER
    (14) SEALED ATTACHMENTS TO DECLARATION OF JUSTIN EPNER IN SUPPORT OF PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

Michael R. Moiseyev
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Tel.: (202) 682-7235
Email: michael.moiseyev@weil.com

*Counsel for Defendant Meta Platforms, Inc.*

Logan M. Breed
HOGAN LOVELLS
555 Thirteenth Street, NW
Washington, DC 20004
Tel.: (202) 637-6407
Email: logan.breed@hoganlovells.com

*Counsel for the Defendant Within Unlimited, Inc.*

/s/ Abby L. Dennis
Abby L. Dennis
Senior Trial Counsel
Federal Trade Commission
Bureau of Competition
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381
Email: adennis@ftc.gov

*Attorney for Plaintiff
Federal Trade Commission*

CERTIFICATE OF SERVICE

Case No. 3:22-cv-04325-EJD