**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.,** <br><br> **MARK ZUCKERBERG,** <br><br> and <br><br> **WITHIN UNLIMITED, INC.,** <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER** |

Plaintiff, the Federal Trade Commission (the "Commission"), filed its Complaint and Emergency Motion for a Temporary Restraining Order on July 27, 2022, seeking, among other relief, a temporary restraining order enjoining Defendants Meta Platforms, Inc. ("Meta"), Mark Zuckerberg, and Within Unlimited, Inc. ("Within") from consummating a proposed transaction (the "Acquisition") described in an October 22, 2021 Agreement and Plan of Merger. Absent this Stipulation, Meta and Within would be free to consummate the proposed Acquisition after 8:59 p.m. Pacific Time on July 31, 2022.

Pursuant to Local Rule 7-12 and this Stipulation, Meta and Within agree that they will not consummate the proposed Acquisition until after August 6, 2022 at 11:59 p.m. Pacific Time to permit Meta, Within and the Commission (collectively "the Parties") to seek an agreement on a scheduling and case management order that would obviate the need for a ruling on Plaintiff's Emergency Motion for a Temporary Restraining Order (Dkt. 11). Further, if this Court determines a hearing is necessary on Plaintiff's Emergency Motion for a Temporary Restraining Order, the Commission, Meta, and Within respectfully request that such hearing occur after August 3 to facilitate the Parties' discussions. The Commission, Meta, and Within further respectfully request that any such hearing be conducted via Zoom Meetings because the Commission's Motion and supporting papers include confidential information concerning Meta and Within.

PURSUANT TO STIPULATION, IT IS SO ORDERED: Defendants Meta Platforms, Inc., and Within Unlimited, Inc. shall not close or consummate the proposed Acquisition until after August 6, 2022 at 11:59 p.m. Pacific Time.

Dated: _____, 2022

_____
Honorable Edward J. Davila
United States District Judge
Northern District of California

| | |
|---|---|
| Dated: July 28, 2022 | Respectfully submitted,<br><br>/s/ *Abby L. Dennis*<br>Abby L. Dennis<br>Peggy Bayer Femenella<br>Joshua Goodman<br>Jeanine Balbach<br>Michael Barnett<br>E. Eric Elmore<br>Justin Epner<br>Sean D. Hughto<br>Frances Anne Johnson<br>Andrew Lowdon<br>Kristian Rogers<br>Anthony R. Saunders<br>Timothy Singer<br><br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel: (202) 326-2381<br><br>Erika Wodinsky<br><br>Federal Trade Commission<br>90 7th Street, Suite 14-300<br>San Francisco, CA 94103<br><br>*Counsel for Plaintiff Federal Trade Commission*<br><br>/s/ *Michael R. Moiseyev*<br>Weil, Gotshal & Manges LLP<br>2001 M Street, NW Suite 600<br>Washington, DC 20036<br>Tel: (202) 682-7000<br><br>*Counsel for Defendant Meta Platforms, Inc.*<br><br>/s/ *Logan M. Breed*<br>Hogan Lovells LLP<br>Columbia Square<br>555 Thirteenth Street, NW<br>Washington, DC 20004<br>Tel: (202) 637-5407<br><br>*Counsel for Defendant Within Unlimited, Inc.* |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:22-CV-04325-EJD