MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Attorneys for Defendant META PLATFORMS, INC.

ABBY L. DENNIS (DC Bar No. 994476)
adennis@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone:  (202) 326-2381
Attorneys for Plaintiffs

CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 200
Menlo Park, CA  94025
Telephone:  (650) 463-4000
Attorneys for Defendant WITHIN UNLIMITED, INC.

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE STATEMENT IN SUPPORT OF PLAINTIFF'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Dept.:  Courtroom 4 – 5th Floor<br>Judge:  Honorable Edward J. Davila |

1    Pursuant to Civil Local Rule 6-2(a), Plaintiff Federal Trade Commission and Defendants Meta
2  Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") (collectively, "the Parties"), stipulate as
3  follows:
4    WHEREAS, on July 27, 2022, Plaintiff Federal Trade Commission filed a Complaint for a
5  Temporary Restraining Order and Preliminary Injunction (the "Complaint") (ECF No. 1);
6    WHEREAS, Plaintiff Federal Trade Commission redacted certain confidential information of
7  Defendants from the Complaint that was filed on the public docket;
8    WHEREAS, on July 27, 2022, Plaintiff Federal Trade Commission filed an Administrative
9  Motion to Consider Whether Another Party's Material Should be Sealed ("Plaintiff's Motion") (ECF
10 No. 12);
11   WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), Defendants have seven days from the
12 Motion's filing to file a statement and/or a declaration in support of Plaintiff's Motion;
13   WHEREAS, the Complaint contains more than 90 redactions of potentially confidential
14 information;
15   WHEREAS, Defendants need additional time to carefully review the source of the information
16 in each redaction and draft any necessary statement and/or declaration(s) in support of Plaintiff's Motion;
17   WHEREAS, there have been no previous modifications to deadlines in this case;
18   WHEREAS, this stipulated extension will not affect any other existing case deadline.
19   NOW THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties through their respective
20 counsel hereby stipulate as follows:
21   1.    Defendants shall file any necessary statement(s) and/or declaration(s) in support of
22 Plaintiff's Motion by Wednesday, August 10, 2022.
23   IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
24 Dated: August 3, 2022                    Respectfully submitted,
25                                          FEDERAL TRADE COMMISSION
26
                                            By:  /s/ Abby L. Dennis
27                                               ABBY L. DENNIS
28                                          Abby L. Dennis (DC Bar No. 994476)
                                            adennis@ftc.gov; pbayer@ftc.gov

STIPULATION AND [PROPOSED] ORDER FOR AN                        CASE NO. 5:22-CV-04325-EJD
EOT TO FILE STMT ISO OF SEALING MATERIAL

Peggy Bayer Femenella (DC Bar No. 472770)
pbayer@ftc.gov
Joshua Goodman
jgoodman@ftc.gov
Jeanine Balbach
jbalbach@ftc.gov
Michael Barnett (TX Bar No. 24006801)
mbarnett@ftc.gov
E. Eric Elmore
eelmore@ftc.gov
Justin Epner (DC Bar No. 1028431)
jepner@ftc.gov
Sean D. Hughto (DC Bar No. 421224)
shughto@ftc.gov
Frances Anne Johnson
fjohnson@ftc.gov
Andrew Lowdon (DC Bar No. 230095)
alowdon@ftc.gov
Kristian Rogers (MA Bar No. 675951)
krogers@ftc.gov
Anthony R. Saunders (NJ Bar No. 008032001)
asaunders@ftc.gov
Timothy Singer (DC Bar No. 1048769)
tsinger@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

ERIKA WODINSKY (Bar No. 091700)
ewodinsky@ftc.gov
90 7th Street, Suite 14-300
San Francisco, CA 94103
Telephone: (415) 848-5190
Facsimile: (415) 848-5184

Attorneys for Plaintiffs

Dated: August 3, 2022

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP


By: */s/ Bambo Obaro*
        BAMBO OBARO

BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com

| | |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
| 2 | 2001 M Street, NW, Suite 600 |
|   | Washington, DC 20036 |
| 3 | Telephone: (202) 682-7000 |
|   | Facsimile: (202) 857-0940 |
| 4 | |
|   | DIANE P. SULLIVAN (*pro hac vice* forthcoming) |
| 5 | diane.sullivan@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 6 | 17 Hulfish Street, Suite 201 |
|   | Princeton, NJ  08542 |
| 7 | Telephone: (609) 986-1100 |
|   | Facsimile:  (609) 986-1199 |
| 8 | |
|   | CHANTALE FIEBIG (*pro hac vice*) |
| 9 | chantale.fiebig@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 10 | 2001 M Street, NW, Suite 600 |
|    | Washington, DC  20036 |
| 11 | Telephone:  (202) 682-7000 |
|    | Facsimile: (202) 857-0940 |
| 12 | |
|    | ERIC S. HOCHSTADT (*pro hac vice*) |
| 13 | eric.hochstadt@weil.com |
|    | WEIL, GOTSHAL & MANGES LLP |
| 14 | 767 Fifth Avenue |
|    | New York, NY 10153 |
| 15 | Telephone: (212) 310-8000 |
|    | Facsimile: (212) 310-8007 |
| 16 | |
|    | Attorneys for Defendant META PLATFORMS, INC. |
| 17 | |
| 18 | Dated: August 3, 2022                Respectfully submitted, |
| 19 | HOGAN LOVELLS US LLP |
| 20 | |
|    | By:  */s/ Christopher J. Cox* |
| 21 |             CHRISTOPHER J. COX |
| 22 | CHRISTOPHER J. COX (Bar No. 151650) |
|    | chris.cox@hoganlovells.com |
| 23 | HOGAN LOVELLS US LLP |
|    | 4085 Campbell Avenue, Suite 200 |
| 24 | Menlo Park, CA  94025 |
|    | Telephone:  (650) 463-4000 |
| 25 | |
|    | LOGAN M. BREED (*pro hac vice*) |
| 26 | logan.breed@hoganlovells.com |
|    | CHARLES A. LOUGHLIN (*pro hac vice*) |
| 27 | chuck.loughlin@hoganlovells.com |
|    | LAUREN BATTAGLIA (*pro hac vice*) |
| 28 | lauren.battaglia@hoganlovells.com |
|    | HOGAN LOVELLS US LLP |

555 13th St. NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Attorneys for Defendant WITHIN UNLIMITED, INC.

## ATTESTATION

I, Bambo Obaro, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(h)(3), I attest that concurrence in this filing has been obtained from the other signatories above.

By: /s/ Bambo Obaro

## PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____

Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE