MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
Attorneys for Defendant META PLATFORMS, INC.

ABBY L. DENNIS (DC Bar No. 994476)
adennis@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2381
Attorneys for Plaintiffs

CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
4085 Campbell Avenue, Suite 200
Menlo Park, CA 94025
Telephone: (650) 463-4000
Attorneys for Defendant WITHIN UNLIMITED, INC.

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, <br><br> Plaintiff, <br> v. <br><br> META PLATFORMS, INC., et al., <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE STATEMENT IN SUPPORT OF PLAINTIFF'S MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Dept.: Courtroom 4 – 5th Floor <br> Judge: Honorable Edward J. Davila |

1   Pursuant to Civil Local Rule 6-2(a), Plaintiff Federal Trade Commission and Defendants Meta
2   Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") (collectively, "the Parties"), stipulate as
3   follows:
4   WHEREAS, on July 27, 2022, Plaintiff Federal Trade Commission filed a Complaint for a
5   Temporary Restraining Order and Preliminary Injunction (the "Complaint") (ECF No. 1);
6   WHEREAS, Plaintiff Federal Trade Commission redacted certain confidential information of
7   Defendants from the Complaint that was filed on the public docket;
8   WHEREAS, on July 27, 2022, Plaintiff Federal Trade Commission filed an Administrative
9   Motion to Consider Whether Another Party's Material Should be Sealed ("Plaintiff's Motion") (ECF
10  No. 12);
11  WHEREAS, pursuant to Civil Local Rule 79-5(f)(3), Defendants have seven days from the
12  Motion's filing to file a statement and/or a declaration in support of Plaintiff's Motion;
13  WHEREAS, the Complaint contains more than 90 redactions of potentially confidential
14  information;
15  WHEREAS, Defendants need additional time to carefully review the source of the information
16  in each redaction and draft any necessary statement and/or declaration(s) in support of Plaintiff's Motion;
17  WHEREAS, there have been no previous modifications to deadlines in this case;
18  WHEREAS, this stipulated extension will not affect any other existing case deadline.
19  NOW THEREFORE, pursuant to Civil Local Rule 6-2(a), the Parties through their respective
20  counsel hereby stipulate as follows:
21  1.   Defendants shall file any necessary statement(s) and/or declaration(s) in support of
22  Plaintiff's Motion by Wednesday, August 10, 2022.
23  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
24  Dated: August 3, 2022                    Respectfully submitted,
25                                           FEDERAL TRADE COMMISSION
26
                                             By:  /s/ Abby L. Dennis
27                                                 ABBY L. DENNIS
28                                           Abby L. Dennis (DC Bar No. 994476)
                                             adennis@ftc.gov; pbayer@ftc.gov

|   |   |
|---|---|
| 1 | Peggy Bayer Femenella (DC Bar No. 472770) |
|   | pbayer@ftc.gov |
| 2 | Joshua Goodman |
|   | jgoodman@ftc.gov |
| 3 | Jeanine Balbach |
|   | jbalbach@ftc.gov |
| 4 | Michael Barnett (TX Bar No. 24006801) |
|   | mbarnett@ftc.gov |
| 5 | E. Eric Elmore |
|   | eelmore@ftc.gov |
| 6 | Justin Epner (DC Bar No. 1028431) |
|   | jepner@ftc.gov |
| 7 | Sean D. Hughto (DC Bar No. 421224) |
|   | shughto@ftc.gov |
| 8 | Frances Anne Johnson |
|   | fjohnson@ftc.gov |
| 9 | Andrew Lowdon (DC Bar No. 230095) |
|   | alowdon@ftc.gov |
| 10 | Kristian Rogers (MA Bar No. 675951) |
|   | krogers@ftc.gov |
| 11 | Anthony R. Saunders (NJ Bar No. 008032001) |
|   | asaunders@ftc.gov |
| 12 | Timothy Singer (DC Bar No. 1048769) |
|   | tsinger@ftc.gov |
| 13 | FEDERAL TRADE COMMISSION |
|   | 600 Pennsylvania Avenue, NW |
| 14 | Washington, DC 20580 |
|   | Tel: (202) 326-2381 |
| 15 |   |
|   | ERIKA WODINSKY (Bar No. 091700) |
| 16 | ewodinsky@ftc.gov |
|   | 90 7th Street, Suite 14-300 |
| 17 | San Francisco, CA 94103 |
|   | Telephone: (415) 848-5190 |
| 18 | Facsimile: (415) 848-5184 |
| 19 | Attorneys for Plaintiffs |
| 20 | Dated: August 3, 2022                              Respectfully submitted, |
| 21 | WEIL, GOTSHAL & MANGES LLP |
| 22 |   |
|   | By:  */s/ Bambo Obaro* |
| 23 |           BAMBO OBARO |
| 24 | BAMBO OBARO (Bar No. 267683) |
|   | bambo.obaro@weil.com |
| 25 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway, 6th Floor |
| 26 | Redwood Shores, CA 94065-1134 |
|   | Telephone: (650) 802-3000 |
| 27 | Facsimile: (650) 802-3100 |
| 28 | MICHAEL MOISEYEV (*pro hac vice*) |
|   | michael.moiseyev@weil.com |

|   |   |
|---|---|
| 1 | WEIL, GOTSHAL & MANGES LLP |
|   | 2001 M Street, NW, Suite 600 |
| 2 | Washington, DC 20036 |
|   | Telephone: (202) 682-7000 |
| 3 | Facsimile: (202) 857-0940 |
| 4 | DIANE P. SULLIVAN (*pro hac vice* forthcoming) |
| 5 | diane.sullivan@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 6 | 17 Hulfish Street, Suite 201 |
|   | Princeton, NJ  08542 |
| 7 | Telephone: (609) 986-1100 |
|   | Facsimile:  (609) 986-1199 |
| 8 |   |
|   | CHANTALE FIEBIG (*pro hac vice*) |
| 9 | chantale.fiebig@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 10 | 2001 M Street, NW, Suite 600 |
|   | Washington, DC  20036 |
| 11 | Telephone:  (202) 682-7000 |
|   | Facsimile: (202) 857-0940 |
| 12 |   |
|   | ERIC S. HOCHSTADT (*pro hac vice*) |
| 13 | eric.hochstadt@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 14 | 767 Fifth Avenue |
|   | New York, NY 10153 |
| 15 | Telephone: (212) 310-8000 |
|   | Facsimile: (212) 310-8007 |
| 16 |   |
|   | Attorneys for Defendant META PLATFORMS, INC. |
| 17 |   |
| 18 | Dated: August 3, 2022        Respectfully submitted, |
| 19 | HOGAN LOVELLS US LLP |
| 20 |   |
|   | By:  */s/ Christopher J. Cox* |
| 21 |         CHRISTOPHER J. COX |
| 22 | CHRISTOPHER J. COX (Bar No. 151650) |
|   | chris.cox@hoganlovells.com |
| 23 | HOGAN LOVELLS US LLP |
|   | 4085 Campbell Avenue, Suite 200 |
| 24 | Menlo Park, CA  94025 |
|   | Telephone:  (650) 463-4000 |
| 25 |   |
|   | LOGAN M. BREED (*pro hac vice*) |
| 26 | logan.breed@hoganlovells.com |
|   | CHARLES A. LOUGHLIN (*pro hac vice*) |
| 27 | chuck.loughlin@hoganlovells.com |
|   | LAUREN BATTAGLIA (*pro hac vice*) |
| 28 | lauren.battaglia@hoganlovells.com |
|   | HOGAN LOVELLS US LLP |

555 13th St. NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Attorneys for Defendant WITHIN UNLIMITED, INC.

## ATTESTATION

I, Bambo Obaro, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(h)(3), I attest that concurrence in this filing has been obtained from the other signatories above.

By: /s/ Bambo Obaro

## ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 4, 2022

Hon. Edward J. Davila
UNITED STATES DISTRICT JUDGE