UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

vs.

**META PLATFORMS, INC.**, et al

    Defendants.

Case No. 5:22-cv-04325-EJD

**JOINT STIPULATION AND [PROPOSED] ORDER RE: TEMPORARY RESTRAINING ORDER**
(CIVIL LOCAL RULE 7-12)

    In light of the enforcement action the Federal Trade Commission ("FTC") filed on July 27, 2022, seeking to enjoin the proposed transaction of Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") (the "Proposed Transaction"), Meta, Within, and the FTC hereby stipulate to a Temporary Restraining Order in federal district court stating that:

    a. Meta and Within shall not close or consummate the Proposed Transaction until after 11:59 PM Eastern Time on December 31, 2022, or until the first (1st) business day after the District Court rules on the FTC's request for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, whichever occurs earlier in time; and

    b. In connection with the paragraph immediately above, Meta and Within shall take any and all reasonable and practicable steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from closing or consummating, directly or indirectly, the Proposed Transaction; and

    c. In computing any period of time specified in this attachment, the day of the act, event, or default that triggers the period shall be excluded. The term "business day" as used in this attachment refers to any day that is not a Saturday, Sunday, or federal holiday.

    The Parties jointly request the issuance of the stipulated Temporary Restraining Order, noting that pursuant to 15 U.S.C. §53(b)(2), should the FTC fail to file an administrative complaint in this matter within twenty (20) days after this stipulation is so ordered, this

stipulation and the corresponding Temporary Restraining Order shall expire automatically and be of no further force and effect.

The Parties further request a scheduling conference before this Court during the week of August 8, 2022, or another convenient time for the Court as soon as possible, to discuss timing for the Preliminary Injunction hearing. Pursuant to this stipulation, the Parties jointly request that the Preliminary Injunction hearing and related decision issued by the Court occur before December 31, 2022 – the date upon which the Temporary Restraining Order stipulated to herein expires.

In stipulating to a Temporary Restraining Order, Meta, Within, and the FTC do not waive any objections, arguments, or protections, and otherwise expressly reserve all rights.

**IT IS SO STIPULATED**, through Counsel of Record.

Date: August 4, 2022

| | |
|---|---|
| By: /s/ Abby L. Dennis | By: /s/ Bambo Obaro |
| Abby L. Dennis<br>Peggy Bayer Femenella<br>Joshua Goodman<br>Jeanine Balbach<br>Michael Barnett<br>E. Eric Elmore<br>Justin Epner<br>Sean D. Hughto<br>Frances Anne Johnson<br>Andrew Lowdon<br>Kristian Rogers<br>Anthony R. Saunders<br>Timothy Singer<br><br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel: (202) 326-2381<br><br>Erika Wodinsky<br>90 7th Street, Suite 14-300<br>San Francisco, CA 94103<br>Tel: (415) 848-5190<br><br>Attorneys for Plaintiff Federal Trade Commission | Bambo Obaro, CA Bar No. 267683<br>bambo.obaro@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway, 6th Floor<br>Redwood Shores, CA 94065-1134<br>Telephone: (650) 802-3000<br><br>Chantale Fiebig, DC Bar No. 487671<br>chantale.fiebig@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: (202) 682-7200<br><br>Eric S. Hochstadt, NY Bar No. 4222683<br>eric.hochstadt@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8538<br><br>Counsel for Defendant Meta Platforms, Inc. |

JOINT STIPULATION AND [PROPOSED] ORDER RE: TEMPORARY RESTRAINING ORDER
CASE NO. 5:22-CV-04325-EJD

By: /s/ Christopher J. Cox
Christopher J. Cox, CA Bar No. 151650
chris.cox@hoganlovells.com
Hogan Lovells US LLP
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000

Logan M. Breed, DC Bar No. 479628
Charles A. Loughlin, DC Bar No. 448219
Lauren Battaglia, DC Bar No. 1007093
logan.breed@hoganlovells.com
chuck.loughlin@hoganlovells.com
lauren.battaglia@hoganlovells.com
(202) 637-6407
(202) 637-5661
(202) 637-5761
Hogan Lovells US LLP
555 13th St. NW
Washington, DC 20004

Counsel for Defendant Within Unlimited, Inc.

# FILER'S ATTESTATION

I, Abby Dennis, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(h)(3), I attest that concurrence in this filing has been obtained from the other signatories above.

By: /s/ Abby Dennis

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION**, IT IS SO ORDERED

The Parties are ordered to appear for a remote Case Management Conference on 8/15/2022 at 10:00 a.m.

Dated: _____August 5_____, 2022

_____
Honorable Edward J. Davila
United States District Judge
Northern District of California

JOINT STIPULATION AND [PROPOSED] ORDER RE: TEMPORARY RESTRAINING ORDER
CASE NO. 5:22-CV-04325-EJD