Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)
Michael Barnett, TX Bar No. 24006801
E. Eric Elmore, NY Bar (No Number)
Justin Epner, DC Bar No. 1028431
Sean D. Hughto, DC Bar No. 421224
Frances Anne Johnson, MD Bar (No Number)
Andrew Lowdon, DC Bar No. 230095
Kristian Rogers, MA Bar No. 675951
Anthony R. Saunders, NJ Bar No. 008032001
Timothy Singer, DC Bar No. 1048769
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381
*adennis@ftc.gov; pbayer@ftc.gov:*
*jgoodman@ftc.gov; jbalbach@ftc.gov;*
*mbarnett@ftc.gov; eelmore@ftc.gov;*
*jepner@ftc.gov; shughto@ftc.gov;*
*fjohnson@ftc.gov; alowdon@ftc.gov;*
*krogers@ftc.gov; asaunders@ftc.gov;*
*tsinger@ftc.gov*

Erika Wodinsky, CA Bar No. 091700
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190
*ewodinsky@ftc.gov*

Attorneys for Plaintiff Federal Trade Commission

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

FEDERAL TRADE COMMISSION,

    Plaintiff,

    v.

META PLATFORMS, INC.,

MARK ZUCKERBERG,

and

WITHIN UNLIMITED, INC.,

    Defendants.

Case No. 3:22-cv-04325-EJD

**[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

DENIED

Judge Edward J. Davila

Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to File to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Complaint for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 1).  Having considered the FTC's Administrative Motion and any responsive statement or declaration filed by Defendant Meta Platforms, Inc. ("Meta"), Defendant Mark Zuckerberg and/or Defendant Within Unlimited, Inc. ("Within") pursuant to Civil Local Rule 79-5(f)(3);

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted versions of the FTC's Complaint shall remain under seal.

[x] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of its Complaint within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Plaintiff FTC shall file a revised redacted version of its FTC's Complaint, redacting only the information contained in the following specified paragraphs and/or documents within 7 days entry of this Order.

Dated: _____, 2022

_____
Honorable Edward J. Davila
United States District Judge
Northern District of California

Plaintiff is directed to N.D. Cal. Civil Local Rule 79-5(c)(3), which requires the proposed order to be "narrowly tailored" and "list[] in table format each document or portion thereof that is sought to be sealed."  For this reason, the motion to seal is DENIED.  Plaintiff may renew the motion so as to comply with Rule 79-5 no later than 10 days from the filing of this order.