MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

DIANE P. SULLIVAN (*pro hac vice* pending)
diane.sullivan@weil.com
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
Telephone: (609) 986-1100
Facsimile: (609) 986-1199

Attorneys for Defendant META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>     Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DECLARATION OF JAMES RHILINGER IN SUPPORT OF SEALING CERTAIN CONFIDENTIAL BUSINESS MATERIAL FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL [ECF NOS. 1, 12] [L.R. 79-5(f)(3)]**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

I, James Rhilinger, declare and state as follows:

1. I am Associate General Counsel, Competition and Regulatory at Meta Platforms, Inc. I submit this declaration in accordance with Civil Local Rule 79-5(f)(3) to support the concurrently filed Statement In Support of Sealing Certain Confidential Business Material Filed by Plaintiff Provisionally Under Seal. I have personal knowledge of the matters stated herein, and if called upon to do so, I would testify under oath to these matters.

2. I understand that Meta seeks to maintain under seal the following material contained in the FTC's Complaint (ECF Nos. 1, 12-2). The chart below also includes the specific provisions that Meta requests to be sealed as well as the basis for sealing.

| Document and Paragraph | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| ¶ 4, Lines 2-4. | Lines 2-4 of the information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's VR application sales that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta if the transaction is not consummated that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 5, Line 12. | Line 12 of the information highlighted in yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about VR application sales derived from Meta's confidential data and Meta's strategic evaluation of the competitive landscape that could be used to injure Meta if it were made publicly available. This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 9. | The information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about VR application sales derived from Meta's confidential data and Meta's strategic evaluation of the competitive landscape that could be used to injure Meta if it were made publicly available. This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of |

| Document and Paragraph | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| | | the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 10, Lines 10, 15. | Lines 10 and 15 of the information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about VR application sales derived from Meta's confidential data and Meta's strategic evaluation of the competitive landscape that could be used to injure Meta if it were made publicly available. This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 26. | The information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about the proposed valuation of Within, a private company. That amount reflects the confidential and sensitive analysis of both Meta and Within, and could impact Within's business if the transaction is enjoined. Legitimate private interests warrant the sealing of the Within information in this paragraph, and the unsealing of the information would result in injury to Within and Meta if the transaction is not consummated that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 33. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about the valuation of Beat Games, a private company Meta acquired in 2019. That amount reflects the confidential and sensitive analysis of both Meta and Beat Games that has not been publicly disclosed. The transaction was not was not subject to any regulatory or statutory notification requirements. Legitimate private interests warrant the sealing of the Beat Games information in this paragraph, and the unsealing of the information would result in injury to Meta in future acquisition negotiations that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 36. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document and Paragraph | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| ¶ 39. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 43. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 49. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about VR application sales derived from Meta's confidential data and Meta's strategic evaluation of the competitive landscape that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 52. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 64. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about VR application sales derived from Meta's confidential data and Meta's strategic evaluation of the competitive landscape that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less |

| Document and Paragraph | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| | | restrictive alternative to sealing. |
| ¶ 65. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about VR application sales derived from Meta's confidential data and Meta's strategic evaluation of the competitive landscape that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 75, Lines 22-24. | Lines 22-24 of the information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about the valuation of Within, a private company. That amount reflects the confidential and sensitive analysis of both Meta and Within that was not provided to the public or required to be provided to the public under any regulatory or statutory requirements. Legitimate private interests warrant the sealing of the Within information in this paragraph, and the unsealing of the information would result in injury to Meta and Within in future acquisition negotiations. That could not be avoided through any less restrictive alternative to sealing. |
| ¶ 76. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 84. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 85, Lines 8-9. | Lines 8-9 of the information highlighted yellow in the unredacted Complaint filed with | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. |

| Document and Paragraph | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| | Plaintiff's Motion. | Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 86. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 87. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 88. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 89. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 90. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. |

| Document and Paragraph | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| | | Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 91. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 92. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 93, Lines 19-20. | Lines 19-20 of the information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 94. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 95. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. |

| Document and Paragraph | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| | | Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 96. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 99. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 100. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 104. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about VR application sales derived from Meta's confidential data and Meta's strategic evaluation of the competitive landscape that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 122, Lines 9-10. | Lines 9-10 of the information highlighted yellow in the unredacted | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. |

| Document and Paragraph | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
|  | Complaint filed with Plaintiff's Motion. | Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 124 | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| ¶ 135. | All information highlighted yellow in the unredacted Complaint filed with Plaintiff's Motion. | This paragraph contains non-public information about VR application sales derived from Meta's confidential data and Meta's strategic evaluation of the competitive landscape that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

3. The 34 proposed redactions seek to seal only that information which is competitively sensitive, contained in internal documents only, and cannot be protected from public disclosure through any more restrictive means.

4. The information sought to be redacted contains Meta's business strategy, competitive analysis, financial data not required to be publicly disclosed, market analysis conducted by the FTC utilizing Meta's non-public data, and acquisition-related information that has not been previously publicly disclosed.

5. Disclosure of the redacted information would provide Meta's competitors with private data about Meta's performance and business strategy, which could harm Meta's competitive standing.

I declare under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 10th day of August 2022, in Washington, DC.

           */s/ James Rhilinger*
           JAMES RHILINGER

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Bambo Obaro, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that James Rhilinger concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: August 10, 2022           */s/ Bambo Obaro*
           BAMBO OBARO