Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.,** <br><br> **MARK ZUCKERBERG,** <br><br> and <br><br> **WITHIN UNLIMITED, INC.,** <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully renews its Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's Complaint for a Temporary Restraining Order and Preliminary Injunction (attached hereto, hereinafter "Complaint"). Plaintiff initially filed an Administrative Motion concerning the Complaint on July 27, 2022 (Dkt. No. 12). On August 5, the Court denied Plaintiff's initial Administrative Motion, but stated that "Plaintiff may renew the motion so as to comply with Rule 79-5 no later than 10 days from the filing of this order." (Dkt. No. 57). On August 10, 2022, defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") filed statements and a declaration in support of sealing their respective confidential information (Dkt. Nos. 59, 60).

Certain portions of Plaintiff's Complaint contain information obtained from Meta and Within during the course of the FTC's non-public investigation regarding Meta's proposed acquisition of Within. Meta and Within designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Accordingly, Plaintiff seeks to file under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Complaint | Paragraph 4, Lines 2-4 | Meta |
| Complaint | Paragraph 5, Line 12 | Meta |
| Complaint | Paragraph 9, Line 9 | Meta |
| Complaint | Paragraph 10, Lines 10, 15 | Meta |
| Complaint | Paragraph 26, Line 14 | Meta and Within |
| Complaint | Paragraph 33, Lines 19, 22 | Meta |
| Complaint | Paragraph 36, Portions of Lines 24-27, 1-2, 4-5 | Meta |
| Complaint | Paragraph 39 | Meta |
| Complaint | Paragraph 43 | Meta |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

1

| | | |
|---|---|---|
| Complaint | Paragraph 49 | Meta |
| Complaint | Paragraph 52 | Meta |
| Complaint | Paragraph 64 | Meta |
| Complaint | Paragraph 65 | Meta |
| Complaint | Paragraph 75, Portions of Lines 22-25 | Meta and Within |
| Complaint | Paragraph 76, Lines 27, 1-4 | Meta |
| Complaint | Paragraph 84 | Meta |
| Complaint | Paragraph 85, Lines 8-9 | Meta |
| Complaint | Paragraphs 86-92 | Meta |
| Complaint | Paragraph 93, Lines 19-20 | Meta |
| Complaint | Paragraph 94, Lines 22-23 | Meta |
| Complaint | Paragraphs 95-96 | Meta |
| Complaint | Paragraphs 99-100 | Meta |
| Complaint | Paragraph 104, Portions of Line 18 | Meta |
| Complaint | Paragraphs 108-09 | Within |
| Complaint | Paragraph 111, Lines 25-27, 1-2 | Within |
| Complaint | Paragraphs 112-15 | Within |
| Complaint | Paragraph 116, Lines 24-25 | Within |
| Complaint | Paragraph 121, Lines 22-26 | Within |
| Complaint | Paragraph 122, Portions of lines 1, 2, 5-9 | Within |
| Complaint | Paragraph 122, Lines 9-10 | Meta |
| Complaint | Paragraph 124, Lines 19-20 | Meta |
| Complaint | Paragraph 125, Lines 21-24 | Within |

| Complaint | Paragraph 126, Lines 25-27, 1-4 | Within |
| --- | --- | --- |
| Complaint | Paragraphs 127-29 | Within |
| Complaint | Paragraph 135, Portions of Lines 1-2, 4, 5 | Meta |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Plaintiff has redacted the above-referenced yellow-highlighted portions of its Complaint because Meta and/or Within have designated the information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Plaintiff takes no position on the merits of sealing Meta's or Within's designated material.

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the Complaint for a Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act accompany this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Dated: August 11, 2022

Respectfully Submitted,

/s/ *Abby L. Dennis*
Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Lincoln Mayer
Kristian Rogers
Anthony R. Saunders
Timothy Singer

Federal Trade Commission
600 Pennsylvania Avenue, NW

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Counsel for Plaintiff Federal Trade Commission*

Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed
Case No. 5:22-CV-04325-EJD

4