Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov; jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>        Plaintiff,<br><br>    v.<br><br>**META PLATFORMS, INC.**,<br><br>**MARK ZUCKERBERG**,<br><br>and<br><br>**WITHIN UNLIMITED, INC.**,<br><br>        Defendants. | Case No. 5:22-cv-04325-EJD<br><br>[~~PROPOSED~~] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

With respect to information that Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") designated as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Complaint for a Temporary Restraining Order and Preliminary Injunction (Dkt. No. 66-3). The FTC, in accordance with Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Complaint | Paragraph 4, Lines 2-4 | Meta |
| Complaint | Paragraph 5, Line 12 | Meta |
| Complaint | Paragraph 9, Line 9 | Meta |
| Complaint | Paragraph 10, Lines 10, 15 | Meta |
| Complaint | Paragraph 26, Line 14 | Meta and Within |
| Complaint | Paragraph 33, Lines 19, 22 | Meta |
| Complaint | Paragraph 36, Portions of Lines 24-27, 1-2, 4-5 | Meta |
| Complaint | Paragraph 39 | Meta |
| Complaint | Paragraph 43 | Meta |
| Complaint | Paragraph 49 | Meta |
| Complaint | Paragraph 52 | Meta |
| Complaint | Paragraph 64 | Meta |
| Complaint | Paragraph 65 | Meta |
| Complaint | Paragraph 75, Portions of Lines 22-25 | Meta and Within |
| Complaint | Paragraph 76, Lines 27, 1-4 | Meta |
| Complaint | Paragraph 84 | Meta |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

| | | |
|---|---|---|
| Complaint | Paragraph 85, Lines 8-9 | Meta |
| Complaint | Paragraphs 86-92 | Meta |
| Complaint | Paragraph 93, Lines 19-20 | Meta |
| Complaint | Paragraph 94, Lines 22-23 | Meta |
| Complaint | Paragraphs 95-96 | Meta |
| Complaint | Paragraphs 99-100 | Meta |
| Complaint | Paragraph 104, Portions of Line 18 | Meta |
| Complaint | Paragraphs 108-09 | Within |
| Complaint | Paragraph 111, Lines 25-27, 1-2 | Within |
| Complaint | Paragraphs 112-15 | Within |
| Complaint | Paragraph 116, Lines 24-25 | Within |
| Complaint | Paragraph 121, Lines 22-26 | Within |
| Complaint | Paragraph 122, Portions of lines 1, 2, 5-9 | Within |
| Complaint | Paragraph 122, Lines 9-10 | Meta |
| Complaint | Paragraph 124, Lines 19-20 | Meta |
| Complaint | Paragraph 125, Lines 21-24 | Within |
| Complaint | Paragraph 126, Lines 25-27, 1-4 | Within |
| Complaint | Paragraphs 127-29 | Within |
| Complaint | Paragraph 135, Portions of Lines 1-2, 4, 5 | Meta |

Having considered the FTC's Administrative Motion;

IT IS HEREBY ORDERED that the Administrative Motion is:

[X] GRANTED IN ITS ENTIRETY. The unredacted versions of the FTC's Complaint shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of its Complaint within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Plaintiff FTC shall file a revised redacted version of its Complaint, redacting only the information contained in the following specified paragraphs within 7 days of entry of this Order.

Dated: __August 15__, 2022

_____
Honorable Edward J. Davila
United States District Judge
Northern District of California

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD