**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC., et al.,** <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **JOINT STIPULATION OF DISMISSAL OF MARK ZUCKERBERG** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Federal Trade Commission and Defendants Meta Platforms, Inc., Mark Zuckerberg, and Within Unlimited, Inc., that Defendant Mark Zuckerberg

1. agrees not to acquire Defendant Within Unlimited, Inc., in his personal capacity, or through any entity controlled by Mr. Zuckerberg, it being understood that this paragraph does not apply to the acquisition of Within Unlimited, Inc., by Meta Platforms, Inc., and/or its subsidiaries; and

2. agrees to be bound to the same extent as Defendant Meta Platforms, Inc., by any temporary restraining order or preliminary injunction issued by this Court that would prevent Defendant Meta Platforms, Inc., from acquiring Within Unlimited, Inc., pending the adjudication of an administrative complaint issued by the Federal Trade Commission.

THEREFORE, in light of the foregoing commitments, Plaintiff agrees voluntarily to dismiss the claims it has asserted against Mark Zuckerberg in the above-captioned case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  August 23, 2022

By: /s/ Abby L. Dennis

Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Lincoln Mayer
Kristian Rogers

By: /s/ Bambo Obaro

Bambo Obaro, CA Bar No. 267683
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000

Chantale Fiebig, DC Bar No. 487671
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036

JOINT STIPULATION OF DISMISSAL OF MARK ZUCKERBERG
CASE NO. 5:22-CV-04325-EJD

| | |
|---|---|
| Anthony R. Saunders<br>Timothy Singer<br><br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel: (202) 326-2381<br><br>Erika Wodinsky<br>90 7th Street, Suite 14-300<br>San Francisco, CA 94103<br>Tel: (415) 848-5190<br><br>Attorneys for Plaintiff Federal Trade Commission | Telephone: (202) 682-7200<br><br>Eric S. Hochstadt, NY Bar No. 4222683<br>eric.hochstadt@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8538<br><br>Mark C. Hansen, DC Bar No. 425930<br>mhansen@kellogghansen.com<br>KELLOGG HANSEN TODD<br>     FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C.  20036<br>(202) 326-7900<br><br>By: /s/ Christopher J. Cox<br>Christopher J. Cox, CA Bar No. 151650<br>chris.cox@hoganlovells.com<br>Hogan Lovells US LLP<br>4085 Campbell Avenue<br>Suite 100<br>Menlo Park, CA 94025<br>Telephone: (650) 463-4000<br><br>Logan M. Breed, DC Bar No. 479628<br>Charles A. Loughlin, DC Bar No. 448219<br>Lauren Battaglia, DC Bar No. 1007093<br>logan.breed@hoganlovells.com<br>chuck.loughlin@hoganlovells.com<br>lauren.battaglia@hoganlovells.com<br>(202) 637-6407<br>(202) 637-5661<br>(202) 637-5761<br>Hogan Lovells US LLP<br>555 13th St. NW<br>Washington, DC 20004<br><br>Counsel for Defendant Within Unlimited, Inc. |

JOINT STIPULATION OF DISMISSAL OF MARK ZUCKERBERG
CASE NO. 5:22-CV-04325-EJD

2

**FILER'S ATTESTATION**

I, Abby L. Dennis, am the ECF User whose ID and password are being used to file this JOINT STIPULATION OF DISMISSAL OF MARK ZUCKERBERG. In compliance with Civil Local Rule 5-1(h), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Abby L. Dennis*

Abby L. Dennis