|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION,   Plaintiff, v.  META PLATFORMS, INC., et al.,   Defendants. | Case No. 5:22-cv-04325-EJD  **ORDER REGARDING JOINT DISCOVERY STATEMENT DATED SEPTEMBER 21, 2022**  Re: Dkt. No. 91  Dept.: Courtroom 6 – 4th Floor  Judge: Honorable Susan van Keulen |
|---|---|

Upon consideration of the Parties' Joint Statement Regarding Discovery Dispute filed on September 21, 2022, and good cause having been shown, IT IS HEREBY ORDERED that Defendants' motion to compel is **GRANTED**. Plaintiff shall respond to Defendants' discovery requests promptly or within three (3) business days, specifically providing:

i. in response to Defendants' Interrogatories Nos. 2-5, the factual bases the FTC used to define its proposed "Dedicated VR fitness apps" and "VR fitness apps" markets (Defendants' Interrogatories Nos. 2-5); and

ii. in response to Defendants' Interrogatory No. 1 and Defendants' Requests for Production Nos. 2-3, all factual information that third parties discussed or conveyed to the FTC, prior to the filing of the Complaint, regarding the acquisition at issue.

**SO ORDERED.**

Dated: _____

_____
SUSAN VAN KEULEN
United States Magistrate Judge