**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**META PLATFORMS, INC., et al.**,<br><br>Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO COMPEL RESPONSES TO META'S INTERROGATORIES (NOS. 1-5) AND REQUESTS FOR PRODUCTION OF DOCUMENTS (NOS. 2-3)** |

Before the Court is Defendants Meta Platforms, Inc. and Within Unlimited, Inc.'s ("Defendants") motion to compel responses from the FTC to Meta's interrogatories (Nos. 1-5) and requests for production of documents (Nos. 2-3).  Based on a review of the parties' joint statement and exhibits, the case file, and relevant law, and in accordance with the Court's decisions reflected in its modifications to Exhibit 2 to the parties' joint statement accompanying this Order, the Court DENIES Defendants' motion to compel.

SO ORDERED.

Dated:  September __, 2022

_____
Honorable Susan van Keulen
United States Magistrate Judge