MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
CHANTALE FIEBIG (*pro hac vice*)
chantale.fiebig@weil.com
JEFFREY H. PERRY (*pro hac vice*)
jeffrey.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

DIANE P. SULLIVAN (*pro hac vice*)
diane.sullivan@weil.com
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
Telephone: (609) 986-1100
Facsimile: (609) 986-1199

BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>        Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>        Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DECLARATION OF BAMBO OBARO IN SUPPORT OF META PLATFORMS, INC.'S OPPOSITION TO FTC'S MOTION TO STRIKE DEFENDANTS' AFFIRMATIVE DEFENSES**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

1    I, *Bambo Obaro*, declare as follows:

2    1.    I am an attorney at Weil, Gotshal & Manges LLP and am counsel to Defendant Meta

3    Platforms, Inc. I am a member of the Bar of the State of California (CA Bar No. 267683).

4    2.    I have personal knowledge of all facts stated in this declaration, and if called to testify, I

5    could and would testify competently thereto.

6    3.    Attached as Exhibit 1 is a true and correct copy of Meta Platforms Inc.'s Petition for

7    Recusal of Chair Lina M. Khan from Involvement in the Proposed Merger Between Meta Platforms, Inc.

8    and Within Unlimited, Inc. filed with the FTC on July 25, 2022.

9    4.    Attached as Exhibit 2 is a true and correct copy of Facebook, Inc.'s Petition for Recusal

10   of Chair Lina M. Khan From Involvement in the Pending Antitrust Case Against Facebook, Inc., filed

11   with the FTC on July 14, 2021.

12   5.    Attached as Exhibit 3 is a true and correct copy of Facebook, Inc.'s Memorandum in

13   Support of Facebook, Inc.'s Motion to Dismiss the FTC's Amended Complaint, filed as Docket Entry

14   83-1 in *FTC v. Facebook, Inc.*, No. 1:20-cv-3590-JEB, in the District Court for the District of Columbia

15   on October 4, 2021.

16   6.    Attached as Exhibit 4 is a true and correct copy of Leah Nylen, *FTC's Khan Overruled*

17   *Staff to Sue Meta Over VR App Deal*, Bloomberg (July 29, 2022),

18   https://www.bloomberg.com/news/articles/2022-07-29/ftc-s-khan-overruled-staff-to-sue-meta-over-

19   virtual-reality-deal (accessed Sept. 20. 2022).

20   7.    Attached as Exhibit 5 is a true and correct copy of the Administrative Complaint filed by

21   the FTC against Meta Platforms, Inc. in *In re Meta Platforms, Inc. et al.*, Docket No. 9411, on August

22   11, 2022.

23   8.    Attached as Exhibit 6 is a true and correct copy of a letter from the April J. Tabor (FTC

24   Secretary) to Chantale Fiebig and Diane Sullivan of Weil, Gotshal & Manges LLP, dated August 24,

25   2022.

26   9.    Attached as Exhibit 7 is a true and correct copy of Lina Khan's Oversight of the

27   Enforcement of the Antitrust Laws, Prepared Statement of the FTC Before the Subcomm. on

28   Competition Policy, Antitrust, and Consumer Rights of the Senate Judiciary, 117th Cong. (2022),

available at https://www.ftc.gov/system/files/ftc_gov/pdf/P210100SenateAntitrustTestimony09202022.pdf, (accessed Sept. 22, 2022).

10. Attached as Exhibit 8 is a true and correct copy of Meta Platforms, Inc.'s Motion to Stay filed with the FTC in *In re Meta Platforms, Inc. et al.*, Docket No. 9411, on August 26, 2022.

11. Attached as Exhibit 9 is a true and correct copy of Complaint Counsel's Opposition to Respondent Meta Platforms, Inc.'s Motion to Stay this Administrative Proceeding filed by the FTC in *In re Meta Platforms, Inc. et al.*, Docket No. 9411, on September 6, 2022.

12. Attached as Exhibit 10 is a true and correct copy of Defendants' First Set of Requests for Product of Documents to Plaintiff, dated August 16, 2022.

13. Attached as Exhibit 11 is a true and correct copy of Defendants' First Set of Interrogatories to Plaintiff, dated August 16, 2022.

14. Attached as Exhibit 12 is a true and correct copy of a letter from Susan Musser of the FTC to Eric Hochstadt of Weil, Gotshal & Manges, dated September 8, 2022.

15. Attached as Exhibit 13 is a true and correct copy of a letter from Eric Hochstadt of Weil, Gotshal & Manges LLP to Susan Musser of the FTC, dated September 11, 2022.

16. Attached as Exhibit 14 is a true and correct copy of a letter from Susan Musser of the FTC to Eric Hochstadt of Weil, Gotshal & Manges LLP, dated September 12, 2022.

17. Attached as Exhibit 15 is a true and correct copy of a letter from Adam Pergament of the FTC to Eric Hochstadt of Weil, Gotshal & Manges LLP, dated September 22, 2022.

18. Attached as Exhibit 16 is a true and correct copy of the FTC's Memorandum of Law in Opposition to Defendant Facebook, Inc.'s Motion to Dismiss Amended Complaint, filed as Docket Entry 85 in *FTC v. Facebook, Inc.*, No. 1:20-cv-3590-JEB, in the District Court for the District of Columbia on November 17, 2021.

19. Attached as Exhibit 17 is a true and correct copy of Sarah E. Needleman, *Sony to Buy Videogame Maker Bungie in $3.6 Billion Deal*, Wall St. J. (Jan. 31, 2022), https://www.wsj.com/articles/sony-to-buy-videogame-maker-bungie-in-3-6-billion-deal-11643653787 (accessed Sept. 20, 2022).

1   I declare under penalty of perjury under the laws of the United States that the foregoing is true

2   and correct and that this declaration was executed on September 23, 2022.

3

4   Dated: September 23, 2022                    _/s/ Bambo Obaro_____
                                                 BAMBO OBARO
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28