UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br>Plaintiff,<br>v.<br>META PLATFORMS INC., et al.,<br>Defendants. | Case No. 22-cv-04325-EJD (SVK)<br><br>**ORDER RE JOINT DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 91 |

The Court is in receipt of the Parties' Joint Discovery Letter Brief. Dkt. 91. Upon receipt of this Order and no later than 12:00 p.m. on September 30, 2022, Defendant Meta Platforms Inc. is directed to file its First Set of Interrogatories and First Set of Requests for Production as additional exhibits to the joint discovery letter brief.

**SO ORDERED.**

Dated: September 29, 2022

SUSAN VAN KEULEN
United States Magistrate Judge