UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC., et al.,<br><br>Defendants. | Case No.  22-cv-04325-EJD (SVK)<br><br>**ORDER RE PARTIES' JOINT STATEMENT RE DISCOVERY DISPUTES**<br><br>Re: Dkt. No. 91 |

Pending before the Court is the Parties' joint discovery letter brief re Plaintiff Federal Trade Commission's responses to Defendants' document requests and interrogatories.  Dkt. 91. This dispute is suitable for disposition without oral argument under Civil Local Rule 7-1(b). The Court has carefully reviewed the letter brief, the case file, and the relevant legal authorities, and sets forth its rulings in the attached exhibit ("Exhibit 1").

**SO ORDERED.**

Dated: September 30, 2022

SUSAN VAN KEULEN
United States Magistrate Judge