1

2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

3

4      **FEDERAL TRADE COMMISSION**,

5            Plaintiff,

6            v.                                      Case No. 5:22-cv-04325-EJD

7      **META PLATFORMS, INC., et al.,**            **STIPULATION AND [PROPOSED]**
                                                    **ORDER TO AMEND COMPLAINT**
8            Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT
CASE NO. 5:22-CV-04325-EJD

1    Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Federal Trade Commission

2  ("FTC"), and Defendants Meta Platforms, Inc. and Within Unlimited, Inc. (collectively,

3  "Defendants") through their undersigned counsel, hereby stipulate as follows:

4    WHEREAS, on July 27, 2022, the FTC filed a Complaint for a Temporary Restraining

5  Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission

6  Act (the "Complaint") concerning the proposed acquisition of Within Unlimited, Inc. by Meta

7  Platforms, Inc. (the "Proposed Transaction"), and on August 26, 2022, Defendants each

8  answered the Complaint (the "Answers");

9    WHEREAS, on August 4, 2022, the parties filed a Joint Stipulation and Proposed Order

10  whereby Defendants agreed, *inter alia*, not to close or consummate the Proposed Transaction

11  until after 11:59 PM Eastern Time on December 31, 2022, or until the first (1st) business day

12  after the District Court rules on the FTC's request for a preliminary injunction pursuant to

13  Section 13(b) of the Federal Trade Commission Act, whichever occurs earlier in time;

14    WHEREAS, on August 5, 2022, the Court granted the parties' Joint Stipulation and

15  Proposed Order of August 4, 2022;

16    WHEREAS, on August 11, 2022, the FTC issued an administrative complaint regarding

17  the Proposed Transaction;

18    WHEREAS, on August 23, 2022, the parties filed a Joint Stipulation of Dismissal of

19  Mark Zuckerberg, whereby, *inter alia*, the FTC agreed voluntarily to dismiss the claims it had

20  asserted against Mark Zuckerberg in the above-captioned case pursuant to Rule 41(a)(1)(A)(ii) of

21  the Federal Rules of Civil Procedure, without prejudice;

22    WHEREAS, Plaintiff desires to amend the Complaint to (1) remove allegations

23  concerning the VR Fitness App market, including any anticompetitive effects in that market

24  should the Proposed Transaction occur; (2) remove Mark Zuckerberg as a named defendant,

25  pursuant to the parties' Joint Stipulation of August 23, 2022; and (3) conform the Complaint to

26  the present procedural posture—specifically, that the FTC no longer seeks an emergency

27  temporary restraining order and has filed a complaint in the administrative court;

28

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT
CASE NO. 5:22-CV-04325-EJD                1

1   WHEREAS, the stipulated amendment will not alter the date of any event or any deadline

2   already fixed by Court order;

3   IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that

4   pursuant to Federal Rule of Civil Procedure 15(a)(2), the FTC may file an Amended Complaint,

5   a copy of which is attached hereto;

6   IT IS FURTHER STIPULATED that Defendants waive notice and service of the

7   Amended Complaint. Defendants reserve their right to file a responsive pleading, including a

8   motion to dismiss the Amended Complaint, but they shall not be required to answer the

9   Amended Complaint and all denials, responses and affirmative defenses contained in

10   Defendants' Answers to the Complaint shall be deemed responsive to the Amended Complaint.

11

12   Dated:  October 7, 2022

13   By: /s/ Abby L. Dennis                          By: /s/ Bambo Obaro

14   Abby L. Dennis                                  Bambo Obaro, CA Bar No. 267683
15   Peggy Bayer Femenella                           bambo.obaro@weil.com
     Joshua Goodman                                  WEIL, GOTSHAL & MANGES LLP
16   Jeanine Balbach                                 201 Redwood Shores Parkway, 6th Floor
     Michael Barnett                                 Redwood Shores, CA 94065-1134
17   E. Eric Elmore                                  Telephone: (650) 802-3000
     Justin Epner
18   Sean D. Hughto                                  Chantale Fiebig, DC Bar No. 487671
19   Frances Anne Johnson                            chantale.fiebig@weil.com
     Andrew Lowdon                                   WEIL, GOTSHAL & MANGES LLP
20   Lincoln Mayer                                   2001 M Street NW, Suite 600
     Erika Meyers                                    Washington, DC 20036
21   Susan A. Musser                                 Telephone: (202) 682-7200
     Adam Pergament
22   Kristian Rogers                                 Eric S. Hochstadt, NY Bar No. 4222683
23   Anthony R. Saunders                             eric.hochstadt@weil.com
     Timothy Singer                                  WEIL, GOTSHAL & MANGES LLP
24   James Weingarten                                767 Fifth Avenue
     Federal Trade Commission                        New York, NY 10153
25   600 Pennsylvania Avenue, NW                     Telephone: (212) 310-8538
     Washington, DC 20580
26   Tel: (202) 326-2381

27

28

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT
CASE NO. 5:22-CV-04325-EJD                2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

Attorneys for Plaintiff Federal Trade
Commission

Mark C. Hansen, DC Bar No. 425930
mhansen@kellogghansen.com
KELLOGG HANSEN TODD
      FIGEL & FREDERICK, P.L.L.C
1615 M Street, N.W., Suite 400
Washington, D.C.  20036
(202) 326-7900

Counsel for Defendant Meta Platforms, Inc.

By: /s/ Christopher J. Cox
Christopher J. Cox, CA Bar No. 151650
chris.cox@hoganlovells.com
Hogan Lovells US LLP
855 Main Street
Suite 200
Redwood City, CA 94063
Telephone: (650) 463-4000

Logan M. Breed, DC Bar No. 479628
Charles A. Loughlin, DC Bar No. 448219
Lauren Battaglia, DC Bar No. 1007093
Benjamin Holt, DC Bar No. 483122
logan.breed@hoganlovells.com
chuck.loughlin@hoganlovells.com
lauren.battaglia@hoganlovells.com
benjamin.holt@hoganlovells.com
(202) 637-6407
(202) 637-5661
(202) 637-5761
Hogan Lovells US LLP
555 13th St. NW
Washington, DC 20004

Counsel for Defendant Within Unlimited, Inc.

**PURSUANT TO STIPULATION,** IT IS SO ORDERED**,** this _____ day of
_____, 20_____.


_____
Honorable Edward J. Davila
United States District Judge
Northern District of California

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT
CASE NO. 5:22-CV-04325-EJD                    3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

I, Abby L. Dennis, am the ECF User whose ID and password are being used to file this JOINT

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT. In compliance with

Civil Local Rule 5-1(h), I hereby attest that concurrence in the filing of this document has been

obtained from each of the other signatories.

By: */s/ Abby L. Dennis*

Abby L. Dennis

STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT
CASE NO. 5:22-CV-04325-EJD                    4