1 | Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Michael Moiseyev (*pro hac vice*)
michael.moiseyev@weil.com
Chantale Fiebig (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
*Counsel for Defendant Meta Platforms, Inc.*

Christopher J. Cox (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main Street, Suite 200
Redwood City, CA 94063
Telephone: (650) 463-4000
Facsimile: (650) 463-4199
*Counsel for Defendant Within Unlimited, Inc.*

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD |
| Plaintiff, | |
| v. | **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** |
| META PLATFORMS, INC., et al., | |
| Defendants. | Complaint Filed: July 27, 2022 |
| | Judge: Hon. Edward J. Davila |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") do respectfully move this Court for an order sealing the portions of Defendants' Motion To Dismiss identified in Exhibit A hereto. Defendants' proposed redactions are consistent with the Plaintiff Federal Trade Commission's ("FTC") Administrative Motion concerning the Complaint on August 11, 2022 (Dkt. 66), which the Court granted on August 15, 2022 (Dkt. 70), and Administrative Motion Concerning the Amended Complaint on October 7, 2022 (Dkt. 102). In addition, on August 10, 2022, Meta and Within filed statements and a declaration in support of sealing their respective confidential information (Dkt. Nos. 59, 60), which is similar to that identified here.

Certain portions of Defendants' Motion To Dismiss contain information designated by Meta and Within as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, during the course of the FTC's non-public investigation regarding Meta's proposed acquisition of Within. Accordingly, Defendants seek to file under seal:

| Document | Portions To Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| Motion To Dismiss | Page 2, Excerpts of Lines 4-5 | Within |
| Motion To Dismiss | Page 4, Excerpts of Lines 16-17, 20 | Within |
| Motion To Dismiss | Page 4, Excerpts of Lines 23-27 | Meta |
| Motion To Dismiss | Page 5, Excerpts of Lines 1-4, 6-7 | Meta |
| Motion To Dismiss | Page 6, Excerpts of Lines 12 | Meta |
| Motion To Dismiss | Page 6, Excerpts of Lines 14-15 | Within |
| Motion To Dismiss | Page 10, Excerpts of Lines 10-13 | Meta |
| Motion To Dismiss | Page 10, Excerpts of Lines 15-20 | Within |
| Motion To Dismiss | Page 12, Excerpts of Lines 21 | Within |
| Motion To Dismiss | Page 12, Excerpts of Lines 22-24 | Meta |
| Motion To Dismiss | Page 13, Excerpts of Lines 11-12 | Within |
| Motion To Dismiss | Page 14, Excerpts of Lines 1-7 | Meta & Within |
| Motion To Dismiss | Page 14, Excerpts of Lines 8, 12-14, 19-23 | Within |

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Motion To Dismiss | Page 16, Excerpts of Lines 1-2 | Within |
| Motion To Dismiss | Page 18, Excerpts of Lines 10-15 | Meta |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(a)-(c). Defendants have redacted the above-referenced yellow-highlighted portions of their Motion To Dismiss because Meta and/or Within have designated the information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2.

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of Defendants' Motion To Dismiss Amended Complaint accompany this Administrative Motion. *See* Exs. A-B. In accordance with Civil Local Rule 7-11, Defendants have also filed a Proposed Order herewith.

DATED: October 13, 2022                     Respectfully submitted,

By: /s/ *Mark C. Hansen*

Christopher J. Cox (Bar No. 151650)         Mark C. Hansen (*pro hac vice*)
HOGAN LOVELLS US LLP                        Aaron M. Panner (*pro hac vice*)
855 Main Street, Suite 200                  Julius P. Taranto (*pro hac vice* pending)
Redwood City, CA 94063                      Alex A. Parkinson (*pro hac vice* pending)
Telephone: (650) 463-4000                   Ana N. Paul (*pro hac vice* pending)
Facsimile: (650) 463-4199                   L. Vivian Dong (*pro hac vice* pending)
chris.cox@hoganlovells.com                  KELLOGG, HANSEN, TODD, FIGEL &
                                              FREDERICK, P.L.L.C.
Lauren Battaglia (*pro hac vice*)           1615 M Street, NW, Suite 400
Logan M. Breed (*pro hac vice*)             Washington, DC 20036
Benjamin Holt (*pro hac vice*)              Telephone: (202) 326-7900
Charles A. Loughlin (*pro hac vice*)        Facsimile: (202) 326-7999
HOGAN LOVELLS US LLP                        mhansen@kellogghansen.com
Columbia Square                             apanner@kellogghansen.com
555 Thirteenth Street, NW                   jtaranto@kellogghansen.com
Washington, DC 20004                        aparkinson@kellogghansen.com
Telephone: (202) 637-5600                   apaul@kellogghansen.com
Facsimile: (202) 637-5910                   vdong@kellogghansen.com
lauren.battaglia@hoganlovells.com
logan.breed@hoganlovells.com
benjamin.holt@hoganlovells.com
chuck.loughlin@hoganlovells.com

*Counsel for Defendant Within Unlimited, Inc.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
michael.moiseyev@weil.com
chantale.fiebig@weil.com

Diane P. Sullivan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
Telephone:  (609) 986-1100
Facsimile:  (609) 986-1199
diane.sullivan@weil.com

Eric S. Hochstadt (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
eric.hochstadt@weil.com

*Counsel for Defendant Meta Platforms, Inc.*

DEFENDANTS' MOTION TO SEAL                                    Case No. 5:22-cv-04325-EJD