**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC., et al.,** <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **JOINT ADMINISTRATIVE REQUEST FOR REMOTE HEARING AND [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | Pursuant to Section V of this Court's Scheduling Notes, Plaintiff Federal Trade Commission ("FTC"), and Defendants Meta Platforms, Inc. and Within Unlimited, Inc. respectfully submit this joint Administrative Request that the hearing on the FTC's Motion to Strike, currently scheduled for October 21, 2022 at 11:00 a.m., be conducted remotely via Zoom. The parties submit this joint request because counsel who will appear on behalf of each party at the hearing are located on the East Coast. |

Dated:  October 13, 2022

| By: /s/ Abby L. Dennis | By: /s/ Bambo Obaro |
|---|---|
| Abby L. Dennis<br>Peggy Bayer Femenella<br>Joshua Goodman<br>Jeanine Balbach<br>Michael Barnett<br>E. Eric Elmore<br>Justin Epner<br>Sean D. Hughto<br>Frances Anne Johnson<br>Andrew Lowdon<br>Lincoln Mayer<br>Kristian Rogers<br>Anthony R. Saunders<br>Timothy Singer<br><br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel: (202) 326-2381<br><br>Erika Wodinsky<br>90 7th Street, Suite 14-300<br>San Francisco, CA 94103<br>Tel: (415) 848-5190<br><br>Attorneys for Plaintiff Federal Trade Commission | Bambo Obaro, CA Bar No. 267683<br>bambo.obaro@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway, 6th Floor<br>Redwood Shores, CA 94065-1134<br>Telephone: (650) 802-3000<br><br>Chantale Fiebig, DC Bar No. 487671<br>chantale.fiebig@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: (202) 682-7200<br><br>Eric S. Hochstadt, NY Bar No. 4222683<br>eric.hochstadt@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8538<br><br>Mark C. Hansen, DC Bar No. 425930<br>mhansen@kellogghansen.com<br>KELLOGG HANSEN TODD<br>    FIGEL & FREDERICK, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C.  20036<br>(202) 326-7900<br><br>Counsel for Defendant Meta Platforms, Inc. |

JOINT ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER
CASE NO. 5:22-CV-04325-EJD                1

By: /s/ Christopher J. Cox
Christopher J. Cox, CA Bar No. 151650
chris.cox@hoganlovells.com
Hogan Lovells US LLP
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000

Logan M. Breed, DC Bar No. 479628
Charles A. Loughlin, DC Bar No. 448219
Lauren Battaglia, DC Bar No. 1007093
logan.breed@hoganlovells.com
chuck.loughlin@hoganlovells.com
lauren.battaglia@hoganlovells.com
(202) 637-6407
(202) 637-5661
(202) 637-5761
Hogan Lovells US LLP
555 13th St. NW
Washington, DC 20004

Counsel for Defendant Within Unlimited, Inc.

**[PROPOSED] ORDER**

Having considered the parties' joint Administrative Request;

IT IS HEREBY ORDERED that the Administrative Request is GRANTED.

Dated: _____                    _____
                                          Honorable Edward J. Davila
                                          United States District Judge
                                          Northern District of California

**FILER'S ATTESTATION**

I, Abby L. Dennis, am the ECF User whose ID and password are being used to file this JOINT ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(h), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Abby L. Dennis*

Abby L. Dennis