**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC., et al.,** <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff Federal Trade Commission ("FTC"), and Defendants Meta Platforms, Inc. and Within Unlimited, Inc. (collectively, "Defendants") through their undersigned counsel, hereby stipulate as follows:

WHEREAS, on July 27, 2022, the FTC filed a Complaint for a Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act (the "Complaint") concerning the proposed acquisition of Within Unlimited, Inc. by Meta Platforms, Inc. (the "Proposed Transaction"), and on August 26, 2022, Defendants each answered the Complaint (the "Answers");

WHEREAS, on August 4, 2022, the parties filed a Joint Stipulation and Proposed Order whereby Defendants agreed, *inter alia*, not to close or consummate the Proposed Transaction until after 11:59 PM Eastern Time on December 31, 2022, or until the first (1st) business day after the District Court rules on the FTC's request for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, whichever occurs earlier in time;

WHEREAS, on August 5, 2022, the Court granted the parties' Joint Stipulation and Proposed Order of August 4, 2022;

WHEREAS, on August 11, 2022, the FTC issued an administrative complaint regarding the Proposed Transaction;

WHEREAS, on August 23, 2022, the parties filed a Joint Stipulation of Dismissal of Mark Zuckerberg, whereby, *inter alia*, the FTC agreed voluntarily to dismiss the claims it had asserted against Mark Zuckerberg in the above-captioned case pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without prejudice;

WHEREAS, Plaintiff desires to amend the Complaint to (1) remove allegations concerning the VR Fitness App market, including any anticompetitive effects in that market should the Proposed Transaction occur; (2) remove Mark Zuckerberg as a named defendant, pursuant to the parties' Joint Stipulation of August 23, 2022; and (3) conform the Complaint to the present procedural posture—specifically, that the FTC no longer seeks an emergency temporary restraining order and has filed a complaint in the administrative court;

WHEREAS, the stipulated amendment will not alter the date of any event or any deadline already fixed by Court order;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that pursuant to Federal Rule of Civil Procedure 15(a)(2), the FTC may file an Amended Complaint, a copy of which is attached hereto;

IT IS FURTHER STIPULATED that Defendants waive notice and service of the Amended Complaint. Defendants reserve their right to file a responsive pleading, including a motion to dismiss the Amended Complaint, but they shall not be required to answer the Amended Complaint and all denials, responses and affirmative defenses contained in Defendants' Answers to the Complaint shall be deemed responsive to the Amended Complaint.

Dated:  October 7, 2022

| By: /s/ Abby L. Dennis | By: /s/ Bambo Obaro |
|---|---|
| Abby L. Dennis<br>Peggy Bayer Femenella<br>Joshua Goodman<br>Jeanine Balbach<br>Michael Barnett<br>E. Eric Elmore<br>Justin Epner<br>Sean D. Hughto<br>Frances Anne Johnson<br>Andrew Lowdon<br>Lincoln Mayer<br>Erika Meyers<br>Susan A. Musser<br>Adam Pergament<br>Kristian Rogers<br>Anthony R. Saunders<br>Timothy Singer<br>James Weingarten<br>Federal Trade Commission<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>Tel: (202) 326-2381 | Bambo Obaro, CA Bar No. 267683<br>bambo.obaro@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway, 6th Floor<br>Redwood Shores, CA 94065-1134<br>Telephone: (650) 802-3000<br><br>Chantale Fiebig, DC Bar No. 487671<br>chantale.fiebig@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: (202) 682-7200<br><br>Eric S. Hochstadt, NY Bar No. 4222683<br>eric.hochstadt@weil.com<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8538 |

| | |
|---|---|
| Erika Wodinsky<br>90 7th Street, Suite 14-300<br>San Francisco, CA 94103<br>Tel: (415) 848-5190<br><br>Attorneys for Plaintiff Federal Trade Commission | Mark C. Hansen, DC Bar No. 425930<br>mhansen@kellogghansen.com<br>KELLOGG HANSEN TODD<br>   FIGEL & FREDERICK, P.L.L.C<br>1615 M Street, N.W., Suite 400<br>Washington, D.C.  20036<br>(202) 326-7900<br><br>Counsel for Defendant Meta Platforms, Inc.<br><br>By: /s/ Christopher J. Cox<br>Christopher J. Cox, CA Bar No. 151650<br>chris.cox@hoganlovells.com<br>Hogan Lovells US LLP<br>855 Main Street<br>Suite 200<br>Redwood City, CA 94063<br>Telephone: (650) 463-4000<br><br>Logan M. Breed, DC Bar No. 479628<br>Charles A. Loughlin, DC Bar No. 448219<br>Lauren Battaglia, DC Bar No. 1007093<br>Benjamin Holt, DC Bar No. 483122<br>logan.breed@hoganlovells.com<br>chuck.loughlin@hoganlovells.com<br>lauren.battaglia@hoganlovells.com<br>benjamin.holt@hoganlovells.com<br>(202) 637-6407<br>(202) 637-5661<br>(202) 637-5761<br>Hogan Lovells US LLP<br>555 13th St. NW<br>Washington, DC 20004<br><br>Counsel for Defendant Within Unlimited, Inc. |

**PURSUANT TO STIPULATION,** IT IS SO ORDERED, this  13th  day of   October  , 20 22 .

_____
Honorable Edward J. Davila
United States District Judge
Northern District of California

**FILER'S ATTESTATION**

I, Abby L. Dennis, am the ECF User whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER TO AMEND COMPLAINT. In compliance with Civil Local Rule 5-1(h), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: /s/ Abby L. Dennis

Abby L. Dennis