Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999

Michael Moiseyev (*pro hac vice*)
michael.moiseyev@weil.com
Chantale Fiebig (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
*Counsel for Defendant Meta Platforms, Inc.*

Christopher J. Cox (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main Street, Suite 200
Redwood City, CA 94063
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
*Counsel for Defendant Within Unlimited, Inc.*

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION REQUESTING AN EARLIER HEARING DATE**<br><br>Dept.:  Courtroom 4 – 5th Floor<br>Judge:  Hon. Edward J. Davila |

Pursuant to Civil Local Rules 7-11 and 6-3(a)(4), Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") (together, "Defendants") respectfully move this Court for an Order rescheduling the hearing on Defendants' case-dispositive Motion To Dismiss (Dkt. 108) to a date as soon as practicable and in any case before the preliminary injunction hearing scheduled to begin on December 8, 2022.  The FTC has authorized Defendants to state that (1) the FTC does not oppose Defendants' administrative motion and (2) to the extent that the Court would like oral argument on Defendants' motion to dismiss, the FTC believes that it should occur at a pre-trial conference prior to the preliminary injunction proceedings that are scheduled to begin on December 8, 2022.

On July 27, 2022, the Federal Trade Commission ("FTC") filed a Complaint for a Temporary Restraining Order and Preliminary Injunction Pursuant to Section 13(b) of the Federal Trade Commission Act concerning the proposed acquisition of Within Unlimited, Inc., by Meta Platforms, Inc.  On August 26, 2022, Defendants each answered the Complaint.

On August 4, 2022, the parties filed a Joint Stipulation and Proposed Order whereby Defendants agreed not to close or consummate the proposed acquisition until after December 31, 2022, or the first business day after this Court rules on the FTC's request for a preliminary injunction, whichever comes first.  On August 5, 2022, the Court granted the parties' Joint Stipulation and Order.

On October 7, 2022, the parties filed a Stipulation and Proposed Order To Amend Complaint, where by the parties agreed, pursuant to Federal Rule of Civil Procedure 15(a)(2), that the FTC may file an Amended Complaint, which was attached to that Joint Stipulation and Order.  Pursuant to that stipulation, the parties agreed that Defendants reserved their right to file a motion to dismiss the Amended Complaint.  On October 13, 2022, the Court granted the parties' stipulation.

The Amended Complaint abandons the claim that the proposed acquisition eliminates any existing competition between Meta and Within, leaving only the claim that the proposed acquisition would eliminate "potential" competition in a purported market for "deliberate fitness" virtual reality applications.  Because that potential competition claim is legally invalid, on October 13, 2022, Defendants filed a motion to dismiss the Amended Complaint.

The earliest available date on the Court's calendar for a hearing on Defendants' motion is February 23, 2023, and Defendants have noticed a hearing for that date. Defendants seek an earlier hearing on their motion to dismiss, to be scheduled as soon as possible after the completion of the parties' briefing, for the following reasons:

- Defendants' motion is a dispositive motion that would, if granted, resolve the FTC's complaint as a matter of law. The hearing on the FTC's preliminary injunction motion begins December 8, 2022, and will require substantial resources of the parties and impose a burden on the Court. If the Court hears and resolves the motion prior to December 8, 2022, it may conserve those resources.

- If the Court does not grant Defendants' motion in its entirety, the Court's ruling on the legal issues presented in that motion – which concern the legal standard governing the FTC's claim under Section 7 of the Clayton Act – will likely provide guidance to the parties with respect to the law governing the FTC's claim, which may narrow the disputed issues and streamline the presentation of evidence.

- A hearing on February 23, 2023, is not a practical possibility, given that the hearing on the FTC's preliminary injunction motion will be completed before the end of the year.

During a meet-and-confer with the FTC on October 14, 2022, Defendants sought the FTC's agreement to moving the hearing on Defendants' motion to an earlier date before the commencement of the hearing on the FTC's preliminary injunction motion. The FTC authorized Defendants to state that (1) the FTC does not oppose Defendants' administrative motion and (2) to the extent that the Court would like oral argument on Defendants' motion to dismiss, the FTC believes that it should occur at a pre-trial conference prior to the preliminary injunction proceedings that are scheduled to begin on December 8, 2022.

As explained above, if the hearing is not moved to a date prior to the start of the preliminary injunction hearing, the parties and the Court may be required to devote substantial time and resources to presentation of evidence pertinent to one or more legal theories of untested validity. By contrast, an early hearing on Defendants' motion holds the promise of substantial judicial efficiency.

There have been no previous time modifications in this case.

The requested change to the hearing date on Defendants' motion to dismiss would not otherwise affect the case schedule.

The Declaration required under Local Rule 6-3 is attached to this administrative motion.

DATED: October 14, 2022              Respectfully submitted,

                                     By: /s/ *Mark C. Hansen*

| | |
|---|---|
| Christopher J. Cox (Bar No. 151650) | Mark C. Hansen (*pro hac vice*) |
| HOGAN LOVELLS US LLP | Aaron M. Panner (*pro hac vice*) |
| 855 Main Street, Suite 200 | Julius P. Taranto (*pro hac vice*) |
| Redwood City, CA 94063 | Alex A. Parkinson (*pro hac vice*) |
| Telephone: (650) 463-4000 | Ana N. Paul (*pro hac vice*) |
| Facsimile: (650) 463-4199 | L. Vivian Dong (*pro hac vice*) |
| chris.cox@hoganlovells.com | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |

Lauren Battaglia (*pro hac vice*)
Logan M. Breed (*pro hac vice*)
Benjamin Holt (*pro hac vice*)
Charles A. Loughlin (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
lauren.battaglia@hoganlovells.com
logan.breed@hoganlovells.com
benjamin.holt@hoganlovells.com
chuck.loughlin@hoganlovells.com

*Counsel for Defendant Within Unlimited, Inc*

1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
mhansen@kellogghansen.com
apanner@kellogghansen.com
jtaranto@kellogghansen.com
aparkinson@kellogghansen.com
apaul@kellogghansen.com
vdong@kellogghansen.com

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
michael.moiseyev@weil.com
chantale.fiebig@weil.com

Diane P. Sullivan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
Telephone:  (609) 986-1100
Facsimile:  (609) 986-1199
diane.sullivan@weil.com

Eric S. Hochstadt (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
eric.hochstadt@weil.com

*Counsel for Defendant Meta Platforms, Inc.*