1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION REQUESTING AN EARLIER HEARING DATE** |
| v. | |
| META PLATFORMS, INC., et al., | |
| Defendants. | Dept.: Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

Having considered Defendants' Administrative Motion and the accompanying Declaration and for good cause shown;

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY.  The hearing is rescheduled to:

_____ at _____ .

[ ] DENIED IN ITS ENTIRETY.  Defendants hearing will remain scheduled for February 23, 2023.

[ ] GRANTED/DENIED IN PART.

DATED: _____, 2022         _____
                                     Honorable Edward J. Davila
                                     United States District Judge
                                     Northern District of California