**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | |
| v. | Case No. 5:22-cv-04325-EJD |
| **META PLATFORMS, INC., et al.**, | **JOINT ADMINISTRATIVE REQUEST FOR REMOTE HEARING AND [PROPOSED] ORDER** |
| Defendants. | |

Pursuant to Section V of this Court's Scheduling Notes, Plaintiff Federal Trade Commission ("FTC"), and Defendants Meta Platforms, Inc. and Within Unlimited, Inc. respectfully submit this joint Administrative Request that the hearing on the FTC's Motion to Strike, currently scheduled for October 21, 2022 at 11:00 a.m., be conducted remotely via Zoom. The parties submit this joint request because counsel who will appear on behalf of each party at the hearing are located on the East Coast.

Dated: October 13, 2022

By: /s/ Abby L. Dennis

Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Lincoln Mayer
Kristian Rogers
Anthony R. Saunders
Timothy Singer

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

Attorneys for Plaintiff Federal Trade Commission

By: /s/ Bambo Obaro

Bambo Obaro, CA Bar No. 267683
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000

Chantale Fiebig, DC Bar No. 487671
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7200

Eric S. Hochstadt, NY Bar No. 4222683
eric.hochstadt@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8538

Mark C. Hansen, DC Bar No. 425930
mhansen@kellogghansen.com
KELLOGG HANSEN TODD
    FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

Counsel for Defendant Meta Platforms, Inc.

JOINT ADMINISTRATIVE REQUEST AND [PROPOSED] ORDER
CASE NO. 5:22-CV-04325-EJD                   1

By: /s/ Christopher J. Cox
Christopher J. Cox, CA Bar No. 151650
chris.cox@hoganlovells.com
Hogan Lovells US LLP
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000

Logan M. Breed, DC Bar No. 479628
Charles A. Loughlin, DC Bar No. 448219
Lauren Battaglia, DC Bar No. 1007093
logan.breed@hoganlovells.com
chuck.loughlin@hoganlovells.com
lauren.battaglia@hoganlovells.com
(202) 637-6407
(202) 637-5661
(202) 637-5761
Hogan Lovells US LLP
555 13th St. NW
Washington, DC 20004

Counsel for Defendant Within Unlimited, Inc.

~~[PROPOSED]~~ ORDER

Having considered the parties' joint Administrative Request;

IT IS HEREBY ORDERED that the Administrative Request is GRANTED.

Dated: October 14, 2022

Honorable Edward J. Davila
United States District Judge
Northern District of California