| | |
|---|---|
| Mark C. Hansen (*pro hac vice*) | Christopher J. Cox (Bar No. 151650) |
| mhansen@kellogghansen.com | chris.cox@hoganlovells.com |
| Aaron M. Panner (*pro hac vice*) | HOGAN LOVELLS US LLP |
| apanner@kellogghannsen.com | 855 Main Street, Suite 200 |
| KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. | Redwood City, CA 94063 |
| 1615 M Street, NW, Suite 400 | Telephone: (650) 463-4000 |
| Washington, DC 20036 | Facsimile: (650) 463-4199 |
| Telephone: (202) 326-7900 | *Counsel for Defendant Within Unlimited, Inc.* |
| Facsimile: (202) 326-7999 | |
| | Abby L. Dennis, DC Bar No. 994476 |
| Chantale Fiebig (*pro hac vice*) | Peggy Bayer Femenella, DC Bar No. 472770 |
| chantale.fiebig@weil.com | Joshua Goodman, NY Bar (No Number) |
| WEIL, GOTSHAL & MANGES LLP | Jeanine Balbach, MD Bar (No Number) |
| 2001 M Street, NW, Suite 600 | adennis@ftc.gov; pbayer@ftc.gov; |
| Washington, DC 20036 | jgoodman@ftc.gov; jbalbach@ftc.gov |
| Telephone: (202) 682-7000 | Federal Trade Commission |
| Facsimile: (202) 857-0940 | 600 Pennsylvania Avenue, NW |
| *Counsel for Defendant Meta Platforms, Inc.* | Washington, DC 20580 |
| | Tel: (202) 326-2381 |
| | *Counsel for Plaintiff Federal Trade Commission* |

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**JOINT STATEMENT OF RECENT DECISION**<br><br>Date: October 21, 2022<br>Time: 11:00 a.m.<br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

1   The FTC's motion to strike certain of Meta's affirmative defenses is fully briefed and set for
2   argument on October 21, 2022.  ECF Nos. 89, 93, 99, 119.  Pursuant to this Court's Local Rule
3   7.3(d)(2), the parties jointly submit this statement of recent decision to notify the Court that Chair
4   Khan has ████████████████████████████████████████████████████████████████
5   ██████ and has ███████████████████████████████████ Ex. B; *see also* 16 C.F.R. §
6   4.17(b)(3)(i).  The full Commission is now considering Meta's motion to disqualify Chair Khan
7   without Chair Khan's participation.  *See id.* § 4.17(b)(3)(ii).  According to the FTC, these
8   developments are reflected in an October 6, 2022 letter from the Secretary to counsel, which appears
9   on the FTC's public docket and is attached hereto as Exhibit A, and an ████████████████████
10  ████████████████████████████████████████████████████████████████████████
11  ██████ and is attached hereto as Exhibit B but is being submitted under seal because the
12  Commission designated it as confidential.

DATED: October 17, 2022                    Respectfully submitted,

                                            By: /s/ *Chantale Fiebig*

Christopher J. Cox (Bar No. 151650)        Chantale Fiebig (*pro hac vice*)
HOGAN LOVELLS US LLP                       WEIL, GOTSHAL & MANGES LLP
855 Main Street, Suite 200                 2001 M Street, NW, Suite 600
Redwood City, CA 94063                     Washington, DC 20036
Telephone:  (650) 463-4000                 Telephone:  (202) 682-7000
Facsimile:  (650) 463-4199                 Facsimile:  (202) 857-0940
chris.cox@hoganlovells.com                 chantale.fiebig@weil.com

Lauren Battaglia (*pro hac vice*)          Diane P. Sullivan (*pro hac vice*)
Logan M. Breed (*pro hac vice*)            WEIL, GOTSHAL & MANGES LLP
Benjamin Holt (*pro hac vice*)             17 Hulfish Street, Suite 201
Charles A. Loughlin (*pro hac vice*)       Princeton, NJ 08542
HOGAN LOVELLS US LLP
Columbia Square                            Bambo Obaro (Bar No. 267683)
555 Thirteenth Street, NW                  WEIL, GOTSHAL & MANGES LLP
Washington, DC 20004                       201 Redwood Shores Parkway, 6th Floor
Telephone:  (202) 637-5600                 Redwood Shores, CA 94065-1134
Facsimile:  (202) 637-5910                 Telephone:  (650) 802-3000
lauren.battaglia@hoganlovells.com          Facsimile:  (650) 802-3100
logan.breed@hoganlovells.com               bambo.obaro@weil.com
benjamin.holt@hoganlovells.com

chuck.loughlin@hoganlovells.com

*Counsel for Defendant Within Unlimited, Inc.*

Telephone:  (609) 986-1100
Facsimile:  (609) 986-1199
diane.sullivan@weil.com

Eric S. Hochstadt (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
eric.hochstadt@weil.com

Mark C. Hansen (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Julius P. Taranto (*pro hac vice*)
Alex A. Parkinson (*pro hac vice*)
Ana N. Paul (*pro hac vice*)
L. Vivian Dong (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
mhansen@kellogghansen.com
apanner@kellogghansen.com
jtaranto@kellogghansen.com
aparkinson@kellogghansen.com
apaul@kellogghansen.com
vdong@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*

/s/  <u>Abby L. Dennis</u>

Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Lincoln Mayer
Erika Meyers
Adam Pergament

2

Kristian Rogers
Anthony R. Saunders
Timothy Singer
James Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Counsel for Plaintiff Federal Trade Commission*