UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD |
| Plaintiff, <br> v. | **DECLARATION OF CHANTALE FIEBIG IN SUPPORT OF THE PARTIES' JOINT STATEMENT OF RECENT DECISION** |
| META PLATFORMS, INC., et al., | |
| Defendants. | |

I, *Chantale Fiebig*, declare as follows:

1.     I am a Partner at Weil, Gotshal & Manges LLP and am counsel to Defendant Meta Platforms, Inc. in the above-captioned matter.

2.     I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would do so.

3.     Attached as Exhibit A is a true and correct copy of correspondence that appears on the FTC website.

4.     Attached as Exhibit B is a true and correct copy of ████████████████████████ ████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 17, 2022                              */s/ Chantale Fiebig*
                                                               CHANTALE FIEBIG