Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999

Chantale Fiebig (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
*Counsel for Defendant Meta Platforms, Inc.*

Christopher J. Cox (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main Street, Suite 200
Redwood City, CA 94063
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
*Counsel for Defendant Within Unlimited, Inc.*

Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)
adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381
*Counsel for Plaintiff Federal Trade Commission*

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>　　Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**JOINT STATEMENT OF RECENT DECISION**<br><br>Date:　October 21, 2022<br>Time:　11:00 a.m.<br>Dept.:　Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

1  The FTC's motion to strike certain of Meta's affirmative defenses is fully briefed and set for
2  argument on October 21, 2022.  ECF Nos. 89, 93, 99, 119.  Pursuant to this Court's Local Rule
3  7.3(d)(2), the parties jointly submit this statement of recent decision to notify the Court that Chair
4  Khan has ███████████████████████████████████████
5  ██████ and has ███████████████████████████████ Ex. B; *see also* 16 C.F.R. §
6  4.17(b)(3)(i).  The full Commission is now considering Meta's motion to disqualify Chair Khan
7  without Chair Khan's participation.  *See id.* § 4.17(b)(3)(ii).  According to the FTC, these
8  developments are reflected in an October 6, 2022 letter from the Secretary to counsel, which appears
9  on the FTC's public docket and is attached hereto as Exhibit A, and an ████████████████
10 ████████████████████████████████████████████████████
11 ██████ and is attached hereto as Exhibit B but is being submitted under seal because the
12 Commission designated it as confidential.

13
14  DATED:  October 17, 2022                      Respectfully submitted,
15                                                 By: /s/ *Chantale Fiebig*

16  Christopher J. Cox (Bar No. 151650)           Chantale Fiebig (*pro hac vice*)
    HOGAN LOVELLS US LLP                          WEIL, GOTSHAL & MANGES LLP
17  855 Main Street, Suite 200                    2001 M Street, NW, Suite 600
    Redwood City, CA 94063                        Washington, DC 20036
18  Telephone:  (650) 463-4000                    Telephone:  (202) 682-7000
    Facsimile:  (650) 463-4199                    Facsimile:  (202) 857-0940
19  chris.cox@hoganlovells.com                    chantale.fiebig@weil.com

20
21  Lauren Battaglia (*pro hac vice*)             Diane P. Sullivan (*pro hac vice*)
    Logan M. Breed (*pro hac vice*)               WEIL, GOTSHAL & MANGES LLP
22  Benjamin Holt (*pro hac vice*)                17 Hulfish Street, Suite 201
    Charles A. Loughlin (*pro hac vice*)          Princeton, NJ 08542
23  HOGAN LOVELLS US LLP
    Columbia Square                               Bambo Obaro (Bar No. 267683)
24  555 Thirteenth Street, NW                     WEIL, GOTSHAL & MANGES LLP
    Washington, DC 20004                          201 Redwood Shores Parkway, 6th Floor
25  Telephone:  (202) 637-5600                    Redwood Shores, CA 94065-1134
    Facsimile:  (202) 637-5910                    Telephone:  (650) 802-3000
26  lauren.battaglia@hoganlovells.com             Facsimile:  (650) 802-3100
27  logan.breed@hoganlovells.com                  bambo.obaro@weil.com
    benjamin.holt@hoganlovells.com
28

chuck.loughlin@hoganlovells.com

*Counsel for Defendant Within Unlimited, Inc.*

Telephone:  (609) 986-1100
Facsimile:  (609) 986-1199
diane.sullivan@weil.com

Eric S. Hochstadt (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
eric.hochstadt@weil.com

Mark C. Hansen (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Julius P. Taranto (*pro hac vice*)
Alex A. Parkinson (*pro hac vice*)
Ana N. Paul (*pro hac vice*)
L. Vivian Dong (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
mhansen@kellogghansen.com
apanner@kellogghansen.com
jtaranto@kellogghansen.com
aparkinson@kellogghansen.com
apaul@kellogghansen.com
vdong@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*

/s/  <u>Abby L. Dennis</u>

Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Lincoln Mayer
Erika Meyers
Adam Pergament

2

JOINT STATEMENT OF RECENT DECISION          Case No. 5:22-cv-04325-EJD

Kristian Rogers
Anthony R. Saunders
Timothy Singer
James Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Counsel for Plaintiff Federal Trade Commission*