UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>　　　Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DECLARATION OF CHANTALE FIEBIG IN SUPPORT OF THE PARTIES' JOINT STATEMENT OF RECENT DECISION** |

I, *Chantale Fiebig*, declare as follows:

1. I am a Partner at Weil, Gotshal & Manges LLP and am counsel to Defendant Meta Platforms, Inc. in the above-captioned matter.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would do so.

3. Attached as Exhibit A is a true and correct copy of correspondence that appears on the FTC website.

4. Attached as Exhibit B is a true and correct copy of ███████████████████ ███████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 17, 2022　　　　　　　　　　　　　　　／s／ *Chantale Fiebig*
　　　　　　　　　　　　　　　　　　　　　　　　　　CHANTALE FIEBIG