

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

Office of the Secretary

October 6, 2022

Abby Dennis
Federal Trade Commission
Counsel Supporting the Complaint

Michael Moiseyev
Weil, Gotshal & Manges LLP
Counsel for Meta Platforms, Inc.

Geoffrey M. Klineberg
Kellogg, Hansen, Todd, Figel & Frederick, PLLC
Counsel for Mark Zuckerberg

Logan M. Breed
Hogan Lovells LLP
Counsel for Within Unlimited, Inc.

Counsel:

    As you all know, the motion to stay the administrative proceeding in this matter is fully briefed and is before the Commission.  Please be advised that this motion will be resolved after the Commission determines the motion for disqualification that is currently pending before it.  Commission Rule 4.17 provides that in the event that the Commissioner who is the subject of a recusal motion "declines to recuse himself or herself from further participation in the proceeding, the Commission shall determine the motion without the participation of such Commissioner."  16 C.F.R. 4.17(b)(3).

                                                             Regards,

                                                             April J. Tabor
                                                             Secretary

Enclosure