1  Mark C. Hansen (*pro hac vice*)
   mhansen@kellogghansen.com
2  Aaron M. Panner (*pro hac vice*)
   apanner@kellogghansen.com
3  KELLOGG, HANSEN, TODD, FIGEL &
4      FREDERICK, P.L.L.C.
   1615 M Street, NW, Suite 400
5  Washington, DC 20036
   Telephone:  (202) 326-7900
6  Facsimile:  (202) 326-7999
7
   Michael Moiseyev (*pro hac vice*)
8  michael.moiseyev@weil.com
   Chantale Fiebig (*pro hac vice*)
9  chantale.fiebig@weil.com
   WEIL, GOTSHAL & MANGES LLP
10 2001 M Street, NW, Suite 600
   Washington, DC 20036
11 Telephone:  (202) 682-7000
12 Facsimile:  (202) 857-0940
   *Counsel for Defendant Meta Platforms, Inc.*
13

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN JOSE DIVISION

| | |
|---|---|
| 17  FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD (SVK) |
| 18       Plaintiff, | **DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| 19  v. | |
| 20  META PLATFORMS, INC., et al., | |
| 21       Defendants. | |
| 22 | Dept.:  Courtroom 4 – 5th Floor |
| 23 | Judge:  Hon. Edward J. Davila<br>Magistrate Judge Susan van Keulen |

24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5(c), Defendant Meta Platforms, Inc. ("Meta") respectfully files this Administrative Motion To Consider Whether Another Party's Material should Be Sealed in connection with the Joint Statement regarding Dispute on Subpoena to Non-Party Apple Inc. ("Apple"), identified in Exhibit A hereto.

Certain portions of the Joint Statement regarding Dispute on Subpoena to Non-Party Apple Inc. contain information designated by Apple as confidential. Accordingly, Meta seeks to file under seal:

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Joint Statement | Page 1, Excerpts of Lines 20-21, 23-27 | Apple |
| Joint Statement | Page 2, Excerpts of Lines 5-7, 8, 10-14, 16-18 | Apple |
| Joint Statement | Page 3, Excerpts of Lines 6-13, 21-23, 27 | Apple |
| Joint Statement | Page 4, Excerpts of Lines 1-5, 7, 20-22, & n.1 | Apple |
| Joint Statement | Page 5, Excerpts of Lines 5-9, 10-11, 13-14, 18-21, & n.4 | Apple |
| Exhibit 2 | Page 1, Excerpts of "Meta's Proposal" Column | Apple |
| Exhibit 2 | Page 1, Excerpts of "Apple's Proposal" Column | Apple |
| Exhibit 2 | Page 2, Excerpts of "Meta's Proposal" Column | Apple |
| Exhibit 2 | Page 3, Excerpts of "Meta's Proposal" Column | Apple |
| Exhibit 2 | Page 3, Excerpts of "Apple's Proposal" Column | Apple |
| Exhibit 2 | Page 4, Excerpts of "Meta's Proposal" Column | Apple |
| Exhibit 2 | Page 5, Excerpts of "Meta's Proposal" Column | Apple |
| Exhibit 2 | Page 5, Excerpts of "Apple's Proposal" Column | Apple |
| Exhibit 2 | Page 6, Excerpts of "Meta's Proposal" Column | Apple |
| Exhibit 2 | Page 6, Excerpts of "Apple's Proposal" Column | Apple |
| Exhibit 2 | Page 7, Excerpts of "Meta's Proposal" Column | Apple |
| Exhibit 2 | Page 7, Excerpts of "Apple's Proposal" Column | Apple |
| Exhibit 2 | Page 8, Excerpts of "Meta's Proposal" Column | Apple |

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 2 | Page 8, Excerpts of "Apple's Proposal" Column | Apple |
| Exhibit 2 | Page 9, Excerpts of "Meta's Proposal" Column | Apple |
| Exhibit 2 | Page 9, Excerpts of "Apple's Proposal" Column | Apple |
| Exhibit 2 | Page 10, Excerpts of "Meta's Proposal" Column | Apple |
| Exhibit 2 | Page 10, Excerpts of "Apple's Proposal" Column | Apple |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(a)-(c).  Meta has redacted the above-referenced yellow-highlighted portions of their Joint Statement because Apple has designated the information contained therein as confidential.

In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of the Joint Statement regarding Dispute on Subpoena to Non-Party Apple Inc. accompany this Administrative Motion.  *See* Exs. A-B.  In accordance with Civil Local Rule 7-11, Meta also filed a Proposed Order herewith.

DATED:  October 26, 2022

Respectfully submitted,

By: /s/ *Mark C. Hansen*

Mark C. Hansen (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Geoffrey M. Klineberg (*pro hac vice*)
James M. Webster (*pro hac vice* pending)
Jacob E. Hartman (*pro hac vice* pending)
Julius P. Taranto (*pro hac vice*)
Alex A. Parkinson (*pro hac vice*)
Ana N. Paul (*pro hac vice*)
L. Vivian Dong (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
mhansen@kellogghansen.com
apanner@kellogghansen.com
gklineberg@kellogghansen.com
jwebster@kellogghansen.com
jhartman@kellogghansen.com
jtaranto@kellogghansen.com

2

aparkinson@kellogghansen.com
apaul@kellogghansen.com
vdong@kellogghansen.com

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940
michael.moiseyev@weil.com
chantale.fiebig@weil.com

Diane P. Sullivan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
Telephone: (609) 986-1100
Facsimile: (609) 986-1199
diane.sullivan@weil.com

Eric S. Hochstadt (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
eric.hochstadt@weil.com

*Counsel for Defendant Meta Platforms, Inc.*