UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL TRADE COMMISSION, | Case No. 22-cv-04325-EJD (SVK) |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF RECUSAL FROM HEARING DISPUTE RE SUBPOENA TO NON-PARTY APPLE INC.** |
| META PLATFORMS INC., et al., | |
| Defendants. | Dkt. 139 |

This Court, having been assigned to this case for discovery referral purposes, recuses itself from hearing the discovery dispute raised in the Joint Statement Regarding Dispute on Subpoena to Non-Party Apple Inc. Dkt. 139. The Clerk of Court is directed to reassign disposition of this motion [Dkt. 139] to another magistrate judge.

**SO ORDERED.**

Dated: October 27, 2022

SUSAN VAN KEULEN
United States Magistrate Judge