1  Abby L. Dennis, DC Bar No. 994476
   Peggy Bayer Femenella, DC Bar No. 472770
2  Joshua Goodman, NY Bar (No Number)
   Jeanine Balbach, MD Bar (No Number)
3
   Federal Trade Commission
4  600 Pennsylvania Avenue, NW
   Washington, DC 20580
5  Tel: (202) 326-2381
6
   *adennis@ftc.gov; pbayer@ftc.gov;*
7  *jgoodman@ftc.gov; jbalbach@ftc.gov*

8  [Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

9                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
10                         **SAN JOSE DIVISION**

11 **FEDERAL TRADE COMMISSION**,

12              Plaintiff,                    Case No. 5:22-cv-04325-EJD

13         v.                                 **PLAINTIFF FEDERAL TRADE**
                                              **COMMISSION'S ADMINISTRATIVE**
14 **META PLATFORMS, INC.,**                   **MOTION TO CONSIDER WHETHER**
                                              **ANOTHER PARTY'S MATERIAL**
15 and                                        **SHOULD BE SEALED**

16 **WITHIN UNLIMITED, INC.,**

17              Defendants.

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully files this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's Memorandum of Points and Authorities in Support of a Preliminary Injunction (attached hereto, hereinafter "PI Brief") and documents filed in support thereof.  The Parties stipulated to Plaintiff's filing of an Amended Complaint on October 7, 2022 (Dkt. No. 101). On October 13, 2022, the Court granted the Parties' stipulation to amend the Complaint (Dkt. No. 113).

Certain portions of the PI Brief and documents filed in support thereof contain information that was obtained from Meta and Within during the course of the FTC's non-public investigation regarding Meta's proposed acquisition of Within.  Meta and Within designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2.  Other portions of the PI Brief and documents filed in support thereof contain information that was obtained from Meta and Within during the course of litigation discovery in the above-captioned matter and that Meta or Within, as the producing party, designated as Confidential or Highly Confidential pursuant to the Protective Order As Modified by the Court (Dkt. No. 80). Accordingly, Plaintiff seeks to file under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
|----------|-------------------------------|-------------------|
| PI Brief | Page 1, portions of lines 8-9 | Meta |
| PI Brief | Page 1, portions of lines 18, 19, 21, 23-27 | Meta |
| PI Brief | Page 2, portions of lines 1, 2 | Meta |
| PI Brief | Page 2, portions of lines 5, 9-19 | Meta |
| PI Brief | Page 2, portions of lines 22-25 | Meta |
| PI Brief | Page 2, portion of line 27 & Page 3, portion of line 1 | Meta |
| PI Brief | Page 3, portions of lines 2, 6 | Meta |

| PI Brief | Page 4, portion of line 1 | Meta |
|---|---|---|
| PI Brief | Page 4, portions of line 11-12 | Meta |
| PI Brief | Page 4, portions of lines 19-21, 24 | Meta |
| PI Brief | Page 5, portion of line 4 | Meta and Within |
| PI Brief | Page 5, portions of lines 10, 13-18 | Meta |
| PI Brief | Page 5, portions of lines 20-25 | Meta |
| PI Brief | Page 6, portions of lines 1, 3 | Meta |
| PI Brief | Page 6, portion of line 6, lines 7-9, portion of line 10, portions of lines 12-17, 19-23 | Meta |
| PI Brief | Page 6, portions of lines 26-27 | Within |
| PI Brief | Page 7, portions of lines 1-2, 3-8, lines 9-10, portions of lines 11-12, line 13, portion of line 14 | Meta |
| PI Brief | Page 7, portions of lines 18, 20-25, 27 | Meta |
| PI Brief | Page 8, lines 1-2, portions of lines 3-4 | Meta |
| PI Brief | Page 8, portions of lines 7-14, 16-17, 21, 23-26 | Meta |
| PI Brief | Page 9, portions of lines 1-4, lines 5-6, portions of line 7, lines 8-10, portion of line 11, lines 12-13 | Meta |
| PI Brief | Page 9, portions of lines 16-19 | Within |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

2

| PI Brief | Page 9, portions of lines 21-27 | Meta |
|---|---|---|
| PI Brief | Page 10, portions of lines 1-2, 3-5, 8-11 | Meta |
| PI Brief | Page 13, portions of lines 26-27 | Meta |
| PI Brief | Page 14, portion of line 4 | Within |
| PI Brief | Page 14, lines 6-8, portions of lines 9-10, 12 | Meta |
| PI Brief | Page 14, portions of lines 13-14 | Meta and Within |
| PI Brief | Page 14, portions of lines 19, 23-24, 26-27 | Meta |
| PI Brief | Page 15, portions of lines 3-5 | |
| PI Brief | Page 15, portions of lines 20-21 | Meta and Within |
| PI Brief | Page 16, portions of lines 6-7 | Meta and Within |
| PI Brief | Page 17, portions of lines 14, 18 | Meta |
| PI Brief | Page 19, portions of lines 13-15, 17-18, 20-21, 23-26 | Meta |
| PI Brief | Page 20, portion of line 4 | Meta |
| PI Brief | Page 20, portions of lines 8-9, 12 | Meta |
| PI Brief | Page 20, portions of lines 15-26 | Meta |
| PI Brief | Page 21, portions of lines 9-10, 15, 18 | Meta |
| PI Brief | Page 22, portions of lines 8-9, 11-15 | Within |
| PI Brief | Page 22, portions of lines 15-18, 21, 23-26 | Meta |
| PI Brief | Page 23, portion of line 1 | Meta |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

3

| PI Brief | Page 23, portion of line 3, lines 4-6, portions of line 7, lines 8-10, portion of line 11 | Within |
|---|---|---|
| PI Brief | Page 23, portion of lines 23-27 & Page 24, lines 1-3 | Meta |
| PI Brief | Page 24, portions of lines 8-10 | Meta |
| Declaration of Justin Epner in Support of Plaintiff Federal Trade Commission's Mem. of Points and Authorities in Support of a Preliminary Injunction | Page 1, portions of lines 10-19 and 21-22 | Meta and Within |
| PX1 | Entire Document | Meta |
| PX2 | Entire Document | Meta |
| PX3 | Entire Document | Meta |
| PX4 | Entire Document | Meta |
| PX5 | Entire Document | Within |
| PX14 | Entire Document | Meta |
| PX15 | Entire Document | Meta and Within |
| PX50 | Entire Document | Meta |
| PX52 | Entire Document | Meta |
| PX53 | Entire Document | Meta |
| PX54 | Entire Document | Meta |
| PX55 | Entire Document | Meta |
| PX56 | Entire Document | Meta |
| PX58 | Entire Document | Meta |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

4

| PX59 | Entire Document | Meta |
|---|---|---|
| PX60 | Entire Document | Meta |
| PX61 | Entire Document | Within |
| PX62 | Entire Document | Within |
| PX102 | Entire Document | Meta |
| PX111 | Entire Document | Meta |
| PX116 | Entire Document | Meta |
| PX117 | Entire Document | Meta |
| PX118 | Entire Document | Meta |
| PX119 | Entire Document | Meta |
| PX121 | Entire Document | Meta |
| PX122 | Entire Document | Meta |
| PX123 | Entire Document | Meta |
| PX125 | Entire Document | Meta |
| PX127 | Entire Document | Meta |
| PX144 | Entire Document | Meta |
| PX145 | Entire Document | Meta |
| PX162 | Entire Document | Meta |
| PX179 | Entire Document | Meta |
| PX189 | Entire Document | Meta |
| PX200 | Entire Document | Meta |
| PX239 | Entire Document | Meta |
| PX246 | Entire Document | Meta |
| PX249 | Entire Document | Meta |
| PX250 | Entire Document | Meta |
| PX256 | Entire Document | Meta |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

5

| | | |
|---|---|---|
| PX294 | Entire Document | Meta |
| PX342 | Entire Document | Meta |
| PX368 | Entire Document | Meta |
| PX384 | Entire Document | Meta |
| PX386 | Entire Document | Meta |
| PX407 | Entire Document | Meta |
| PX411 | Entire Document | Meta |
| PX452 | Entire Document | Meta |
| PX455 | Entire Document | Meta |
| PX457 | Entire Document | Meta |
| PX458 | Entire Document | Meta |
| PX501 | Entire Document | Meta |
| PX514 | Entire Document | Meta |
| PX527 | Entire Document | Meta |
| PX529 | Entire Document | Meta |
| PX557 | Entire Document | Meta |
| PX568 | Entire Document | Meta |
| PX573 | Entire Document | Meta |
| PX579 | Entire Document | Meta |
| PX605 | Entire Document | Within |
| PX615 | Entire Document | Within |
| PX617 | Entire Document | Within |
| PX619 | Entire Document | Within |
| PX621 | Entire Document | Within |
| PX627 | Entire Document | Within |
| PX657 | Entire Document | Within |

| PX730 | Entire Document | Within |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f).  Plaintiff has redacted the above-referenced yellow-highlighted portions of its PI Brief because Meta and/or Within have designated the information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Plaintiff takes no position on the merits of sealing Meta's or Within's designated material.

In compliance with Civil Local Rule 79-5(e), an unredacted version of the BIO accompanies this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Dated: October 31, 2022

Respectfully Submitted,

/s/ Abby L. Dennis
Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Erika Meyers
Lincoln Mayer
Susan A. Musser
Adam Pergament
Kristian Rogers
Anthony R. Saunders
Timothy Singer
James Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

8