Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC.,** <br><br> and <br><br> **WITHIN UNLIMITED, INC.,** <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully files this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's Expert Report of Hal J. Singer, PhD (attached hereto, hereinafter "Singer Report").

Certain portions of the Singer Report contain information that was obtained from Meta and Within during the course of the FTC's non-public investigation regarding Meta's proposed acquisition of Within. Meta and Within designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2.  Other portions of the Singer Report contain information that was obtained from Meta and Within during the course of litigation discovery in the above-captioned matter and that Meta or Within, as the producing party, designated as Confidential or Highly Confidential pursuant to the Protective Order As Modified by the Court (Dkt. No. 80).

While not all of the Singer report quotes or reveals information from documents designated by Meta and Within as Confidential or Highly Confidential, these designated materials are so intertwined with Dr. Singer's analysis as to make redaction by the FTC impracticable. Meta and Within, as the designating parties, are in a better position than the FTC to determine which portions of the Singer Report require sealing and which can be filed publicly without risk to Meta and Within's interests. Furthermore, the results of Dr. Singer's analysis are described in the un-redacted portions of the public version of the FTC's Memorandum of Points and Authorities in Support of its Motion for Preliminary Injunction (Dkt. 164). Through the FTC's public preliminary injunction brief, the public's interest in understanding these judicial proceedings, and the role of Dr. Singer's conclusions in them, will be safeguarded even with Dr. Singer's report under seal.

Accordingly, the FTC seeks to keep the following material under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Singer Report | Entire Document | Meta and Within |

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Plaintiff has filed the Singer Report provisionally under seal because Meta and/or Within have designated the information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, or the Protective Order As Modified by the Court (Dkt. No. 80). Plaintiff takes no position on the merits of sealing Meta's or Within's designated material.

In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Dated: November 1, 2022

Respectfully Submitted,

/s/ Abby L. Dennis
Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Erika Meyers
Lincoln Mayer
Susan A. Musser
Adam Pergament
Kristian Rogers
Anthony R. Saunders
Timothy Singer
James Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD