

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

November 1, 2022

Abby Dennis
Bureau of Competition
Phone: (202) 326-2381
Email: adennis@ftc.gov

**By Electronic Mail**

The Hon. Edward J. Davila
District Judge
United States District Court for the Northern District of California
280 South 1st Street
San Jose, CA 95113

RE: *FTC v. Meta Platforms, Inc. et al.*, **5:22-cv-04325-EJD**

Dear Judge Davila:

The Court's Order Granting Dkt. No. 78 Stipulation re Discovery Plan and Briefing Schedule As Modified (Dkt. 86) states that, on November 11, 2022, "Defendants Serve Expert Report(s) and file," and, on November 21, 2022, "Plaintiff Serves Rebuttal Expert Report(s) and files." Dkt. 86 at 7. The order has no provision requiring Plaintiff to file its initial expert report. *Id.* In the event that the omission of that requirement was inadvertent, Plaintiff respectfully attaches hereto and files the Expert Report of Hal J. Singer, Ph.D., which was timely served on Defendants on October 27, 2022, pursuant to Dkt. 86.

Sincerely,

/s/ *Abby Dennis*

Abby Dennis
*Counsel for the Plaintiff Federal Trade Commission*