

Bureau of Competition

UNITED STATES OF AMERICA
FEDERAL TRADE COMMISSION
WASHINGTON, D.C. 20580

November 1, 2022

**Via ECF**
Magistrate Judge Susan van Keulen
San Jose Courthouse, Courtroom 6 – 4th Floor
280 South First Street
San Jose, California 95113

  RE: FTC v. Meta Platforms, Inc. et al., 5:22-cv-054325-EJD

Dear Judge van Keulen:

  Pursuant to the Court's Order at Dkt. 158 to file further exhibits to Dkt. 144, please see attached hereto:

- **Exhibit 4** (Defendants' First Set of Interrogatories to Plaintiff);
- **Exhibit 5** (Plaintiff's Amended Second Supplemental Responses and Objections to Defendants' Interrogatories Nos. 3-5); and
- **Exhibit 6** (Plaintiff's Third Supplemental Responses and Objections to Defendants' Interrogatory No. 5).

  Plaintiff's interrogatory responses & objections in Exhibits 5 & 6 both state that the FTC "will submit its expert report(s) in accordance with the deadlines set forth in the Joint Stipulated Discovery Plan and Briefing Schedule (Dkt. 86)." The report of Dr. Hal Singer was timely served on Defendants on October 27, 2022, and is available at Dkt. 163 at PX15 (Exhibit Vol. 1) and Dkt. 165-2.

  The Court also requested that the FTC file its "FTC interrogatory response, if any, that addresses disputed deposition topic no. 3." Please see attached hereto:

- **Exhibit 7** (Plaintiff's Supplemental Responses and Objections to Defendants' First Set of Interrogatories) at 6-18 (Response to Interrogatory No. 1); and
- **Exhibit 8** (Plaintiff's Objections and Responses to Defendants' First Set of Requests for Production) at 6-9, in which "the FTC states that it previously produced all non-party materials and communications produced to the FTC in the course of the investigation of Meta's proposed acquisition of Within, FTC File No. 221-0040, comprising the FTC's non-privileged investigative file in this matter, excluding materials produced by Meta and Within."

2

Sincerely,

*/s/ Abby L. Dennis*
Abby L. Dennis
*Counsel for the Plaintiff Federal Trade Commission*