Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov; jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD |
| Plaintiff, | **JOINT REQUEST TO CONDUCT NOVEMBER 9, 2022 HEARING BY VIDEO CONFERENCE OR TELEPHONE AND [PROPOSED] ORDER** |
| v. | |
| META PLATFORMS, INC., et al., | |
| Defendants. | |

Pursuant to Paragraphs 1 and 12 of this Court's Standing Order, Plaintiff Federal Trade Commission ("FTC"), and Defendants Meta Platforms, Inc. and Within Unlimited, Inc. respectfully submit this Joint Request that the discovery hearing currently scheduled for November 9, 2022, at 1:30p.m., be conducted remotely via video conference or telephone.

The parties submit this joint request because counsel who will appear on behalf of each party at the hearing are located on the East Coast. Additionally, the hearing, if ultimately needed, is currently only on the FTC's Motion [Dkt. 123]. In light of the Court's Order [Dkt. 173], Defendants informed Plaintiff that they are withdrawing their Motions [Dkts. 125, 144]. The parties are meeting and conferring based on the Court's guidance to try to further narrow and, if possible, resolve the FTC's Motion and will provide a further update on November 7 as required by the Court.

Dated: November 4, 2022

Respectfully Submitted,

*/s/ Adam Pergament*
Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Lincoln Mayer
Erika Meyers
Adam Pergament
Kristian Rogers
Anthony R. Saunders
Timothy Singer
James Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

| | |
|---|---|
| 1 | |
| 2 | *Counsel for Plaintiff Federal Trade Commission* |
| 3 | |
| 4 | WEIL, GOTSHAL & MANGES LLP |
| 5 | By:  /s/ Eric S. Hochstadt |
| 6 | BAMBO OBARO (Bar No. 267683)<br>bambo.obaro@weil.com |
| 7 | WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway, 6th Floor |
| 8 | Redwood Shores, CA 94065-1134<br>Telephone: (650) 802-3000 |
| 9 | Facsimile: (650) 802-3100 |
| 10 | MICHAEL MOISEYEV (*pro hac vice*)<br>michael.moiseyev@weil.com |
| 11 | CHANTALE FIEBIG (*pro hac vice*)<br>chantale.fiebig@weil.com |
| 12 | JEFFREY H. PERRY (*pro hac vice*)<br>jeffrey.perry@weil.com |
| 13 | WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, NW, Suite 600 |
| 14 | Washington, DC 20036<br>Telephone: (202) 682-7000 |
| 15 | Facsimile: (202) 857-0940 |
| 16 | DIANE P. SULLIVAN (*pro hac vice*)<br>diane.sullivan@weil.com |
| 17 | WEIL, GOTSHAL & MANGES LLP<br>17 Hulfish Street, Suite 201 |
| 18 | Princeton, NJ  08542<br>Telephone: (609) 986-1100 |
| 19 | Facsimile:  (609) 986-1199 |
| 20 | ERIC S. HOCHSTADT (*pro hac vice*)<br>eric.hochstadt@weil.com |
| 21 | WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue |
| 22 | New York, NY 10153<br>Telephone: (212) 310-8000 |
| 23 | Facsimile: (212) 310-8007 |
| 24 | Mark C. Hansen (*pro hac vice*)<br>mhansen@kellogghansen.com |
| 25 | Geoffrey M. Klineberg (*pro hac vice*)<br>gklineberg@kellogghansen.com |
| 26 | Aaron M. Panner (*pro hac vice*)<br>apanner@kellogghansen.com |
| 27 | KELLOGG, HANSEN, TODD, FIGEL &<br>FREDERICK, P.L.L.C. |
| 28 | 1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900 |

1
2         *Attorneys for Defendant META PLATFORMS, INC.*
3         Christopher J. Cox (Bar No. 151650)
          HOGAN LOVELLS US LLP
4         855 Main St., Suite 200
          Redwood City, CA 94063
5         Telephone No.:  (650) 463-4000
          Facsimile No.:  (650) 463-4199
6         chris.cox@hoganlovells.com

7         Lauren Battaglia (*pro hac vice*)
          Logan M. Breed (*pro hac vice*)
8         Benjamin Holt (*pro hac vice*)
          Charles A. Loughlin (*pro hac vice*)
9         HOGAN LOVELLS US LLP
          Columbia Square
10        555 Thirteenth St., NW
          Washington, D.C. 20004
11        Telephone No.:  (202) 637-5600
          Facsimile No.:  (202) 637-5910
12        lauren.battaglia@hoganlovells.com
          logan.breed@hoganlovells.com
13        benjamin.holt@hoganlovells.com
          chuck.loughlin@hoganlovells.com
14
          *Counsel for Within Unlimited, Inc.*
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having considered the parties' Joint Request to Conduct the November 9, 2022 Hearing by Video Conference or Telephone, IT IS HEREBY ORDERED that the Joint Request is GRANTED.

Dated:  November __, 2022

_____
Honorable Susan van Keulen
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Adam Pergament, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rules 5-1(h)(3), I attest that Eric S. Hochstadt concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: November 4, 2022        /s/ Adam Pergament
                                                    Adam Pergament