Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**JOINT STIPULATION WITHDRAWING DISCOVERY DISPUTES [DKT. 123, 125 & 144] AND [PROPOSED] ORDER** |

1   Pursuant to the Court's order of October 31, 2022, Dkt. 159, the parties met and conferred via
2   video conference on November 3, 2022 and November 7, 2022.  In light of commitments by Meta to
3   produce additional materials and/or provide supplemental information in response to Plaintiff's
4   Interrogatory 4 and Requests for Production 4(f) and 9, Plaintiff has agreed to withdraw its motion to
5   compel, Dkt. 123.  Defendants have previously informed the Court that they are withdrawing their
6   outstanding motions to compel [Dkts. 125, 144].  Dkt. 181.

Because all the discovery disputes before the Court have been withdrawn, the parties jointly request that the Court cancel the November 9, 2022 Video Conference Hearing.  Dkts. 159, 182.

Dated: November 7, 2022                    Respectfully Submitted,

*/s/ Timothy Singer*
Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Lincoln Mayer
Erika Meyers
Susan A. Musser
Adam Pergament
Kristian Rogers
Anthony R. Saunders
Timothy Singer
James Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Counsel for Plaintiff Federal Trade Commission*

| | |
|---|---|
| 1 | |
| 2 | WEIL, GOTSHAL & MANGES LLP |
| 3 | By:  /s/ Eric S. Hochstadt |
| 4 | BAMBO OBARO (Bar No. 267683) |
|   | bambo.obaro@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway, 6th Floor |
| 6 | Redwood Shores, CA 94065-1134 |
|   | Telephone: (650) 802-3000 |
| 7 | Facsimile: (650) 802-3100 |
| 8 | MICHAEL MOISEYEV (*pro hac vice*) |
|   | michael.moiseyev@weil.com |
| 9 | CHANTALE FIEBIG (*pro hac vice*) |
|   | chantale.fiebig@weil.com |
| 10 | JEFFREY H. PERRY (*pro hac vice*) |
|   | jeffrey.perry@weil.com |
| 11 | WEIL, GOTSHAL & MANGES LLP |
|   | 2001 M Street, NW, Suite 600 |
| 12 | Washington, DC 20036 |
|   | Telephone: (202) 682-7000 |
| 13 | Facsimile: (202) 857-0940 |
| 14 | DIANE P. SULLIVAN (*pro hac vice*) |
|   | diane.sullivan@weil.com |
| 15 | WEIL, GOTSHAL & MANGES LLP |
|   | 17 Hulfish Street, Suite 201 |
| 16 | Princeton, NJ  08542 |
|   | Telephone: (609) 986-1100 |
| 17 | Facsimile:  (609) 986-1199 |
| 18 | ERIC S. HOCHSTADT (*pro hac vice*) |
|   | eric.hochstadt@weil.com |
| 19 | WEIL, GOTSHAL & MANGES LLP |
|   | 767 Fifth Avenue |
| 20 | New York, NY 10153 |
|   | Telephone: (212) 310-8000 |
| 21 | Facsimile: (212) 310-8007 |
| 22 | Mark C. Hansen (*pro hac vice*) |
|   | mhansen@kellogghansen.com |
| 23 | Geoffrey M. Klineberg (*pro hac vice*) |
|   | gklineberg@kellogghansen.com |
| 24 | Aaron M. Panner (*pro hac vice*) |
|   | apanner@kellogghansen.com |
| 25 | KELLOGG, HANSEN, TODD, FIGEL & |
|   | FREDERICK, P.L.L.C. |
| 26 | 1615 M Street, N.W., Suite 400 |
|   | Washington, D.C. 20036 |
| 27 | Telephone: (202) 326-7900 |
| 28 | *Attorneys for Defendant META PLATFORMS, INC.* |

| | |
|---|---|
| 1 | |
| 2 | Christopher J. Cox (Bar No. 151650)<br>HOGAN LOVELLS US LLP |
| 3 | 855 Main St., Suite 200<br>Redwood City, CA 94063 |
| 4 | Telephone No.: (650) 463-4000<br>Facsimile No.: (650) 463-4199 |
| 5 | chris.cox@hoganlovells.com |
| 6 | Lauren Battaglia (*pro hac vice*)<br>Logan M. Breed (*pro hac vice*) |
| 7 | Benjamin Holt (*pro hac vice*)<br>Charles A. Loughlin (*pro hac vice*) |
| 8 | HOGAN LOVELLS US LLP<br>Columbia Square |
| 9 | 555 Thirteenth St., NW<br>Washington, D.C. 20004 |
| 10 | Telephone No.: (202) 637-5600<br>Facsimile No.: (202) 637-5910 |
| 11 | lauren.battaglia@hoganlovells.com<br>logan.breed@hoganlovells.com |
| 12 | benjamin.holt@hoganlovells.com<br>chuck.loughlin@hoganlovells.com |
| 13 | *Counsel for Within Unlimited, Inc.* |

**[PROPOSED] ORDER**

Having considered the parties' Joint Request to CANCEL the November 9, 2022 Video Conference Hearing, IT IS HEREBY ORDERED that the Joint Request is GRANTED.

Dated:  November __, 2022

_____
Honorable Susan van Keulen
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Timothy P. Singer am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rules 5-1(h)(3), I attest that Eric S. Hochstadt concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: November 7, 2022                            /s/ *Timothy Singer*
                                                                        Timothy Singer