1 | Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
2 | Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)
3 |

4 | Federal Trade Commission
600 Pennsylvania Avenue, NW
5 | Washington, DC 20580
Tel: (202) 326-2381
6 |

7 | *adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

8 |

9 | [Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

10 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

11 |

12 | FEDERAL TRADE COMMISSION,

Case No. 5:22-cv-04325-EJD

13 |       Plaintiff,
v.

**JOINT STIPULATION WITHDRAWING**
**DISCOVERY DISPUTES [DKT. 123, 125 &**
14 | **144] AND [PROPOSED] ORDER**

META PLATFORMS, INC., et al.,
15 |

       Defendants.
16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

1    Pursuant to the Court's order of October 31, 2022, Dkt. 159, the parties met and conferred via

2  video conference on November 3, 2022 and November 7, 2022.  In light of commitments by Meta to

3  produce additional materials and/or provide supplemental information in response to Plaintiff's

4  Interrogatory 4 and Requests for Production 4(f) and 9, Plaintiff has agreed to withdraw its motion to

5  compel, Dkt. 123.  Defendants have previously informed the Court that they are withdrawing their

6  outstanding motions to compel [Dkts. 125, 144].  Dkt. 181.

7    Because all the discovery disputes before the Court have been withdrawn, the parties jointly

8  request that the Court cancel the November 9, 2022 Video Conference Hearing.  Dkts. 159, 182.

9

10  Dated: November 7, 2022                                Respectfully Submitted,

11                                                         */s/ Timothy Singer*
                                                           Abby L. Dennis
12                                                         Peggy Bayer Femenella
                                                           Joshua Goodman
13                                                         Jeanine Balbach
                                                           Michael Barnett
14                                                         E. Eric Elmore
                                                           Justin Epner
15                                                         Sean D. Hughto
                                                           Frances Anne Johnson
16                                                         Andrew Lowdon
                                                           Lincoln Mayer
17                                                         Erika Meyers
                                                           Susan A. Musser
18                                                         Adam Pergament
                                                           Kristian Rogers
19                                                         Anthony R. Saunders
                                                           Timothy Singer
20                                                         James Weingarten
21
22                                                         Federal Trade Commission
                                                           600 Pennsylvania Avenue, NW
23                                                         Washington, DC 20580
                                                           Tel: (202) 326-2381
24
25                                                         Erika Wodinsky
                                                           90 7th Street, Suite 14-300
26                                                         San Francisco, CA 94103
                                                           Tel: (415) 848-5190
27
28                                                         *Counsel for Plaintiff Federal Trade Commission*

JOINT REQUEST AND [PROPOSED] ORDER                1                CASE NO. 5:22-CV-04325-EJD

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WEIL, GOTSHAL & MANGES LLP

By:  /s/ Eric S. Hochstadt

BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
CHANTALE FIEBIG (*pro hac vice*)
chantale.fiebig@weil.com
JEFFREY H. PERRY (*pro hac vice*)
jeffrey.perry@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

DIANE P. SULLIVAN (*pro hac vice*)
diane.sullivan@weil.com
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ  08542
Telephone: (609) 986-1100
Facsimile:  (609) 986-1199

ERIC S. HOCHSTADT (*pro hac vice*)
eric.hochstadt@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Geoffrey M. Klineberg (*pro hac vice*)
gklineberg@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

*Attorneys for Defendant META PLATFORMS, INC.*

1

2   Christopher J. Cox (Bar No. 151650)
    HOGAN LOVELLS US LLP
3   855 Main St., Suite 200
    Redwood City, CA 94063
4   Telephone No.:  (650) 463-4000
    Facsimile No.:  (650) 463-4199
5   chris.cox@hoganlovells.com

6   Lauren Battaglia (*pro hac vice*)
    Logan M. Breed (*pro hac vice*)
    Benjamin Holt (*pro hac vice*)
7   Charles A. Loughlin (*pro hac vice*)
    HOGAN LOVELLS US LLP
8   Columbia Square
    555 Thirteenth St., NW
9   Washington, D.C. 20004
    Telephone No.:  (202) 637-5600
10  Facsimile No.:  (202) 637-5910
    lauren.battaglia@hoganlovells.com
11  logan.breed@hoganlovells.com
    benjamin.holt@hoganlovells.com
12  chuck.loughlin@hoganlovells.com

13  *Counsel for Within Unlimited, Inc.*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2        Having considered the parties' Joint Request to CANCEL the November 9, 2022 Video

3  Conference Hearing, IT IS HEREBY ORDERED that the Joint Request is GRANTED.

4

5   Dated:  November  7 , 2022

Honorable Susan Van Keulen
6                                                                                United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Timothy P. Singer am the ECF User whose ID and password are being used to file the foregoing.  In compliance with Civil Local Rules 5-1(h)(3), I attest that Eric S. Hochstadt concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated:  November 7, 2022                                                  /s/ *Timothy Singer*
                                                                                          Timothy Singer