# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>            *Plaintiff*,<br><br>v.<br><br>META PLATFORMS, INC., AND WITHIN UNLIMITED, INC.,<br><br>            *Defendants*. | Case No. 5:22-cv-04325-EJD-SVK<br><br>**[PROPOSED] ORDER GRANTING MOTION OF THE STATES OF NEW YORK, ALASKA, CALIFORNIA, CONNECTICUT, DELAWARE, HAWAII, IDAHO, ILLINOIS, MARYLAND, MASSACHUSETTS, MINNESOTA, MISSISSIPPI, MONTANA, NEBRASKA, NEVADA, NEW JERSEY, NEW MEXICO, NORTH CAROLINA, NORTH DAKOTA, OREGON, RHODE ISLAND, UTAH, AND WASHINGTON, THE DISTRICT OF COLUMBIA, AND THE TERRITORY OF GUAM FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF** |

Having considered the Amici States' Motion for Leave to File an Amicus Curiae Brief and having given the parties notice and an opportunity to be heard, the Court hereby GRANTS the Motion and ORDERS that the Amici States' amicus brief is accepted as filed.

IT IS SO ORDERED.

Dated: _____, 2022        By: _____
                                                                         Hon. Edward J. Davila
                                                                         United States District Judge