Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br>   Plaintiff, <br><br>   v. <br><br> **META PLATFORMS, INC.,** <br><br> and <br><br> **WITHIN UNLIMITED, INC.,** <br><br>   Defendants. | Case No. 5:22-cv-04325-EJD <br><br> [~~PROPOSED~~] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED |

With respect to information that Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") designated as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Amended Complaint for a Preliminary Injunction (Dkt. No. 153). The FTC, in accordance with Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| BIO | Page 6, portions of lines 2-3 | Meta and Within |
| BIO | Page 6, portions of lines 18, 21 | Meta |
| BIO | Page 10, portions of lines 10-11, 13 | Meta |
| BIO | Page 12, portions of line 18 | Meta |
| BIO | Pages 12, portions of lines 26-27 & Page 13, portions of lines 1-2 | Meta |
| BIO | Page 13, portions of lines 15-17 | Meta |
| BIO | Page 13, portions of lines 17-20 | Meta |
| BIO | Page 13, portions of lines 21-24 | Meta |
| BIO | Page 14, portions of line 16 | Meta |
| BIO | Page 16, portions of lines 23-24 | Meta |
| BIO | Page 18, portions of line 4, lines 5-8 | Within |
| BIO | Page 18, ~~portions of lines 11-15~~ **only portions of lines 13-15** | Within |

Having considered the FTC's Administrative Motion;

IT IS HEREBY ORDERED that the Administrative Motion is:

[~~Proposed~~] Order on Plaintiff Federal Trade Commission's Administrative motion to consider whether another party's material should be sealed
Case No. 5:22-cv-04325-EJD

1    [ ] GRANTED IN ITS ENTIRETY. The unredacted versions of the FTC's Complaint
2    shall remain under seal.
3    [ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version
4    of its Complaint within 7 days entry of this Order.
5    [X] GRANTED/DENIED IN PART. Plaintiff FTC shall file a revised redacted version of
6    its ~~Complaint,~~ **Brief in Opposition** redacting only the information contained in the ~~following~~ **foregoing** specified paragraphs
7    within 7 days of entry of this Order.

Dated:    November 10 , 2022

_____
Honorable Edward J. Davila
United States District Judge
Northern District of California

[~~Proposed~~] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD