# EXHIBIT B

**REDACTED VERSION OF**

**DOCUMENT SOUGHT TO BE SEALED**

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL EYES ONLY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                      Plaintiff,<br><br>   v.<br><br>META PLATFORMS, INC.<br><br>and<br><br>WITHIN UNLIMITED, INC<br><br>                      Defendants. | Case No. 3:22-cv-04325 |

**EXPERT REPORT OF DENNIS W. CARLTON**

**November 11, 2022**

**REDACTED VERSION OF DOCUMENT
SOUGHT TO BE SEALED**