Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999

Michael Moiseyev (*pro hac vice*)
michael.moiseyev@weil.com
Chantale Fiebig (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
*Counsel for Defendant Meta Platforms, Inc.*

Christopher J. Cox (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main Street, Suite 200
Redwood City, CA 94063
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
*Counsel for Defendant Within Unlimited, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD |
| Plaintiff, | **DECLARATION OF AARON M. PANNER IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR A PRELIMINARY INJUNCTION** |
| v. | |
| META PLATFORMS, INC., et al., | **REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED** |
| Defendants. | Dept.:  Courtroom 4 – 5th Floor
Judge:  Hon. Edward J. Davila |

DECLARATION OF AARON M. PANNER                              Case No. 5:22-cv-04325-EJD

1    Pursuant to 28 U.S.C. § 1746, I, Aaron M. Panner, declare as follows:

2    I am a partner with the law firm of Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.,

3 counsel for Defendant Meta Platforms, Inc. ("Meta").  I am an attorney admitted to practice law in

4 the District of Columbia and have been admitted to practice before the Court in this matter *pro hac*

5 *vice*.  I submit this Declaration in Support of Defendants' Opposition to the Federal Trade

6 Commission's ("FTC") Motion for a Preliminary Injunction.

7    1.    Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the

8 deposition of Mark Zuckerberg, taken October 18, 2022, which contains blue highlighting

9 identifying the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary

10 Injunction.

11    2.    Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the

12 deposition of Andrew Bosworth, taken October 19, 2022, which contains blue highlighting

13 identifying the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary

14 Injunction.

15    3.    Attached hereto as Exhibit 3 is a true and correct copy of PX0224, an email from Jen

16 Prenner to Mark Zuckerberg and Alex Schultz, copying Andrew Bosworth, Rebecca Van Dyck,

17 Mark Rabkin, Brian Irving, Allison Berliner, Colan Sewell, and Andrea Besmehn regarding 2022

18 Reality Labs VR Category Plan [Review], produced as META-E-2R-04611404 to META-E-2R-

19 04611422, dated January 26, 2021.

20    4.    Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of

21 Dennis Carlton, dated November 11, 2022.

22    5.    Attached hereto as Exhibit 5 is a true and correct copy the Expert Report of Michael

23 Zyda, dated November 11, 2022.

24    6.    Attached hereto as Exhibit 6 is a true and correct copy of a document ███████

25 ████████████████████████████████████████████████████

26 ████████████████████████████████████

27 ████████████████████

28

DECLARATION OF AARON M. PANNER    1    Case No. 5:22-cv-04325-EJD

7.     Attached hereto as Exhibit 7 is a true and correct copy of a document ███████

██████████████████████████████████████████████████████████████

███████████

8.     Attached hereto as Exhibit 8 is a true and correct copy of a document ███████

████████████████████████████████████████████████████

9.     Attached hereto as Exhibit 9 is a true and correct copy of the transcript of the deposition of Michael Verdu, taken October 24, 2022, which contains blue highlighting identifying the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary Injunction.

10.     Attached hereto as Exhibit 10 is a true and correct copy of the transcript of the deposition of Mark Rabkin, taken October 26, 2022, which contains blue highlighting identifying the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary Injunction.

11.     Attached hereto as Exhibit 11 is a true and correct copy of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Jason Rubin, taken October 28, 2022, which contains blue highlighting identifying the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary Injunction.

12.     Attached hereto as Exhibit 12 is a true and correct copy of the transcript of the Federal Rule of Civil Procedure 30(b)(6) deposition of Dorothy Paynter, taken October 25, 2022, which contains blue highlighting identifying the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary Injunction.

13.     Attached hereto as Exhibit 13 is a true and correct copy of PX0451, a document located in the custodial files of Jane Chiao titled, "Apps with the highest fitness activity," produced as META-E-LIT-00069699, dated September 19, 2022.

14.     Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Jaime Pichardo Garcia, Business Director at Odders Lab, dated November 2, 2022.

15.     Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Eric Janszen, Chairman, President, and CEO of VirZoom, dated November 4, 2022.

16.     Attached hereto as Exhibit 16 is a true and correct copy of the Expert Report of Theodore Vickey, dated November 11, 2022.

1    17.    Attached hereto as Exhibit 17 is a true and correct copy of a document ████████

2    ███████████████████████████████████████████████████████████████████████

3    ███████████████████████████████████████████████

4    18.    Attached hereto as Exhibit 18 is a true and correct copy of a document ████████

5    ███████████████████████████████████████████████████████████████████████

6    ██████████████████████████████████

7    19.    Attached hereto as Exhibit 19 is a true and correct copy of a document ████████

8    ███████████████████████████████████████████████████████████

9    █████████████████████████

10    20.    Attached hereto as Exhibit 20 is a true and correct copy of the transcript of the

11    deposition of Jason Rubin, taken October 28, 2022, which contains blue highlighting identifying the

12    portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary Injunction.

13    21.    Attached hereto as Exhibit 21 is a true and correct copy of Meta's Supplemental

14    Responses and Objections to Plaintiff's Second Set of Interrogatories, dated October 14, 2022.

15    22.    Attached hereto as Exhibit 22 is a true and correct copy of Meta's Supplemental

16    Responses and Objections to Plaintiff's Second Set of Interrogatory Nos. 2, 3, and 4, dated October

17    18, 2022.

18    23.    Attached hereto as Exhibit 23 is a true and correct copy of a document produced in

19    response to Interrogatory No. 3 of the Federal Trade Commission's First Set of Interrogatories,

20    produced as META-E-LIT-DATA-0000029, dated October 7, 2022.

21    24.    Attached hereto as Exhibit 24 is a true and correct copy of the transcript of the

22    Federal Rule of Civil Procedure 30(b)(6) deposition of Melissa Brown, taken October 26, 2022,

23    which contains blue highlighting identifying the portions cited in Defendants' Opposition to the

24    FTC's Motion for a Preliminary Injunction.

25    25.    Attached hereto as Exhibit 25 is a true and correct copy of the transcript of the

26    deposition of Chris Milk, taken October 26, 2022, which contains blue highlighting identifying the

27    portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary Injunction.

28

DECLARATION OF AARON M. PANNER     3     Case No. 5:22-cv-04325-EJD

1    26.    Attached hereto as Exhibit 26 is a true and correct copy of the transcript of the

2    deposition of Aaron Koblin, taken October 24, 2022, which contains blue highlighting identifying

3    the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary Injunction.

4    27.    Attached hereto as Exhibit 27 is a true and correct copy of a document ████

5    ████████████████████████████████████████████████████████████

6    28.    Attached hereto as Exhibit 28 is a true and correct copy of PX0102, a document

7    located in the custodial files of Mark Rabkin titled, "VR Fitness Literature Review," produced as

8    META-E-2R-01341336, dated April 2021.

9    29.    Attached hereto as Exhibit 29 is a true and correct copy of PX0452, a document

10   located in the custodial files of Meta Platforms, Inc. titled, "Deliberate-Incidental Titles List,"

11   produced as META-E-LIT-00070069, dated September 12, 2022.

12   30.    Attached hereto as Exhibit 30 is a true and correct copy of PX0557, a document

13   located in the custodial files of Melissa Brown titled, "VR Fitness Vertical Overview," produced as

14   META-E-LIT-00029704, dated June 17, 2022.

15   31.    Attached hereto as Exhibit 31 is a true and correct copy of PX0672, an email from

16   █████████████████████████████████████████████████

17   ██████████████████████████

18   32.    Attached hereto as Exhibit 32 is a true and correct copy of PX0664, an email from

19   ██████████████████████████████████████████████

20   ████████████████████████████████████████████████████████████

21   33.    Attached hereto as Exhibit 33 is a true and correct copy of PX0667, a document

22   located in the custodial files of Jonny Ahdout titled, "Board extract for Markeing [*sic*] and product,"

23   produced as WITH000964576, December 3, 2020.

24   34.    Attached hereto as Exhibit 34 is a true and correct copy of a document located in the

25   custodial files of Chris Milk titled, "Project Flow Master," produced as WITH000258643 to

26   WITH000258653, dated May 7, 2019.

27

28

DECLARATION OF AARON M. PANNER    4                    Case No. 5:22-cv-04325-EJD

1      35.      Attached hereto as Exhibit 35 is a true and correct copy of a document ████████

2  ████████████████████████████████████████████████████████████████████

3  ████████████

4      36.      Attached hereto as Exhibit 36 is a true and correct copy of the Declaration of Preston

5  Lewis, co-founder, President, and Chief Design Officer of Black Box VR, dated November 4, 2022.

6      37.      Attached hereto as Exhibit 37 is a true and correct copy of PX0529, a document

7  located in the custodial files of Anand Dass titled, "VR Fitness Partner Deck," produced as META

8  E-LIT-00117361, dated July 21, 2022.

9      38.      Attached hereto as Exhibit 38 is a true and correct copy of PX0908, a blog post

10  titled, "Exercise by Accident:  VR Games to Help You Work Out At Home," dated January 12,

11  2022.

12      39.      Attached hereto as Exhibit 39 is a true and correct copy of the transcript of the

13  deposition of Christopher Pruett, taken October 11, 2022, which contains blue highlighting

14  identifying the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary

15  Injunction.

16      40.      Attached hereto as Exhibit 40 is a true and correct copy of PX0111, a Workplace

17  chat among Mark Rabkin, John Anderson, Irfan Ganchi, Atman Binstock, Ian Carmichael, David

18  Yee, Karen Swanson, Ayman Omar Farahat, Christopher Pruett, Mark Rabkin, Allison Berliner,

19  Emre Motan, Raman Marya, Tamara Sciamanna, Tom Langan, Mike Sego, Jonathan Atkins, Tim

20  Loving, Michael Doran, David Martin, Anand Dass, Bill Allred, Erin Green, Caitlin Kalinowski,

21  Ashley Kelly, Rade Stojsavljevic, Michael Verdu, Rachel Cross, Fiona Fung, Jane Chiao, and Mike

22  LeBeau, produced as META-E-2R-01287249, dated February 23, 2021.

23      41.      Attached hereto as Exhibit 41 is a true and correct copy of PX0573, a document

24  located in the custodial files of Jane Chiao titled, "Fitness HMD Partnership Proposal," produced as

25  META-E-LIT-00081641 to META-E-LIT-00081646.

26      42.      Attached hereto as Exhibit 42 is a true and correct copy of PX0906, a blog post

27  titled, "Introducing 'Supernatural,' a Fun New Way To Stay Fit In VR," dated April 10, 2020.

28

43.     Attached hereto as Exhibit 43 is a true and correct copy of the Expert Report of Jean-Pierre Dubé, dated November 11, 2022.

44.     Attached hereto as Exhibit 44 is a true and correct copy of the Expert Report of Hal J. Singer, dated October 27, 2022.

45.     Attached hereto as Exhibit 45 is a true and correct copy of the Declaration of Matti Nylander, Chief Financial Officer of Varjo Technologies US, Inc., dated November 4, 2022.

46.     Attached hereto as Exhibit 46 is a true and correct copy of the transcript of the deposition of Anand Dass, taken October 20, 2022, which contains blue highlighting identifying the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary Injunction.

47.     Attached hereto as Exhibit 47 is a true and correct copy of the transcript of the deposition of Rade Stojsavljevic, taken October 14, 2022, which contains blue highlighting identifying the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary Injunction.

48.     Attached hereto as Exhibit 48 is a true and correct copy of PX0179, an email from Anand Dass to Rade Stojsavljevic, Jane Chiao, Mark Rabkin, and Michael Verdu, regarding Pre-read for Fitness Investments, produced as META-E-2R-05859972 to META-E-2R-05859973, dated March 15, 2021.

49.     Attached hereto as Exhibit 49 is a true and correct copy of PX0127, a document located in the custodial files of Jane Chiao titled, "VR Fitness Content Investment Thesis v2," produced as META-E-2R-04865217 to META-E-2R-04865230, dated March 10, 2021.

50.     Attached hereto as Exhibit 50 is a true and correct copy of a Workplace chat between Michael Verdu and Anand Dass, produced as META-E-2R-03628924 to META-E-2R-03628928, dated May 26, 2021.

51.     Attached hereto as Exhibit 51 is a true and correct copy of a document located in the custodial files of Michael Verdu titled, "[Decision] First Party Fitness Investment," produced as META-E-2R-06413061 to META-E-2R-06413075, dated May 14, 2021.

52.     Attached hereto as Exhibit 52 is a true and correct copy of a document located in the custodial files of Deborah Guzman Barrios titled, "Fitness 2021 Roadmap," produced as META-E-LIT-00052181 to META-E-LIT-00052186, dated May 10, 2021.

53.     Attached hereto as Exhibit 53 is a true and correct copy of the transcript of the deposition of John D. Carmack, taken October 24, 2022, which contains blue highlighting identifying the portions cited in Defendants' Opposition to the FTC's Motion for a Preliminary Injunction.

54.     Attached hereto as Exhibit 54 is a true and correct copy of PX0144, a Workplace chat among Jane Chiao, Rade Stojsavljevic, and Anand Dass, produced as META-E-2R-00841622 to META-E-2R-00841623, dated March 8, 2021.

55.     Attached hereto as Exhibit 55 is a true and correct copy of PX0615, a document located in the custodial files of Jonny Ahdout titled, "Supernatural Product Strategy," produced as WITH000953928, dated June 3, 2020.

56.     Attached hereto as Exhibit 56 is a true and correct copy of PX0619, a document located in the custodial files of ███████████████████████████████████████████████████████████████████████████████

57.     Attached hereto as Exhibit 57 is a true and correct copy of PX0621, an email from Aaron Koblin to Dave Cowling regarding Getting Gameplay Running at Full Speed, produced as WITH000118270 to WITH000118274, dated December 10, 2020.

58.     Attached hereto as Exhibit 58 is a true and correct copy of Attachment Item 3(b)-1 to Meta's Notification and Report Form filed under the Hart-Scott-Rodino Antitrust Improvements Act of 1976 titled, "Agreement and Plan of Merger," dated October 22, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  November 14, 2022          /s/ *Aaron M. Panner*
                                    Aaron M. Panner

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Mark C. Hansen, am the ECF User whose ID and password are being used to file the foregoing.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that Aaron M. Panner concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

DATED:  November 14, 2022                     /s/ *Mark C. Hansen*
                                                                Mark C. Hansen