# Exhibit 1
# REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 2
## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 3
## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 4
## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 5
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# Exhibit 6
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# Exhibit 7
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# Exhibit 8
## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# Exhibit 9
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

# Exhibit 10
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**