Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

    v.

**META PLATFORMS, INC.,**

**MARK ZUCKERBERG,**

and

**WITHIN UNLIMITED, INC.,**

    Defendants.

Case No.  5:22-cv-04325-EJD

[~~PROPOSED~~] **ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

---

[~~Proposed~~] Order on Plaintiff Federal Trade Commission's Administrative Motion to Consider Whether Another Party's Material Should be Sealed
Case No. 5:22-cv-04325-EJD

With respect to information that Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") designated as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2, Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Amended Complaint for a Preliminary Injunction (Dkt. No. 101). The FTC, in accordance with Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Amended Complaint | Paragraph 4, Lines 22-24 | Meta |
| Amended Complaint | Paragraph 5, Line 6-7 | Meta |
| Amended Complaint | Paragraph 9, Line 3 | Meta |
| Amended Complaint | Paragraph 10, Portions of Lines 4, 9 | Meta |
| Amended Complaint | Paragraph 24, Line 25 | Meta and Within |
| Amended Complaint | Paragraph 30, Lines 4, 7 | Meta |
| Amended Complaint | Paragraph 33, Portions of Lines 9-14, 17-18 | Meta |
| Amended Complaint | Paragraph 36 | Meta |
| Amended Complaint | Paragraph 40 | Meta and Within |

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

| | | |
|---|---|---|
| Amended Complaint | Paragraph 46, Portions of Lines 24-26 | Meta |
| Amended Complaint | Paragraph 52, Portions of Lines 25-27 | Meta and Within |
| Amended Complaint | Paragraph 53 | Meta |
| Amended Complaint | Paragraph 61, Portions of Lines 24-27 | Meta |
| Amended Complaint | Paragraph 62, Portions of Lines 2-6 | Meta |
| Amended Complaint | Paragraph 70 | Meta |
| Amended Complaint | Paragraph 71, Lines 10-11 | Meta |
| Amended Complaint | Paragraphs 72-78 | Meta |
| Amended Complaint | Paragraph 79, Portions of Lines 21-22 | Meta |
| Amended Complaint | Paragraph 80, Portions of Lines 24-25 | Meta |
| Amended Complaint | Paragraphs 81-82 | Meta |
| Amended Complaint | Paragraphs 85-86 | Meta |
| Amended Complaint | Paragraph 90, Portions of Line 21 | Meta |

| Amended Complaint | Paragraphs 94-95 | Within |
| --- | --- | --- |
| Amended Complaint | Paragraph 97, Lines 3-7 | Within and Meta |
| Amended Complaint | Paragraphs 98-101 | Within |
| Amended Complaint | Paragraph 102, Lines 3-4 | Within |
| Amended Complaint | Paragraph 107, Portions of Lines 20-21, 23 | Meta |

Having considered the FTC's Administrative Motion;

IT IS HEREBY ORDERED that the Administrative Motion is:

[x] GRANTED IN ITS ENTIRETY. The unredacted versions of the FTC's Complaint shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of its Complaint within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Plaintiff FTC shall file a revised redacted version of its Complaint, redacting only the information contained in the following specified paragraphs within 7 days of entry of this Order.

Dated:   November 14 , 2022

_____
Honorable Edward J. Davila
United States District Judge
Northern District of California

[Proposed] Order on Plaintiff Federal Trade Commission's Administrative motion to consider whether another party's material should be sealed
Case No. 5:22-cv-04325-EJD