MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
CHANTALE FIEBIG (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999

Attorneys for Defendant META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>　　　Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DECLARATION OF BAMBO OBARO IN SUPPORT OF DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EXHIBIT 1 TO THE PARTIES' JOINT DISCOVERY STATEMENT [DKT. 144-1]** |

I, Bambo Obaro, declare as follows:

1. I am a Partner at Weil, Gotshal & Manges LLP and am counsel to Defendant Meta Platforms, Inc. ("Meta") in the above-captioned matter. I submit this Declaration in support of Defendant Meta Platforms, Inc.'s Administrative Motion to Seal portions of Exhibit 1 to the Parties' Joint Statement Regarding 30(b)(6) Deposition of FTC [Dkt. No. 144-1], Defendants' Notice of Deposition to Plaintiff Federal Trade Commission (the "Deposition Notice").

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would do so.

3. Exhibits 2 and 3 to the Deposition Notice are letters Meta's counsel sent to the FTC during the course of the FTC's investigation that contain non-public and highly sensitive information, including, but not limited to, Meta's internal documents containing analysis of the competitive landscape and strategic considerations of the acquisition.

4. Exhibits 2 and 3 to the Deposition Notice are entitled to confidentiality under Local Rule 79-5 because they reference or reflect Meta's confidential, proprietary information concerning the above. For that reason, Meta has designated documents referencing or reflecting this information as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" pursuant to the parties' Protective Order. *See* ECF No. 80.

5. Attached as Exhibit A is a true and correct copy of the unredacted Deposition Notice.

6. Attached as Exhibit B is a true and correct copy of the redacted Deposition Notice.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Dated: November 14, 2022        */s/ Bambo Obaro*
                                 BAMBO OBARO