1  MICHAEL MOISEYEV (*pro hac vice*)
   michael.moiseyev@weil.com
2  CHANTALE FIEBIG (*pro hac vice*)
   chantale.fiebig@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   2001 M Street, NW, Suite 600
4  Washington, DC 20036
   Telephone: (202) 682-7000
5  Facsimile: (202) 857-0940
6
7  Mark C. Hansen (*pro hac vice*)
   mhansen@kellogghansen.com
8  Aaron M. Panner (*pro hac vice*)
   apanner@kellogghansen.com
9  KELLOGG, HANSEN, TODD, FIGEL &
      FREDERICK, P.L.L.C.
10 1615 M Street, NW, Suite 400
   Washington, DC 20036
11 Telephone:  (202) 326-7900
   Facsimile:  (202) 326-7999
12
13 Attorneys for Defendant META PLATFORMS, INC.
14
   (Additional Counsel Listed on Signature Page)
15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17
                         SAN JOSE DIVISION
18

| FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD |
|---|---|
| Plaintiff, | **DEFENDANT META PLATFORMS, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 144-1.** |
| v. | |
| META PLATFORMS, INC., et al., | Dept.: Courtroom 4 – 5th Floor |
| Defendants. | Judge: Honorable Edward J. Davila |

1  Defendant Meta Platforms, Inc. ("Meta") respectfully moves this Court to remove the following
2  document from ECF, submitted electronically on October 26, 2022, as Exhibit 1 [Dkt. No. 144-1] to the
3  Parties' Joint Statement Regarding 30(b)(6) Deposition of FTC in Case No. 5:22-cv-04325-EJD.
4  Exhibit 1, Defendants' original 30(b)(6) deposition notice to the FTC, was incorrectly filed
5  publicly, and portions of Exhibit 1 should have been filed under seal. The ECF helpdesk has already
6  been contacted, and they have promptly locked the document in question and are awaiting the Court's
7  order to remove it from the record.
8  Meta is resubmitting this document partially under seal and will lodge a copy with the clerk's
9  office on November 14, 2022. Meta has already submitted a declaration and proposed sealing order
10 pursuant to Local Rule 79-5(d). *See* Dkt. 218.
11 For the foregoing reasons, Meta respectfully requests that the Court grant Meta's Motion to
12 Remove Incorrectly Filed Document: Docket No. 144-1.

Dated: November 14, 2022

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: /s/ Bambo Obaro

BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
CHANTALE FIEBIG (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

DIANE P. SULLIVAN (*pro hac vice*)
diane.sullivan@weil.com
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542

|   |   |
|---|---|
| 1 | Telephone: (609) 986-1100 |
| 2 | Facsimile:  (609) 986-1199 |
| 3 | ERIC S. HOCHSTADT (*pro hac vice*) |
|   | eric.hochstadt@weil.com |
| 4 | WEIL, GOTSHAL & MANGES LLP |
|   | 767 Fifth Avenue |

Telephone: (609) 986-1100
Facsimile:  (609) 986-1199

ERIC S. HOCHSTADT (*pro hac vice*)
eric.hochstadt@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Mark C. Hansen (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Julius P. Taranto (*pro hac vice*)
Alex A. Parkinson (*pro hac vice*)
Ana N. Paul (*pro hac vice*)
L. Vivian Dong (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
mhansen@kellogghansen.com
apanner@kellogghansen.com
jtaranto@kellogghansen.com
aparkinson@kellogghansen.com
apaul@kellogghansen.com
vdong@kellogghansen.com

Attorneys for Defendant META PLATFORMS, INC.