UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>   Plaintiff,<br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>   Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**[PROPOSED] ORDER RE DEFENDANT META PLATFORMS, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 144-1.**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

1  With respect to Defendant Meta Platforms, Inc.'s ("Meta") Motion To Remove Incorrectly Filed
2  Document: Docket No. 144-1 (the "Motion"), having considered Meta's Motion;
3  IT IS HEREBY ORDERED that the Motion is GRANTED. The unredacted version of docket
4  entry 144-1 shall be removed from the docket, and Meta shall file a redacted version of docket entry
5  144-1, within 7 days of entry of this Order.

7  Dated: November 15, 2022

~~Edward J. Davila~~
~~UNITED STATES DISTRICT JUDGE~~
Susan van Keulen
United States Magistrate Judge