ABBY L. DENNIS (DC Bar No. 994476)
adennis@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2381

Attorneys for Plaintiff FEDERAL TRADE COMMISSION

MICHAEL MOISEYEV (pro hac vice)
michael.moiseyev@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Attorneys for Defendant META PLATFORMS, INC.

CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main St., Suite 200
Redwood City, CA 94063
Telephone: (650) 463-4000
Facsimile: (650) 463-4199

Attorneys for Defendant WITHIN UNLIMITED, INC.

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRE-HEARING CONFERENCE**<br><br>Dept.:  Courtroom 4 – 5th Floor<br>Judge:  Honorable Edward J. Davila |

The parties have met and conferred, beginning on November 7, 2022, to discuss the preparation and exchange of materials, and to reach agreement where possible on procedural and logistical issues, to facilitate the efficient presentation of evidence at the preliminary injunction hearing scheduled to begin on December 8, 2022.

The parties agree there are specific issues regarding the procedures and presentation of evidence on which the parties would benefit from the Court's guidance. The parties therefore respectfully jointly request that the Court schedule a conference to address these issues. The parties agree to provide a comprehensive list of outstanding issues to the Court two days in advance of the conference.

With respect to scheduling, the parties disagree on when the conference should be scheduled. The parties' respective positions on scheduling are outlined below:

**Plaintiff's Position**: The FTC views Defendants' request for a pre-hearing conference as premature and respectfully requests that the pre-hearing conference be scheduled for after November 28. First, the parties have only begun to meet and confer regarding procedural and logistical issues relating to the presentation of evidence at the evidentiary hearing and have not had the opportunity to meaningfully engage on key issues such as the admissibility of exhibits, deposition designations, or presentation of evidence at trial. Second, the FTC believes that many of the issues Defendants seek to raise now can be resolved through continued collaboration without imposing upon this Court's time. Third, in the time between now and November 28, the parties have deadlines under this Court's established schedule, including numerous scheduled depositions, filing of Proposed Findings of Fact and Conclusions of Law, filing of Plaintiff's Reply Brief in support of its Motion for Preliminary Injunction, filing of Plaintiff's rebuttal expert report(s), and filing of motions *in limine* that all may affect the overall scope of issues to be addressed at the pre-hearing conference. As such, we respectfully request the Court schedule a pre-hearing conference after November 28 which are the last of these deadlines. In the event that this Court grants Defendants' request for an earlier pre-hearing conference, Plaintiffs ask that any such pre-hearing conference be held remotely in order to alleviate the burden of traveling to San Jose, California in the midst of these deadlines.

**Defendants' Position**: Defendants respectfully request that the Court schedule a pre-trial conference at its earliest availability so that the parties benefit from the Court's early guidance on matters

central to the efficient presentation of evidence. Among others, those matters include whether the Court will allow remote testimony for certain witnesses; the sequence of examination for adverse witnesses; submission of certain evidence in advance of trial, such as deposition testimony and/or declarations; the Court's preference for opening and/or closing statements or written summations; and the procedures to be followed for presentation of highly confidential/sealed material during trial. The Court's guidance on these and other issues as soon as practicable will allow the parties to efficiently allocate their limited trial time, to minimize disruptions and burdens on the Court during trial, and to better plan for the potential testimony of company and third-party witnesses, several of whom either do not reside in California or have pre-existing travel commitments during the month of December. To the extent any motions in limine are filed, those can be addressed separately from these fundamental issues related to how trial will proceed in this matter.

Dated: November 15, 2022

Respectfully submitted,

META PLATFORMS, INC.

By: /s/ Bambo Obaro

BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
CHANTALE FIEBIG (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

LIZ RYAN (*pro hac vice*)
liz.ryan@weil.com
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

ERIC S. HOCHSTADT (*pro hac vice*)

| | | |
|---|---|---|
| 1 | | eric.hochstadt@weil.com |
| 2 | | WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue |
| 3 | | New York, NY 10153<br>Telephone: (212) 310-8000 |
| 4 | | Facsimile: (212) 310-8007 |
| 5 | | Mark C. Hansen (*pro hac vice*)<br>mhansen@kellogghansen.com |
| 6 | | Geoffrey M. Klineberg (*pro hac vice*)<br>gklineberg@kellogghansen.com |
| 7 | | Aaron M. Panner (*pro hac vice*)<br>apanner@kellogghansen.com |
| 8 | | KELLOGG, HANSEN, TODD, FIGEL &<br>FREDERICK, P.L.L.C. |
| 9 | | 1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036 |
| 10 | | Telephone: (202) 326-7900 |
| 11 | | Attorneys for Defendant META PLATFORMS, INC. |
| 12 | Dated: November 15, 2022 | Respectfully submitted, |
| 13 | | WITHIN UNLIMITED, INC. |
| 14 | | By: */s/ Christopher J. Cox* |
| 15 | | CHRISTOPHER J. COX (Bar No. 151650)<br>chris.cox@hoganlovells.com |
| 16 | | HOGAN LOVELLS US LLP<br>855 Main St., Suite 200 |
| 17 | | Redwood City, CA 94063<br>Telephone: (650) 463-4000 |
| 18 | | Facsimile: (650) 463-4199 |
| 19 | | LAUREN BATTAGLIA (*pro hac vice*)<br>lauren.battaglia@hoganlovells.com |
| 20 | | LOGAN M. BREED (*pro hac vice*)<br>logan.breed@hoganlovells.com |
| 21 | | BENJAMIN HOLT (*pro hac vice*)<br>benjamin.holt@hoganlovells.com |
| 22 | | CHARLES A. LOUGHLIN (*pro hac vice*)<br>chuck.loughlin@hoganlovells.com |
| 23 | | HOGAN LOVELLS US LLP<br>Columbia Square, 555 Thirteenth St., NW |
| 24 | | Washington, D.C. 20004<br>Telephone: (202) 637-5600 |
| 25 | | Facsimile: (202) 637-5910 |
| 26 | | Counsel for WITHIN UNLIMITED, INC. |
| 27 | Dated: November 15, 2022 | Respectfully submitted, |
| 28 | | FEDERAL TRADE COMMISSION |

|   |   |
|---|---|
| 1 | By: /s/ *Abby L. Dennis* |
| 2 | ABBY L. DENNIS |
|   | Abby L. Dennis (DC Bar No. 994476) |
| 3 | adennis@ftc.gov; pbayer@ftc.gov |
|   | Peggy Bayer Femenella (DC Bar No. 472770) |
| 4 | pbayer@ftc.gov |
|   | Joshua Goodman |
| 5 | jgoodman@ftc.gov |
|   | Jeanine Balbach |
| 6 | jbalbach@ftc.gov |
|   | James H. Weingarten (DC Bar No. 985070) |
| 7 | jweingarten@ftc.gov |
|   | Michael Barnett (TX Bar No. 24006801) |
| 8 | mbarnett@ftc.gov |
|   | E. Eric Elmore |
| 9 | eelmore@ftc.gov |
|   | Justin Epner (DC Bar No. 1028431) |
| 10 | jepner@ftc.gov |
|   | Sean D. Hughto (DC Bar No. 421224) |
| 11 | shughto@ftc.gov |
|   | Frances Anne Johnson |
| 12 | fjohnson@ftc.gov |
|   | Andrew Lowdon (DC Bar No. 230095) |
| 13 | alowdon@ftc.gov |
|   | Lincoln Mayer |
| 14 | amayer@ftc.gov |
|   | Adam Pergament |
| 15 | apergament@ftc.gov |
|   | Kristian Rogers (MA Bar No. 675951) |
| 16 | krogers@ftc.gov |
|   | Anthony R. Saunders (NJ Bar No. 008032001) |
| 17 | asaunders@ftc.gov |
|   | Timothy Singer (DC Bar No. 1048769) |
| 18 | tsinger@ftc.gov |
|   | FEDERAL TRADE COMMISSION |
| 19 | 600 Pennsylvania Avenue, NW |
|   | Washington, DC 20580 |
| 20 | Tel: (202) 326-2381 |
| 21 | ERIKA WODINSKY (Bar No. 091700) |
|   | ewodinsky@ftc.gov |
| 22 | 90 7th Street, Suite 14-300 |
|   | San Francisco, CA 94103 |
| 23 | Telephone: (415) 848-5190 |
|   | Facsimile: (415) 848-5184 |
| 24 |   |
|   | Attorneys for Plaintiff FEDERAL TRADE |
| 25 | COMMISSION |
| 26 |   |
| 27 |   |
| 28 |   |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Bambo Obaro, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: November 15, 2022                    /s/ Bambo Obaro
                                            BAMBO OBARO

**[PROPOSED] ORDER**

Having considered the parties' Joint Request to hold a pre-hearing conference, PURSUANT TO STIPULATION, IT IS SO ORDERED that the Joint Request is GRANTED and that a pre-hearing conference shall be held on _____.

Dated: _____        _____
                                 Honorable Edward J. Davila
                                 United States District Court Judge