Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov; jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**STATEMENT OF NONOPPOSITION TO MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF [DKT. 190]** |

Pursuant to Civil Local Rule 7-3(b), Plaintiff Federal Trade Commission ("FTC") hereby submits this Statement of Nonopposition to the Motion of the States of New York, Alaska, California, Connecticut, Delaware, Hawaii, Idaho, Illinois, Maryland, Massachusetts, Minnesota, Mississippi, Montana, Nebraska, Nevada, New Jersey, New Mexico, North Carolina, North Dakota, Oregon, Rhode Island, Utah, and Washington; the District of Columbia; and the Territory of Guam for Leave to File an Amicus Curiae Brief [Dkt. 190]. Proposed amici are 22 states, the District of Columbia, and the territory of Guam, and include the State of California, where this proceeding is taking place and where both Defendants are headquartered (collectively, the "States").

"State attorneys general can play an important role in antitrust enforcement on matters of particular concern to local businesses or consumers." Fed. Trade Comm'n, "The Enforcers," *available at* https://www.ftc.gov/advice-guidance/competition-guidance/guide-antitrust-laws/enforcers. The FTC believes that is the case here, and thus does not oppose the States' motion for leave to file an amicus brief. *See, e.g.*, *Levin Richmond Terminal Corp. v. City of Richmond*, 482 F. Supp. 3d 944, 951 n.1 (N.D. Cal. 2020) (granting leave for two States to file amici curiae briefs).

Dated: November 16, 2022

Respectfully submitted,

/s/ Abby Dennis
Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Lincoln Mayer

Erika Meyers
Susan A. Musser
Adam Pergament
Kristian Rogers
Anthony R. Saunders
Timothy Singer
James H. Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky

Federal Trade Commission
90 7th Street, Suite 14-300
San Francisco, CA 94103

*Counsel for Plaintiff Federal Trade Commission*