1  Naomi A. Igra (SBN 269095)
   naomi.igra@sidley.com
2  SIDLEY AUSTIN LLP
   555 California Street, Suite 2000
3  San Francisco, CA 94104
   Telephone: +1 415 772 7495
4  Facsimile: +1 415 772 7400

5  Benjamin R. Nagin (*pro hac vice forthcoming*)
   bnagin@sidley.com
6  SIDLEY AUSTIN LLP
   787 Seventh Avenue
7  New York, NY 10019
   Telephone: +1 212 839 5911
8  Facsimile: +1 212 839 5599

9  *Attorneys for Non-Party*
   *Peloton Interactive, Inc.*

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                              SAN JOSE

14  FEDERAL TRADE COMMISSION,              Case No.  3:22-cv-04325-EJD

15            *Plaintiff,*                 **NON-PARTY PELOTON INTERACTIVE,
                                           INC. STATEMENT IN SUPPORT OF**
16         v.                              **SEALING CERTAIN CONFIDENTIAL
                                           BUSINESS MATERIAL FILED BY**
17  META PLATFORMS, INC., et al.,          **DEFENDANT META PLATFORMS, INC.
                                           PROVISIONALLY UNDER SEAL**
18            *Defendants.*                **[ECF NO. 207] [L.R. 79-5(F)(3)]**

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 79-5(f)(3), Non-Party Peloton Interactive, Inc. ("Peloton")

2    respectfully requests that the Court maintain under seal its confidential information identified below,

3    which was provisionally filed under seal pursuant to Defendant Meta Platforms, Inc.'s

4    Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No.

5    207) in connection with the Expert Report of Dr. Theodore Vickey ("Vickey Report"). Peloton

6    respectfully requests that the Court consider this submission, which—applying the appropriate legal

7    standards in this District—significantly narrows the information that would be maintained under

8    seal. More specifically, Peloton seeks to maintain under seal a single sentence and the related

9    document produced by Peloton and referenced in Defendant Meta Platforms, Inc.'s Administrative

10   Motion to Consider Whether Another Party's Material Should Be Sealed (ECF No. 207):

11

| Document | Page & Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|---|
| Vickey Report | Page 9, Footnote 33 | The sentence preceding the citation to PTON-FTCMETALIT-00594 at 2. | The document at issue is an internal document maintained by non-party Peloton regarding Peloton's tracking of competitive trends, opportunities and risks. Peloton's internal, confidential views of the competitive landscape are sensitive and confidential business information that could be used to harm Peloton's business interests. Peloton has narrowly tailored its sealing request to the indicated sentence and the related document. Peloton is not a party in this litigation, and the unsealing of the information would result in injury to Peloton that could not be avoided through any less restrictive alternative. |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Date:  November 18, 2022                    By: /s/ Naomi A. Igra
                                                      Naomi A. Igra (SBN 269095)
2                                                     naomi.igra@sidley.com
                                                      SIDLEY AUSTIN LLP
3                                                     555 California Street, Suite 2000
                                                      San Francisco, CA 94104
4                                                     Telephone: +1 415 772 7495
                                                      Facsimile: +1 415 772 7400
5
6                                                     Benjamin R. Nagin
                                                      (*pro hac vice forthcoming*)
7                                                     bnagin@sidley.com
                                                      SIDLEY AUSTIN LLP
8                                                     787 Seventh Avenue
                                                      New York, NY 10019
9                                                     Telephone: +1 212 839 5911
                                                      Facsimile: +1 212 839 5599
10
11                                                    *Attorneys for Non-Party Peloton Interactive,*
12                                                    *Inc.*
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NON-PARTY PELOTON INTERACTIVE, INC. CIV. L. R. 79-5 (F)(3) STATEMENT,
CASE NO. 5:22-CV-04325-EJD