Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381
*adennis@ftc.gov; pbayer@ftc.gov;*
*jgoodman@ftc.gov; jbalbach@ftc.gov;*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | |
| Plaintiff, | |
| v. | Case No. 5:22-cv-04325-EJD |
| **META PLATFORMS, INC., et al.** | **PLAINTIFF FEDERAL TRADE COMMISSION'S FINAL NON-PARTY FACT WITNESS LIST** |
| Defendants. | |

Pursuant to the Joint Stipulated Case Management Order at ¶ H.9.b (Dkt. 69) and Joint Stipulated Discovery Plan and Briefing Schedule at ¶ B.4 and Exh. A (Dkt. 86), Plaintiff Federal Trade Commission provides its Final Non-Party Fact Witness List with the individuals whose testimony Plaintiff presently intends to present either live and/or via deposition video at the evidentiary hearing on Plaintiff's motion for a preliminary injunction. Plaintiff reserves the right to: (1) call any fact witness at the hearing who appears on Defendants' final party or non-party fact witness list; (2) call any witness needed solely for impeachment; (3) call the custodian of records of any party or non-party from whom documents or records have been obtained to the extent necessary to demonstrate the authenticity or admissibility of documents, in the event a stipulation cannot be reached; and (4) supplement this list in accordance with the Joint Stipulated Discovery Plan and Briefing Schedule at ¶ B.4 (Dkt. 86).

| NAME | EMPLOYER | SUMMARY OF GENERAL TOPICS OF ANTICIPATED TESTIMONY | MODE OF TESTIFYING |
|---|---|---|---|
| Juston Payne | Alphabet, Inc. | Development and sale of fitness or VR products; matters related to any defenses raised by Defendants or any topics addressed in the witness's deposition. | Live or by deposition video |
| Frank Cassanova | Apple Inc. | Development and sale of fitness or VR products; matters related to any defenses raised by Defendants or any topics addressed in the witness's deposition. | Live or by deposition video |
| Julia Klim | Equinox Media, LLC | Development and sale of fitness or VR products; matters related to any defenses raised by Defendants or any topics addressed in the witness's deposition. | By deposition video |
| Olivia Lange | Lululemon Athletica, Inc. | Development and sale of fitness or VR products; matters related to any defenses raised by Defendants or any topics addressed in the witness's deposition. | By deposition video |
| James Healey | Nike, Inc. | Development and sale of fitness or VR products; matters related to any defenses raised by Defendants or any topics addressed in the witness's deposition. | By deposition video |
| Dion Sanders | Peloton Interactive, Inc. | Development and sale of fitness or VR products; matters related to any defenses raised by Defendants or any topics addressed in the witness's deposition. | By deposition video |

Dated:  November 18, 2022

By: /s/ Abby L. Dennis

Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner

PLAINTIFF FTC'S FINAL NON-PARTY FACT WITNESS LIST
CASE NO. 5:22-cv-04325-EJD                    2

|   |   |
|---|---|
| 1 | Bradley Grossman |
| 2 | Sean D. Hughto |
|   | Frances Anne Johnson |
| 3 | Andrew Lowdon |
|   | Lincoln Mayer |
| 4 | Erika Meyers |
|   | Susan Musser |
| 5 | Adam Pergament |
|   | Kristian Rogers |
| 6 | Anthony R. Saunders |
|   | Timothy Singer |
| 7 | James H. Weingarten |

Bradley Grossman
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Lincoln Mayer
Erika Meyers
Susan Musser
Adam Pergament
Kristian Rogers
Anthony R. Saunders
Timothy Singer
James H. Weingarten
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Attorneys for Plaintiff*
*Federal Trade Commission*

PLAINTIFF FTC'S FINAL NON-PARTY FACT WITNESS LIST
CASE NO. 5:22-cv-04325-EJD         3