# EXHIBIT B

**REDACTED VERSION OF**

**DOCUMENT SOUGHT TO BE SEALED**

1    MICHAEL MOISEYEV (*pro hac vice*)
     michael.moiseyev@weil.com
2    WEIL, GOTSHAL & MANGES LLP
     2001 M Street, NW, Suite 600
3    Washington, DC 20036
     Telephone: (202) 682-7000
4    Facsimile: (202) 857-0940
5
     MARK C. HANSEN (*pro hac vice*)
6    mhansen@kellogghansen.com
     KELLOGG, HANSEN, TODD, FIGEL
7    & FREDERICK, P.L.L.C.
     1615 M Street, N.W., Suite 400
8    Washington, D.C. 20036
     Telephone: (202) 326-7900
9    Facsimile: (202) 326-7999
10
11   Attorneys for Defendant META PLATFORMS, INC.

12   CHRISTOPHER J. COX, CA Bar No. 151650
     chris.cox@hoganlovells.com
13   HOGAN LOVELLS US LLP
     855 Main St., Suite 200
14   Redwood City, CA 94063
     Telephone No.: (650) 463-4000
15   Facsimile No.: (650) 463-4199
16
     Attorneys for Defendant WITHIN UNLIMITED, INC.
17
18   (Additional Counsel Listed on Signature Page)

19                      UNITED STATES DISTRICT COURT

20                     NORTHERN DISTRICT OF CALIFORNIA

21                            SAN JOSE DIVISION

22   FEDERAL TRADE COMMISSION,              Case No. 5:22-cv-04325-EJD

23       Plaintiff,                         **DEFENDANTS META PLATFORMS,
                                            INC.'S AND WITHIN UNLIMITED, INC.'S**
24   v.                                     **FINAL NON-PARTY FACT WITNESS LIST**

25   META PLATFORMS, INC., et al.,
                                            Dept.:  Courtroom 4 – 5th Floor
26       Defendants.                        Judge:  Honorable Edward J. Davila

27

28

1

**DEFENDANTS' FINAL NON-PARTY FACT WITNESS LIST**

2

Pursuant to the Joint Stipulated Case Management Order at ¶ H.9.a (Dkt. 69) and Joint Stipulated

3

Discovery Plan and Briefing Schedule at ¶ B.4 and Exh. A. (Dkt. 86), Defendants Meta Platforms, Inc.

4

("Meta") and Within Unlimited, Inc. ("Within") (collectively, "Defendants") provide the below final list

5

of non-party fact witnesses Defendants may call live at the preliminary injunction hearing (the

6

"Hearing") in this matter.  Pursuant to ¶ B.4 of the Joint Stipulated Discovery Plan and Briefing

7

Schedule, this list represents Defendants' good faith effort to identify all non-party fact witnesses that

8

Defendants may present at the Hearing, other than solely for impeachment.[1]

9

In addition to calling any of the below witnesses at the Hearing, Defendants also reserve the right

10

to: (1) call any party or non-party fact witness at the Hearing who appears on the Plaintiff Federal Trade

11

Commission's (the "FTC") final party or non-party fact witness lists; (2) call any fact witness at the

12

Hearing who has been deposed or who the parties had a reasonable opportunity to depose in this matter;

13

(3) call any witness for impeachment, regardless of whether they are included on the below list; (4) call

14

the custodian of records of any party or non-party from whom documents or records have been obtained

15

to the extent necessary to demonstrate the authenticity or admissibility of documents, in the event a

16

stipulation cannot be reached; and (5) supplement, correct, or modify this list in light of any discovery

17

that has not yet been completed.

18

| Name | Employer | Summary of General Topics of Anticipated Testimony |
|------|----------|----------------------------------------------------|
| Preston Lewis | Black Box VR | Meta's proposed acquisition of Within; competitive landscape of the VR fitness market; benefits of the proposed acquisition to the whole VR ecosystem; the requirements and effort it takes to build a fitness and/or VR fitness product; the likelihood that Meta would develop its own VR fitness application; Black Box VR's entrance into VR fitness. |
| Jaime Pichardo Garcia | Odders Lab | Meta's proposed acquisition of Within; competitive landscape for the fitness industry; Meta's support for third party applications and the third party ecosystem; procompetitive benefits of the proposed acquisition to the whole VR ecosystem; the likelihood that Meta would develop its own VR fitness application. |

19
20
21
22
23
24
25
26
27

---

[1] Defendants may rely on portions of any of the non-party fact witnesses' deposition testimony in lieu of live testimony.

28

DEFENDANTS' FINAL NON-PARTY FACT
WITNESS LIST

CASE NO. 5:22-CV-04325-EJD

| Name | Employer | Summary of General Topics of Anticipated Testimony |
|---|---|---|
| Eric Janszen | VirZoom | Meta's proposed acquisition of Within; competitive landscape for the fitness industry; Meta's support for third party applications and the third party ecosystem; procompetitive benefits of the proposed acquisition to the whole VR ecosystem; the likelihood that Meta would develop its own VR fitness application. |
| Frank Casanova | Apple Inc. ("Apple") | ███████ |
| Rafael Wyss | Sony Interactive Entertainment LLC ("Sony") | Sony's current and future VR device and/or platform; Sony's analysis of the AR/VR market; Sony's non-VR fitness products; Sony's resources and fitness expertise. |
| Juston Payne | Alphabet, Inc. ("Google") | ███████ |
| Bryan Raymond Choate | ByteDance, Inc. ("ByteDance") | ███ ByteDance's Pico VR device; ByteDance's analysis of VR fitness; ByteDance's resources and fitness expertise. |
| James Healey | Nike, Inc. ("Nike") | Nike's non-VR fitness products; Nike's view of competition in fitness |
| Dion Sanders | Peloton Interactive, Inc. ("Peloton") | Peloton's non-VR fitness products; Peloton's view of competition in fitness |
| Julia Klim | Equinox Media, LLC ("Equinox") | Equinox's non-VR fitness products; Equinox's VR fitness plans; Equinox's view of competition in fitness |

Dated: November 18, 2022

By: /s/ James M. Webster

JAMES M. WEBSTER, III (*pro hac vice*)
jwebster@kellogghansen.com
MARK C. HANSEN (*pro hac vice*)
mhansen@kellogghansen.com
GEOFFREY M. KLINEBERG (*pro hac vice*)
gklineberg@kellogghansen.com
AARON M. PANNER (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

1

Facsimile: (202) 326-7999

2

BAMBO OBARO (Bar No. 267683)

3

bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP

4

201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134

5

Telephone: (650) 802-3000
Facsimile: (650) 802-3100

6

7

MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com

8

CHANTALE FIEBIG (*pro hac vice*)
chantale.fiebig@weil.com

9

WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600

10

Washington, DC 20036
Telephone: (202) 682-7000

11

Facsimile: (202) 857-0940

12

DIANE P. SULLIVAN (*pro hac vice*)

13

diane.sullivan@weil.com
WEIL, GOTSHAL & MANGES LLP

14

17 Hulfish Street, Suite 201
Princeton, NJ  08542

15

Telephone: (609) 986-1100
Facsimile:  (609) 986-1199

16

17

ERIC S. HOCHSTADT (*pro hac vice*)
eric.hochstadt@weil.com

18

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue

19

New York, NY 10153
Telephone: (212) 310-8000

20

Facsimile: (212) 310-8007

21

Attorneys for Defendant META

22

PLATFORMS, INC.

23

CHRISTOPHER J. COX, CA Bar No. 151650

24

chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP

25

855 Main St., Suite 200
Redwood City, CA 94063

26

Telephone: (650) 463-4000
Facsimile: (650) 463-4199

27

28

LAUREN BATTAGLIA (*pro hac vice*)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

lauren.battaglia@hoganlovells.com
LOGAN M. BREED (*pro hac vice*)
logan.breed@hoganlovells.com
BENJAMIN HOLT (*pro hac vice*)
benjamin.holt@hoganlovells.com
CHARLES A. LOUGHLIN (*pro hac vice*)
chuck.loughlin@hoganlovells.com
HOGAN LOVELLS US LLP
Columbia Square, 555 Thirteenth St., NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910

Counsel for WITHIN UNLIMITED, INC.