**REDACTED VERSION OF**
**DOCUMENT SOUGHT TO BE SEALED**

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0001 | | | | | |
| PX0002 | | | | | |
| PX0003 | | | | | |
| PX0004 | | | | | |
| PX0005 | | | | | |
| PX0006 | | | | | |
| PX0007 | | | | | |
| PX0008 | | | | | |
| PX0009 | | | | | |
| PX0010 | | | | | |
| PX0011 | | | | | |
| PX0012 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|---|---|---|---|---|---|
| PX0013 | | | | | |
| PX0014 | | | | | |
| PX0015 | PX0015 | | Expert Report of Hal J. Singer, Ph.D. | 10/27/2022 | Hal J. Singer, Ph.D |
| PX0016 | PX0016 | | Reserved for Expert Rebuttal Report | 11/21/2022 | Hal J. Singer, Ph.D |
| PX0017 | | | | | |
| PX0018 | | | | | |
| PX0019 | | | | | |
| PX0020 | | | | | |
| PX0021 | | | | | |
| PX0022 | | | | | |
| PX0023 | | | | | |
| PX0024 | | | | | |
| PX0025 | | | | | |
| PX0026 | | | | | |
| PX0027 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|---|---|---|---|---|---|
| PX0028 | | | | | |
| PX0029 | | | | | |
| PX0050 | | | | | |
| PX0051 | | | | | |
| PX0052 | | | | | |
| PX0053 | | | | | |
| PX0054 | | | | | |
| PX0055 | | | | | |
| PX0056 | | | | | |
| PX0057 | | | | | |
| PX0058 | | | | | |
| PX0059 | | | | | |
| PX0060 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|---|---|---|---|---|---|
| PX0061 | | | | | |
| PX0062 | | | | | |
| PX0063 | | | | | |
| PX0064 | | | | | |
| PX0065 | | | | | |
| PX0066 | | | | | |
| PX0067 | | | | | |
| PX0068 | | | | | |
| PX0069 | | | | | |
| PX0071 | | | | | |
| PX0073 | | | | | |
| PX0074 | | | | | |
| PX0077 | | | | | |
| PX0078 | | | | | |
| PX0081 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0082 | | | | | |
| PX0083 | | | | | |
| PX0084 | | | | | |
| PX0085 | | | | | |
| PX0100 | | | | | |
| PX0101 | | | | | |
| PX0102 | | | | | |
| PX0103 | | | | | |
| PX0107 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0108 | | | | | |
| PX0109 | | | | | |
| PX0110 | | | | | |
| PX0111 | | | | | |
| PX0112 | | | | | |
| PX0113 | | | | | |
| PX0114 | | | | | |
| PX0115 | | | | | |
| PX0116 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0117 | | | | | |
| PX0118 | | | | | |
| PX0119 | | | | | |
| PX0120 | | | | | |
| PX0121 | | | | | |
| PX0122 | | | | | |
| PX0123 | | | | | |
| PX0125 | | | | | |
| PX0127 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0128 | | | | | |
| PX0129 | | | | | |
| PX0130 | | | | | |
| PX0131 | | | | | |
| PX0132 | | | | | |
| PX0135 | | | | | |
| PX0136 | | | | | |
| PX0137 | | | | | |
| PX0138 | | | | | |
| PX0139 | | | | | |
| PX0140 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0141 | | | | | |
| PX0142 | | | | | |
| PX0144 | | | | | |
| PX0145 | | | | | |
| PX0146 | | | | | |
| PX0148 | | | | | |
| PX0149 | | | | | |
| PX0157 | | | | | |
| PX0159 | | | | | |
| PX0162 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0164 | | | | | |
| PX0165 | | | | | |
| PX0168 | | | | | |
| PX0170 | | | | | |
| PX0172 | | | | | |
| PX0175 | | | | | |
| PX0177 | | | | | |
| PX0179 | | | | | |
| PX0181 | | | | | |
| PX0184 | | | | | |

**REDACTED VERSION OF**
**DOCUMENT SOUGHT TO BE SEALED**

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0186 | | | | | |
| PX0189 | | | | | |
| PX0190 | | | | | |
| PX0191 | | | | | |
| PX0192 | | | | | |
| PX0193 | | | | | |
| PX0194 | | | | | |
| PX0196 | | | | | |
| PX0197 | | | | | |
| PX0199 | | | | | |
| PX0200 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0201 | | | | | |
| PX0202 | | | | | |
| PX0203 | | | | | |
| PX0204 | | | | | |
| PX0205 | | | | | |
| PX0207 | | | | | |
| PX0210 | | | | | |
| PX0211 | | | | | |
| PX0213 | | | | | |
| PX0215 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0217 | | | | | |
| PX0219 | | | | | |
| PX0220 | | | | | |
| PX0221 | | | | | |
| PX0222 | | | | | |
| PX0223 | | | | | |
| PX0224 | | | | | |
| PX0227 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0229 | | | | | |
| PX0232 | | | | | |
| PX0235 | | | | | |
| PX0236 | | | | | |
| PX0239 | | | | | |
| PX0244 | | | | | |
| PX0245 | | | | | |
| PX0246 | | | | | |

**REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED**

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0247 | | | | | |
| PX0249 | | | | | |
| PX0250 | | | | | |
| PX0251 | | | | | |
| PX0253 | | | | | |
| PX0256 | | | | | |
| PX0257 | | | | | |
| PX0258 | | | | | |
| PX0261 | | | | | |
| PX0263 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0264 | | | | | |
| PX0265 | | | | | |
| PX0267 | | | | | |
| PX0269 | | | | | |
| PX0270 | | | | | |
| PX0271 | | | | | |
| PX0276 | | | | | |
| PX0277 | | | | | |
| PX0279 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|---|---|---|---|---|---|
| PX0280 | | | | | |
| PX0281 | | | | | |
| PX0282 | | | | | |
| PX0284 | | | | | |
| PX0285 | | | | | |
| PX0286 | | | | | |
| PX0288 | | | | | |
| PX0290 | | | | | |
| PX0291 | | | | | |
| PX0293 | | | | | |
| PX0294 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0295 | | | | | |
| PX0296 | | | | | |
| PX0297 | | | | | |
| PX0298 | | | | | |
| PX0299 | | | | | |
| PX0301 | | | | | |
| PX0302 | | | | | |
| PX0303 | | | | | |
| PX0305 | | | | | |
| PX0306 | | | | | |
| PX0307 | | | | | |
| PX0308 | | | | | |
| PX0310 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0312 | | | | | |
| PX0314 | | | | | |
| PX0315 | | | | | |
| PX0316 | | | | | |
| PX0317 | | | | | |
| PX0318 | | | | | |
| PX0319 | | | | | |
| PX0320 | | | | | |
| PX0322 | | | | | |
| PX0324 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED
Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0325 | | | | | |
| PX0326 | | | | | |
| PX0328 | | | | | |
| PX0329 | | | | | |
| PX0330 | | | | | |
| PX0332 | | | | | |
| PX0333 | | | | | |
| PX0338 | | | | | |
| PX0339 | | | | | |
| PX0340 | | | | | |
| PX0341 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0342 | | | | | |
| PX0343 | | | | | |
| PX0344 | | | | | |
| PX0346 | | | | | |
| PX0348 | | | | | |
| PX0349 | | | | | |
| PX0350 | | | | | |
| PX0351 | | | | | |
| PX0352 | | | | | |
| PX0353 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0357 | | | | | |
| PX0358 | | | | | |
| PX0359 | | | | | |
| PX0361 | | | | | |
| PX0362 | | | | | |
| PX0363 | | | | | |
| PX0364 | | | | | |
| PX0365 | | | | | |
| PX0367 | | | | | |
| PX0368 | | | | | |
| PX0369 | | | | | |
| PX0372 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0374 | | | | | |
| PX0375 | | | | | |
| PX0376 | | | | | |
| PX0377 | | | | | |
| PX0379 | | | | | |
| PX0380 | | | | | |
| PX0381 | | | | | |
| PX0382 | | | | | |
| PX0383 | | | | | |
| PX0384 | | | | | |
| PX0385 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0386 | | | | | |
| PX0389 | | | | | |
| PX0394 | | | | | |
| PX0399 | | | | | |
| PX0400 | | | | | |
| PX0401 | | | | | |
| PX0402 | | | | | |
| PX0403 | | | | | |
| PX0406 | | | | | |
| PX0407 | | | | | |
| PX0408 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0411 | | | | | |
| PX0412 | | | | | |
| PX0413 | | | | | |
| PX0415 | | | | | |
| PX0416 | | | | | |
| PX0417 | | | | | |
| PX0418 | | | | | |
| PX0419 | | | | | |
| PX0420 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|---|---|---|---|---|---|
| PX0421 | | | | | |
| PX0422 | | | | | |
| PX0423 | | | | | |
| PX0424 | | | | | |
| PX0426 | | | | | |
| PX0432 | | | | | |
| PX0433 | | | | | |
| PX0434 | | | | | |
| PX0435 | | | | | |
| PX0437 | | | | | |
| PX0438 | | | | | |
| PX0439 | | | | | |
| PX0442 | | | | | |
| PX0443 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0444 | | | | | |
| PX0445 | | | | | |
| PX0446 | | | | | |
| PX0448 | | | | | |
| PX0449 | | | | | |
| PX0451 | | | | | |
| PX0452 | | | | | |
| PX0453 | | | | | |
| PX0454 | | | | | |
| PX0455 | | | | | |
| PX0456 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0457 | | | | | |
| PX0458 | | | | | |
| PX0464 | | | | | |
| PX0465 | | | | | |
| PX0466 | | | | | |
| PX0467 | | | | | |
| PX0468 | | | | | |
| PX0469 | | | | | |
| PX0470 | | | | | |
| PX0473 | | | | | |
| PX0474 | | | | | |
| PX0476 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0477 | | | | | |
| PX0478 | | | | | |
| PX0479 | | | | | |
| PX0480 | | | | | |
| PX0481 | | | | | |
| PX0482 | | | | | |
| PX0484 | | | | | |
| PX0485 | | | | | |
| PX0486 | | | | | |
| PX0487 | | | | | |
| PX0488 | | | | | |
| PX0489 | | | | | |
| PX0490 | | | | | |
| PX0492 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0494 | | | | | |
| PX0495 | | | | | |
| PX0496 | | | | | |
| PX0497 | | | | | |
| PX0498 | | | | | |
| PX0499 | | | | | |
| PX0500 | | | | | |
| PX0501 | | | | | |
| PX0503 | | | | | |
| PX0504 | | | | | |
| PX0505 | | | | | |
| PX0508 | | | | | |
| PX0510 | | | | | |
| PX0513 | | | | | |
| PX0514 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0517 | | | | | |
| PX0519 | | | | | |
| PX0521 | | | | | |
| PX0522 | | | | | |
| PX0523 | | | | | |
| PX0524 | | | | | |
| PX0525 | | | | | |
| PX0526 | | | | | |
| PX0527 | | | | | |
| PX0528 | | | | | |
| PX0529 | | | | | |
| PX0530 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|---|---|---|---|---|---|
| PX0532 | | | | | |
| PX0533 | | | | | |
| PX0536 | | | | | |
| PX0537 | | | | | |
| PX0540 | | | | | |
| PX0542 | | | | | |
| PX0544 | | | | | |
| PX0545 | | | | | |
| PX0549 | | | | | |
| PX0550 | | | | | |
| PX0551 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0552 | | | | | |
| PX0555 | | | | | |
| PX0556 | | | | | |
| PX0557 | | | | | |
| PX0558 | | | | | |
| PX0559 | | | | | |
| PX0560 | | | | | |
| PX0561 | | | | | |
| PX0563 | | | | | |
| PX0565 | | | | | |

**REDACTED VERSION OF**
**DOCUMENT SOUGHT TO BE SEALED**

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0566 | | | | | |
| PX0567 | | | | | |
| PX0568 | | | | | |
| PX0569 | | | | | |
| PX0570 | | | | | |
| PX0571 | | | | | |
| PX0572 | | | | | |
| PX0573 | | | | | |
| PX0574 | | | | | |
| PX0575 | | | | | |
| PX0576 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0577 | | | | | |
| PX0578 | | | | | |
| PX0579 | | | | | |
| PX0581 | | | | | |
| PX0582 | | | | | |
| PX0583 | | | | | |
| PX0584 | | | | | |
| PX0586 | | | | | |
| PX0588 | | | | | |
| PX0589 | | | | | |
| PX0598 | | | | | |
| PX0599 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0600 | | | | | |
| PX0602 | | | | | |
| PX0605 | | | | | |
| PX0606 | | | | | |
| PX0607 | | | | | |
| PX0608 | | | | | |
| PX0609 | | | | | |
| PX0611 | | | | | |
| PX0613 | | | | | |
| PX0614 | | | | | |
| PX0615 | | | | | |
| PX0616 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0617 | | | | | |
| PX0619 | | | | | |
| PX0620 | | | | | |
| PX0621 | | | | | |
| PX0625 | | | | | |
| PX0626 | | | | | |
| PX0627 | | | | | |
| PX0628 | | | | | |
| PX0630 | | | | | |
| PX0631 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0632 | | | | | |
| PX0633 | | | | | |
| PX0635 | | | | | |
| PX0649 | | | | | |
| PX0650 | | | | | |
| PX0651 | | | | | |
| PX0652 | | | | | |
| PX0653 | | | | | |
| PX0655 | | | | | |
| PX0657 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0658 | | | | | |
| PX0659 | | | | | |
| PX0660 | | | | | |
| PX0661 | | | | | |
| PX0662 | | | | | |
| PX0664 | | | | | |
| PX0665 | | | | | |
| PX0667 | | | | | |
| PX0669 | | | | | |

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|---|---|---|---|---|---|
| PX0670 | | | | | |
| PX0672 | | | | | |
| PX0674 | | | | | |
| PX0675 | | | | | |
| PX0676 | | | | | |
| PX0677 | | | | | |
| PX0678 | | | | | |
| PX0679 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0680 | | | | | |
| PX0681 | | | | | |
| PX0682 | | | | | |
| PX0684 | | | | | |
| PX0685 | | | | | |
| PX0686 | | | | | |
| PX0687 | | | | | |
| PX0688 | | | | | |
| PX0689 | | | | | |
| PX0690 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0691 | | | | | |
| PX0692 | | | | | |
| PX0693 | | | | | |
| PX0694 | | | | | |
| PX0695 | | | | | |
| PX0696 | | | | | |
| PX0697 | | | | | |
| PX0698 | | | | | |
| PX0699 | | | | | |
| PX0700 | | | | | |
| PX0701 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | | Date | Sponsoring Witness |
|--------|----------|----------|-------------|--|------|--------------------|
| PX0702 | | | | | | |
| PX0703 | | | | | | |
| PX0704 | | | | | | |
| PX0705 | | | | | | |
| PX0706 | | | | | | |
| PX0709 | | | | | | |
| PX0710 | | | | | | |
| PX0711 | | | | | | |
| PX0712 | | | | | | |
| PX0713 | | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|---|---|---|---|---|---|
| PX0714 | | | | | |
| PX0715 | | | | | |
| PX0717 | | | | | |
| PX0718 | | | | | |
| PX0719 | | | | | |
| PX0720 | | | | | |
| PX0721 | | | | | |
| PX0725 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0727 | | | | | |
| PX0729 | | | | | |
| PX0730 | | | | | |
| PX0731 | | | | | |
| PX0732 | | | | | |
| PX0733 | | | | | |
| PX0734 | | | | | |
| PX0735 | | | | | |
| PX0736 | | | | | |
| PX0737 | | | | | |
| PX0738 | | | | | |
| PX0739 | | | | | |
| PX0740 | | | | | |
| PX0741 | | | | | |
| PX0743 | | | | | |
| PX0744 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0745 | | | | | |
| PX0746 | | | | | |
| PX0747 | | | | | |
| PX0748 | | | | | |
| PX0749 | | | | | |
| PX0750 | | | | | |
| PX0752 | | | | | |
| PX0753 | | | | | |
| PX0754 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0755 | | | | | |
| PX0756 | | | | | |
| PX0757 | | | | | |
| PX0758 | | | | | |
| PX0759 | | | | | |
| PX0761 | | | | | |
| PX0762 | | | | | |
| PX0765 | | | | | |
| PX0766 | | | | | |
| PX0767 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0770 | | | | | |
| PX0774 | | | | | |
| PX0776 | | | | | |
| PX0777 | | | | | |
| PX0778 | | | | | |
| PX0779 | | | | | |
| PX0780 | | | | | |
| PX0781 | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)
Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0782 | | | | | |
| PX0783 | | | | | |
| PX0784 | | | | | |
| PX0785 | | | | | |
| PX0786 | | | | | |
| PX0800 | | | | | |
| PX0806 | | | | | |
| PX0817 | | | | | |
| PX0818 | | | | | |
| PX0822 | | | | | |
| PX0823 | | | | | |
| PX0824 | | | | | |
| PX0827 | | | | | |
| PX0828 | | | | | |
| PX0829 | | | | | |

REDACTED VERSION OF
DOCUMENT SOUGHT TO BE SEALED

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0830 | | | | | |
| PX0839 | | | | | |
| PX0900 | PX0900-001 | PX0900-010 | Facebook Press Release: Facebook Reports Third Quarter 2021 Results | 10/25/2021 | Meta |
| PX0904 | PX0904-001 | PX0904-009 | Healthline Article: I Tried It: 'Supernatural' VR Workout on Oculus Quest (March 4, 2021) | 3/4/2021 | Hal J. Singer, Ph.D. |
| PX0905 | PX0905-001 | PX0905-013 | Men's Journal Article: VR Fitness Is A Serious Workout, Seriously | 1/22/2021 | Hal J. Singer, Ph.D. |
| PX0906 | PX0906-001 | PX0906-010 | Oculus Blog Article: Introducing 'Supernatural,' a Fun New Way to Stay Fit in VR (April 10, 2020) | 4/10/2020 | Hal J. Singer, Ph.D. |
| PX0907 | PX0907-001 | PX0907-004 | Tech Game World Article: Meta Quest 2 has sold 14.8 million units worldwide | 7/1/2022 | Hal J. Singer, Ph.D. |
| PX0908 | PX0908-001 | PX0908-018 | Oculus Blog Article: Exercise by Accident: VR Games to Help You Work Out at Home (January 12, 2022) | 1/12/2022 | Meta; Hal J. Singer., Ph.D. |
| PX0909 | PX0909-001 | PX0909-008 | Meta Quest Website: Fitness (Archived) | 5/19/2022 | Meta |
| PX0911 | PX0911-001 | PX0911-006 | Meta Quest Tweet: What are you training for? (February 3, 2022) | 2/3/2022 | Meta; Hal J. Singer, Ph.D. |
| PX0913 | PX0913-001 | PX0913-0013 | Supernatural Website: Homepage | 7/22/2022 | Within |
| PX0914 | PX0914-001 | PX0914-013 | Meta Quest Website: Beat Saber on Oculus Quest 2 | 7/21/2022 | Meta |
| PX0915 | PX0915-001 | PX0915-008 | Meta Quest Website: Horizon Venues | 7/19/2022 | Meta |
| PX0916 | PX0916-001 | PX0916-015 | Oculus Blog Article: Connect 2021 Recap: Horizon Home, The Future of Work, Presence Platform, and More (October 28, 2021) | 10/28/2021 | Meta |
| PX0917 | PX0917-001 | PX0917-027 | Earnings Call: Meta Platforms Q1 2021 | 4/28/2021 | Meta |

**REDACTED VERSION OF**
**DOCUMENT SOUGHT TO BE SEALED**

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0920 | PX0920-001 | PX0920-006 | CNBC Article: Mark Zuckerberg's 'metaverse' business lost more than $10 billion last year, and the losses keep growing (February 2, 2022) | 2/2/2022 | Meta; Hal J. Singer, Ph.D. |
| PX0923 | PX0923-001 | PX0923-001 | Alex Heath Twitter: Facebook is going to probably have a near monopoly in VR software before it even matters (June 11, 2021) | 6/11/2021 | Andrew Bosworth; Meta; Hal J. Singer, Ph.D. |
| PX0924 | PX0924-001 | PX0924-003 | Oculus for Developers Website: Share Your Creations with the World | 7/13/2022 | Meta |
| PX0928 | PX0928-001 | PX0928-007 | Meta Website: Facebook to Acquire Oculus (March 25, 2014) | 3/25/2014 | Mark Zuckerberg; Meta |
| PX0929 | PX0929-001 | PX0929-004 | Oculus Blog Article: Oculus Joins Facebook (March 25, 2014) | 3/25/2014 | Meta |
| PX0930 | PX0930-001 | PX0930-005 | IDC Article: AR/VR Headset Shipments Grew Dramatically in 2021, Thanks Largely to Meta's Strong Quest 2 Volumes, with Growth Forecast to Continue, According to IDC (March 21, 2022) | 3/21/2022 | Hal J. Singer, Ph.D. |
| PX0931 | PX0931-001 | PX0931-012 | Input Magazine Website: Mark Zuckerberg is hell-bent on the Metaverse - and getting you to work In VR (October 28, 2021) | 10/28/2021 | Mark Zuckerberg; Meta; Hal J. Singer, Ph.D. |
| PX0932 | PX0932-001 | PX0932-006 | Meta Website: Introducing Meta a Social Technology Company (October 28, 2021) | 10/28/2021 | Meta |
| PX0934 | PX0934-001 | PX0934-003 | Fitt Insider Article: Facebook's Zuckerberg: The Future of Fitness is in VR (June 22, 2021) | 6/22/2021 | Mark Zuckerberg |
| PX0937 | PX0937-001 | PX0937-0118 | Meta Platforms, Inc. Form 10-K for Fiscal Year ending December, 31, 2021 | 12/31/2021 | Meta |

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|--------|----------|----------|-------------|------|--------------------|
| PX0938 | PX0938-001 | PX0938-023 | Frontiers in Virtual Reality Article: The Use of Virtual Reality to Influence Motivation, Affect, Enjoyment, and Engagement During Exercise: A Scoping Review (December 23, 2020) | 12/23/2020 | Hal J. Singer, Ph.D. |
| PX0939 | PX0939-001 | PX0939-012 | Meta Quest Website: Supernatural pop-out | 7/20/2022 | Meta |
| PX0940 | PX0940-001 | PX0940-021 | Document: Meta Platforms, Inc. (FB) First Quarter 2022 Results Conference Call (April 27, 2022) | 4/27/2022 | Meta |
| PX0942 | PX9042-001 | PX9042-005 | Mixed News Article: John Carmack reveals the formula for Beat Saber's success | 8/15/2022 | John Carmack; Meta |
| PX0948 | PX0948-001 | PX0948-007 | Wired Article: 5 Years After the Oculus Rift, Where do VR and AR Go Next? (March 31, 2021) | 3/31/2021 | Hal J. Singer, Ph.D |
| PX0949 | PX0949-001 | PX0949-013 | Greatist Article: I Tried VR Fitness and It Totally Changed My Workout Routine (January 10, 2022) | 1/10/2022 | Hal J. Singer, Ph.D |
| PX0951 | PX0951-001 | PX0951-007 | Meta Website: Founder's Letter, 2021 | 10/28/2021 | Mark Zuckerberg; Meta |
| PX0952 | PX0952-001 | PX0952-027 | Earning Call: Meta Platforms Q3 2020 | 10/30/2020 | Mark Zuckerberg; Meta |
| PX0953 | PX0953-001 | PX0953-027 | Earning Call: Meta Platforms Q4 2020 | 1/27/2021 | Mark Zuckerberg; Meta |
| PX0954 | PX0954-001 | PX0954-027 | Earning Call: Meta Platforms Q2 2021 | 7/29/2021 | Mark Zuckerberg; Meta |
| PX0955 | PX0955-001 | PX0955-027 | Earning Call: Meta Platforms Q3 2021 | 10/25/2021 | Mark Zuckerberg; Meta |
| PX0956 | PX0956-001 | PX0956-027 | Earning Call: Meta Platforms Q4 2021 | 2/2/2022 | Mark Zuckerberg; Meta |
| PX0957 | PX0957-001 | PX0957-027 | Earning Call: Meta Platforms Q1 2022 | 4/27/2022 | Mark Zuckerberg; Meta |
| PX0958 | PX0958-001 | PX0958-027 | Earning Call: Meta Platforms Q2 2022 | 7/29/2022 | Mark Zuckerberg; Meta |

**REDACTED VERSION OF**
**DOCUMENT SOUGHT TO BE SEALED**

Federal Trade Commission v. Meta Platforms, Inc., et al. 5:22-cv-04325-EJD (N.D. Cal.)

Federal Trade Commission's Exhibit List

| PX No. | BegBates | EndBates | Description | Date | Sponsoring Witness |
|---|---|---|---|---|---|
| PX0960 | PX0960-001 | PX0960-099 | Meta Platforms, Inc. Securities and Exchange Commission Form 10-Q | 10/26/2022 | Mark Zuckerberg; Meta |
| PX0962 | PX0962-001 | PX0962-002 | Meta Quest Website: Store Requirements and Guidelines | 10/10/2022 | Chris Pruett; Meta |
| PX0965 | PX0965-001 | PX0965-029 | The Verge Article: The best thing to do in VR is work out | 4/13/2021 | Chris Milk; Within; Hal J. Singer, Ph.D. |
| PX0968 | PX0968-001 | PX0968-009 | Meta Quest Store: Meta Quest 2 Active Pack | 10/31/2022 | Meta |
| PX0969 | PX0969-001 | PX0969-004 | Region Locked, Oculus VR Forum | 5/15/2022 | Meta |
| PX0972 | PX0972-001 | PX0972-002 | Meta Quest Website: Fitness & Wellness | 11/18/2022 | Meta; Hal J. Singer, Ph.D. |
| PX0999 | PX0999-001 | PX0999-005 | Beat Saber Tweet: "NEW MUSIC COMING!" (March 17, 2020) | 3/17/2020 | Deborah Guzman Barrios; Meta |
| PX1000 | PX1000-001 | PX1000-003 | Jaroslav Beck Tweet: So many of you are now locked at home… (October 24, 2020) | 3/24/2020 | Jaroslav Beck; Meta |