| Exhibit No. | BegBates | EndBates | Date | Description | Sponsoring Witness |
|---|---|---|---|---|---|
| DX1001 | META-E-2R-00841118 | META-E-2R-00841119 | 3/1/2021 | Email from Michael Verdu to Anand Dass regarding VR Fitness Conten... - Main comment here is that we need to … | Dass, Anand; Verdu, Michael |
| DX1002 | META-E-2R-00848515 | META-E-2R-00848518 | 6/11/2021 | Email from Devi Mahadevia to Anand Dass, Michael Verdu, and Rade Stojsavljevic et al. regarding EQ+ potential partnership | Anand Dass; Rade Stojsavljevic; Verdu, Michael |
| DX1003 | META-E-2R-01338819 | META-E-2R-01338835 | 1/31/2022 | Fitness as an Oculus product priority | Zyda, Michael; Rabkin, Mark |
| DX1004 | META-E-2R-01341336 | META-E-2R-01341336 | 8/11/2021 | VR Fitness Literature Review | Rabkin, Mark |
| DX1005 | META-E-2R-01341743 | META-E-2R-01341751 | 6/2/2021 | VR Fitness 2.0 strategy | Carlton, Dennis; Rabkin, Mark |
| DX1006 | META-E-2R-01740426 | META-E-2R-01740461 | 3/4/2021 | MZ VR Roadmap Review - Mar 2021 [REDACTED] | Bosworth, Andrew; Rabkin, Mark |
| DX1007 | META-E-2R-02104396 | META-E-2R-02104396 | 3/10/2021 | Workplace chat among Dorrie Paynter; Karen Swanson; and Jane Chiao | Paynter, Dorothy |
| DX1008 | META-E-2R-02825792 | META-E-2R-02825878 | 3/3/2021 | AR/VR Ecosystems Development PowerPoint | Pruett, Chris |
| DX1009 | META-E-2R-02825792 | META-E-2R-02825878 | 3/3/2021 | AR/VR Competitive Landscape | Pruett, Chris |
| DX1010 | META-E-2R-03220678 | META-E-2R-03220679 | 12/18/2019 | Email from Michael Verdu to AR/VR ALL regarding [AR/VR ALL] Broadening the audience for VR | Zyda, Michael |
| DX1011 | META-E-2R-03628762 | META-E-2R-03628762 | 3/11/2021 | Email from Anand Dass to Jane Chiao regarding FW: Pre-read for Fitness Investments | Dass, Anand |
| DX1012 | META-E-2R-03628924 | META-E-2R-03628928 | 5/26/2021 | Workplace chat between Michael Verdu and Anand Dass | Dass, Anand; Verdu, Michael |
| DX1013 | META-E-2R-04467212 | META-E-2R-04467213 | 1/15/2021 | Email from Lindsay Seefeldt to CD Integration regarding FW: Beat Games (Project Saturday): 1-year M&A deal review | Carlton, Dennis; Bosworth, Andrew; Rabkin, Mark; Verdu, Michael |
| DX1014 | META-E-2R-04480139 | META-E-2R-04480141 | 3/4/2021 | Email from Jane Chiao to John Anderson regarding Quick Fitness / M&A Thoughts | Dass, Anand |
| DX1015 | META-E-2R-04611404 | META-E-2R-04611422 | 1/26/2022 | Email from Jen Prenner to Mark Zuckerberg et al. regarding 2022 Reality Labs VR Category Plan [Review] | Carlton, Dennis; Bosworth, Andrew; Rabkin, Mark; Zuckerberg, Mark |
| DX1016 | META-E-2R-04865217 | META-E-2R-04865230 | 9/17/2021 | VR Fitness Content Investment Thesis v2 | Dass, Anand; Stojsavljevic, Rade |
| DX1017 | META-E-2R-04923047 | META-E-2R-04923060 | 9/17/2021 | VR Fitness Content Investment Thesis v2 | Dass, Anand |
| DX1018 | META-E-2R-05914489 | META-E-2R-05914498 | n/a | Project Eden XFN Kickoff Deck | Rabkin, Mark |
| DX1019 | META-E-2R-05940256 | META-E-2R-05940269 | 9/17/2021 | VR Fitness Content Investment Thesis v2 | Zyda, Michael; Rubin, Jason |
| DX1020 | META-E-2R-06413061 | META-E-2R-06413075 | 5/14/2021 | [Decision] First Party Fitness Investment | Carlton, Dennis; Verdu, Michael |
| DX1021 | META-E-2R-06413792 | META-E-2R-06413798 | 3/8/2021 | VR Fitness Content M&A thesis [WIP] | Stojsavljevic, Rade; Verdu, Michael |
| DX1022 | META-E-2R-06433219 | META-E-2R-06433224 | 8/18/2021 | Metaverse Policy Principles Overview | Bosworth, Andrew; Zuckerberg, Mark |
| DX1023 | META-E-2R-06437814 | META-E-2R-06437815 | 6/24/2021 | Email from David Wehner to Nir Blumberger, copying Mark Zuckerberg et al. regarding Request for approval: M&A Project Eden (FRL Content) | Bosworth, Andrew; Verdu, Michael; Zuckerberg, Mark |
| DX1024 | META-E-2R-06456323 | META-E-2R-06456332 | 6/16/2022 | Apps with the highest fitness activity | Zyda, Michael; Vickey, Theodore |
| DX1025 | META-E-2R-DATA-00000002 | META-E-2R-DATA-00000002 | n/a | Data responsive to FTC Second Request Specification | Carlton, Dennis; Zyda, Michael |
| DX1026 | META-E-2R-DATA-00000005 | META-E-2R-DATA-00000005 | n/a | Data responsive to FTC Second Request Specification | Rubin, Jason; Carlton, Dennis; Zyda, Michael |
| DX1027 | META-E-2R-DATA-00000012 | META-E-2R-DATA-00000012 | n/a | Data responsive to FTC Second Request Specification | Carlton, Dennis; Zyda, Michael |
| DX1028 | META-E-2R-DATA-00000026 | META-E-2R-DATA-00000026 | n/a | Data responsive to FTC Second Request Specification | Carlton, Dennis |
| DX1029 | META-E-2R-DATA-00000033 | META-E-2R-DATA-00000033 | n/a | Data responsive to FTC Second Request Specification | Carlton, Dennis |
| DX1030 | META-E-2R-DATA-00000035 | META-E-2R-DATA-00000035 | n/a | Data responsive to FTC Second Request Specification | Zyda, Michael |
| DX1031 | META-E-2R-DATA-00000037 | META-E-2R-DATA-00000037 | n/a | Data responsive to FTC Second Request Specification | Carlton, Dennis |
| DX1032 | META-E-2R-DATA-00000039 | META-E-2R-DATA-00000039 | n/a | Data responsive to FTC Second Request Specification | Carlton, Dennis |
| DX1033 | META-E-2R-DATA-00000050 | META-E-2R-DATA-00000050 | n/a | Data responsive to FTC Second Request Specification | Carlton, Dennis; Zyda, Michael |
| DX1034 | META-E-LIT-00029704 | META-E-LIT-00029704 | 6/17/2022 | VR Fitness Vertical Overview | Zyda, Michael; Vickey, Theodore; Brown, Melissa; Rabkin, Mark |
| DX1035 | META-E-LIT-00052181 | META-E-LIT-00052186 | 3/2/2021 | Fitness 2021 RoadMap | Guzman, Deborah |
| DX1036 | META-E-LIT-00057659 | META-E-LIT-00057688 | 1/31/2022 | Content Sourcing of Applications | Pruett, Chris |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION                    1

* Defendants reserve the right to supplement, amend, and/or modify this exhibit list prior to or during trial. This exhibit list does not reflect exhibits that may be used for impeachment purposes or rebuttal.

| Exhibit No. | BegBates | EndBates | Date | Description | Sponsoring Witness |
|---|---|---|---|---|---|
| DX1037 | META-E-LIT-00057689 | META-E-LIT-00057705 | n/a | Fitness as an Oculus Product Priority | Pruett, Chris |
| DX1038 | META-E-LIT-00058082 | META-E-LIT-00058096 | 5/14/2021 | [Decision] First Party Fitness Investment | Pruett, Chris |
| DX1039 | META-E-LIT-00060654 | META-E-LIT-00060663 | 2/8/2022 | Project Eden: XFN Kickoff Deck | Rubin, Jason |
| DX1040 | META-E-LIT-00067114 | META-E-LIT-00067114 | 5/11/2021 | Quarterly AR/VR Competitive Landscape | Verdu, Michael |
| DX1041 | META-E-LIT-00068491 | META-E-LIT-00068491 | 9/9/2022 | Oculus Fitness Personas Nov 2021 - Final Report [RL] | Zyda, Michael; Vickey, Theodore; Carlton, Dennis |
| DX1042 | META-E-LIT-00068494 | META-E-LIT-00068494 | 9/12/2022 | Incidental Fitness Survey Report | Zyda, Michael |
| DX1043 | META-E-LIT-00068508 | META-E-LIT-00068534 | 9/12/2022 | Fitness Apps User Trends _ Strategy Guidance | Zyda, Michael; Carlton, Dennis |
| DX1044 | META-E-LIT-00068589 | META-E-LIT-00068589 | 9/12/2022 | VR Fitness Vertical Overview H2 2021 | Carlton, Dennis |
| DX1045 | META-E-LIT-00068590 | META-E-LIT-00068590 | June 2022 | VR Fitness Strategy | Zyda, Michael |
| DX1046 | META-E-LIT-00068811 | META-E-LIT-00068811 | 9/13/2022 | Oculus Fitness Personas Nov 2021 - Final Report | Paynter, Dorothy |
| DX1047 | META-E-LIT-00069699 | META-E-LIT-00069699 | 9/19/2022 | Apps with the highest fitness activity (headset distance traveled per hour timespent & scraped Store Review data) | Vickey, Theodore |
| DX1048 | META-E-LIT-00070069 | META-E-LIT-00070069 | 9/12/2022 | Deliberate-Incidental Titles List | Carlton, Dennis |
| DX1049 | META-E-LIT-00079332 | META-E-LIT-00079348 | 4/8/2022 | VR Fitness Strategy | Paynter, Dorothy |
| DX1050 | META-E-LIT-00080386 | META-E-LIT-00080386 | December 2021 | Likelihood of Fitness Use on Incidental Fitness Apps | Zyda, Michael |
| DX1051 | META-E-LIT-00080783 | META-E-LIT-00080783 | 2022 | 2022 VR Fitness Strategy Check Inx | Zyda, Michael; Carlton, Dennis |
| DX1052 | META-E-LIT-00081679 | META-E-LIT-00081689 | 3/9/2021 | Quick Fitness - M&A Thoughts | Vickey, Theodore |
| DX1053 | META-E-LIT-00100140 | META-E-LIT-00100153 | n/a | VR Fitness Content Investment Thesis v2 | Stojsavljevic, Rade |
| DX1054 | META-E-LIT-00118302 | META-E-LIT-00118331 | 2022 | Applications Futurecasting (2022 and beyond) | Dass, Anand |
| DX1055 | META-E-LIT-00118750 | META-E-LIT-00118756 | 2022 | VR Fitness Content M&A thesis | Dass, Anand |
| DX1056 | META-E-LIT-00118815 | META-E-LIT-00118825 | 3/9/2021 | Quick Fitness - M&A Thoughts | Dass, Anand |
| DX1057 | META-E-LIT-00136628 | META-E-LIT-00136655 | 2022 | VR Category Plan | Rabkin, Mark |
| DX1058 | META-E-LIT-DATA-0000001 | META-E-LIT-DATA-0000001 | n/a | Data responsive to FTC Request for Production | Zyda, Michael |
| DX1059 | META-E-LIT-DATA-0000006 | META-E-LIT-DATA-0000006 | n/a | Data responsive to FTC Request for Production | Carlton, Dennis |
| DX1060 | META-E-LIT-DATA-0000006 | META-E-LIT-DATA-0000006 | n/a | Data responsive to FTC Request for Production | Rubin, Jason; Carlton, Dennis; Zyda, Michael |
| DX1061 | META-E-LIT-DATA-0000015 | META-E-LIT-DATA-0000015 | n/a | Data responsive to FTC Request for Production | Carlton, Dennis; Zyda, Michael |
| DX1062 | META-E-LIT-DATA-0000017 | META-E-LIT-DATA-0000017 | n/a | Data responsive to FTC Request for Production | Carlton, Dennis; Zyda, Michael |
| DX1063 | META-E-LIT-DATA-0000031 | META-E-LIT-DATA-0000031 | n/a | Data responsive to FTC Request for Production | Rubin, Jason; Carlton, Dennis; Zyda, Michael |
| DX1064 | META-E-LIT-DATA-0000031 | META-E-LIT-DATA-0000031 | n/a | Data responsive to FTC Request for Production | Zyda, Michael; Vickey, Theodore; Carlton, Dennis |
| DX1065 | META-E-LIT-DATA-0000032 | META-E-LIT-DATA-0000032 | n/a | Data responsive to FTC Request for Production | Zyda, Michael; Vickey, Theodore |
| DX1066 | META-E-LIT-DATA-0000033 | META-E-LIT-DATA-0000033 | n/a | Data responsive to FTC Request for Production | Carlton, Dennis |
| DX1067 | META-E-LIT-DATA-0000047 | META-E-LIT-DATA-0000047 | n/a | Data responsive to FTC Request for Production | Carlton, Dennis |
| DX1068 | META-E-LIT-DATA-0000049 | META-E-LIT-DATA-0000049 | n/a | Data responsive to FTC Request for Production | Zyda, Michael |
| DX1069 | META-E-LIT-DATA-0000050 | META-E-LIT-DATA-0000050 | n/a | Data responsive to FTC Request for Production | Carlton, Dennis; Zyda, Michael |
| DX1070 | | | 10/1/2019 | Post titled Metaverse Content FYI | Pruett, Chris |
| DX1071 | n/a | n/a | 10/29/2021 | HSR Attachment Item 4(c)-5 to the Zuckerberg Notification and Report Form filed under the Hart-Scott-Rodino Antitrust Improvements Act of 1976 | Bosworth, Andrew; Rubin, Jason; Rabkin, Mark |
| DX1072 | n/a | n/a | 10/29/2021 | HSR Attachment 3(b)(2) Agreement and Plan of Merger - Attachment Item 3(b)-1" | Bosworth, Andrew; Milk, Chris |
| DX1073 | WITH000214386 | WITH000214388 | 1/26/2021 | Document entitled, "Cheddar TV Interview with Aaron Koblin" | Koblin, Aaron |
| DX1074 | WITH000236277 | WITH000236278 | 12/3/2019 | Email from Kuangwei Hwang to Aaron Koblin regarding Re: News and thanks. | Koblin, Aaron |
| DX1075 | WITH000239474 | WITH000239475 | 9/10/2019 | Email from Aaron Koblin to Christine Choi regarding Re: Introducing Christine Choi to Within | Koblin, Aaron |
| DX1076 | WITH000241770 | WITH000241770 | 2/5/2020 | Presentation entitled, "Supernatural User Acquisition - Cohorts and Strategy" | Koblin, Aaron |
| DX1077 | WITH000258643 | WITH000258653 | 5/7/2019 | Document entitled, "Project Flow Master" | Milk, Chris |
| DX1078 | WITH000267222 | WITH000267226 | 6/16/2022 | Document entitled, "Product Hunt post" | Milk, Chris |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION                                               2

* Defendants reserve the right to supplement, amend, and/or modify this exhibit list prior to or during trial. This exhibit list does not reflect exhibits that may be used for impeachment purposes or rebuttal.

| Exhibit No. | BegBates | EndBates | Date | Description | Sponsoring Witness |
|---|---|---|---|---|---|
| DX1079 | WITH000280922 | WITH000280929 | 4/10/2020 | Email from Jessie Cohen (via Google Docs) to Chris Milk, Aaron Koblin, et al., regarding Supernatural_OculusBlog_040920 - Invitation to edit | Milk, Chris |
| DX1080 | WITH000281143 | WITH000281147 | 4/7/2020 | Email from Michael Cibula to Michael Wolf, Aaron Koblin, and Chris Milk regarding Re: Supernatural - Full Deck 3.31 MW - Invitation to edit | Milk, Chris |
| DX1081 | WITH000281887 | WITH000281891 | 4/13/2020 | Email from Michael Wolf to Aaron Koblin, Chris Milk, Michael Cibula, and Mick McCabe regarding Re: An idea... | Milk, Chris |
| DX1082 | WITH000296023 | WITH000296027 | 1/29/2020 | Email from Chris Milk to Jonny Ahdout and Zach Richter regarding Re: Supernatural - Product Page Copy - Beta Submission | Milk, Chris |
| DX1083 | WITH000303399 | WITH000303466 | 9/22/2020 | Chat between Chris Milk and Lance Maerov | Milk, Chris |
| DX1084 | WITH000303414 | WITH000303414 | 9/22/2020 | Chat between Chris Milk and Lance Maerov | Milk, Chris |
| DX1085 | WITH000310533 | WITH000310542 | 3/22/2021 | Chat between Lars Dalgaard and Chris Milk | Milk, Chris |
| DX1086 | WITH000388460 | WITH000388466 | 9/28/2021 | Notes entitled, "Christopher Powers Ongoing" | Milk, Chris; Koblin, Aaron |
| DX1087 | WITH000885380 | WITH000885382 | 2/1/2021 | Email from Michael Wolf to Aaron Koblin, Chris Milk, JP Labrosse, and Sam Storr regarding Re: SOW: Muscle Testing | Milk, Chris; Koblin, Aaron |
| DX1088 | WITH000901299 | WITH000901300 | 4/28/2020 | Email from Aaron Koblin to Chris Milk, Dave Cowling, Eric Silverman, Lilly Zhong, Michael Cibula, Sam Storr Andrea Zak, Dave Cowling, Jeff Chan, John Dewar, Kuangwei Hwang, and Lilly Zhong regarding Difficulty | Milk, Chris; Koblin, Aaron |
| DX1089 | WITH001049334 | WITH001049334 | 2/28/2020 | Presentation entitled, "Supernatural Social Media Proposal" | Cibula, Lawrence Michael |
| DX1090 | WITH001218303 | WITH001218304 | 7/9/2021 | Email from Chris Milk to Lilly Zhong, Aaron Koblin, Anshul Dhawan, Eric Silverman, and JP Labrosse regarding Re: Screenshot (Jul 8, 2021 8:55:18 PM) | Koblin, Aaron |
| DX1091 | WITH001287877 | WITH001287880 | 4/19/2021 | Email from Michael Cibula to Chris Milk, Aaron Koblin, Jess Zobler, Jonny Ahdout, JP Labrosse, Kevin Kearney, Sam Storr, and Sam Storr regarding Re: peloton + verzuz | Milk, Chris; Koblin, Aaron |
| DX1092 | WITH001289748 | WITH001289748 | 6/6/2021 | Presentation entitled, "Shared ... SN Vision Internal Working" | Milk, Chris; Koblin, Aaron |
| DX1093 | WITH001327805 | WITH001327814 | 5/12/2020 | Document entitled, "State of the Union Supernatural" | Milk, Chris; Koblin, Aaron |
| DX1094 | WITH001332390 | WITH001332392 | 1/25/2021 | Memorandum entitled, "Statistics by Supernatural" | Milk, Chris; Koblin, Aaron |
| DX1095 | WITH001334887 | WITH001334887 | 3/2/2021 | Presentation entitled, "Supernatural Update Session" | Milk, Chris; Koblin, Aaron |
| DX1096 | WITH001336377 | WITH001336381 | 5/12/2021 | Email from Pearly Chen to Aaron Koblin regarding RE: Connecting | Koblin, Aaron |
| DX1097 | WITH001499620 | WITH001499622 | 3/16/2021 | Email from Eric Silverman to Aaron Koblin, Chris Milk, Dave Cowling, Jona Dinges, and JP Labrosse regarding Re: Some Thoughts on Group Classes and Prototyping Work | Milk, Chris; Koblin, Aaron |
| DX1098 | WITH001503920 | WITH001503928 | 6/25/2021 | Email from Jason Ray to Aaron Koblin, JP Labrosse, Ed Duran, and Pearly Chen regarding Re: Pearly Chen Supernatural | Milk, Chris; Koblin, Aaron |
| DX1099 | WITH001516255 | WITH001516263 | 10/29/2021 | Email from Chris Milk (via Google Docs) to JP Labrosse regarding Eden announcement - great start to this! | Milk, Chris |
| DX1100 | WITH001523611 | WITH001523611 | 10/14/2021 | Presentation entitled, "Strategic Summit 2022" | Milk, Chris; Koblin, Aaron |
| DX1101 | WITH001532339 | WITH001532340 | 11/9/2021 | Email from Aaron Koblin to JP Labrosse, Michael Wolf, and WITHIN Leads regarding Re: Competitive Decks | Milk, Chris; Koblin, Aaron |
| DX1102 | WITH001534377 | WITH001336378 | 5/12/2021 | Notes entitled, "Ryan Vance - Chief Content Officer - Tonal" | Milk, Chris |
| DX1103 | WITH001535488 | WITH001535526 | 9/8/2020 | Document entitled, Within IC_v3.pdf | Milk, Chris |
| DX1104 | WITH001569099 | WITH001569099 | 4/28/2020 | Presentation entitled, "Supernatural" | Milk, Chris |
| DX1105 | WITH001579031 | WITH001579046 | 9/23/2020 | Email from Chris Milk to Stephen Chou, Aaron Koblin, and Michael Cibula regarding RE: PTON Q4 2020 Earnings | Milk, Chris; Koblin, Aaron |
| DX1106 | WITH001587451 | WITH001587455 | 6/18/2019 | Email from Aaron Koblin to Chris Milk regarding Fwd: Chris Milk/Within and Andrew | Milk, Chris; Koblin, Aaron |
| DX1107 | WITH001601040 | WITH001601041 | 7/6/2020 | Email from Chris Milk to Stephen Chou regarding Re: Lululemon / Mirror | Milk, Chris |
| DX1108 | WITH001602671 | WITH001602672 | 1/7/2020 | Email from Aaron Koblin to Chris Milk and Mick McCabe regarding Re: Happy New Year! | Milk, Chris; Koblin, Aaron |
| DX1109 | WITH001603581 | WITH001603582 | 2/16/2020 | Email from Chris Milk to Sam Storr, Aaron Koblin, Jess Zobler, and Jonny Ahdout regarding Re: Fwd: Within Vistit | Milk, Chris |
| DX1110 | WITH001604543 | WITH001604554 | 3/23/2020 | Email from Aaron Koblin to Dan Morris, Chris Milk, Meaghan Fitzgerald, and Naomi Cornman regarding Re: Director for the Quest ads | Milk, Chris; Koblin, Aaron |
| DX1111 | WITH001616920 | WITH001616923 | 10/18/2021 | Email from Aaron Koblin to Chris Milk regarding Fwd: Fwd: LeBron James x Tonal Audit | Milk, Chris; Koblin, Aaron |
| DX1112 | WITH002094057 | WITH002094057 | 10/8/2020 | Email from Chris Milk to Eric Silverman, Aaron Koblin, Jona Dinges, JP Labrosse, Lilly Zhong, and Zach Richter regarding Re: INTRODUCING VIRTUAL GROUP WORKOUTS - Tonal | Milk, Chris; Koblin, Aaron |
| DX1113 | WITH002218471 | WITH002218472 | 1/19/2021 | Draft Talking Points | Milk, Chris; Koblin, Aaron |
| DX1114 | WITH002792215 | WITH002792222 | 7/28/2020 | Email from Ryan Rhodes to Chris Milk, JP Labrosse, Lilly Zhong, and Jona Dinges regarding RE: month view vs 30 day trailing view | Milk, Chris |

* Defendants reserve the right to supplement, amend, and/or modify this exhibit list prior to or during trial. This exhibit list does not reflect exhibits that may be used for impeachment purposes or rebuttal.

| Exhibit No. | BegBates | EndBates | Date | Description | Sponsoring Witness |
|---|---|---|---|---|---|
| DX1115 | WITH002805386 | WITH002805387 | 1/26/2021 | Email from Michael Cibula to Lilly Zhong, Eric Silverman, John Hauer, Jonny Ahdout, JP Labrosse, and Kevin Liantono regarding Re: effectiveness value prop - Ryan Rhodes | Cibula, Lawrence Michael |
| DX1116 | WITHIN-LIT-001570448 | WITHIN-LIT-001570448 | 4/6/2021 | Presentation entitled, "Group Workout Prototyping" | Milk, Chris; Koblin, Aaron |
| DX1117 | WITHIN-LIT-001823742 | WITHIN-LIT-001823746 | 6/16/2022 | Email from Mike Foster to Michael Cibula regarding RE: PS5 Amendment | Cibula, Lawrence Michael |
| DX1118 | WITH-TRGT-000000033 | WITH-TRGT-000000033 | 3/14/2022 | Document entitled, Financials 2014-YTDSep21.xlsx | Cibula, Lawrence Michael |
| DX1119 | WITH-TRGT-LIT-000000001 | WITH-TRGT-LIT-000000001 | 9/12/2022 | Document entitled, YTD 7+5 - Jul22 Actuals and 2022 Forecast.xlsx | Cibula, Lawrence Michael |
| DX1120 | WITH-TRGT-LIT-000000007 | WITH-TRGT-LIT-000000007 | 6/1/2022 | Presentation entitled, "Supernatural Monthly Business Review" | Milk, Chris; Koblin, Aaron |
| DX1121 | WITH000169857 | WITH000169857 | 8/8/2021 | Presentation entitled, "Product Growth Strategy" | Milk, Chris; Koblin, Aaron |
| DX1122 | WITH000259959 | WITH000259960 | 10/13/2020 | Email from Ben Horowitz to Chris Milk regarding Re: Question | Milk, Chris |
| DX1123 | WITH000267189 | WITH000267189 | 3/8/2020 | Presentation entitled, "Supernatural" | Milk, Chris |
| DX1124 | WITH000310219 | WITH000310219 | 5/12/2020 | Chat between Chris Milk and Lars Dalgaard | Milk, Chris |
| DX1125 | WITH000912051 | WITH000912053 | 10/4/2020 | Email from Aaron Koblin to Eric Silverman, Andrea Zak, Dave Cowling, Jeff Chan, John Dewar, Kuangwei Hwang, and Lilly Zhong regarding Re: Some Thoughts on 'Live' Classes | Milk, Chris; Koblin, Aaron |
| DX1126 | WITH000964576 | WITH000964576 | 12/03/2020 | Presentation entitled, "Supernatural" | Milk, Chris; Koblin, Aaron |
| DX1127 | WITH000973236 | WITH000973240 | 6/10/2019 | Email from Andrea Zak (via Google Docs) to Bill Allred regarding Draft of Flow Brand ID \| Phase 1: Kickoff Questionnaire - Request for access | Milk, Chris; Koblin, Aaron |
| DX1128 | WITH001334886 | WITH001334887 | 3/2/2021 | Email from JP Labrosse to Aaron Koblin, Chris Milk, and Michael Wolf regarding Michael Ovitz - Draft Deck WIP | Milk, Chris; Koblin, Aaron |
| DX1129 | WITH001463682 | WITH001463687 | 9/16/2020 | Email from Aaron Koblin to JP Labrosse regarding Fwd: RE: PTON Q4 2020 Earnings | Koblin, Aaron |
| DX1130 | WITH001578657 | WITH001578662 | 10/20/2021 | Email from Chris Milk to Ben Horowitz regarding Re: James Murdoch | Milk, Chris |
| DX1131 | WITH001579047 | WITH001579069 | 9/24/2020 | Email from Chris Milk to Stephen Chou, Aaron Koblin, Michael Cibula regarding RE: PTON Q4 2020 Earnings | Milk, Chris; Koblin, Aaron |
| DX1132 | WITH001849804 | WITH001849805 | 4/20/2020 | Email from Brian Tate to Aaron Koblin, et al., regarding supernatural_marketing | Milk, Chris; Koblin, Aaron |
| DX1133 | WITH002003624 | WITH002003634 | 12/15/2020 | Email from JP Labrosse (Google Docs) to Michael Wolf regarding 2021 Annual OKRs ... - @jp.labrosse@with.in to get started t... | Milk, Chris; Koblin, Aaron |
| DX1134 | WITH002564934 | WITH002564938 | 12/18/2021 | Email from Chris Milk to Bryan Stone and michael Nash regarding Re: Profiles | Milk, Chris |
| DX1135 | WITH-DATA-LIT-000000010 | WITH-DATA-LIT-000000010 | 8/2/2022 | Data export entitled, "Workout query data" | Milk, Chris; Koblin, Aaron |
| DX1136 | WITH-DATA-LIT-000000012 | WITH-DATA-LIT-000000012 | 8/2/2022 | Data export entitled, "20220802_retention_rate_cohorted" | Milk, Chris; Koblin, Aaron |
| DX1137 | WITH-DATA-LIT-000000031 | WITH-DATA-LIT-000000031 | Jul-22 | Data export entitled, "Oracle Netsuite YTD Jul22" | Milk, Chris; Koblin, Aaron |
| DX1138 | WITH-TRGT-LIT-000000026 | WITH-TRGT-LIT-000000026 | 4/24/2020 | Data export entitled, "Headcount - 4.24.20" | Milk, Chris; Koblin, Aaron |
| DX1139 | n/a | n/a | 5/30/2022 | Adam Vjestica and Henry Stockdale, PSVR 2 vs Oculus Quest 2: How Do the Two Virtual Reality Headsets Compare?, TechRadar (May 30, 2022), https://www.techradar.com/news/psvr-2-vs-oculus-quest | Carlton, Dennis |
| DX1140 | n/a | n/a | 1/5/2022 | Adi Robertson, Meta Platforms, Inc. Reportedly Canceled A 300-Person VR / AR Operating System Project, The Verge, January 5, 2022, https://www.theverge.com/2022/1/5/22868388/meta-xros-vr-ar-os-development-canceled | Carlton, Dennis |
| DX1141 | n/a | n/a | 2/17/2020 | Aili McConnon, Video Game Makers Want to Get Players Off the Couch, New York Times (Feb. 17, 2020), https://www.nytimes.com/2020/02/17/business/video-games-exercise-fitness.html | Zyda, Michael |
| DX1142 | n/a | n/a | 1/20/2022 | Alex Heath, Google Is Building an AR Headset, The Verge (Jan. 20, 2022), https://www.theverge.com/2022/1/20/22892152/google-project-iris-ar-headset-2024 | Carlton, Dennis |
| DX1143 | n/a | n/a | 10/13/2022 | Axel Metz, Oculus Quest 3: everything we know so far, Tech Radar, October 13, 2022, https://www.techradar.com/news/oculus-quest-3-price-release-date-specs | Carlton, Dennis |
| DX1144 | n/a | n/a | 9/14/2022 | Boone Ashworth, PlayStation VR2: A First Look at the Next-Gen Headset, Wired, September 14, 2022, https://www.wired.com/story/sony-psvr2-first-look/ | Carlton, Dennis |
| DX1145 | n/a | n/a | 10/19/2022 | Brian Chen, I Tried the $1,500 Quest Pro and Saw the Best of the Metaverse, The New York Times, October 19, 2022, https://www.nytimes.com/2022/10/19/technology/personaltech/quest-pro-review-metaverse.html | Carlton, Dennis |
| DX1146 | n/a | n/a | 4/6/2017 | Brian Crecente, Xbox VR Scorpio is a thing, just not yet, Polygon, April 6, 2017, https://www.polygon.com/2017/4/6/15206170/xbox-scorpio-vr | Carlton, Dennis |
| DX1147 | n/a | n/a | 7/15/2021 | David Heaney, Facebook Cancels Head-Mounted BCI Research, Will Focus on Wrist, Upload VR, July 15, 2021, https://uploadvr.com/facebook-head-bci-cancel-wrist/ | Carlton, Dennis |

*FTC v. Meta Platforms, Inc.*, No. 5:22-cv-04325-EJD (N.D. Cal.)

Case 5:22-cv-04325-EJD   Document 246   Filed 11/18/22   Page 5 of 9
Defendants' Exhibit List*

November 18, 2022

| Exhibit No. | BegBates | EndBates | Date | Description | Sponsoring Witness |
|---|---|---|---|---|---|
| DX1148 | n/a | n/a | 6/7/2022 | David Heaney, IDC Estimates Quest 2 Has Sold Almost 15 Million Units, UploadVR (June 7, 2022), https://uploadvr.com/quest-2-sold-almost-15-million-idc/ | Zyda, Michael |
| DX1149 | n/a | n/a | 8/25/2022 | David Morelo, Top 3 VR Headsets to Be Released in 2023, VR Source (Aug. 25, 2022), https://vrsource.com/top-3-vr-headsets-to-be-released-in-2023-17437/ | Carlton, Dennis |
| DX1150 | n/a | n/a | 4/15/2021 | FitXR Launches Major Update to its Virtual Fitness Club, Business Wire, April 15, 2021, https://www.businesswire.com/news/home/20210415005051/en/FitXR-Launches-Major-Update-to-its-Virtual-Fitness-Club | Carlton, Dennis |
| DX1151 | n/a | n/a | 2020 | GDC, State of the Game Industry 2020 (2020), https://images.reg.techweb.com/Web/UBMTechweb/%7B65616f14-0d84-4f64-a3af-d1f06181b7b9%7D_15056_GDC20_Report_SOTI_R1.pdf | Zyda, Michael |
| DX1152 | n/a | n/a | 2022 | GDC, State of the Game Industry 2022 (2022), https://images.reg.techweb.com/Web/UBMTechweb/%7B0e130537-da8b-43da-971d-ccd0104cdb02%7D_GDC22_Report_SOTI.pdf | Zyda, Michael |
| DX1153 | n/a | n/a | 5/19/2021 | Harry Baker, Oculus Launch Pad 2020 Grant Recipients Announced, 2021 Applications Open, UploadVR, May 19, 2021, https://uploadvr.com/oculus-launch-pad-2021-applications/#::text=The%20program%20was%20started%20in,to%20participate%20in%20the%20program | Carlton, Dennis |
| DX1154 | n/a | n/a | 1/12/2022 | Hayden Dingman, Exercise by Accident: VR Games To Help You Work Out at Home, Meta Platforms, Inc. Quest, January 12, 2022, https://www.oculus.com/blog/exercise-by-accident-vr-games-to-help-you-work-out-at-home/ | Carlton, Dennis |
| DX1155 | n/a | n/a | 1/24/2022 | Hideaki Nishino, PlayStation VR2 and PlayStation VR2 Sense Controller: the next generation of VR gaming on PS5, PlayStation Blog, January 24, 2022, https://blog.playstation.com/2022/01/04/playstation-vr2-and-playstation-vr2-sense-controller-the-next-generation-of-vr-gaming-on-ps5/ | Zyda, Michael |
| DX1156 | n/a | n/a | n/a | Hololens 2, Microsoft, https://www.microsoft.com/en-us/hololens/hardware | Carlton, Dennis |
| DX1157 | n/a | n/a | 3/23/2022 | Ian Hamilton, Meta Platforms, Inc. Is Offering Training & $500,000 Rewards To Horizon Worlds Creators, UploadVR, March 23, 2022, https://uploadvr.com/meta-offers-training-500000-in-rewards-to-horizon-worlds-creators/ | Carlton, Dennis |
| DX1158 | n/a | n/a | n/a | Is Virtual Reality the Future for Fitness? The Fitness Network, https://thefitnessnetwork.org/is-virtual-reality-the-future-for-fitness/ | Carlton, Dennis |
| DX1159 | n/a | n/a | 6/30/2022 | Janna Andersen and Lee Rainie, The Metaverse in 2040, Pew Research Center, June 30, 2022, https://www.pewresearch.org/internet/2022/06/30/the-metaverse-in-2040/ | Carlton, Dennis |
| DX1160 | n/a | n/a | 11/15/2022 | Jeff Horwitz et al., Company Documents Show Meta Platforms, Inc.'s Flagship Metaverse Falling Short, Wall Street Journal (Oct. 15, 2022), https://www.wsj.com/articles/meta-metaverse-horizon-worlds-zuckerberg-facebook-internal-documents-11665778961?mod=mhp | Carlton, Dennis |
| DX1161 | n/a | n/a | 10/26/2021 | Joan E. Solsman, Supernatural adds VR boxing workouts - and now my entire core is sore, Cnet, October 26, 2021, https://www.cnet.com/health/fitness/supernatural-adds-vr-boxing-workouts-and-now-my-entire-core-is-sore/ | Carlton, Dennis |
| DX1162 | n/a | n/a | 9/15/2022 | Kate Kozuch, Apple Glasses: Everything We've Heard So Far, Tom's Guide (Sept. 15, 2022), https://www.tomsguide.com/news/apple-glasses | Zyda, Michael |
| DX1163 | n/a | n/a | 6/9/2022 | Kurt Wagner and Mark Gurman, Meta Platforms, Inc. Halts Development of Apple Watch Rival with Two Cameras, Bloomberg, June 9, 2022, https://www.bloomberg.com/news/articles/2022-06-09-meta-halts-development-of-apple-watch-rival-with-two-cameras | Carlton, Dennis |
| DX1164 | n/a | n/a | 9/28/2022 | Lenovo Press Release, Lenovo ThinkReality VRX - New All-in-One Virtual Reality Solution Designed for the Enterprise Metaverse, September 28, 2022, https://news.lenovo.com/pressroom/press-releases/thinkreality-vrx-virtual-reality-solution-enterprise-metaverse/ | Carlton, Dennis |
| DX1165 | n/a | n/a | 9/30/2022 | Magic Leap 2, Magic Leap, https://www.magicleap.com/hubfs/docs/Magic-Leap-2_Product-Spec-Sales-Sheet_09.30.2022_Version-English-4.0.pdf?hsLang=en | Carlton, Dennis |
| DX1166 | n/a | n/a | n/a | Magic Leap 2, Magic Leap, https://www.magicleap.com/magic-leap-2 | Carlton, Dennis |
| DX1167 | n/a | n/a | 9/30/2022 | Magic Leap press release, Magic Leap 2 Now Available to Customers as the Most Immersive Augmented Reality Headset for Enterprise, September 30, 2022, https://www.magicleap.com/news/magic-leap-2-now-available-to-customers-as-the-most-immersive-augmented-reality-headset-for-enterprise | Carlton, Dennis |
| DX1168 | n/a | n/a | 8/28/2022 | Mark Gurman, Trademark Filings Suggest Apple May Be Securing 'Reality' Names for AR/VR Headset, Bloomberg, August 28, 2022, https://www.bloomberg.com/news/articles/2022-08-28/what-will-apple-call-its-ar-vr-headsets-reality-one-reality-pro-names-emerge | Carlton, Dennis |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

5

* Defendants reserve the right to supplement, amend, and/or modify this exhibit list prior to or during trial. This exhibit list does not reflect exhibits that may be used for impeachment purposes or rebuttal.

*FTC v. Meta Platforms, Inc.*, No. 5:22-cv-04325-EJD (N.D. Cal.)　　Case 5:22-cv-04325-EJD　Document 246　Filed 11/18/22　Page 6 of 9　　November 18, 2022

Defendants' Exhibit List*

| Exhibit No. | BegBates | EndBates | Date | Description | Sponsoring Witness |
|---|---|---|---|---|---|
| DX1169 | n/a | n/a | 2019 | Mehmet Ilker Berkman and Ecehan Akan, Presence and Immersion in Virtual Reality, in N. Lee ed., Encyclopedia of Computer Graphics and Games at 1 (Spring 2019) | Zyda, Michael |
| DX1170 | n/a | n/a | 10/11/2022 | Meta Platforms, Inc. introduces 'Presence Platform, suite of new developer tools for Meta Platforms, Inc. Quest Pro, Auganix, October 11, 2022, https://www.auganix.org/meta-introduces-presence-platform-suite-of-new-developer-tools-for-meta-quest-pro/ | Carlton, Dennis |
| DX1171 | n/a | n/a | 1/28/2021 | Nicholas Brooks, Immersion Is a Key Element of Gaming - Here's Why, CBR (Jan. 28, 2021), https://www.cbr.com/immersion-gaming/ | Zyda, Michael |
| DX1172 | n/a | n/a | 1/18/2018 | Oculus VR, Introducing Oculus Start, Meta Platforms, Inc. Quest Developer Center (Jan. 18, 2018), https://developer.oculus.com/blog/introducing-oculus-start/ | Carlton, Dennis |
| DX1173 | n/a | n/a | 3/10/2020 | Patricio Kobek, How Video Games Have Helped Us Workout Since the 1980s, TheGamer (Mar. 10, 2020), https://www.thegamer.com/video-games-workout-exercise-history/ | Zyda, Michael |
| DX1174 | n/a | n/a | 9/22/2022 | Pico Announcements | Carlton, Dennis |
| DX1175 | n/a | n/a | n/a | Ratings, Virtual Reality Institute of Health and Exercise, https://vrhealth.institute/vr-ratings/ | Carlton, Dennis |
| DX1176 | n/a | n/a | 7/25/2022 | Scott Hayden, Pico 4 & Pico 4 Pro Standalone Headsets Spotted in FCC Filing, Road to VR (July 25, 2022), https://www.roadtovr.com/pico-4-pro-vr-standalone-fcc-filing/ | Carlton, Dennis |
| DX1177 | n/a | n/a | 9/22/2022 | Scott Stein, Pico 4 Could Be the First of Many Meta Platforms, Inc. Quest VR Competitors, Cnet, September 22, 2022, https://www.cnet.com/tech/computing/pico-4-could-be-the-first-of-many-meta-quest-vr-competitors/ | Carlton, Dennis |
| DX1178 | n/a | n/a | 10/7/2022 | Steve Haske, What Happened to the Virtual Reality Gaming Revolution?, Ars Technica (Oct. 7, 2022), https://arstechnica.com/gaming/2022/10/what-happened-to-the-virtual-reality-gaming-revolution/ | Zyda, Michael |
| DX1179 | n/a | n/a | 10/2/2022 | Takashi Mochizuki, Sony Betting Big on Next VR Headset with Increased Production Plan, Bloomberg (Oct. 2, 2022), https://www.bloomberg.com/news/articles/2022-10-03/sony-psvr2-headset-production-plan-2-million-units-by-march-2023 | Carlton, Dennis |
| DX1180 | n/a | n/a | 10/17/2022 | Tom Pritchard, Apple VR/AR Headset - Everything We Know So Far, Tom's Guide (Oct. 17, 2022), https://www.tomsguide.com/news/apple-vr-and-mixed-reality-headset-release-date-price-specs-and-leaks | Zyda, Michael |
| DX1181 | n/a | n/a | 11/2/2022 | Tom Warren, PlayStation VR2 launches on February 22nd for $549.99, The Verge, November 2, 2022, https://www.theverge.com/2022/11/2/23436550/sony-playstation-vr2-release-date-price-features-games | Carlton, Dennis |
| DX1182 | n/a | n/a | 1/5/2022 | Tomislav Bezmalinovic, Meta Platforms, Inc. Quest 3: Market launch in 2023 with micro OLED display? Mixed News, January 5, 2022, https://mixed-news.com/en/meta-quest-3-market-launch-in-2023-with-micro-oled-displays/ | Carlton, Dennis |
| DX1183 | n/a | n/a | 2/24/2021 | Tyler Treese, How PSVR2 Can Boost the Popularity of Fitness Gaming, VR Fitness Insider, February 24, 2021, https://www.vrfitnessinsider.com/how-psvr2-can-boost-the-popularity-of-fitness-gaming/ | Carlton, Dennis |
| DX1184 | n/a | n/a | 9/28/2022 | Vuzix Blade 2 Now Available, September 28, 2022, https://www.vuzix.com/blogs/vuzix-blog/vuzix-blade-2-now-available-here-s-what-you-need-to-know | Carlton, Dennis |
| DX1185 | n/a | n/a | n/a | Vuzix Blade 2 Smart Glasses, Vuzix, https://www.vuzix.com/products/vuzix-blade-2-smart-glasses | Carlton, Dennis |
| DX1186 | n/a | n/a | n/a | Vuzix Shield, CES, https://www.ces.tech/Innovation-Awards/Honorees/2022/Honorees/V/Vuzix-Shades.aspx | Carlton, Dennis |
| DX1187 | n/a | n/a | 6/30/2022 | Vuzix Shield: Release Date, Key Features, and Cost: Everything you need to know, VR Expert, June 30, 2022, https://vr-expert.com/vuzix-shield-release-date-key-features-and-cost-everything-you-need-to-know/ | Carlton, Dennis |
| DX1188 | n/a | n/a | 4/15/2021 | VZfit for Oculus Quest Launches As The Most Inclusive VR Fitness Platform On The Market, Businesswire, April 15, 2021, https://www.businesswire.com/news/home/20210415005001/en/VZfit-for-Oculus-Quest-Launches-As-The-Most-Inclusive-VR-Fitness-Platform-On-The-Market | Carlton, Dennis |
| DX1189 | n/a | n/a | May 2022 | "Peloton Lender Presentation," Peloton, May 2022. | Carlton, Dennis |
| DX1190 | n/a | n/a | 8/4/2022 | Sara Lebow, The state of connected fitness usage, Insider Intelligence, August 4, 2022, https://www.insiderintelligence.com/content/connected-fitness-usage | Carlton, Dennis |
| DX1191 | n/a | n/a | 9/21/2022 | Pico 4 Event (Leaked) Transcript, SadlyinReality (Sept. 21, 2022), https://sadlyinreality.com/pico-4-event-leaked-transcript/ (last accessed Nov. 4, 2022) | Vickey, Theodore |
| DX1192 | n/a | n/a | 9/22/2022 | Carlton, Bobby "The Pico 4 VR Headset Is Here to Shake Things up," VR Scout (Sep. 22, 2022), https://vrscout.com/news/the-pico-4-vr-headset-is-here-to-shake-things-up/ (last accessed Nov. 4, 2022) | Vickey, Theodore |
| DX1193 | n/a | n/a | 9/26/2022 | Jaehnig, Jon, "Pico 4 VR Headset Announced in Europe," ARPost (Sept. 26, 2022), https://arpost.co/2022/09/26/pico-4-vr-headset-announced-in-europe/ (last accessed Nov. 4, 2022) | Carlton, Dennis |

| Exhibit No. | BegBates | EndBates | Date | Description | Sponsoring Witness |
|---|---|---|---|---|---|
| DX1194 | n/a | n/a | n/a | https://www.playstation.com/en-us/editorial/this-month-on-playstation/fitness-games-for-a-fun-workout/ | Wyss, Rafael |
| DX1195 | n/a | n/a | n/a | https://store.steampowered.com/search/?term=fitness&vrsupport=401%2C402 | Vickey, Theodore |
| DX1196 | n/a | n/a | April 2022 | "Beyond Reality -- Is the long-awaited VR revolution finally on the horizon?" National Research Group, April 2022, available at https://assets.ctfassets.net/0o6s67aqvwnu/1zmWdgZfYLEEbdLS2DCtNi/0b573716bd56b0a4c09aede06b4325d9/Beyond_Reality_April_2022.pdf" | Dubé, Jean-Pierre |
| DX1197 | n/a | n/a | 11/16/2022 | Deposition of Jaroslav Beck | Beck, Jaroslav; Carlton, Dennis |
| DX1198 | n/a | n/a | 10/19/2022 | Deposition of Andrew Bosworth | Bosworth, Andrew; Carlton, Dennis |
| DX1199 | n/a | n/a | 10/21/2022 | Deposition of Melissa Brown - Fact | Brown, Melissa; Carlton, Dennis |
| DX1200 | n/a | n/a | 10/26/2022 | Deposition of Melissa Brown - 30(b)(6) | Brown, Melissa; Carlton, Dennis |
| DX1201 | n/a | n/a | 10/24/2022 | Deposition of John Carmack | Carmack, John; Carlton, Dennis |
| DX1202 | n/a | n/a | 11/4/2022 | Deposition of Jane Chiao | Chiao, Jane; Carlton, Dennis |
| DX1203 | n/a | n/a | 10/20/2022 | Deposition of Anand Dass - 30(b)(6) | Dass, Anand; Carlton, Dennis |
| DX1204 | n/a | n/a | 10/20/2022 | Deposition of Anand Dass - Fact | Dass, Anand; Carlton, Dennis |
| DX1205 | n/a | n/a | 11/3/2022 | Deposition of Deborah Guzman Barrios | Guzman, Deborah; Carlton, Dennis |
| DX1206 | n/a | n/a | 10/26/2022 | Deposition of Gio Hunt | Hunt, Gio; Carlton, Dennis |
| DX1207 | n/a | n/a | 10/25/2022 | Deposition of Dorothy Paynter - 30(b)(6) | Paynter Dorothy; Carlton, Dennis |
| DX1208 | n/a | n/a | 10/11/2022 | Deposition of Chris Pruett | Pruett, Chris; Carlton, Dennis |
| DX1209 | n/a | n/a | 10/26/2022 | Deposition of Mark Rabkin - 30(b)(6) | Rabkin, Mark; Carlton, Dennis |
| DX1210 | n/a | n/a | 10/26/2022 | Deposition of Mark Rabkin - Fact | Rabkin, Mark; Carlton, Dennis |
| DX1211 | n/a | n/a | 10/28/2022 | Deposition of Jason Rubin - Fact | Rubin, Jason; Carlton, Dennis |
| DX1212 | n/a | n/a | 10/28/2022 | Deposition of Jason Rubin - 30(b)(6) | Rubin, Jason; Carlton, Dennis |
| DX1213 | n/a | n/a | 10/14/2022 | Deposition of Rade Stojsavljevic | Stojsavljevic, Rade; Carlton, Dennis |
| DX1214 | n/a | n/a | 10/24/2022 | Deposition of Michael Verdu | Verdu, Michael; Carlton, Dennis |
| DX1215 | n/a | n/a | 10/18/2022 | Deposition of Mark Zuckerberg | Zuckerberg, Mark; Carlton, Dennis |
| DX1216 | n/a | n/a | 10/19/2022 | Deposition of Lawrence Michael Cibula | Cibula, Lawrence Michael; Carlton, Dennis |
| DX1217 | n/a | n/a | 10/26/2022 | Deposition of Chris Milk | Milk, Chris; Carlton, Dennis |
| DX1218 | n/a | n/a | 11/10/2022 | Deposition of BlackBox VR (Preston Lewis) | Lewis, Preston; Carlton, Dennis |
| DX1219 | n/a | n/a | 11/14/2022 | Deposition of Frank Casanova (Apple) | Casanova, Frank; Carlton, Dennis |
| DX1220 | n/a | n/a | 11/16/2022 | Deposition of Jaime Garcia (Odders Lab) | Garcia, Jaime; Carlton, Dennis |
| DX1221 | n/a | n/a | 11/16/2022 | Deposition of Bryan Choate (Bytedance) | Choate, Bryan; Carlton, Dennis |
| DX1222 | n/a | n/a | 11/16/2022 | Deposition of Jame Healey (Nike) | Healey, Jame; Carlton, Dennis |
| DX1223 | n/a | n/a | 11/17/2022 | Deposition of Eric Janszen (VirZOOM) | Janszen, Eric; Carlton, Dennis |
| DX1224 | n/a | n/a | 11/17/2022 | Deposition of Rafael Wyss (Sony) | Wyss, Rafael; Carlton, Dennis |
| DX1225 | n/a | n/a | 11/17/2022 | Deposition of Olivia Lange (Lululemon) | Lange, Olivia; Carlton, Dennis |
| DX1226 | n/a | n/a | 11/17/2022 | Deposition of Juston Payne (Alphabet) | Payne, Juston; Carlton, Dennis |
| DX1227 | n/a | n/a | 11/21/2022 | Deposition of Julia Klim (Equinox) | Klim, Julia |
| DX1228 | n/a | n/a | 11/22/2022 | Deposition of Peloton (Dion Sanders) | Sanders, Dion |
| DX1229 | n/a | n/a | 11/1/2022 | Deposition of Valve (Jeff Cain) | Cain, Jeff |
| DX1230 | n/a | n/a | 11/11/2022 | Expert Report of Dennis Carlton | Carlton, Dennis |
| DX1231 | n/a | n/a | 11/11/2022 | Expert Report of Jean-Pierre Dubé, Ph.D. | Dubé, Jean-Pierre |
| DX1232 | n/a | n/a | 11/11/2022 | Expert Report of Dr. Theodore Vickey | Vickey, Theodore |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

* Defendants reserve the right to supplement, amend, and/or modify this exhibit list prior to or during trial. This exhibit list does not reflect exhibits that may be used for impeachment purposes or rebuttal.

*FTC v. Meta Platforms, Inc.*, No. 5:22-cv-04325-EJD (N.D. Cal.)

Case 5:22-cv-04325-EJD   Document 246   Filed 11/18/22   Page 8 of 9

Defendants' Exhibit List*

November 18, 2022

| Exhibit No. | BegBates | EndBates | Date | Description | Sponsoring Witness |
|---|---|---|---|---|---|
| DX1233 | n/a | n/a | 11/11/2022 | Expert Report of Michael Zyda | Zyda, Michael |
| DX1234 | n/a | n/a | n/a | Meta Platforms, Inc., September 30, 2022 Form 10-Q | Carlton, Dennis |
| DX1235 | n/a | n/a | n/a | Meta Platforms, Inc., June 30, 2022 Form 10-Q | Carlton, Dennis |
| DX1236 | n/a | n/a | n/a | Meta Platforms, Inc., March 31, 2022 Form 10-Q | Carlton, Dennis |
| DX1237 | n/a | n/a | n/a | Meta Platforms, Inc., December 31, 2021 Form 10-K | Carlton, Dennis |
| DX1238 | n/a | n/a | 8/30/2022 | FTC Responses and Objections to Meta's First Set of Interrogatories | Carlton, Dennis |
| DX1239 | n/a | n/a | 9/13/2022 | FTC Supplemental Responses and Objections to Meta's First Set of Interrogatories | Carlton, Dennis |
| DX1240 | n/a | n/a | 9/26/2022 | FTC Responses and Objections to Meta's Second Set of Interrogatories | Carlton, Dennis |
| DX1241 | n/a | n/a | 10/10/2022 | FTC's Amended Second Supplemental Responses and Objections to Meta's First Set of Interrogatories | Carlton, Dennis |
| DX1242 | n/a | n/a | 10/25/2022 | FTC's Third Supplemental Responses and Objections to Meta's Interrogatory 5 | Carlton, Dennis |
| DX1243 | n/a | n/a | 11/8/2022 | FTC's Third Supplemental Responses and Objections to Meta's Interrogatories 3 & 4 | Carlton, Dennis |
| DX1244 | ALPH-0000149 | ALPH-0000150 | 5/4/2022 | | Carlton, Dennis; Zyda, Michael |
| DX1245 | ALPH-0000194 | ALPH-0000214 | n/a | | Payne, Juston |
| DX1246 | ALPH-0000240 | ALPH-0000258 | n/a | | Payne, Juston |
| DX1247 | ALPH-0000267 | ALPH-0000323 | 4/1/2021 | | Payne, Juston |
| DX1248 | ALPH-0000709 | ALPH-0000736 | 8/11/2021 | | Payne, Juston |
| DX1249 | ALPH-0000737 | ALPH-0000765 | Jan-22 | | Payne, Juston |
| DX1250 | APL-METAFTC_00000484 | APL-METAFTC_00000487 | n/a | | Casanova, Frank |
| DX1251 | APL-METAFTC_00000572 | APL-METAFTC_00000581 | Sep-22 | | Casanova, Frank |
| DX1252 | APL-METAFTC_00000689 | APL-METAFTC_00000756 | n/a | | Vickey, Theodore |
| DX1253 | APL-METAFTC_00000768 | APL-METAFTC_00000771 | 5/9/2022 | | Vickey, Theodore |
| DX1254 | APL-METAFTC_00000772 | APL-METAFTC_00000789 | n/a | | Vickey, Theodore |
| DX1255 | APL-METAFTC_00001226 | APL-METAFTC_00001232 | 4/27/2021 | | Casanova, Frank |
| DX1256 | APL-METAFTC_00001403 | APL-METAFTC_00001465 | 8/20/2020 | | Casanova, Frank |
| DX1257 | APL-METAFTC_00001471 | APL-METAFTC_00001501 | n/a | | Carlton, Dennis; Zyda, Michael |
| DX1258 | APL-METAFTC_00001587 | APL-METAFTC_00001653 | 1/23/2019 | | Carlton, Dennis; Zyda, Michael |
| DX1259 | APL-METAFTC_00000647 | APL-METAFTC_00000688 | 6/22/2022 | | Carlton, Dennis; Zyda, Michael |
| DX1260 | APL-METAFTC_00000996 | APL-METAFTC_00001043 | 6/1/2022 | | Carlton, Dennis; Zyda, Michael |
| DX1261 | APL-METAFTC_00000608 | APL-METAFTC_00000646 | 8/1/2022 | | Carlton, Dennis; Zyda, Michael |
| DX1262 | BYTEDANCE-VR-0000070 | BYTEDANCE-VR-0000070 | Sept 2022 | | Carlton, Dennis; Zyda, Michael |
| DX1263 | BYTEDANCE-VR-0000075 | BYTEDANCE-VR-0000075 | n/a | | Carlton, Dennis; Zyda, Michael |
| DX1264 | BYTEDANCE-VR-0000083 | BYTEDANCE-VR-0000085 | n/a | | Choate, Bryan |
| DX1265 | BYTEDANCE-VR-0000086 | BYTEDANCE-VR-0000089 | n/a | | Choate, Bryan |
| DX1266 | BYTEDANCE-VR-0000090 | BYTEDANCE-VR-0000108 | n/a | | Carlton, Dennis; Zyda, Michael |
| DX1267 | BYTEDANCE-VR-0000128 | BYTEDANCE-VR-0000128 | n/a | | Choate, Bryan |
| DX1268 | BYTEDANCE-VR-0000140 | BYTEDANCE-VR-0000140 | n/a | | Choate, Bryan |
| DX1269 | EQUINOX-000001 | EQUINOX-000002 | 11/30/2021 | | Klim, Julia; Vickey, Michael |
| DX1270 | EQUINOX-000016 | EQUINOX-000016 | 11/30/2021 | | Klim, Julia; Vickey, Michael |
| DX1271 | EQUINOX-000017 | EQUINOX-000022 | 1/21/2022 | | Klim, Julia; Vickey, Michael |
| DX1272 | EQUINOX-000336 | EQUINOX-000338 | 12/3/2020 | | Klim, Julia; Vickey, Michael |
| DX1273 | EQUINOX-000307 | EQUINOX-000322 | 3/18/2022 | | Klim, Julia; Vickey, Michael |
| DX1274 | EQUINOX-000323 | EQUINOX-000330 | 5/1/2022 | | Klim, Julia; Vickey, Michael |
| DX1275 | EQUINOX-000288 | EQUINOX-000305 | 7/1/2019 | | Klim, Julia; Vickey, Michael |
| DX1276 | EQUINOX-000333 | EQUINOX-000335 | 2/27/2022 | | Klim, Julia; Vickey, Michael |
| DX1277 | EQUINOX-000023 | EQUINOX-000029 | 5/29/2020 | | Klim, Julia; Vickey, Michael |
| DX1278 | EQUINOX-000034 | EQUINOX-000035 | 5/24/2021 | | Klim, Julia; Vickey, Michael |
| DX1279 | EQUINOX-000036 | EQUINOX-000037 | 1/13/2022 | | Klim, Julia; Vickey, Michael |

CONTAINS HIGHLY CONFIDENTIAL INFORMATION

8

* Defendants reserve the right to supplement, amend, and/or modify this exhibit list prior to or during trial. This exhibit list does not reflect exhibits that may be used for impeachment purposes or rebuttal.

| Exhibit No. | BegBates | EndBates | Date | Description | Sponsoring Witness |
|---|---|---|---|---|---|
| DX1280 | EQUINOX-000061 | EQUINOX-000062 | 2/8/2022 | | lim, Julia; Vickey, Michael |
| DX1281 | EQUINOX-000073 | EQUINOX-000097 | 9/16/2022 | | lim, Julia; Vickey, Michael |
| DX1282 | EQUINOX-000250 | EQUINOX-000257 | 2022 | | lim, Julia; Vickey, Michael |
| DX1283 | FITB-0000128 | FITB-0000133 | n/a | | ickey, Theodore |
| DX1284 | FORTE0000055 | FORTE0000077 | n/a | | ickey, Theodore |
| DX1285 | HTCA-META-00000001 | HTCA-META-00000001 | n/a | | artlon, Dennis; Zyda, Michael |
| DX1286 | LULULEMON_META-FTC_000041 | LULULEMON_META-FTC_000053 | Aug-22 | | ange, Olivia; Vickey, Theodore |
| DX1287 | LULULEMON_META-FTC_000096 | LULULEMON_META-FTC_000101 | n/a | | ange, Olivia; Vickey, Theodore |
| DX1288 | LULULEMON_META-FTC_000102 | LULULEMON_META-FTC_000104 | n/a | | ange, Olivia |
| DX1289 | n/a | n/a | 11/4/2022 | Declaration of Preston Lewis (Black Box VR) | Lewis, Preston; Carlton, Dennis |
| DX1290 | n/a | n/a | 11/4/2022 | Declaration of Eric Janszen | Janszen, Eric; Carlton, Dennis |
| DX1291 | n/a | n/a | 11/2/2022 | Declaration of Jaime Pichardo Garcia (Odders Lab) | Garcia, Jaime; Carlton, Dennis |
| DX1292 | n/a | n/a | 11/4/2022 | Declaration of Matti Nylander, Chief Financial Officer and Board Member at Varjo Technologies US, Inc. | Nylander, Matti; Carlton, Dennis |
| DX1293 | n/a | n/a | | Eric Janszen LinkedIn Post | Jaszen, Eric |
| DX1294 | n/a | n/a | | Email from E. Janszen to M. Hansen FTC challenge Meta<>Within | Jaszen, Eric |
| DX1295 | NIKE_META-00000451 | NIKE_META-00000474 | n/a | | Healey, Jame; Vickey, Michael |
| DX1296 | PTON-FTCMETALIT_00001 | PTON-FTCMETALIT_00035 | May-22 | | Sanders, Dion; Vickey, Michael |
| DX1297 | PTON-FTCMETALIT_00036 | PTON-FTCMETALIT_00106 | 9/15/2020 | | Sanders, Dion; Vickey, Michael |
| DX1298 | PTON-FTCMETALIT_00107 | PTON-FTCMETALIT-00221 | 6/30/2022 | | Sanders, Dion |
| DX1299 | PTON-FTCMETALIT_00427 | PTON-FTCMETALIT-00445 | 2022 | | Sanders, Dion |
| DX1300 | PTON-FTCMETALIT_00594 | PTON-FTCMETALIT-00595 | n/a | | Sanders, Dion; Vickey, Michael |
| DX1301 | PTON-FTCMETALIT_00596 | PTON-FTCMETALIT-00596 | n/a | | Sanders, Dion |
| DX1302 | SIE-META-00000134 | SIE-META-00000162 | 9/14/2021 | | Wyss, Rafael; Carlton, Dennis; Zyda, Michael |
| DX1303 | VALVE_META-FTC_000001 | VALVE_META-FTC_000041 | n/a | | Cain, Jeff |
| DX1304 | VALVE_META-FTC_000042 | VALVE_META-FTC_000043 | Feb-22 | | Cain, Jeff |
| DX1305 | VALVE_META-FTC_000044 | VALVE_META-FTC_000044 | n/a | | Zyda, Michael |
| DX1306 | VALVE_META-FTC_000045 | VALVE_META-FTC_000045 | n/a | | Cain, Jeff |
| DX1998 | n/a | n/a | n/a | Any document necessary or relevant for authentication purposes. | n/a |
| DX1999 | n/a | n/a | n/a | All exhibits identified by Plaintiff on its exhibit list. | n/a |
| DX2000 | n/a | n/a | n/a | Any document necessary or relevant to rebuttal or impeachment. | n/a |

* Defendants reserve the right to supplement, amend, and/or modify this exhibit list prior to or during trial. This exhibit list does not reflect exhibits that may be used for impeachment purposes or rebuttal.