Caroline Van Ness (Bar No. 281675)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4660
Facsimile: (213) 621-5430
Email: caroline.vanness@skadden.com

Steven C. Sunshine (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com

Evan R. Kreiner (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: evan.kreiner@skadden.com

Counsel for Non-Party Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | CASE NO. 5:22-cv-04325-EJD (SVK)<br><br>**DECLARATION OF BRENDAN MCNAMARA IN SUPPORT OF NON-PARTY APPLE INC.'S STATEMENT RE: DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Location: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

I, Brendan McNamara, declare as follows:

1. I am a Director of Competition Law & Litigation at Apple Inc. ("Apple"). I submit this declaration in support of Apple's Statement Re: Defendant Meta Platforms, Inc.'s ("Meta") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, with respect to portions of the Expert Report of Dr. Dennis Carlton (Dkt. 205-2) ("Carlton Rep."). In my role, I have personal knowledge of Apple's use and protection of non-public, highly sensitive, and confidential business information, including the information which Apple seeks to seal here. I have personal knowledge of the facts set forth below, and I can and would competently testify to such facts if called to do so.



### A. Forward-Looking Fitness+ Information



2
DECLARATION ISO APPLE'S STATEMENT RE: ADMINISTRATIVE MOTION



12. For these reasons, Apple respectfully requests that the Court order the below-identified portions of the Carlton Rep. to be sealed.

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Carlton Rep. | Portion of Page 42, Footnote 96 | |

3
DECLARATION ISO APPLE'S STATEMENT RE: ADMINISTRATIVE MOTION

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| | | |
| Carlton Rep. | Portions of Pages 42-43, Footnote 97 | |
| Carlton Rep. | Portion of Page 43, Footnote 98 | |

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| | | |
| Carlton Rep. | Portion of Page 159 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 18, 2022, in Cupertino, California.

Brendan McNamara

5
DECLARATION ISO APPLE'S STATEMENT RE: ADMINISTRATIVE MOTION

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: November 18, 2022                    */s/ Caroline Van Ness*
                                            Caroline Van Ness