David P. Chiappetta, Bar No. 172099
DChiappetta@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: +1.415.344.7000
Facsimile: +1.415.344.7050

Attorney for Non-Party,
HTC AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DECLARATION OF DAVID P. CHIAPPETTA IN SUPPORT OF META PLATFORMS, INC'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED (ECF NO. 215)**<br><br>Dept.:   Courtroom 4 – 5th Floor<br>Judge:  Hon. Edward J. Davila |

Pursuant to Civil Local Rule 79-5(f)(3), I declare as follows:

1. I am a partner at the law firm Perkins Coie LLP and counsel to HTC America, Inc. ("HTCA"), which is not a party to the above-captioned case. I am a member in good standing of the State Bar of California, and admitted to practice before this Court. The facts stated in this declaration are based on my own personal knowledge and, if called as a witness, I could and would testify to those facts.

2. I submit this declaration in response to Meta Platforms, Inc.'s ("Meta") Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed (ECF

No. 215) in connection with Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction, the Declaration of Aaron M. Panner in Support of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction, Exhibit Index, and Exhibit 8.

3. HTCA seeks to seal the following portions of materials that Meta has submitted to the Court:

| Document | Portions To Be Filed Under Seal |
|---|---|
| Opposition | Page 4, Line 19 |
| Panner Declaration | Page 2, Lines 4-5 |
| Exhibit Index | Page 1, Lines 22-23 |
| Exhibit 8 | Entire Document |

4. Attached as Exhibit A is the Declaration of Vincent S. Lam, which provides evidence in support of sealing the portion of materials that Meta has submitted to the Court and for which HTCA seeks to keep under seal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 18th day of November 2022, in Fresno, California.

Dated:  November 18, 2022			**PERKINS COIE LLP**


						By: /s/ David P. Chiappetta
						     David P. Chiappetta, Bar No. 172099
						     DChiappetta@perkinscoie.com


						Attorney for Non-Party,
						HTC AMERICA, INC.