**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC., et al.** <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **DECLARATION OF JUSTIN EPNER IN SUPPORT OF PLAINTIFF FEDERAL TRADE COMMISSION'S REPLY TO DEFENDANTS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION** |

## DECLARATION OF JUSTIN EPNER

I, Justin Epner declare as follows:

1. I am one of the attorneys representing the Federal Trade Commission ("FTC" or "Commission") in this action against Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within").

2. I submit this declaration in support of Plaintiff FTC's Reply to Defendants' Opposition to a Preliminary Injunction. I have personal knowledge of the facts stated herein and could and would competently testify thereto if called as a witness.

3. Attached as **PX6** is a true and correct copy of the Defendants' Agreement and Plan of Merger, dated October 22, 2021.

4. Attached as **PX50** is a true and correct copy of the transcript of the deposition of Mark Zuckerberg (October 18, 2022).

5. Attached as **PX52** is a true and correct copy of the transcript of the deposition of Rade Stojsavljevic (October 14, 2022).

6. Attached as **PX54** is a true and correct copy of the transcript of the deposition of Andrew Bosworth (October 19, 2022).

7. Attached as **PX56** is a true and correct copy of the transcript of the deposition of John D. Carmack (October 24, 2022).

8. Attached as **PX117** is a true and correct copy of a document produced by Meta during the Commission's investigation of the proposed Acquisition of Within by Meta, the first page of which bears Bates stamp META-E-2R-00880468.

9. Attached as **PX118** is a true and correct copy of a document produced by Meta during the Commission's investigation of the proposed Acquisition of Within by Meta, the first page of which bears Bates stamp META-E-2R-01302798.

10. Attached as **PX123** is a true and correct copy of a document produced by Meta during the Commission's investigation of the proposed Acquisition of Within by Meta, the first page of which bears Bates stamp META-E-2R-04354174.

11. Attached as **PX144** is a true and correct copy of a document produced by Meta during the Commission's investigation of the proposed Acquisition of Within by Meta, the first page of which bears Bates stamp META-E-2R-00841622.

12. Attached as **PX286** is a true and correct copy of a document produced by Meta during the Commission's investigation of the proposed Acquisition of Within by Meta, the first page of which bears Bates stamp META-E-2R-00841507.

13. Attached as **PX487** is a true and correct copy of a document produced by Meta during discovery in this matter, the first page of which bears Bates stamp META-E-LIT-00058082.

14. Attached as **PX514** is a true and correct copy of a document produced by Meta during the Commission's investigation of the proposed Acquisition of Within by Meta, the first page of which bears Bates stamp META-E-2R-00447189.

15. Attached as **PX533** is a true and correct copy of a document produced by Meta during the Commission's investigation of the proposed Acquisition of Within by Meta, the first page of which bears Bates stamp META-E-2R-02315307.

16. Attached as **PX560** is a true and correct copy of a document produced by Meta during discovery in this matter, the first page of which bears Bates stamp META-E-LIT-00106499.

17. Attached as **PX632** is a true and correct copy of a document produced by Within during the Commission's investigation of the proposed Acquisition of Within by Meta, the first page of which bears Bates stamp WITH002559924.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. This declaration was executed this 21st day of November 2022.

                                                                     */s/ Justin Epner*
                                                                     Justin Epner

### **FILER'S ATTESTATION**

I, Abby L. Dennis, am the ECF User whose ID and password are being used to file this Declaration of Justin Epner. In compliance with Civil Local Rule 5-1(h), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

                                             By: */s/ Abby L. Dennis*
                                                      Abby L. Dennis