# PX0006

# EXHIBIT FILED UNDER SEAL

# PX0050

# EXHIBIT FILED UNDER SEAL

# PX0052

# EXHIBIT FILED UNDER SEAL

# PX0054

# EXHIBIT FILED UNDER SEAL

# PX0056

## EXHIBIT FILED UNDER SEAL

# PX0117

# EXHIBIT FILED UNDER SEAL

# PX0118

## EXHIBIT FILED UNDER SEAL

# PX0123

# EXHIBIT FILED UNDER SEAL

# PX0144

# EXHIBIT FILED UNDER SEAL

# PX0286

# EXHIBIT FILED UNDER SEAL

# PX0487

# EXHIBIT FILED UNDER SEAL

# PX0514

# EXHIBIT FILED UNDER SEAL

# PX0533

# EXHIBIT FILED UNDER SEAL

# PX0560

# EXHIBIT FILED UNDER SEAL

# PX0632

# EXHIBIT FILED UNDER SEAL