Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>  Plaintiff,<br><br>  v.<br><br>**META PLATFORMS, INC.,**<br><br>and<br><br>**WITHIN UNLIMITED, INC.,**<br><br>  Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

With respect to information that Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") designated as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2; and with respect to information that Meta, Within, Non-Party Apple Inc. ("Apple"), and Non-Party lululemon athletica inc. ("Lululemon") designated as confidential or highly confidential pursuant to the Protective Order As Modified by the Court in the above-captioned matter (Dkt. No. 80); Plaintiff Federal Trade Commission ("FTC") has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Plaintiff's Findings of Fact and Conclusions of Law ("FoF-CoL," Dkt. No. 275) and documents filed in support thereof.  The FTC, in accordance with Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions to Be Filed Under Seal | Designating Party |
| --- | --- | --- |
| FoF-CoL | Page 1, portion of line 5 | Meta and Within |
| FoF-CoL | Page 2, portion of line 13, lines 14-16 | Meta |
| FoF-CoL | Page 3, portions of lines 7-10 | Meta |
| FoF-CoL | Page 3, portions of lines 13-14 | Meta |
| FoF-CoL | Page 3, portions of lines 23-24 | Meta |
| FoF-CoL | Page 3, portion of line 25 & Page 4, portion of line 1 | Meta |
| FoF-CoL | Page 4, portions of lines 8-12 | Meta |
| FoF-CoL | Page 4, portions of lines 14, 16, 19-20, 22 | Meta |
| FoF-CoL | Page 5, portions of lines 1-3 | Meta |
| FoF-CoL | Page 5, portions of lines 8-10, 15 | Meta |
| FoF-CoL | Page 6, portions of lines 22-23 | Meta |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

| | | |
|---|---|---|
| FoF-CoL | Page 7, portions of lines 26-27 | Meta |
| FoF-CoL | Page 8, portions of lines 3-7, 9-10 | Meta |
| FoF-CoL | Page 8, portions of lines 12-16, 18-19, 21-27 | Meta |
| FoF-CoL | Page 9, portions of lines 1-2, lines 4-5, portions of lines 7, 9, 12-14 | Meta |
| FoF-CoL | Page 9, portion of line 18, lines 19-20, portions of lines 21, 23 | Meta |
| FoF-CoL | Page 9, portion of line 25, lines 26-27 & Page 10, portion of line 1 | Meta |
| FoF-CoL | Page 10, portions of lines 3, 4, 7 | Meta |
| FoF-CoL | Page 10, portion of line 10, line 11, portions of lines 12-16, lines 17-19, portion of line 20, lines 21-22, portions of lines 23-24 | Meta |
| FoF-CoL | Page 10, portion of line 27 & Page 11, portions of lines 1-7 | Meta |
| FoF-CoL | Page 11, portions of lines 19, 21-24 | Meta |
| FoF-CoL | Page 12, portions of lines 1, 6-8, 13, 15 | Meta |
| FoF-CoL | Page 13, portion of line 4, line 5 | Within |
| FoF-CoL | Page 13, portions of lines 9-13, 22, lines 23-24, portion of line 25 | Meta |
| FoF-CoL | Page 14, portions of lines 5-8 | Meta |

| | | | |
|---|---|---|---|
| 1 2 | FoF-CoL | Page 14, portion of line 20, lines 21-26, portion of line 27 | Lululemon |
| 3 4 5 6 | FoF-CoL | Page 15, portions of lines 8-9, lines 10-11, portions of lines 12-13, lines 14-15, portions of lines 16 | Meta |
| 7 | FoF-CoL | Page 15, portions of lines 17-20 | Within |
| 8 | FoF-CoL | Page 15, portions of lines 20-22 | Meta |
| 9 | FoF-CoL | Page 15, portions of lines 26, 27 | Meta and Within |
| 10 11 | FoF-CoL | Page 16, portion of lines 10, 13, 15, 17 | Within |
| 12 13 14 | FoF-CoL | Page 16, portion of line 20, line 21, portions of lines 22-25, lines 26-27 | Meta |
| 15 | FoF-CoL | Page 17, portions of lines 1-2 | Meta |
| 16 | FoF-CoL | Page 17, portion of line 4 | Within |
| 17 18 19 | FoF-CoL | Page 17, portions of lines 10-11, 13-14, 16-21, lines 22-24, portion of line 25 | Meta |
| 20 21 22 23 | FoF-CoL | Page 18, portion of line 1, lines 2-3, portion of line 4, portion of line 8, line 9, portions of lines 10-14, 17-18, 20 | Meta |
| 24 25 | FoF-CoL | Page 19, portions of lines 1, 5-9, 12-13, 16-17 | Meta |
| 26 | FoF-CoL | Page 19, portion of line 18 | Meta |

27
28  [Proposed] Order on Plaintiff Federal Trade Commission's Administrative motion to consider whether another party's material should be sealed
Case No. 5:22-cv-04325-EJD

| | | | |
|---|---|---|---|
| FoF-CoL | Page 20, portions of lines 2-5, 11-14, 17-18, 20-21, 24-25 | Meta |
| FoF-CoL | Page 20, portion of line 26, line 26 & Page 21, portion of line 1 | Meta |
| FoF-CoL | Page 21, portion of line 3, line 4, portion of line 6, lines 7-9, portions of lines 10-14 | Meta |
| FoF-CoL | Page 21, portion of line 17, line 18, portion of line 19, lines 20-23 | Meta |
| FoF-CoL | Page 21, portion of line 27 & Page 22, portion of line 1 | Meta |
| FoF-CoL | Page 22, portions of lines 5-6, 9-10 | Meta |
| FoF-CoL | Page 22, lines 15-17, portions of lines 18-21, lines 22-24, portions of lines 25, 27 | Within |
| FoF-CoL | Page 23, portion of line 2, line 3, portion of line 4, lines 6-9 | Meta |
| FoF-CoL | Page 23, portion of line 14, lines 15-19, portions of lines 20-22, 25-26 | Within |
| FoF-CoL | Page 24, portions of lines 1-3 | Within |
| FoF-CoL | Page 24, portions of lines 9-10, 14-16, lines 17-19, portions of lines 20-22, 24-25, lines 26-27 | Meta |
| FoF-CoL | Page 25, portions of lines 1-6, 9- | Meta |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

| | | |
|---|---|---|
| | 12, 15-18, lines 19-20, portions of lines 21, 23-26 | |
| FoF-CoL | Page 25, portion of line 27 & Page 26, portion of line 1 | Meta |
| FoF-CoL | Page 26, portion of line 2, lines 3-4, portion of line 9, lines 10-12, portions of lines 13-14, 17, lines 18-19, portions of lines 21-22, 25-27 | Meta |
| FoF-CoL | Page 27, portions of lines 3, 5, lines 6-7, portions of lines 14-15, 17, lines 19-21, portions of lines 24-27 | Meta |
| FoF-CoL | Page 27, portion of line 27 & Page 28, line 1 | Meta |
| FoF-CoL | Page 28, portion of lines 2-3, 5-8, 10 | Meta |
| FoF-CoL | Page 28, portions of lines 15-16, lines 17, portions of lines 18-19, lines 20-21, portions of lines 22-23, lines 24-26 | Meta |
| FoF-CoL | Page 28, portion of line 27 & Page 29, line 1 | Meta |
| FoF-CoL | Page 29, lines 6-7, portions of lines 8-10, lines 12-13, portions of lines 14, 16 | Apple |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

| | | | |
|---|---|---|---|
| FoF-CoL | Page 29, portions of lines 20, 22-24 | | Meta |
| FoF-CoL | Page 29, lines 27 & Page 30, portion of line 1 | | Meta |
| FoF-CoL | Page 30, portions of lines 2-3, 5-6, line 10, portions of lines 11, 13, lines 14-15, portion of line 16, lines 17-18 | | Meta |
| FoF-CoL | Page 30, portion of line 20, line 21, portions of lines 22-24 | | Within |
| FoF-CoL | Page 30, portion of line 25 | | Meta |
| FoF-CoL | Page 30, portion of line 27 & Page 31, portions of lines 1-5 | | Meta |
| FoF-CoL | Page 31, portions of lines 11, 13-17, 20-21, lines 22-23 | | Meta |
| FoF-CoL | Page 31, portions of lines 24-27 & Page 32, portions of lines 1-3 | | Meta |
| FoF-CoL | Page 32, portions of lines 5-10, 13, lines 14-15 | | Meta |
| FoF-CoL | Page 32, portion of line 16, line 17, portions of lines 18-21 | | Within |
| FoF-CoL | Page 32, portions of lines 22-24, lines 25-27 | | Meta |
| FoF-CoL | Page 33, portions of lines 1-2, lines 3-5 | | Meta |
| FoF-CoL | Page 36, portions of lines 13-14 | | Meta and Within |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

| | | |
|---|---|---|
| FoF-CoL | Page 38, portion of line 26, line 27 & Page 39, portion of line 1 | Meta and Within |
| FoF-CoL | Page 40, portion of line 5 | Within |
| FoF-CoL | Page 42, portions of lines 9 and 13 | Meta and Within |
| FoF-CoL | Page 44, portions of line 16, 23, 25-26 | Meta |
| FoF-CoL | Page 45, portion of lines 3 and 20 | Meta and Within |
| FoF-CoL | Page 45, portions of lines 4, 7-9, 11-12, 13-15 | Meta |
| FoF-CoL | Page 46, portions of lines 6-7 | Meta and Within |
| FoF-CoL | Page 47, line 6, portion of line 7 | Within |
| FoF-CoL | Page 47, portions of lines 9-10 | Meta |
| FoF-CoL | Page 47, line 25, portion of line 26 | Within |
| FoF-CoL | Page 48, lines 1-2, portion of line 3, lines 4-5, portion of line 6 | Within |
| FoF-CoL | Page 48, portions of lines 24-26 | Meta and Within |
| FoF-CoL | Page 48, portion of line 27 & Page 49, portion of line 1 | Meta |
| FoF-CoL | Page 49, portion of line 2, line 3, portions of lines 4-6, 9-10, 14, lines 15-16, portion of lines 17, 19, lines 20-21, portion of line 22 | Meta |
| FoF-CoL | Page 50, portions of lines 13-14 | Within |
| FoF-CoL | Page 50, portion of line 16 | Meta and Within |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

| | | |
|---|---|---|
| PX1 | Entire document | Meta |
| PX2 | Entire document | Meta |
| PX4 | Entire document | Meta |
| PX5 | Entire document | Within |
| PX6 | Entire document | Meta and Within |
| PX15 | Entire document | Meta and Within |
| PX17 | Entire document | Meta |
| PX25 | Entire document | Meta |
| PX50 | Entire document | Meta |
| PX51 | Entire document | Meta |
| PX52 | Entire document | Meta |
| PX53 | Entire document | Meta |
| PX54 | Entire document | Meta |
| PX55 | Entire document | Meta |
| PX56 | Entire document | Meta |
| PX57 | Entire document | Meta |
| PX58 | Entire document | Meta |
| PX59 | Entire document | Meta |
| PX60 | Entire document | Meta |
| PX61 | Entire document | Within |
| PX62 | Entire document | Within |
| PX63 | Entire document | Meta |
| PX64 | Entire document | Meta |
| PX65 | Entire document | Within |
| PX66 | Entire document | Meta |
| PX67 | Entire document | Meta |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

| | | |
|---|---|---|
| PX69 | Entire document | Meta |
| PX74 | Entire document | Apple |
| PX77 | Entire document | Meta |
| PX82 | Entire document | Lululemon |
| PX100 | Entire document | Meta |
| PX109 | Entire document | Meta |
| PX110 | Entire document | Meta |
| PX111 | Entire document | Meta |
| PX117 | Entire document | Meta |
| PX118 | Entire document | Meta |
| PX121 | Entire document | Meta |
| PX123 | Entire document | Meta |
| PX125 | Entire document | Meta |
| PX135 | Entire document | Meta |
| PX136 | Entire document | Meta |
| PX140 | Entire document | Meta |
| PX144 | Entire document | Meta |
| PX145 | Entire document | Meta |
| PX162 | Entire document | Meta |
| PX168 | Entire document | Meta |
| PX179 | Entire document | Meta |
| PX181 | Entire document | Meta |
| PX189 | Entire document | Meta |
| PX201 | Entire document | Meta |
| PX205 | Entire document | Meta |
| PX207 | Entire document | Meta |

| | | |
|---|---|---|
| PX219 | Entire document | Meta |
| PX227 | Entire document | Meta |
| PX229 | Entire document | Meta |
| PX239 | Entire document | Meta |
| PX246 | Entire document | Meta |
| PX249 | Entire document | Meta |
| PX250 | Entire document | Meta |
| PX256 | Entire document | Meta |
| PX276 | Entire document | Meta |
| PX286 | Entire document | Meta |
| PX305 | Entire document | Meta |
| PX306 | Entire document | Meta |
| PX308 | Entire document | Meta |
| PX314 | Entire document | Meta |
| PX315 | Entire document | Meta |
| PX318 | Entire document | Meta |
| PX341 | Entire document | Meta |
| PX342 | Entire document | Meta |
| PX346 | Entire document | Meta |
| PX349 | Entire document | Meta |
| PX361 | Entire document | Meta |
| PX367 | Entire document | Meta |
| PX374 | Entire document | Meta |
| PX376 | Entire document | Meta |
| PX381 | Entire document | Meta |
| PX384 | Entire document | Meta |

| | | |
|---|---|---|
| PX385 | Entire document | Meta |
| PX386 | Entire document | Meta |
| PX407 | Entire document | Meta |
| PX411 | Entire document | Meta |
| PX412 | Entire document | Meta |
| PX413 | Entire document | Meta |
| PX438 | Entire document | Meta |
| PX448 | Entire document | Meta |
| PX458 | Entire document | Meta |
| PX465 | Entire document | Meta |
| PX466 | Entire document | Meta |
| PX468 | Entire document | Meta |
| PX478 | Entire document | Meta |
| PX479 | Entire document | Meta |
| PX487 | Entire document | Meta |
| PX505 | Entire document | Meta |
| PX514 | Entire document | Meta |
| PX522 | Entire document | Meta |
| PX527 | Entire document | Meta |
| PX528 | Entire document | Meta |
| PX529 | Entire document | Meta |
| PX532 | Entire document | Meta |
| PX533 | Entire document | Meta |
| PX552 | Entire document | Meta |
| PX555 | Entire document | Meta |
| PX557 | Entire document | Meta |

| | | |
|---|---|---|
| PX559 | Entire document | Meta |
| PX560 | Entire document | Meta |
| PX561 | Entire document | Meta |
| PX563 | Entire document | Meta |
| PX568 | Entire document | Meta |
| PX573 | Entire document | Meta |
| PX575 | Entire document | Meta |
| PX579 | Entire document | Meta |
| PX586 | Entire document | Meta |
| PX607 | Entire document | Within |
| PX615 | Entire document | Within |
| PX616 | Entire document | Within |
| PX619 | Entire document | Within |
| PX620 | Entire document | Within |
| PX621 | Entire document | Within |
| PX632 | Entire document | Within |
| PX657 | Entire document | Within |
| PX664 | Entire document | Within |
| PX667 | Entire document | Within |
| PX712 | Entire document | Within |
| PX713 | Entire document | Within |
| PX729 | Entire document | Within |
| PX731 | Entire document | Within |
| PX762 | Entire document | Within |

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

Having considered the FTC's Administrative Motion;

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted versions of the FTC's FoF-CoL and documents filed in support thereof shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of its FoF-CoL and documents filed in support thereof within 7 days entry of this Order.

[ ] GRANTED/DENIED IN PART. Plaintiff FTC shall file a revised redacted version of its FoF-CoL and documents filed in support thereof, redacting only the information contained in the foregoing specified paragraphs within 7 days of entry of this Order.

Dated: _____, 2022

_____
Honorable Edward J. Davila
United States District Judge
Northern District of California