Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999

Michael Moiseyev (*pro hac vice*)
michael.moiseyev@weil.com
Chantale Fiebig (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
*Counsel for Defendant Meta Platforms, Inc.*

Christopher J. Cox (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main Street, Suite 200
Redwood City, CA 94063
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
*Counsel for Defendant Within Unlimited, Inc.*

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD |
| Plaintiff, | |
| v. | **DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL PORTIONS OF DEFENDANTS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| META PLATFORMS, INC., et al., | |
| Defendants. | Dept.: Courtroom 4 – 5th Floor |
| | Judge: Hon. Edward J. Davila |

Pursuant to Civil Local Rules 7-11 and 79-5(c), Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") do respectfully move this Court for an order sealing the portions of Defendants' Proposed Findings of Fact and Conclusions of Law, identified in exhibits A-B hereto.  Accordingly, Defendants seek to file under seal:

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 4, line 16, 19-20 | Within | This contains non-public and highly sensitive information including, but not limited to, Within's confidential strategic evaluation of the competitive landscape, confidential business status, confidential product and pricing decisions, and information derived from Within's confidential data, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 5, line 23 | Meta, Within | This contains non-public and highly sensitive information including, but not limited to, both Meta's and Within's acquisition agreement which could be used to injure Meta and Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 10, lines 14-15 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which was filed under seal that could be used to injure Meta and Within if it were made publicly available. Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 11, lines 19-21 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 12, 22-25 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential business status, confidential business strategies and projections, and information derived from Within's confidential data, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 13, line 26-3 | | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential business status, confidential business strategies and projections, and information derived from Within's confidential data, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 15, line 12 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which was filed under seal that could be used to injure Meta and Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 17, 25-27 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which was filed under seal that could be used to injure Meta and Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 21, page 4, line 28 to page 5, line 4 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 23, lines 9-16, 20-21, 24-25 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape, strategic considerations of potential internal projects and/or acquisitions, and information from Meta and Within's expert report which was filed under seal that could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 24, lines 1-2 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which was filed under seal that could be used to injure Meta and Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 25, line 7 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which was filed under seal that could be used to injure Meta and Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 26, lines 11-12 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which was filed under seal that could be used to injure Meta and Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 27, page 7, line 23-28,  page 8, lines 1, 9-11 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape, strategic considerations of potential internal projects and/or acquisitions, and information from Meta and Within's expert report which was filed under seal that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 28, page 8, lines 18-24, page 9, lines 1-3 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's internal analyses and strategic evaluation of the competitive landscape, strategic considerations of potential internal projects and/or acquisitions, and information from Meta and Within's expert report which was filed under seal that could be used to injure Meta and WIthin if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta and Within information in this paragraph, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 29, lines 7-17 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape, strategic considerations of potential internal projects and/or acquisitions, and information from Meta and Within's expert report which was filed under seal that could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

DEFENDANTS' MOTION TO SEAL
Case No. 5:22-cv-04325-EJD

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 30, lines 21-22 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 32, lines 6-7 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 34, lines 13, 15-17 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 36, lines 22-23 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 37, page 10, line 27-28 to page 11, line 11 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 38, lines 15-16, 18-21 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 39, lines 1-5 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 40, lines 8-9 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, information from Meta and Within's expert report which was filed under seal that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 41, lines 13-19 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape, strategic considerations of potential internal projects and/or acquisitions, and information from Meta and Within's expert report which was filed under seal that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 42, lines 22-23 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 43, page 12, lines 27-28, page 13, lines 1, 4-6 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 44, lines 11-19 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 45, lines 2-10 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape, strategic considerations of potential internal projects and/or acquisitions, and information from Meta and Within's expert report which was filed under seal that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 47, lines 16-18 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, both Meta's and Within's internal analyses and strategic business decisions, strategic considerations of potential internal projects and/or acquisitions, and information derived from both Meta's and Within's confidential data, which could be used to injure Meta and Within if it were made publicly available. Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|----------|--------------------------------|-------------------|---------------------------|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 48, lines 22-28 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential strategic evaluation of the competitive landscape, confidential business strategies and projections, and information derived from Within's confidential data, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 49, line 3 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential financial projections and information derived from Within's confidential data, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 50, lines 5 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential business status and information derived from Within's confidential data, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

DEFENDANTS' MOTION TO SEAL                     Case No. 5:22-cv-04325-EJD

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 51, lines 7-10 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential business status, information derived from Within's confidential data, and Meta's and Within's expert report which was filed under seal which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 53, lines 16-19 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential product and pricing decisions, confidential business status, and information derived from Within's confidential data, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

DEFENDANTS' MOTION TO SEAL                    Case No. 5:22-cv-04325-EJD

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 54, lines 20-27 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential product and pricing decisions, confidential business status, information derived from Within's confidential data, and Meta's and Within's expert report which was filed under seal that could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 59, lines 14-20 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape, strategic considerations of potential internal projects and/or acquisitions, and information from Meta and Within's expert report which was filed under seal that could be used to injure Meta if it were made publicly available. Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 60, page 17, lines 22, 24-28, page 18, 1-6 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential strategic evaluation of the competitive landscape, confidential business strategies and projections, confidential product and pricing decisions, and information derived from Within's confidential data, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 61, lines 9-10 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and information from Meta and Within's expert report which was filed under seal that could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 62, lines 15-20 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which was filed under seal. Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |

DEFENDANTS' MOTION TO SEAL                                    Case No. 5:22-cv-04325-EJD

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 63, page 18, line 27 to page 19, line 2 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which was filed under seal. Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 66, line 28 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which was filed under seal. Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 70, page 20, line 25 to page 21, line 2 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential business strategies and projections and confidential product and pricing decisions which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

DEFENDANTS' MOTION TO SEAL                                    Case No. 5:22-cv-04325-EJD

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 71, lines 5-7 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's internal analyses and strategic evaluation of the competitive landscape which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 72, lines 17-18 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's internal analyses and strategic evaluation of the competitive landscape which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 74, lines 1-3 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which was filed under seal which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |

17

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 76, lines 11-16 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's internal analyses and strategic evaluation of the competitive landscape, confidential business strategies and projections, and Meta's and Within's expert report which was filed under seal which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 77, page 22, line 25 to page 23, line 3 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 78, lines 7-8 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 80, lines 14-16 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 81, lines 19-22 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 82, page 23, line 24 to page 24, line 2 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 83, lines 6-17 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 84, lines 18-24 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

DEFENDANTS' MOTION TO SEAL                                   Case No. 5:22-cv-04325-EJD

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 85, page 24, line 26 to page 24, line 2 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 86, lines 3-6 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 87, lines 7-9 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 89, lines 12-21 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 90, lines 23-27 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 91, lines 3-6 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

22

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 93, lines 11-23 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape, and strategic considerations of potential internal projects and/or acquisitions, and Meta's and Within's expert report which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 24, lines 1-3 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 95, lines 7-11 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 98, lines 24-26 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential strategic evaluation of the competitive landscape and confidential product and pricing decisions which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 100, lines 5-7, 9-11 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential strategic evaluation of the competitive landscape and confidential product and pricing decisions which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 101, lines 16-19 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 102, lines 25-26 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 104, lines 7-22 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 105, page 29, line 26 to page 30, line 6 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, both Meta's and Within's internal analyses and strategic business decisions, strategic considerations of potential internal projects and/or acquisitions, and information derived from both Meta's and Within's confidential data,  which could be used to injure Meta and Within if it were made publicly available. Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 106, lines 6-10 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 107, line 14 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 108, lines 21-23 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

DEFENDANTS' MOTION TO SEAL                    Case No. 5:22-cv-04325-EJD

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 109, page 30, line 27 to page 31, line 9 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 110, lines 10-15 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, both Meta's and Within's internal analyses and strategic business decisions and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta and Within if it were made publicly available. Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 111, lines 18-25 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 113, lines 23 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential business strategies and projections and confidential business status which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 114, lines 4-5 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential business strategies and projections and confidential business status which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

DEFENDANTS' MOTION TO SEAL                           Case No. 5:22-cv-04325-EJD

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 115, lines 12-14 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 117, lines 26-28 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 118, lines 12-18 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's expert report which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |

DEFENDANTS' MOTION TO SEAL                    Case No. 5:22-cv-04325-EJD

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 119, lines 27-28 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 147, lines 11-20 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's assessment of a confidential survey that has been filed under seal, including because it reflects confidential business information.  Legitimate private interests warrant the sealing of the Meta and Within information in this paragraph, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 148, page 41, line 24 to page 42, line 4 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's assessment of a confidential survey that has been filed under seal, including because it reflects confidential business information.  Legitimate private interests warrant the sealing of the Meta and Within information in this paragraph, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 149, lines 6, 12 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's assessment of a confidential survey that has been filed under seal, including because it reflects confidential business information.  Legitimate private interests warrant the sealing of the Meta and Within information in this paragraph, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 150, lines 17-19 | Meta, Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's and Within's assessment of a confidential survey that has been filed under seal, including because it reflects confidential business information.  Legitimate private interests warrant the sealing of the Meta and Within information in this paragraph, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 155, lines 12-13, 15 | Within | This contains non-public and highly sensitive information including, but not limited to, Within's confidential business strategies and projections, confidential business status, and confidential product and pricing decisions which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

31

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 162, page 47, line 27 to page 48, line 1 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, Meta's internal analyses and strategic evaluation of the competitive landscape and strategic considerations of potential internal projects and/or acquisitions that could be used to injure Meta if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta information in this paragraph, and the unsealing of the information would result in injury to Meta that could not be avoided through any less restrictive alternative to sealing. |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 167, lines 13-15 | Meta | This paragraph contains non-public and highly sensitive information including, but not limited to, both Meta's and Within's acquisition agreement, internal analyses and strategic business decisions, and strategic considerations of potential internal projects and/or acquisitions which could be used to injure Meta and Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Meta and Within information in this excerpt, and the unsealing of the information would result in injury to Meta and Within that could not be avoided through any less restrictive alternative to sealing. |

| Document | Portions To Be Filed Under Seal | Designating Party | Basis for Sealing Request |
|---|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 171, lines 20-21 | Within | This paragraph contains non-public and highly sensitive information including, but not limited to, Within's confidential business strategies and projections, confidential business status, and confidential product and pricing decisions which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

The proposed sealing above reflects Defendants' good-faith effort to seek sealing of information that is competitively sensitive, contained in internal documents, and cannot be protected from public disclosure through any less restrictive means.  Defendants have identified the above-referenced proposed sealing with yellow highlighting.  Defendants note that the unredacted copy of Defendants' Proposed Findings of Fact and Conclusions of Law also contains green-highlighted portions, which correspond to proposed redactions to non-party information in connection with Defendants' Administrative Motion To Consider Whether Another Party's Information Should Be Sealed.

## I.   Sealing Defendants' Proposed Findings of Fact and Conclusions of Law Is Warranted Under Ninth Circuit Precedent as It Contains Defendants' Confidential Business Information

In the Ninth Circuit, "[p]arties seeking to seal judicial records relating to motions that are 'more than tangentially related to the underlying cause of action,' bear the burden of overcoming the presumption with 'compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure.'"  *Lenovo (United States) Inc. v. IPCom GmbH & Co., KG*, 2022 WL 2313948, at *1 (N.D. Cal. June 28, 2022).  Courts in this Circuit regularly find that sealing is warranted where the records or information that are sought to

be sealed could be used "as sources of business information that might harm a litigant's competitive standing." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 598 (1978); *see In re Elec. Arts, Inc.*, 298 F. App'x 568, 569 (9th Cir. 2008) (same); *Velasco v. Chrysler Grp. LLC*, 2017 U.S. Dist. LEXIS 11773, at *8 (C.D. Cal. Jan. 26, 2017) (stating that "district courts in this Circuit have sealed records containing 'information about proprietary business operations, a company's business model or agreements with clients,' [and] 'internal policies and strategies'") (citation omitted).

"The Ninth Circuit has explained that 'in general, compelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes, such as the use of records to . . . release trade secrets.'" *Velasco*, 2017 U.S. Dist. LEXIS 11773, at *7 (quoting *Elec. Arts*, 298 F. App'x at 569); *see also Elec. Arts*, 298 F. App'x at 569 ("A 'trade secret may consist of any formula, pattern, device or compilation of information which is used in one's business, and which gives him an opportunity to obtain an advantage over competitors who do not know or use it.'") (citation omitted). A court has "broad latitude" to grant protective orders to prevent disclosure of "many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002).

## II.   Sealing Defendants' Proposed Findings of Fact and Conclusions of Law Is Necessary To Protect Defendants' Confidential and Proprietary Business Information

Defendants seek to maintain under seal portions of Defendants' Proposed Findings of Fact and Conclusions of Law, as it contains Defendants' non-public and highly sensitive information from documents obtained during the course of the Federal Trade Commission's ("FTC's") investigation and during litigation discovery. Examples of such confidential information include, but are not limited to, Meta's internal analyses of the competitive landscape and strategic considerations of potential internal development projects, partnerships, and/or acquisitions. Disclosure of this information would provide Meta's competitors with private data about Meta's performance and business strategy, which could harm Meta's competitive standing. *See Cont'l Auto. Sys. v. Avanci, LLC*, 2019 U.S. Dist. LEXIS 212794, at *13 (N.D. Cal. Dec. 5, 2019). Thus,

34

the unsealing of this highly confidential and sensitive information would cause injury to Meta that cannot be avoided through less restrictive alternatives.

Finally, Meta provided the FTC with confidential business information cited in Defendants' Proposed Findings of Fact and Conclusions of Law pursuant to the statutory and regulatory guarantees of confidentiality contained in the Hart-Scott-Rodino Act or the FTC Act.  *See* 15 U.S.C. §§ 18a(h), 46(f), 57b-2(b), 57b-2(c); 6 C.F.R. § 4.10(d)-(g).  In similar cases, the FTC has acknowledged the need to maintain the confidentiality of a party's confidential business information that has been provided to the FTC via a regulatory request.  *See*, *e.g.*, *FTC v. Lockheed Martin Corp.*, 2022 WL 1446650, at *2 (D.D.C. Jan. 25, 2022) ("According to the FTC, sealing the complaint is appropriate . . . because the filing includes confidential information submitted . . . pursuant to 'statutory and regulatory guarantees of confidentiality.' . . .  The requested sealing covers only confidential information and is, according to the FTC, required by regulation.").

### III.   Conclusion

As stated above, compelling reasons justify Defendants' request for sealing Defendants' confidential business information contained in Defendants' Proposed Findings of Fact and Conclusions of Law.  Defendants respectfully request that this Court grant their Motion To Seal. In compliance with Civil Local Rule 79-5(d), redacted and unredacted versions of Defendants' Proposed Findings of Fact and Conclusions of Law accompany this Administrative Motion.  *See* Exs. A-B.  In accordance with Civil Local Rule 7-11, Defendants have also filed a Proposed Order herewith.

DATED:  November 21, 2022

Respectfully submitted,

By: /s/ *Mark C. Hansen*

Christopher J. Cox (Bar No. 151650)
HOGAN LOVELLS US LLP
855 Main Street, Suite 200
Redwood City, CA 94063
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
chris.cox@hoganlovells.com

Lauren Battaglia (*pro hac vice*)
Logan M. Breed (*pro hac vice*)
Benjamin Holt (*pro hac vice*)
Charles A. Loughlin (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
lauren.battaglia@hoganlovells.com
logan.breed@hoganlovells.com
benjamin.holt@hoganlovells.com
chuck.loughlin@hoganlovells.com

*Counsel for Defendant Within Unlimited, Inc.*

Mark C. Hansen (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
mhansen@kellogghansen.com
apanner@kellogghansen.com

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
michael.moiseyev@weil.com
chantale.fiebig@weil.com

Liz Ryan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone:  (214) 746-8158
liz.ryan@weil.com

Eric S. Hochstadt (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
eric.hochstadt@weil.com

*Counsel for Defendant Meta Platforms, Inc.*

36