Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br>Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC., et al.** <br><br>Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), Plaintiff, the Federal Trade Commission, respectfully files this Administrative Motion to Consider Whether Another Party's Material Should be Sealed in connection with Plaintiff's Findings of Fact and Conclusions of Law (attached hereto, hereinafter "FoF-CoL") and documents filed in support thereof.

Certain portions of the FoF-CoL and documents filed in support thereof contain information that was obtained from Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") during the course of the FTC's non-public investigation regarding Meta's proposed acquisition of Within. Meta and Within designated certain of this information as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2. Other portions of the FoF-CoL and documents filed in support thereof contain information that was obtained from Meta, Within, Non-Party Apple Inc. ("Apple"), and Non-Party lululemon athletica inc. ("Lululemon") during the course of litigation discovery in the above-captioned matter and that the producing party designated as Confidential or Highly Confidential pursuant to the Protective Order As Modified by the Court (Dkt. No. 80). Accordingly, Plaintiff seeks to file under seal:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| FoF-CoL | Page 1, portion of line 5 | Meta and Within |
| FoF-CoL | Page 2, portion of line 13, lines 14-16 | Meta |
| FoF-CoL | Page 3, portions of lines 7-10 | Meta |
| FoF-CoL | Page 3, portions of lines 13-14 | Meta |
| FoF-CoL | Page 3, portions of lines 23-24 | Meta |
| FoF-CoL | Page 3, portion of line 25 & Page 4, portion of line 1 | Meta |
| FoF-CoL | Page 4, portions of lines 8-12 | Meta |
| FoF-CoL | Page 4, portions of lines 14, 16, 19-20, 22 | Meta |

| FoF-CoL | Page 5, portions of lines 1-3 | Meta |
|---|---|---|
| FoF-CoL | Page 5, portions of lines 8-10, 15 | Meta |
| FoF-CoL | Page 6, portions of lines 22-23, 27 | Meta |
| FoF-CoL | Page 7, portions of lines 26-27 | Meta |
| FoF-CoL | Page 8, portions of lines 3-7, 9-10 | Meta |
| FoF-CoL | Page 8, portions of lines 12-16, 18-19, 21-27 | Meta |
| FoF-CoL | Page 9, portions of lines 1-2, lines 4-5, portions of lines 7, 9, 12-14 | Meta |
| FoF-CoL | Page 9, portion of line 18, lines 19-20, portions of lines 21, 23 | Meta |
| FoF-CoL | Page 9, portion of line 25, lines 26-27 & Page 10, portion of line 1 | Meta |
| FoF-CoL | Page 10, portions of lines 3, 4, 7 | Meta |
| FoF-CoL | Page 10, portion of line 10, line 11, portions of lines 12-16, lines 17-19, portion of line 20, lines 21-22, portions of lines 23-24 | Meta |
| FoF-CoL | Page 10, portion of line 27 & Page 11, portions of lines 1-7 | Meta |
| FoF-CoL | Page 11, portions of lines 19, 21-24 | Meta |
| FoF-CoL | Page 12, portions of lines 1, 6-8, 13, 15 | Meta |

| | | |
|---|---|---|
| FoF-CoL | Page 13, portion of line 4, line 5 | Within |
| FoF-CoL | Page 13, portions of lines 9-13, 22, lines 23-24, portion of line 25 | Meta |
| FoF-CoL | Page 14, portions of lines 5-8 | Meta |
| FoF-CoL | Page 14, portion of line 20, lines 21-26, portion of line 27 | Lululemon |
| FoF-CoL | Page 15, portions of lines 8-9, lines 10-11, portions of lines 12-13, lines 14-15, portions of lines 16 | Meta |
| FoF-CoL | Page 15, portions of lines 17-20 | Within |
| FoF-CoL | Page 15, portions of lines 20-22 | Meta |
| FoF-CoL | Page 15, portions of lines 26, 27 | Meta and Within |
| FoF-CoL | Page 16, portion of lines 10, 13, 15, 17 | Within |
| FoF-CoL | Page 16, portion of line 20, line 21, portions of lines 22-25, lines 26-27 | Meta |
| FoF-CoL | Page 17, portions of lines 1-2 | Meta |
| FoF-CoL | Page 17, portion of line 4 | Within |
| FoF-CoL | Page 17, portions of lines 10-11, 13-14, 16-21, lines 22-24, portion of line 25 | Meta |
| FoF-CoL | Page 18, portion of line 1, lines 2-3, portion of line 4, portion of line | Meta |

| | | |
|---|---|---|
| | 8, line 9, portions of lines 10-14, 17-18, 20 | |
| FoF-CoL | Page 19, portions of lines 1, 5-9, 12-13, 16-17 | Meta |
| FoF-CoL | Page 19, portion of line 18 | Meta |
| FoF-CoL | Page 20, portions of lines 2-5, 11-14, 17-18, 20-21, 24-25 | Meta |
| FoF-CoL | Page 20, portion of line 26, line 26 & Page 21, portion of line 1 | Meta |
| FoF-CoL | Page 21, portion of line 3, line 4, portion of line 6, lines 7-9, portions of lines 10-14 | Meta |
| FoF-CoL | Page 21, portion of line 17, line 18, portion of line 19, lines 20-23 | Meta |
| FoF-CoL | Page 21, portion of line 27 & Page 22, portion of line 1 | Meta |
| FoF-CoL | Page 22, portions of lines 5-6, 9-10 | Meta |
| FoF-CoL | Page 22, lines 15-17, portions of lines 18-21, lines 22-24, portions of lines 25, 27 | Within |
| FoF-CoL | Page 23, portion of line 2, line 3, portion of line 4, lines 6-9 | Meta |
| FoF-CoL | Page 23, portion of line 14, lines 15-19, portions of lines 20-22, 25-26 | Within |

| FoF-CoL | Page 24, portions of lines 1-3 | Within |
|---|---|---|
| FoF-CoL | Page 24, portions of lines 9-10, 14-16, lines 17-19, portions of lines 20-22, 24-25, lines 26-27 | Meta |
| FoF-CoL | Page 25, portions of lines 1-6, 9-12, 15-18, lines 19-20, portions of lines 21, 23-26 | Meta |
| FoF-CoL | Page 25, portion of line 27 & Page 26, portion of line 1 | Meta |
| FoF-CoL | Page 26, portion of line 2, lines 3-4, portion of line 9, lines 10-12, portions of lines 13-14, 17, lines 18-19, portions of lines 21-22, 25-27 | Meta |
| FoF-CoL | Page 27, portions of lines 3, 5, lines 6-7, portions of lines 14-15, 17, lines 19-21, portions of lines 24-27 | Meta |
| FoF-CoL | Page 27, portion of line 27 & Page 28, line 1 | Meta |
| FoF-CoL | Page 28, portion of lines 2-3, 5-8, 10 | Meta |
| FoF-CoL | Page 28, portions of lines 15-16, lines 17, portions of lines 18-19, lines 20-21, portions of lines 22-23, lines 24-26 | Meta |

| | | |
|---|---|---|
| FoF-CoL | Page 28, portion of line 27 & Page 29, line 1 | Meta |
| FoF-CoL | Page 29, lines 6-7, portions of lines 8-10, lines 12-13, portions of lines 14, 16 | Apple |
| FoF-CoL | Page 29, portions of lines 20, 22-24 | Meta |
| FoF-CoL | Page 29, lines 27 & Page 30, portion of line 1 | Meta |
| FoF-CoL | Page 30, portions of lines 2-3, 5-6, line 10, portions of lines 11, 13, lines 14-15, portion of line 16, lines 17-18 | Meta |
| FoF-CoL | Page 30, portion of line 20, line 21, portions of lines 22-24 | Within |
| FoF-CoL | Page 30, portion of line 25 | Meta |
| FoF-CoL | Page 30, portion of line 27 & Page 31, portions of lines 1-5 | Meta |
| FoF-CoL | Page 31, portions of lines 11, 13-17, 20-21, lines 22-23 | Meta |
| FoF-CoL | Page 31, portions of lines 24-27 & Page 32, portions of lines 1-3 | Meta |
| FoF-CoL | Page 32, portions of lines 5-10, 13, lines 14-15 | Meta |
| FoF-CoL | Page 32, portion of line 16, line 17, portions of lines 18-21 | Within |

| | | | |
|---|---|---|---|
| 1 | FoF-CoL | Page 32, portions of lines 22-24, lines 25-27 | Meta |
| 2 | | | |
| 3 | FoF-CoL | Page 33, portions of lines 1-2, lines 3-5 | Meta |
| 4 | | | |
| 5 | FoF-CoL | Page 36, portions of lines 13-14 | Meta and Within |
| 6 | FoF-CoL | Page 38, portion of line 26, line 27 & Page 39, portion of line 1 | Meta and Within |
| 7 | | | |
| 8 | FoF-CoL | Page 40, portion of line 5 | Within |
| 9 | FoF-CoL | Page 42, portions of lines 9 and 13 | Meta and Within |
| 10 | | | |
| 11 | FoF-CoL | Page 44, portions of line 16, 23, 25-26 | Meta |
| 12 | | | |
| 13 | FoF-CoL | Page 45, portion of lines 3 and 20 | Meta and Within |
| 14 | FoF-CoL | Page 45, portions of lines 4, 7-9, 11-12, 13-15 | Meta |
| 15 | | | |
| 16 | FoF-CoL | Page 46, portions of lines 6-7 | Meta and Within |
| 17 | FoF-CoL | Page 47, line 6, portion of line 7 | Within |
| 18 | FoF-CoL | Page 47, portions of lines 9-10 | Meta |
| 19 | FoF-CoL | Page 47, line 25, portion of line 26 | Within |
| 20 | | | |
| 21 | FoF-CoL | Page 48, lines 1-2, portion of line 3, lines 4-5, portion of line 6 | Within |
| 22 | | | |
| 23 | FoF-CoL | Page 48, portions of lines 24-26 | Meta and Within |
| 24 | FoF-CoL | Page 48, portion of line 27 & Page 49, portion of line 1 | Meta |
| 25 | | | |

| | | |
|---|---|---|
| FoF-CoL | Page 49, portion of line 2, line 3, portions of lines 4-6, 9-10, 14, lines 15-16, portion of lines 17, 19, lines 20-21, portion of line 22 | Meta |
| FoF-CoL | Page 50, portions of lines 13-14 | Within |
| FoF-CoL | Page 50, portion of line 16 | Meta and Within |

Materials and documents may be provisionally filed under seal pursuant to Civil Local Rule 79-5(f) when the document, or portions thereof, "has been designated as confidential by another party or non-party." L.R. 79-5(f). Plaintiff has redacted the above-referenced yellow-highlighted portions of its FoF-CoL because Meta and/or Within have designated the information contained therein as confidential pursuant to Section 21 of the FTC Act, 15 U.S.C. § 57b-2 or as Confidential or Highly Confidential pursuant to the Protective Order As Modified by the Court (Dkt. No. 80). Plaintiff has redacted the above-referenced teal-highlighted portions of its FoF-CoL because Apple or Lululemon have designated the information contained therein as Confidential or Highly Confidential pursuant to the Protective Order As Modified by the Court (Dkt. No. 80). Plaintiff takes no position on the merits of sealing any of the aforementioned designated material.

In compliance with Civil Local Rule 79-5(e), an unredacted version of the FoF-CoL accompanies this Administrative Motion. In accordance with Local Rule 7-11, Plaintiff has also filed a Proposed Order herewith.

Dated: November 22, 2022                                         Respectfully Submitted,

/s/ Abby L. Dennis
Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner

PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD

8

|   |   |
|---|---|
| | Sean D. Hughto |
| | Frances Anne Johnson |
| | Andrew Lowdon |
| | Erika Meyers |
| | Lincoln Mayer |
| | Adam Pergament |
| | Kristian Rogers |
| | Anthony R. Saunders |
| | Timothy Singer |
| | James Weingarten |

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Counsel for Plaintiff Federal Trade Commission*