1   Abby L. Dennis, DC Bar No. 994476
    Peggy Bayer Femenella, DC Bar No. 472770
2   Joshua Goodman, NY Bar (No Number)
    Jeanine Balbach, MD Bar (No Number)
3
    Federal Trade Commission
4   600 Pennsylvania Avenue, NW
    Washington, DC 20580
5   Tel: (202) 326-2381

6   *adennis@ftc.gov; pbayer@ftc.gov;*
    *jgoodman@ftc.gov; jbalbach@ftc.gov*
7

8   [Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

9
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
10

11

12   **FEDERAL TRADE COMMISSION**,                    Case No. 5:22-cv-04325-EJD

13                 Plaintiff,                         **PLAINTIFF FEDERAL TRADE**
                                                      **COMMISSION'S MOTION TO REMOVE**
14           v.                                       **INCORRECTLY FILED DOCUMENT:**
                                                      **DOCKET NOS. 275-2 & 277**
15   **META PLATFORMS, INC., et al.**

16                 Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Federal Trade Commission respectfully files this Motion to remove from ECF its

2  Pre-Hearing Proposed Findings of Fact and Conclusions of Law (Dkt. Nos. 275-2 & 277), which

3  was submitted electronically on November 21, 2022.  On November 22, 2022, counsel for

4  defendant Meta Platforms, Inc. ("Meta") informed Plaintiff of its position that Paragraph 43(i) of

5  Dkt. 277 contains an unredacted reference to a matter that Meta deems highly confidential. Dkt.

6  275-2 is the version of this document that is provisionally sealed with highlights to indicate the

7  material that has been redacted from Dkt. 277.

8    Plaintiff promptly contacted the ECF helpdesk, which locked Dkt. Nos. 275-2 & 277

9  pending the Court's adjudication of this Motion.

10    Plaintiff has filed an updated Administrative Motion to Consider Whether Another

11  Party's Material Should be Sealed with reference to its Findings of Fact and Conclusions of Law

12  (Dkt. 287), which attaches an updated version of the Pre-Hearing Proposed Findings of Fact and

13  Conclusions of Law (with an additional highlight for the relevant material in that Paragraph

14  43(i)) and proposed order. Plaintiff will file a copy with the clerk's office.

15    Plaintiff takes no position on the merits of this Motion.

16    Plaintiff respectfully requests that the Court grant its Motion to Remove Incorrectly Filed

17  Document: Docket Nos. 275-2 & 277.

18

19  Dated: November 22, 2022                    Respectfully Submitted,

20                                              /s/ Abby L. Dennis
                                                Abby L. Dennis
21                                              Peggy Bayer Femenella
                                                Joshua Goodman
22                                              Jeanine Balbach
                                                Michael Barnett
23                                              E. Eric Elmore
                                                Justin Epner
24                                              Sean D. Hughto
                                                Frances Anne Johnson
25                                              Andrew Lowdon
                                                Erika Meyers
26                                              Lincoln Mayer
                                                Susan A. Musser
27                                              Adam Pergament

28

PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 5:22-CV-04325-EJD

1

Kristian Rogers
Anthony R. Saunders
Timothy Singer
James Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Counsel for Plaintiff Federal Trade Commission*

PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 5:22-CV-04325-EJD

2