Caroline Van Ness (Bar No. 281675)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4660
Facsimile: (213) 621-5430
Email: caroline.vanness@skadden.com

Steven C. Sunshine (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com

Evan R. Kreiner (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000
Email: evan.kreiner@skadden.com

*Counsel for Non-Party Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC., et al.,<br><br>　　　　　　Defendants. | CASE NO. 5:22-cv-04325-EJD (SVK)<br><br>**DECLARATION OF BRENDAN MCNAMARA IN SUPPORT OF NON-PARTY APPLE INC.'S STATEMENT RE: DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Location:  Courtroom 4 – 5th Floor<br>Judge:  Honorable Edward J. Davila |

DECLARATION ISO APPLE'S STATEMENT RE: ADMINISTRATIVE MOTION
CASE NO. 5:22-cv-04325-EJD (SVK)

I, Brendan McNamara, declare as follows:

1. I am a Director of Competition Law & Litigation at Apple Inc. ("Apple"). I submit this declaration in support of Apple's Statement Re: Defendant Meta Platforms, Inc.'s ("Meta") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, with respect to the "Summary of General Topics of Anticipated Testimony" for Frank Casanova contained in Defendants' Non-Party Fact Witness List. In my role, I have personal knowledge of Apple's use and protection of non-public, highly sensitive, and confidential business information, including the information which Apple seeks to seal here. I have personal knowledge of the facts set forth below, and I can and would competently testify to such facts if called to do so.



A. **Forward-Looking Fitness+ Information**

1

DECLARATION ISO APPLE'S STATEMENT RE: ADMINISTRATIVE MOTION



2
DECLARATION ISO APPLE'S STATEMENT RE: ADMINISTRATIVE MOTION



12. For these reasons, Apple respectfully requests the Court order the below-identified portions of the Non-Party Fact Witness List to be sealed.

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Non-Party Fact Witness List | Frank Casanova: Summary of General Topics of Anticipated Testimony (Right Column) | |

3
DECLARATION ISO APPLE'S STATEMENT RE: ADMINISTRATIVE MOTION

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| | | ███████████ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 23, 2022, in Cupertino, California.

*/s/ Brendan McNamara*
Brendan McNamara

### SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: November 23, 2022                    */s/ Caroline Van Ness*
                                            Caroline Van Ness