Caroline Van Ness (Bar No. 281675)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4660
Facsimile: (213) 621-5430
Email: caroline.vanness@skadden.com

Steven C. Sunshine (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005-2111
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
Email: steven.sunshine@skadden.com

Evan R. Kreiner (admitted *pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Email: evan.kreiner@skadden.com

Counsel for Non-Party Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | CASE NO. 5:22-cv-04325-EJD (SVK)<br><br>**DECLARATION OF BRENDAN MCNAMARA IN SUPPORT OF NON-PARTY APPLE INC.'S STATEMENT RE: DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Location: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

I, Brendan McNamara, declare as follows:

1. I am a Director of Competition Law & Litigation at Apple Inc. ("Apple"). I submit this declaration in support of Apple's Statement Re: Defendant Meta Platforms, Inc.'s ("Meta") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed, with respect to the titles of Apple's internal documents contained in Defendants' Exhibit List. In my role, I have personal knowledge of Apple's use and protection of non-public, highly sensitive, and confidential business information, including the information which Apple seeks to seal here. I have personal knowledge of the facts set forth below, and I can and would competently testify to such facts if called to do so.



### A. Forward-Looking Fitness+ Information





12. For these reasons, Apple respectfully requests the Court order the below-identified portions of the Exhibit List to be sealed.

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Exhibit List | Exhibit DX1255 Description | ███████████████ |
| Exhibit List | Exhibit DX1257 Description | ███████████████ |

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
| Exhibit List | Exhibit DX1258 Description | ████████ |
| Exhibit List | Exhibit DX1259 Description | ████████ |
| Exhibit List | Exhibit DX1261 Description | ████████ |

5
DECLARATION ISO APPLE'S STATEMENT RE: ADMINISTRATIVE MOTION

| Document | Text to be Sealed | Basis for Sealing Portion of Document |
|---|---|---|
|  |  | ██████ |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 23, 2022, in Cupertino, California.

Brendan McNamara

## SIGNATURE ATTESTATION

Pursuant to Civil Local Rule 5-1(h)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: November 23, 2022

*/s/ Caroline Van Ness*
Caroline Van Ness