UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**[P~~ROPOSED~~] ORDER RE DEFENDANT META PLATFORMS, INC.'S ADMINISTRATIVE MOTION TO SEAL EXPERT REPORT OF DR. JEAN-PIERRE DUBÉ PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(c)**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

With respect to information that Defendant Meta Platforms, Inc. ("Meta") designated as confidential, Meta filed an Administrative Motion To Seal the Expert Report of Dr. Jean-Pierre Dubé ("Administrative Motion") ("Dubé Report"). Meta, in accordance with Civil Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions To Be Filed Under Seal | Basis for Sealing Request |
|---|---|---|
| Dubé Report | Document in its entirety | This document contains non-public and highly sensitive information obtained during the course of the FTC's investigation and/or during litigation discovery, including, but not limited to, Meta's internal analyses of the competitive landscape and strategic considerations of potential internal development projects, partnerships, and/or acquisitions. Such confidential information is so intertwined with Dr. Dubé's analysis as to make individual redactions impracticable. The unsealing and public disclosure of this highly confidential and sensitive information would cause injury to Meta that cannot be avoided through less restrictive alternatives. |

Having considered Meta's Administrative Motion;

IT IS HEREBY ORDERED that the Administrative Motion is:

[x] GRANTED IN ITS ENTIRETY. The unredacted version of the Dubé Report shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Defendants shall file a complete unredacted version of the Dubé Report within 7 days of entry of this Order.

[ ] GRANTED/DENIED IN PART.  Defendants shall file a revised redacted version of the Dubé Report, redacting only the information contained in the following specified paragraphs within 7 days of entry of this Order.

Dated: November 28, 2022

_____
Edward J. Davila
UNITED STATES DISTRICT JUDGE