**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>META PLATFORMS, INC., et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 5:22-cv-04325-EJD (SVK)<br><br>**[**~~PROPOSED~~**] ORDER GRANTING NON-PARTY APPLE INC.'S ADMINISTRATIVE MOTION TO SEAL**<br><br>Location:  Courtroom 4 – 5th Floor<br>Judge:  Honorable Edward J. Davila |

This matter came before the Court on Non- Party Apple Inc.'s ("Apple") Administrative Motion to Seal.  Having considered Apple's Motion and the Declaration of Caroline Van Ness, the Court hereby orders that the motion is **GRANTED** as follows:

| Document | Portions to be Filed Under Seal | Ruling |
|---|---|---|
| McNamara Decl. | Page 1, Lines 10-20 | GRANTED |
| McNamara Decl. | Page 1, Lines 22-27 | GRANTED |
| McNamara Decl. | Page 2, Lines 1-26 | GRANTED |
| McNamara Decl. | Page 3, Lines 1-21 | GRANTED |
| McNamara Decl. | Pages 3-5, Table, "Basis for Sealing Portion of Document" column | GRANTED |

IT IS SO ORDERED.

DATED:     November 28   , 2022

Honorable Edward J. Davila
United States District Judge