# EXHIBIT A

Case 5:22-cv-04325-EJD   Document 332-2   Filed 11/28/22   Page 2 of 9

11/22/2022   Federal Trade Commission v. Meta Platforms, Inc., et al   Dion Sanders 30(b)(6)
Highly Confidential - Under the Protective Order

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____

FEDERAL TRADE COMMISSION,           )

               Plaintiff,    )

-against-                           ) Case No.

                                  ) 5:22-cv-04325-EJD

META PLATFORMS, INC., et al.,       )

               Defendants.   )

_____)


\*\*\*HIGHLY CONFIDENTIAL\*\*\*

UNDER THE PROTECTIVE ORDER

VIDEO-RECORDED DEPOSITION OF DION SANDERS

November 22, 2022

12:02 p.m. (PST)


Reported by: Eileen Mulvenna, CSR/RMR/CRR

Job No. 13566

_____

DIGITAL EVIDENCE GROUP

1730 M Street, NW, Suite 812

Washington, D.C. 20036

(202) 232-0646

Case 5:22-cv-04325-EJD   Document 332-2   Filed 11/28/22   Page 3 of 9

11/22/2022           Federal Trade Commission v. Meta Platforms, Inc., et al    Dion Sanders 30(b)(6)
                              Highly Confidential - Under the Protective Order

Page 7

1      THE VIDEOGRAPHER:  We are on the
2  record.
3      This is the remote video deposition of
4  Mr. Dion Sanders in the matter of the Federal
5  Trade Commission versus Meta Platforms, Inc.,
6  et al., in the United States District for the
7  Northern District of California, San Jose
8  Division.
9      My name is Billy Fahnert.  I am the
10 videographer technician today.  The court
11 reporter is Eileen Mulvenna.  We are here on
12 behalf of Digital Evidence Group.
13     Today's date is November 22, 2022, and
14 the time is 12:02 p.m. Pacific Standard Time.
15     All parties have stipulated to the
16 witness being sworn in remotely.
17     Will counsel please identify
18 yourselves for the record, and then the
19 witness will be sworn in.
20     MR. HARTMAN:  Jake Hartman of Kellogg
21 Hansen for Meta.
22     MR. MAYER:  And Lincoln Mayer from the

Case 5:22-cv-04325-EJD   Document 332-2   Filed 11/28/22   Page 4 of 9

11/22/2022          Federal Trade Commission v. Meta Platforms, Inc., et al    Dion Sanders 30(b)(6)
                                    Highly Confidential - Under the Protective Order

Page 8

1       Federal Trade Commission for plaintiff.

2               MR. FITZPATRICK:  Chris Fitzpatrick

3       from Hogan Lovells for defendant, Within

4       Unlimited, Inc.

5               MR. NAGIN:  Good afternoon.  Benjamin

6       Nagin, N-A-G-I-N, from Sidley Austin, on

7       behalf of Peloton Interactive, Inc., and the

8       witness, Mr. Sanders.  And I'm joined, though

9       off camera, by my colleague, Laura Collins,

10      also of Sidley Austin.

11  DION SANDERS,

12     having been duly sworn by Eileen Mulvenna,

13     a Notary Public of the State of New York,

14     was examined and testified as follows:

15  EXAMINATION

16  BY MR. HARTMAN:

17          Q.    Good afternoon.

18          A.    Good afternoon.

19          Q.    Can you please state your full name

20  for the record?

21          A.    Sure.  It's Dion Sanders.

22          Q.    And where do you work, Mr. Sanders?

Case 5:22-cv-04325-EJD   Document 332-2   Filed 11/28/22   Page 5 of 9

11/22/2022            Federal Trade Commission v. Meta Platforms, Inc., et al   Dion Sanders 30(b)(6)
                              Highly Confidential - Under the Protective Order

Page 9

1        A.      Peloton.

2        Q.      And are you testifying today as a
3    corporate representative for Peloton?

4        A.      I am, yes.

5        Q.      Are you prepared to testify on behalf
6    of Peloton about the features, capabilities, and
7    pricing of Peloton's products and offerings and the
8    ways in which Peloton believes it differentiates its
9    products from its competitors?

10       A.      Yes.

11       Q.      Are you also prepared to testify about
12   the competitive landscape for Peloton's products and
13   offerings?

14       A.      Yes.

15       Q.      Are you prepared to testify on behalf
16   of Peloton regarding product and business
17   development strategy, including strategy for
18   developing content released in a regular cadence and
19   the costs associated with that development?

20       A.      Yes.

21       Q.      And are you also prepared today to
22   testify on behalf of Peloton regarding Peloton's

11/22/2022   Federal Trade Commission v. Meta Platforms, Inc., et al   Dion Sanders 30(b)(6)
Highly Confidential - Under the Protective Order

Page 53

1            THE VIDEOGRAPHER:  Yeah, let me go off
2       the record.
3            We are going off the record.  The time
4       is 12:53.
5            (Recess from the record.)
6            THE VIDEOGRAPHER:  We are back on the
7       record.  The time is 1:07.
8            MR. HARTMAN:  Thank you.  And, sorry,
9       before we -- before I formally pass the
10      witness, if we can just go ahead and mark the
11      document we looked at, PTON-FTCMETALIT-00596
12      as Exhibit Meta 46, that would be great.
13           (Meta Exhibit 46, Bates Nos.
14      PTON-FTCMETALIT-00427-445, Shareholder
15      Letter, received and marked.)
16           MR. HARTMAN:  And with that, I will
17      turn it over to my colleague, Mr. Mayer.
18           MR. MAYER:  Thank you, Mr. Hartman.
19  EXAMINATION
20  BY MR. MAYER
21      Q.    And good afternoon, Mr. Sanders.
22      A.    How are you doing?

Case 5:22-cv-04325-EJD   Document 332-2   Filed 11/28/22   Page 7 of 9

11/22/2022       Federal Trade Commission v. Meta Platforms, Inc., et al    Dion Sanders 30(b)(6)
                        Highly Confidential - Under the Protective Order

Page 77

1   EXAMINATION

2   BY MR. NAGIN

3        Q.    Mr. Sanders, do you recall being asked

4   a few questions about this document marked as

5   Meta 46 for identification?

6        A.    Yes.

7        Q.    Does Meta 46 reflect internal

8   confidential information of Peloton?

9        A.    Yes.

10       Q.    Does Meta 46 reflect strategic

11  business planning information of Peloton?

12       A.    Yes.

13       Q.    Does Peloton maintain the con- --

14  well, let me ask -- does Peloton maintain the

15  information reflected in 46 as confidential?

16       A.    Yes.

17       Q.    And could it harm Peloton's business

18  interest to have the information set forth in

19  Meta 46 released to Peloton's competitors?

20       A.    Yes.

21             MR. NAGIN:  I'd ask the exhibit

22       manager now to pull up what was marked as

11/22/2022   Federal Trade Commission v. Meta Platforms, Inc., et al   Dion Sanders 30(b)(6)
Highly Confidential - Under the Protective Order

Page 78

1    Meta Exhibit 43 for identification.  And I
2    believe it was also marked as PX0839.  It has
3    the Production Nos. PTON-FTCMETALIT-00594
4    through 595.
5 BY MR. NAGIN:
6    Q.    I'm going to ask the same series of
7 questions, Mr. Sanders, and then I think everyone
8 can go home.
9          Does Meta Exhibit 43 reflect internal
10 confidential information of Peloton?
11   A.    Yes.
12   Q.    Does Meta 43 reflect the strategic
13 business planning information of Peloton?
14   A.    Yes.
15   Q.    Does Peloton maintain the document and
16 information marked as 43 as confidential within its
17 own files?
18   A.    Yes.
19   Q.    And could it harm Peloton's business
20 interest to have Meta Exhibit 43 released to its
21 competitors?
22   A.    Yes.

Case 5:22-cv-04325-EJD   Document 332-2   Filed 11/28/22   Page 9 of 9

11/22/2022   Federal Trade Commission v. Meta Platforms, Inc., et al   Dion Sanders 30(b)(6)
Highly Confidential - Under the Protective Order

Page 80

```
1   STATE OF NEW YORK              )
2                                  ss:
3   COUNTY OF WESTCHESTER          )
4
5           I, EILEEN MULVENNA, CSR/RMR/CRR, a
    Certified Court Reporter, Registered Merit Reporter,
6   Certified Realtime Reporter, and Notary Public in
    and for the State of New York, do hereby certify:
7
            That I reported the taking of the
8   deposition of the witness, DION SANDERS,
    commencing on the 22nd day of November, 2022, at the
9   hour of 12:02 p.m. (Pacific Time).
            That prior to being examined, the witness
10  was duly sworn by me to testify to the truth, the
    whole truth, and nothing but the truth.
11          That I thereafter transcribed my said
    shorthand notes into typewriting and that the
12  typewritten transcript of said deposition is a
    complete, true and accurate transcription of my
13  said shorthand notes taken down at said time, and
    that a request has been made to review the
14  transcript.
            I further certify that I am not a relative
15  or employee of an attorney or counsel of any of the
    parties, nor a relative or employee of any attorney
16  or counsel involved in said action, nor a person
    financially interested in the action.
17          IN WITNESS WHEREOF, I have hereunto
    set my signature this 22nd day of November, 2022.
18
19
20
21          Eileen Mulvenna, CSR/RMR/CRR
22
```