MEEGHAN H. TIRTASAPUTRA (SBN 325572)
MTirtasaputra@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:    310.598.4150
Facsimile:    310.556.9828

Attorneys for non-party Valve Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DECLARATION OF MEEGHAN H. TIRTASAPUTRA**<br><br>[*Filed concurrently with Non-Party Valve Corporation's Administrative Motion for In Camera Treatment of Certain Exhibits of Plaintiff Federal Trade Commission and to Seal the Courtroom During Presentation of Certain Confidential Material at the Hearing for a Preliminary Injunction; Declaration of Karl Quackenbush; and [Proposed] order*] |

**DECLARATION OF MEEGHAN H. TIRTASAPUTRA**

I, Meeghan H. Tirtasaputra, declare and state as follows in support of Non-Party Valve Corporation's Administrative Motion for In Camera Treatment of Certain Exhibits of Plaintiff Federal Trade Commission and to Seal the Courtroom During Presentation of Certain Confidential Material at the Hearing for a Preliminary Injunction (the "Motion").

1. I am an attorney at the law firm Fox Rothschild LLP and counsel for non-party Valve Corporation ("Valve"). I am competent to testify, and I have personal knowledge of the facts stated below.

2. On November 28, 2022, at approximately 10:18 a.m., I telephonically met and conferred with Kristian Rogers, counsel for Plaintiff Federal Trade Commission (the "FTC"), for the purpose of the Motion. Mr. Rogers indicated that the FTC would not be opposing Valve's Motion.

3. On November 28, 2022, at approximately 12:21 p.m., I telephonically met and conferred with Jacob Hartman, counsel for Defendant Meta Platforms, Inc. (the "Meta"), for the purpose of the Motion. Mr. Hartman indicated that the FTC would not be opposing Valve's Motion

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on November 28, 2021 at Los Angeles, California.


                                        */s/ Meeghan H. Tirtasaputra*
                                        Meeghan H. Tirtasaputra