1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

FEDERAL TRADE COMMISSION,

Plaintiff,

12

v.

13

META PLATFORMS, INC., et al.,

14

Defendants.

15
16

Case No. 5:22-cv-04325-EJD

**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**

Dept.:  Courtroom 4 – 5th Floor
Judge:  Hon. Edward J. Davila

17
18
19
20
21
22
23
24
25
26
27
28

With respect to information that the Federal Trade Commission ("FTC") designated as confidential, Defendants Meta Platforms, Inc. and Within Unlimited, Inc. (collectively, "Defendants") filed an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion").  Defendants, in accordance with Civil Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit 1 | Document in its Entirety | FTC |

Having considered Meta's Administrative Motion;

IT IS HEREBY ORDERED that the Administrative Motion is:

[x] GRANTED IN ITS ENTIRETY.  The unredacted version of Exhibit 1 to the Declaration of Aaron M. Panner in Support of Defendants' Reply in Support of Motion To Dismiss shall remain under seal.

[ ] DENIED IN ITS ENTIRETY.  Defendants shall file a complete unredacted version of Exhibit 1 to the Declaration of Aaron M. Panner in Support of Defendants' Reply in Support of Motion To Dismiss within 7 days of entry of this Order.

[ ] GRANTED/DENIED IN PART.  Defendants shall file a revised redacted version of Exhibit 1 to the Declaration of Aaron M. Panner in Support of Defendants' Reply in Support of Motion To Dismiss, redacting only the information contained in the following specified paragraphs within 7 days of entry of this Order.

DATED:   ___November 28___ , 2022

_____
Honorable Edward J. Davila
United States District Judge
Northern District of California