Michael Moiseyev (*pro hac vice*)
michael.moiseyev@weil.com
Chantale Fiebig (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940

Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999


*Counsel for Defendant Meta Platforms, Inc.*

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>     Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DEFENDANT META PLATFORMS, INC.'S STATEMENT IN SUPPORT OF SEALING CERTAIN CONFIDENTIAL BUSINESS MATERIAL FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL [ECF NO. 287] [L.R. 79-5(f)(3)]**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

Pursuant to Civil Local Rule 79-5(f)(3), Defendant Meta Platforms, Inc. ("Meta") respectfully requests that the Court maintain under seal the confidential information identified below, which was provisionally filed under seal pursuant to Plaintiff Federal Trade Commission's ("FTC" or "Plaintiff") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Plaintiff's Motion to Seal") (ECF No. 287).  Meta respectfully requests that the Court consider this submission, which—applying the appropriate legal standards in this District—seeks to maintain under seal only the following material contained in the FTC's Findings of Fact and Conclusions of Law (hereafter "FoF-CoL") (ECF No. 288) and its accompanying exhibits:

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| FoF-CoL, Page i, portions of line 12 | All information highlighted yellow in the unredacted FoF-CoL | This header contains non-public, highly confidential information about Meta's analysis and strategy regarding Meta's acquisition of Beat Games. |
| FoF-CoL, Page i, portions of line 15 | All information highlighted yellow in the unredacted FoF-CoL | This header contains non-public and competitively sensitive information about Meta's internal assessment of VR applications and the competitive landscape. |
| FoF-CoL, Page 1, portion of line 5 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and highly confidential information about Meta's proposed valuation of Within, a private company. |
| FoF-CoL, Page 2, portion of line 13, lines 14-16 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively-sensitive information about Meta's strategic evaluation of the competitive landscape, including non-public internal analysis from senior executives. |

[1] This chart notes the competitively sensitive nature of the information sought to be sealed.  For all of these entries, the unsealing of this highly confidential and sensitive information would cause injury to Meta that could not be avoided through less restrictive alternatives.

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| FoF-CoL, Page 3, portions of lines 7-10 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively-sensitive information about Meta's strategic evaluation of the competitive landscape, including non-public internal analysis from senior executives. |
| FoF-CoL, Page 3, portions of lines 13-14 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively-sensitive analysis about Meta's internal business strategy. |
| FoF-CoL, Page 3, portions of lines 23-24 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities. |
| FoF-CoL, Page 3, portion of line 25 & Page 4, portion of line 1 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public information about Meta's planned future capital investments, as well as Meta's internal development projects and development capabilities. |
| FoF-CoL, Page 4, portions of lines 8-12 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively-sensitive information about Meta's strategic evaluation of the competitive landscape, including non-public internal analysis with respect to potential hiring and future capital investments. |
| FoF-CoL, Page 4, portions of lines 14, 16, 19-20, 22 | All information highlighted yellow in the unredacted FoF-CoL | These lines contain non-public and competitively sensitive information about Meta's evaluation and analysis of the competitive landscape and includes internal sales data. |
| FoF-CoL, Page 5, portions of lines 1-3 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively-sensitive information that reflects internal sales data and analyses. |
| FoF-CoL, Page 5, portions of lines 8-10, 15 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively sensitive information about Meta's internal assessment of VR applications, including non-public internal analysis from senior executives. |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| FoF-CoL, Page 6, portions of lines 22-23, 27 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively-sensitive analysis about Meta's strategic evaluation of the competitive landscape, including with respect to past acquisitions and its consideration of internal development projects. |
| FoF-CoL, Page 7, portions of lines 26-27 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape, including its consideration of internal development projects. |
| FoF-CoL, Page 8, portions of lines 3-7, 9-10 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively-sensitive information about Meta's internal spending, acquisition strategy, and internal product development. |
| FoF-CoL, Page 8, portions of lines 12-16, 18-19, 21-27 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public information about Meta's internal business strategy and reflects confidential data and analyses. |
| FoF-CoL, Page 9, portions of lines 1-2, lines 4-5, portions of lines 7, 9, 12-14 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to other actual or potential acquisitions |
| FoF-CoL, Page 9, portion of line 18, lines 19-20, portions of lines 21, 23 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively-sensitive analysis about Meta's internal business strategy. |
| FoF-CoL, Page 9, portion of line 25, lines 26-27 & Page 10, portion of line 1 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities. |
| FoF-CoL, Page 10, portions of lines 3, 4, 7 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| | | to internal and highly confidential user research. |
| FoF-CoL, Page 10, portion of line 10, line 11, portions of lines 12-16, lines 17-19, portion of line 20, lines 21-22, portions of lines 23-24 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively-sensitive information about Meta's strategic evaluation of the competitive landscape, including non-public internal analysis from senior executives. |
| FoF-CoL, Page 10, portion of line 27 & Page 11, portions of lines 1-7 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively-sensitive information about Meta's acquisition strategy and internal product development, including with respect to actual or potential future acquisitions. |
| FoF-CoL, Page 11, portions of lines 19, 21-24 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively-sensitive information about Meta's internal spending, investment strategy, and hiring strategy. |
| FoF-CoL, Page 12, portions of lines 1, 6-8, 13, 15 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively-sensitive information about Meta's internal spending, acquisition strategy, and internal product development. |
| FoF-CoL, Page 13, portions of lines 9-13, 22, lines 23-24, portion of line 25 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively-sensitive analysis about Meta's internal business strategy and priorities. |
| FoF-CoL, Page 14, portions of lines 5-8 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively sensitive information about Meta's internal assessment of the competitive landscape and Supernatural users. |
| Page 15, portions of lines 8-9 lines 10-11, portions of lines 12-13, lines 14-15, portions of lines 16 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities, including potential partnerships. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| FoF-CoL, Page 15, portions of lines 20-22 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and highly sensitive information about Meta's strategic evaluation of the competitive landscape and internal priorities. |
| FoF-CoL, Page 15, portions of lines 26, 27 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively sensitive information about Meta's internal assessment of VR applications. |
| FoF-CoL, Page 16, portion of line 20, line 21, portions of lines 22-25, lines 26-27 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively sensitive information about Meta's internal pricing mechanisms for VR applications. |
| FoF-CoL, Page 17, portions of lines 1-2 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively sensitive information about Meta's internal pricing for VR applications. |
| FoF-CoL, Page 17, portions of lines 10-11, 13-14, 16-21, lines 22-24, portion of line 25 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public information about Meta's internal assessment and evaluation of VR fitness applications, internal data regarding those applications' users, and Meta's strategic evaluation of the competitive landscape and internal priorities. |
| FoF-CoL, Page 18, portion of line 1, lines 2-3, portion of line 4, portion of line 8, line 9, portions of lines 10-14, 17-18, 20 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively-sensitive information about Meta's strategic evaluation of the competitive landscape, including non-public internal analysis from senior executives. |
| FoF-CoL, Page 19, portions of lines 1, 5-9, 12-13, 16-17 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively-sensitive information about Meta's acquisition strategy, internal product development and priorities, and user data. |
| FoF-CoL, Page 19, portion of line 18 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public, highly confidential information about Meta's analysis and strategy regarding Meta's acquisition of Beat Games. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| FoF-CoL, Page 20, portions of lines 2-5, 11-14, 17-18, 20-21, 24-25 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's analysis and strategic planning with respect to Beat Games and Meta's internal assessment of VR applications. |
| FoF-CoL, Page 20, portion of line 26, line 26-27 & Page 21, portion of line 1 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's analysis and strategic planning with respect to Beat Games |
| FoF-CoL, Page 21, portion of line 3, line 4, portion of line 6, lines 7-9, portions of lines 10-14 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential internal analysis of Beat Games, including regarding Beat Games' future product plans, and Meta's overall VR business strategy. |
| FoF-CoL, Page 21, portion of line 17, line 18, portion of line 19, lines 20-23 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public, highly confidential internal analysis of Beat Games and future potential product plans. |
| FoF-CoL, Page 21, portion of line 27 & Page 22, portion of line 1 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public, highly confidential internal analysis of Beat Games and product development. |
| FoF-CoL, Page 22, portions of lines 5-6, 9-10 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential internal analysis of Beat Games product development. |
| FoF-CoL, Page 23, portion of line 2, line 3, portion of line 4, lines 6-9 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's business strategy and competitive landscape analyses, including with respect to potential hiring. |
| FoF-CoL, Page 24, portions of lines 9-10, 14-16, lines 17-19, portions of lines 20-22, 24-25, lines 26-27 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's strategic evaluation of the competitive landscape and internal priorities, including potential partnerships or internal development projects. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| FoF-CoL, Page 25, portions of lines 1-6, 9-12, 15-18, lines 19-20, portions of lines 21, 23-26 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential internal analysis of Beat Games and future potential product plans, including potential partnerships, and overall VR business strategy. |
| FoF-CoL, Page 25, portion of line 27 & Page 26, portion of line 1 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively-sensitive information about Meta's acquisition strategy, and internal product development, including with respect to actual or potential future acquisitions. |
| FoF-CoL, Page 26, portion of line 2, lines 3-4, portion of line 9, lines 10-12, portions of lines 13-14, 17, lines 18-19, portions of lines 21-22, 25-27 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's strategic evaluation of the competitive landscape and internal priorities, including potential partnerships, internal development projects, and acquisition strategy. |
| FoF-CoL, Page 27, portions of lines 3, 5, lines 6-7, portions of lines 14-15, 17, lines 19-21, portions of lines 24-27 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to partnership and acquisition strategy, and product development. |
| FoF-CoL, Page 27, portion of line 27 & Page 28, line 1 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public information about Meta's strategic evaluation of internal development projects. |
| FoF-CoL, Page 28, portion of lines 2-3, 5-8, 10 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to partnership and acquisition strategy, and product development. |
| FoF-CoL, Page 28, portions of lines 15-16, lines 17, portions | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public information about Meta's strategic evaluation of the |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| of lines 18-19, lines 20-21, portions of lines 22- 23, lines 24-26 | | competitive landscape and internal priorities. |
| FoF-CoL, Page 28, portion of line 27 & Page 29, line 1 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public, highly confidential information regarding Meta's potential collaborations, including business strategies and future plans. |
| FoF-CoL, Page 29, portions of lines 20, 22-24 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and commercially-sensitive information about Meta's negotiations with Within, as well as internal analysis regarding Meta's business strategy. |
| FoF-CoL, Page 29, lines 27 & Page 30, portion of line 1 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public, highly confidential internal communications about Meta's negotiations with Within and internal analysis regarding the potential acquisition. |
| FoF-CoL, Page 30, portions of lines 2-3, 5-6, line 10, portions of lines 11, 13, lines 14-15, portion of line 16, lines 17-18 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public information about Meta's internal assessment of the Within acquisition and integration plans. |
| FoF-CoL, Page 30, portion of line 25 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public, highly confidential information about Meta's internal evaluation of VR fitness development requirements. |
| FoF-CoL, Page 30, portion of line 27 & Page 31, portions of lines 1-5 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public information about Meta's strategic evaluation of the competitive landscape and internal priorities. |
| FoF-CoL, Page 31, portions of lines 11, 13-17, 20-21, lines 22-23 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public information about Meta's internal evaluation of potential development projects, as well as Meta's internal and confidential analysis regarding the Quest Store. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| FoF-CoL, Page 31, portions of lines 24-27 & Page 32, portions of lines 1-3 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public information about Meta's internal evaluation of potential development projects, as well as Meta's internal and confidential analysis regarding the Quest Store. |
| FoF-CoL, Page 32, portions of lines 5-10, 13, lines 14-15 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public information about Meta's internal evaluation of potential development projects, as well as Meta's internal and confidential analysis regarding the Quest Store. |
| FoF-CoL, Page 32, portions of lines 22-24, lines 25-27 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public information about Meta's internal analysis of VR fitness applications and categories, as well as potential business strategies and development projects. |
| FoF-CoL, Page 33, portions of lines 1-2, lines 3-5 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public information about Meta's internal analysis of VR fitness applications and categories, as well as potential business strategies and development projects. |
| FoF-CoL, Page 36, portions of lines 13-14 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and competitively-sensitive information about Meta's strategic evaluation of the competitive landscape, including non-public internal analysis |
| FoF-CoL, Page 38, portion of line 26, line 27 & Page 39, portion of line 1 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public, highly confidential information about Meta's strategic evaluation of the competitive landscape and internal priorities and reflects internal user research. |
| FoF-CoL, Page 42, portions of lines 9 and 13 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public and competitively-sensitive information regarding Meta's confidential data and |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| | | strategic evaluation of the competitive landscape. |
| FoF-CoL Page 44, portions of line 16, 23, 25-26 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect acquisition strategy. |
| FoF-CoL Page 45, portion of lines 3 and 20 | All information highlighted yellow in the unredacted FoF-CoL | This header contains non-public and competitively sensitive information about Meta's internal assessment of VR applications and the competitive landscape. |
| FoF-CoL Page 45, portions of lines 4, 7-9, 11-12, 13-15 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public, highly confidential information about Meta's strategic evaluation of the competitive landscape and internal priorities, including potential partnerships, internal development projects, and acquisition strategy. |
| FoF-CoL Page 46, portions of lines 6-7 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public information about Meta's internal assessment and evaluation of VR fitness applications |
| FoF-CoL Page 47, portions of lines 9-10 Meta | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and highly sensitive information about Meta's strategic evaluation of the competitive landscape. |
| FoF-CoL Page 48, portions of lines 24-26 | All information highlighted yellow in the unredacted FoF-CoL | This document contains non-public, highly confidential information about Meta's internal evaluation of potential development projects and reflects Meta's evaluation of internal requirements with respect to the fitness market |
| FoF-CoL Page 48, portion of line 27 & Page 49, portion of line 1 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public and highly sensitive information about Meta's strategic evaluation of the competitive landscape. |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| FoF-CoL Page 49, portion of line 2, line 3, portions of lines 4-6, 9-10, 14, lines 15-16, portion of lines 17, 19, lines 20-21, portion of line 22 | All information highlighted yellow in the unredacted FoF-CoL | These paragraphs contain non-public information about Meta's internal assessment of the Within acquisition and integration plans, as well as internal analysis regarding Meta's business strategy. |
| FoF-CoL Page 50, portion of line 16 | All information highlighted yellow in the unredacted FoF-CoL | This paragraph contains non-public, highly confidential internal communications about Meta's negotiations with Within and internal analysis regarding the potential acquisition. |
| PX1 | Entire document | This document is a confidential letter Meta submitted to the FTC during its pre-litigation investigation. The letter contains highly-sensitive information regarding Meta's business strategy and includes substantial amounts of confidential Meta internal data. |
| PX2 | Entire document | This document contains non-public and competitively-sensitive information about Meta's strategic evaluation of the Within acquisition, including with respect to the transaction's rationale, Meta's general business strategy, and Meta's integration plan. |
| PX4 | Entire document | This document is Meta's response to the FTC's Second Request for information. The document contains highly confidential and competitively-sensitive information, including about Meta's internal analyses and strategy, and it cites substantial amounts of sensitive user and financial data. |
| PX6 | Entire document | This document is Meta and Within's signed merger agreement regarding the Within acquisition, which is highly |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| | | confidential and reflects sensitive financial figures. |
| PX15 | Entire document | This expert report contains non-public, highly confidential information regarding Meta's business strategy, including consideration of potential partnerships and evaluation of internal development projects, and it contains highly sensitive and confidential financial and user data. |
| PX17 | Interrogatory Responses only | This document is Meta's responses and objections to the FTC's first set of Interrogatories. The document contains highly confidential and competitively-sensitive information, including about Meta's internal analyses and strategy, past acquisition strategy, and it cites substantial amounts of sensitive user and financial data. |
| PX25 | Entire document | This document is part of Meta's response to the FTC's First Request for Production. This document contains non-public information about Meta's planned future capital investments |
| PX50 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to other actual or potential acquisitions. |
| PX51 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Within's business strategy and internal analyses |
| PX52 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| | | with respect to other actual or potential acquisitions, as well as potential internal development projects. |
| PX53 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to potential hiring. |
| PX54 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to prior acquisitions. |
| PX55 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to potential internal development projects. |
| PX56 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses. |
| PX57 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to VR fitness strategy. |
| PX58 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to VR fitness strategy. |
| PX59 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| | | and internal analyses, including with respect to internal and highly confidential user research. |
| PX60 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to internal and highly confidential user research. |
| PX63 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to potential internal development projects. |
| PX64 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to potential internal development projects. |
| PX66 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to potential internal development projects. |
| PX67 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to third party VR applications. |
| PX69 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to VR fitness strategy. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| PX77 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Beat Games' business strategy and internal analyses, including with the Beat Games acquisition. |
| PX100 | Entire document | This portion of a deposition transcript contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to future investments and product development. |
| PX109 | Entire document | This document contains non-public, highly confidential internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities, including potential partnerships. |
| PX110 | Entire document | This document contains non-public and competitively sensitive information about Meta's internal assessment of VR applications. |
| PX111 | Entire document | This document contains non-public, highly confidential internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities, including potential partnerships. |
| PX117 | Entire document | This document contains non-public, highly confidential information regarding financial analysis regarding Meta's acquisition of Within, Meta's business strategy, and user data and demographic information. |
| PX118 | Entire document | This document contains non-public, highly confidential internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities, including potential partnerships. |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| PX121 | Entire document | This document contains non-public, highly confidential internal analysis regarding a potential partnership that has not been publicly disclosed. |
| PX123 | Entire document | This document contains non-public, highly confidential information about Meta's negotiations with Within, as well as its evaluation of potential internal development projects. |
| PX125 | Entire document | This document contains non-public, highly confidential information about Meta's strategic evaluation of the competitive landscape and internal priorities, as well as its business strategy in certain categories. |
| PX135 | Entire document | This document contains non-public, highly confidential internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities. |
| PX136 | Entire document | This document contains non-public, highly confidential internal communications about internal analysis regarding Meta's business strategy, including internal development projects. |
| PX140 | Entire document | This document contains non-public information about Meta's internal assessment and evaluation of VR applications, describing internal data regarding the applications' users |
| PX144 | Entire document | This document contains non-public, highly confidential internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities, including with respect to potential partnerships. |
| PX145 | Entire document | This document contains non-public, highly confidential |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| | | internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities, including with respect to potential partnerships. |
| PX162 | Entire document | This document contains non-public, highly confidential information about Meta's analysis and strategy regarding Meta's acquisition of Beat Games. |
| PX168 | Entire document | This document contains non-public, highly confidential internal communications about internal analysis regarding Meta's business strategy, including internal development projects. |
| PX179 | Entire document | This document contains non-public, highly confidential internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities, including potential partnerships or internal development projects. |
| PX181 | Entire document | This document contains non-public, highly confidential internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities |
| PX189 | Entire document | This document contains non-public, highly confidential internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities, including potential partnerships or internal development projects. |
| PX201 | Entire document | This document contains non-public, highly confidential internal communications about internal analysis regarding Meta's business strategy, including internal development projects. |
| PX205 | Entire document | This document contains non-public, highly confidential |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| | | internal communications about internal analysis regarding Meta's business strategy, including internal development projects. |
| PX207 | Entire document | This paragraph contains non-public information about Meta's planned future capital investments, as well as Meta's internal development projects and development capabilities. |
| PX219 | Entire document | This document contains non-public information about Meta's internal assessment and evaluation of VR fitness applications, describes internal data regarding the applications' users. |
| PX227 | Entire document | This document contains non-public and competitively-sensitive information about Meta's internal spending, budgeting, and internal product development. |
| PX229 | Entire document | This document contains non-public, highly confidential internal communications about internal analysis regarding Meta's business strategy, including internal development projects. |
| PX239 | Entire document | This document contains non-public, highly confidential information about Meta's strategic evaluation of the competitive landscape and internal priorities, as well as its business strategy. |
| PX246 | Entire document | This document contains non-public, highly confidential internal analysis regarding Meta's relationship with Within. |
| PX249 | Entire document | This document contains non-public, highly confidential information about Meta's analysis and strategic planning with respect to Beat Saber. |

    

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| PX250 | Entire document | This document contains non-public, highly confidential internal communications about internal analysis regarding Meta's business strategy, including internal development projects. |
| PX256 | Entire document | This document contains non-public, highly confidential internal business strategy, including Meta's assessment of the competitive landscape, including potential partnerships. |
| PX276 | Entire document | This document contains non-public and competitively sensitive information about Meta's internal assessment of VR applications. |
| PX286 | Entire document | This document contains non-public and competitively-sensitive information about Meta's internal spending, acquisition strategy, and internal product development. |
| PX305 | Entire document | This document contains non-public and competitively sensitive information about Meta's internal assessment of VR applications and the competitive landscape, including with regards to Meta's investment strategy. |
| PX306 | Entire document | This document contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to product development. |
| PX308 | Entire document | This document contains non-public and competitively-sensitive discussions regarding confidential internal Meta projects. |
| PX314 | Entire document | This document contains non-public and competitively-sensitive information about Meta's strategic evaluation of the competitive landscape and internal priorities. |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| PX315 | Entire document | The document contains highly confidential and competitively-sensitive information, including about Meta's internal analyses and strategy, and it cites substantial amounts of sensitive user and financial data. |
| PX318 | Entire document | This document contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to product development. |
| PX341 | Entire document | This document contains non-public, highly confidential internal communications about Meta's strategic evaluation of the competitive landscape and internal priorities, including potential partnerships. |
| PX342 | Entire document | This document contains non-public, highly confidential internal analysis regarding Meta's acquisition of Beat Games, as well as its broader business strategy. |
| PX346 | Entire document | This document contains non-public, highly confidential internal analysis regarding Meta's business strategy, including potential acquisitions. |
| PX349 | Entire document | This document contains non-public, highly confidential information about Meta's internal evaluation of potential development projects and reflects Meta's evaluation of its internal capabilities. |
| PX361 | Entire document | This document contains non-public and highly sensitive information about Meta's strategic evaluation of the competitive landscape and internal priorities. |
| PX367 | Entire document | This portion of a deposition transcript contains non-public, |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| | | highly confidential information about Meta's business strategy and internal analyses, including with respect to potential hiring. |
| PX374 | Entire document | This document contains non-public, highly confidential information about Meta's business strategy and internal analyses. |
| PX376 | Entire document | This document contains non-public, highly confidential internal analysis of Beat Games, including regarding Beat Games' employees and future product plans. |
| PX381 | Entire document | This document contains non-public information about Meta's internal assessment and evaluation of VR applications and describes internal data regarding those applications' users. |
| PX384 | Entire document | This document contains non-public, highly confidential internal analysis regarding Meta's potential acquisition of Within, including with respect to the company's valuation, the parties' negotiations, and Meta's overall business strategy. |
| PX385 | Entire document | This document contains highly confidential and competitively sensitive information regarding assets Meta acquired, actions taken by Meta in regard to those assets, as well as their financial performance. |
| PX386 | Entire document | This document contains non-public, highly confidential internal analysis regarding potential business strategies and future plans. |
| PX407 | Entire document | This document contains highly confidential and competitively sensitive information regarding Meta's analysis of potential partnership opportunities. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| PX411 | Entire document | This document contains non-public, highly confidential internal communications regarding Meta's potential collaborations, including business strategies and future plans. |
| PX412 | Entire document | This document contains non-public, highly confidential information about Meta's business strategy and internal analyses, including with respect to product development. |
| PX413 | Entire document | This document contains highly confidential and competitively sensitive strategic planning analysis, including market analysis and proposals for future development. |
| PX438 | Entire document | This document contains highly confidential discussions of a strategic Meta initiative, including discussions regarding how this initiative fits into a Meta use case. |
| PX448 | Entire document | This document contains highly confidential and competitively sensitive discussions regarding business initiatives and studies, including by a senior Meta executive. |
| PX458 | Entire document | This document contains highly confidential and competitively sensitive information regarding proposed features in a Meta product. |
| PX465 | Entire document | This document contains highly confidential and competitively sensitive discussions of Meta's relationships with third-party developers. |
| PX466 | Entire document | This document contains highly confidential discussions of a VR applications features and its positioning in the competitive landscape. |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| PX468 | Entire document | This document contains highly confidential and competitively sensitive discussions of partnership opportunities for a Meta product, including by a senior Meta executive. |
| PX478 | Entire document | This email contains highly confidential and competitively sensitive discussions regarding Meta Quest Store features and investment decisions regarding a third party product, including by senior Meta executives. |
| PX479 | Entire document | This email contains highly confidential and competitively sensitive discussions regarding Meta Quest Store features and third party products, including by senior Meta executives. |
| PX487 | Entire document | This document contains highly confidential and competitively sensitive information regarding Meta's first party fitness investment strategy and the competitive landscape. |
| PX505 | Entire document | This document contains highly confidential and competitively sensitive information regarding assets Meta acquired, actions taken by Meta in regard to those assets, as well as their financial performance. |
| PX514 | Entire document | This document contains highly confidential and competitively sensitive information regarding Meta's discussions about a third party application, including its overall performance. |
| PX522 | Entire document | This document contains highly confidential and competitively sensitive information regarding the competitive landscape, as well as potential acquisitions. |
| PX527 | Entire document | This document contains highly confidential and competitively sensitive information regarding |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| | | Meta strategic business initiatives and partnerships, as well as descriptions of potential acquisition. |
| PX528 | Entire document | This document contains highly confidential and competitively sensitive information regarding Meta strategic business initiatives and partnerships, as well as Meta's internal capabilities. |
| PX529 | Entire document | This document contains highly confidential and competitively sensitive information regarding Meta's analysis of the competitive landscape. |
| PX532 | Entire document | This document contains highly confidential and competitively sensitive information regarding Meta's analysis of the competitive landscape and Meta's business strategy. |
| PX533 | Entire document | This document contains highly confidential and competitively sensitive information regarding Meta's analysis of potential partnership opportunities, including by a senior Meta executive. |
| PX552 | Entire document | This document contains highly confidential and competitively sensitive information regarding Beat Saber strategic plans and initiatives. |
| PX555 | Entire document | This document contains highly confidential and competitively sensitive information regarding strategic business initiatives. |
| PX557 | Entire document | This document contains highly confidential and competitively sensitive information regarding the competitive landscape and Meta's business strategy. |
| PX559 | Entire document | This document contains highly confidential and competitively sensitive information regarding |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request[1] |
|---|---|---|
| | | Meta's business strategy in AR/VR. |
| PX560 | Entire document | This document contains highly confidential and competitively sensitive discussions between Meta and Within senior executives regarding Within's business plans and growth projections, valuation, and deal logistics. |
| PX561 | Entire document | This document contains highly confidential and competitively sensitive discussions between Meta senior executives regarding deal logistics and valuation. |
| PX563 | Entire document | This document contains highly confidential and competitively sensitive discussions regarding a potential acquisition. |
| PX568 | Entire document | This document contains non-public and highly confidential information about Meta's business strategy and internal projects. |
| PX573 | Entire document | This document contains highly confidential and competitively sensitive information regarding Meta's analysis of potential partnership opportunities. |
| PX575 | Entire document | This document contains highly confidential discussions regarding current and future Meta business initiatives. |
| PX579 | Entire document | This document contains highly confidential and competitively sensitive discussions regarding Meta's acquisition of Within. |
| PX586 | Entire document | This document contains highly confidential and competitively sensitive discussions regarding current and future Meta initiatives. |

META CIV. L. R. 79-5(F)(3) STATEMENT                    Case No. 5:22-cv-04325-EJD

The proposed redactions above reflect Meta's good-faith effort to seek sealing of only that information which is competitively sensitive, contained in internal documents only, and cannot be protected from public disclosure through any less restrictive means.

I.      **Sealing Of Limited Excerpts Of Plaintiff's FoF-CoL Containing Meta's Confidential Business Information, and the Accompanying Exhibits, Is Warranted Under Ninth Circuit Precedent**

In the Ninth Circuit, "[p]arties seeking to seal judicial records relating to motions that are 'more than tangentially related to the underlying cause of action,' bear the burden of overcoming the presumption with 'compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure.'" *Lenovo (United States) Inc. v. IPCom GmbH & Co., KG*, No. 19-CV-01389-EJD, 2022 WL 2313948, at *1 (N.D. Cal. June 28, 2022). Courts in this Circuit regularly find that sealing is warranted where the records or information sought to be sealed could be used "as sources of business information that might harm a litigant's competitive standing." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978); *In re Electronic Arts, Inc.*, 298 Fed. Appx. at 569 (same); *Velasco v. Chrysler Grp. LLC*, No. CV 13-08080, 2017 U.S. Dist. LEXIS 11773, at *8 (C.D. Cal. Jan. 26, 2017) (stating that "district courts in this Circuit have sealed records containing 'information about proprietary business operations, a company's business model or agreements with clients,' . . . 'internal policies and strategies'").

"The Ninth Circuit has explained that in general, compelling reasons sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such court files might have become a vehicle for improper purposes, such as the use of records to . . . release trade secrets." *Velasco*, 2017 U.S. Dist. LEXIS 11773, at *7 (quoting *In re Elect. Arts, Inc.*, 298 F. App'x at 569 ("A 'trade secret may consist of any formula, pattern, device or compilation of information which is used in one's business, and which gives him an opportunity to obtain an advantage over competitors who do not know or use it.'")). A court has "broad latitude" to grant protective orders to prevent disclosure of "many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips ex rel. Estates of Byrd v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002).

## II.   Sealing Limited Portions Of The FoF-CoL, and the Accompanying Exhibits, Is Necessary to Protect Meta's Confidential and Proprietary Business Information

Meta seeks to maintain under seal narrowly tailored excerpts of Plaintiff's FoF-CoL that contain Meta's business strategy, competitive analysis, financial data not required to be publicly disclosed, market analysis conducted by the FTC utilizing Meta's non-public data, and acquisition-related information that has not been previously publicly disclosed, as well as the exhibits that contain this same information.  In this action, this Court has repeatedly sealed exactly this type of information from Meta.  *See* ECF Nos. 17, 70, 196, 200, 202, and 217.  And for good reason: Disclosure of this information would provide Meta's competitors with private data about Meta's performance and business strategy, which could harm Meta's competitive standing.  *See Cont'l Auto. Sys. v. Avanci, LLC*, No. 19-cv-02520-LHK, 2019 U.S. Dist. LEXIS 212794, at *13 (N.D. Cal. Dec. 5, 2019).  Further, Meta's proposed redactions are narrowly tailored to include only the specific portions of Plaintiff's FoF-CoL and accompanying exhibits that reflect Meta's confidential information, and thus do not unduly limit public access.

Finally, Meta provided the FTC with the confidential business information cited in the FTC's FoF-CoL and accompanying exhibits pursuant to the statutory and regulatory guarantees of confidentiality contained in the Hart-Scott-Rodino Act or the FTC Act.  *See* 15 U.S.C. §§ 18(a)(h), 46(f), 57b-2(b), 57b-2(c), 6 C.F.R. § 4.10(d)-(g).  In similar cases, the FTC has acknowledged the need to maintain the confidentiality of a party's confidential business information that has been provided to the FTC via a regulatory request.  *See, e.g.*, *FTC v. Lockheed Martin Corp.*, No. 1:22-CV-00174, 2022 WL 1446650, at *2 (D.D.C. Jan. 25, 2022) ("According to the FTC, sealing the complaint is appropriate…because the filing includes confidential information submitted…pursuant to 'statutory and regulatory guarantees of confidentiality'…The requested sealing covers only confidential information and is, according to the FTC, required by regulation.").

## III.   Conclusion

As stated above, compelling reasons justify Meta's request for sealing of Meta's confidential business information contained within Plaintiff's FoF-CoL and the accompanying exhibits.  Meta respectfully requests that this Court grant Plaintiff's Motion to Seal.

DATED:  November 29, 2022

Respectfully submitted,

By: /s/ Bambo Obaro

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
michael.moiseyev@weil.com
chantale.fiebig@weil.com

Liz Ryan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777
liz.ryan@weil.com

Eric S. Hochstadt (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
eric.hochstadt@weil.com

Mark C. Hansen (*pro hac vice*)
Aaron M. Panner (*pro hac vice*)
Geoffrey Klineberg (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
mhansen@kellogghansen.com
apanner@kellogghansen.com

29

gklineberg@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*