| | |
|---|---|
| 1 | Squire Patton Boggs (US) LLP |
| 2 | Adam R. Fox (State Bar # 220584) |
|   | adam.fox@squirepb.com |
| 3 | Shima Vasseghi (State Bar # 319985) |
|   | shima.vasseghi@squirepb.com |
| 4 | 555 South Flower Street, 31st Floor |
|   | Los Angeles, California  90071 |
| 5 | Telephone:     +1 213 624 2500 |
|   | Facsimile:     +1 213 623 4581 |

Attorneys for Non-Party
lululemon athletica inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD |
| Plaintiff, | **DECLARATION OF ADAM R. FOX IN SUPPORT OF NON-PARTY LULULEMON ATHLETICA, INC.'S ADMINISTRATIVE MOTION SEEKING IN CAMERA TREATMENT OF CERTAIN CONFIDENTIAL BUSINESS MATERIAL** |
| v. | |
| META PLATFORMS, INC., et al., | |
| Defendant. | |

- 1 -

FOX DECLARATION
*Case No.* 5:22-CV-04325-EJD

1094572669\1\

I, Adam R. Fox, declare as follows:

1. I am an attorney at law duly authorized to practice law before all courts in the State of California, and a partner of Squire Patton Boggs (US) LLP, attorneys of record for non-party lululemon athletica inc. ("lululemon") in the captioned case. I submit this Declaration in support of lululemon's Administrative Motion Seeking In-Camera Treatment of Certain Confidential Business Material (the "Motion"), base its contents upon my personal knowledge, and if called as a witness could and would testify competently to them.

2. lululemon is not a party to and has no direct interest in the above captioned litigation. The highly confidential business information in the document production (DX1286, DX1287, and DX1288) and deposition testimony (DX1225 and PX0082) that are subject of lululemon's Motion were produced pursuant to third-party subpoenas served by Plaintiff Federal Trade Commission ("FTC") and Defendant Meta Platforms Inc. ("Meta").

3. On November 22, 2022, I received email notice that the parties' exhibit lists contained certain materials designated as Highly Confidential in the production by lululemon.

4. lululemon's Motion seeks to protect only three highly confidential documents from public disclosure. Specifically, DX1286-DX1288 include lululemon's subscription metrics, user base analysis, strategic evaluations of other commercial participants in the connected fitness and digital fitness application marketplace, certain non-public financial data, as well as present and future product development considerations, strategies, and projections. These documents were produced pursuant to protective order and designated as Highly Confidential by the parties.

5. lululemon's Motion also seeks to protect portions of the deposition transcript of lululemon's Rule 30(b)(6) designated corporate representative, Olivia Lange, whose oral testimony appears on the parties' exhibit lists as DX1225 and PX0082. In addition to discussing the aforementioned confidential and commercially sensitive documents (DX1286, DX1287, DX1288), Ms. Lange's testimony also discusses other non-public and highly competitively sensitive topics, such as lululemon's view of the digital and connected fitness marketplace, current and future business plans for its fitness product, lululemon's internal market research and competitor evaluations, and product development strategies.

1  I, Adam R. Fox, declare under penalty of perjury under the laws of the United States that
2  the foregoing is true and correct and that I executed this Declaration on November 30, 2022, in Los
3  Angeles, California.

/s/ Adam R. Fox
Adam R. Fox

Attorney for Non-Party
lululemon athletica inc.