Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov; jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC., et al.** <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> [~~PROPOSED~~] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NOS. 275-2 & 277 |

[~~Proposed~~] Order on Plaintiff Federal Trade Commission's Motion to Remove Incorrectly Filed Document
Case No. 5:22-cv-04325-EJD

With respect to Plaintiff Federal Trade Commission's ("FTC") Motion To Remove Incorrectly Filed Document: Docket Nos. 275-2 & 277;

IT IS HEREBY ORDERED that the Motion is GRANTED. Dkt. Nos. 275-2 & 277 shall be removed from the docket, and Plaintiff shall file an updated redacted version of Dkt. No. 277 within seven days of entry of this Order.

Dated:     December 5   , 2022

Honorable Edward J. Davila
United States District Judge
Northern District of California

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
CASE NO. 5:22-CV-04325-EJD