UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

With respect to information that several non-parties designated as confidential, Defendants Meta Platforms, Inc. and Within Unlimited, Inc. (collectively, "Defendants") filed an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). Defendants, in accordance with Civil Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 10, line 16 | Alphabet |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 15, line 13 | HTC |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 16, lines 16-18 | Sony |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 16, lines 20-21 | Apple |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 17, lines 22-23 | Apple, ByteDance, Alphabet |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 17, page 3, line 27 to page 4, line 1 | Alphabet |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 17, page 4, lines 1-2 | Alphabet |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 17, page 3, lines 3-4 | Valve |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 18, lines 6-10 | ByteDance |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 18, lines 11-14 | ByteDance |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 19, lines 15-21 | Apple |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 20, lines 22-26 | Alphabet |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 21, lines 7-16 | Alphabet |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 21, lines 12-13 | ByteDance |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 21, lines 13-15 | Sony |

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 21, lines 15-16 | Valve |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 22, lines 3-5 | Sony, Pico, Apple, Google |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 23, line 23 | Sony |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 26, lines 12-16 | Valve |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 26, lines 16-18 | Apple |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 27, lines 1-4 | Apple |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 27, lines 4-7 | Alphabet |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 27, line 8 | Sony |
| Defendants' Proposed Findings of Fact and Conclusions of Law | ~~Paragraph 27, line 14~~ | ~~VirZoom~~ |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 28, lines 24-25 | Apple |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 28, lines 25-27 | ByteDance |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 28, lines 27-18 | Sony |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 29, lines 12-13 | Sony |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 31, lines 27-28 | Apple |
| Defendants' Proposed Findings of Fact and Conclusions of Law | ~~Paragraph 44, lines 24-26~~ | ~~VirZoom~~ |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 57, lines 13-18 | Apple |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 57, lines 18-19 | FitBit |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 57, lines 19-21 | Lululemon |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 57, lines 21-23 | Nike |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 57, lines 25-26 | Peloton |

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 58, line 27 | Equinox, Lululemon |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 58, page 16, line 28 to page 17, line 2 | Lululemon |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 58, line 2 | Equinox |
| Defendants' Proposed Findings of Fact and Conclusions of Law | ~~Paragraph 59, line 11~~ | ~~VirZoom~~ |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 61, line 11 | Alphabet |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 63, line 3-4 | Lululemon |
| Defendants' Proposed Findings of Fact and Conclusions of Law | ~~Paragraph 64, line 12~~ | ~~VirZoom~~ |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 66, lines 19-20 | Apple, Equinox |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 66, lines 20-25 | Equinox |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 66, line 26 | Apple |
| Defendants' Proposed Findings of Fact and | Paragraph 66, line 27 | Apple, Alphabet |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 67, lines 1-9 | Apple |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 68, lines 10-16 | Alphabet |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 69, lines 17-23 | ByteDance |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 70, lines 25-26 | Sony |
| Defendants' Proposed Findings of Fact and Conclusions of Law | ~~Paragraph 73, line 25~~ | ~~VirZoom~~ |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 96, lines 19-20 | Equinox |
| Defendants' Proposed Findings of Fact and Conclusions of Law | ~~Paragraph 98, line 28~~ | ~~VirZoom~~ |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 101, line 15 | Apple |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 110, line 16 | Apple |

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Defendants' Proposed Findings of Fact and Conclusions of Law | ~~Paragraph 118, line 9~~ | ~~VirZoom~~ |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 141, lines 14-16 | Apple, Lululemon, Peloton |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 155, lines 7-8 | FTC |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 155, lines 11-12 | FTC |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 155, lines 17-18 | FTC |
| Defendants' Proposed Findings of Fact and Conclusions of Law | Paragraph 161, lines 13-16 | Apple |

Having considered Defendants' Administrative Motion;

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY.  The unredacted versions of Defendants' Proposed Findings of Fact and Conclusions of Law shall remain under seal.

[ ] DENIED IN ITS ENTIRETY.  Defendants shall file a complete unredacted version of Defendants' Proposed Findings of Fact and Conclusions of Law within 7 days of entry of this Order.

[x] GRANTED/DENIED IN PART.  Defendants shall file a revised redacted version of Defendants' Proposed Findings of Fact and Conclusions of Law, redacting only the information contained in the foregoing specified paragraphs within 7 days of entry of this Order.*

DATED: _____December 5_____, 2022

Honorable Edward J. Davila
United States District Judge
Northern District of California

**\* The Court has not received a statement from Non-Party VirZOOM, Inc. pursuant to Civil L.R. 79-5(f)(3).  Accordingly, the Administrative Motion is DENIED WITHOUT PREJUDICE as to the purported confidential information of VirZOOM, Inc.**