AXINN, VELTROP & HARKRIDER LLP
Jason T. Murata (Bar No. 319287)
jmurata@axinn.com
55 Second Street, 20th Floor
San Francisco, CA 94105
Tel: 415.490.1487
Fax: 415.490.2001

Tiffany Rider Rohrbaugh (admitted *pro hac vice*)
trider@axinn.com
1901 L Street NW
Washington, DC
Tel: 202.721.5402
Fax: 202.912.4701

Craig M. Reiser (admitted *pro hac vice*)
creiser@axinn.com
114 West 47th Street
New York, NY 10036
Tel: 212.728.2218
Fax: 212.728.2201

*Counsel for Non-Party ByteDance Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.<br><br>Defendants. | Case No. 5:22-CV-04325-EJD<br><br>[~~PROPOSED~~] **ORDER RE NON-PARTY BYTEDANCE INC.'S ADMINISTRATIVE MOTION FOR IN CAMERA TREATMENT OF HIGHLY CONFIDENTIAL MATERIALS INCLUDED ON EXHIBIT LIST OF DEFENDANTS META PLATFORMS, INC. AND WITHIN UNLIMITED, INC.** |

Non-Party ByteDance Inc. ("ByteDance") filed an Administrative Motion for In Camera Treatment of Highly Confidential Materials in regards to eight exhibits (the "ByteDance Materials") identified in the Exhibit List of Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within" and, together with Meta, "Defendants"). *See* ECF No. 246. Specifically, ByteDance seeks in camera treatment of the following materials:

| Defs.' Exhibit No. | Beginning Bates No. | Portion for In Camera Review |
|---|---|---|
| DX1221 | N/A | Entirety |
| DX1262 | BYTEDANCE-VR-0000070 | Entirety |
| DX1263 | BYTEDANCE-VR-0000075 | Entirety |
| DX1264 | BYTEDANCE-VR-0000083 | Entirety |
| DX1265 | BYTEDANCE-VR-0000086 | Entirety |
| DX1266 | BYTEDANCE-VR-0000090 | Entirety |
| DX1267 | BYTEDANCE-VR-0000128 | Entirety |
| DX1268 | BYTEDANCE-VR-0000140 | Entirety |

Having considered ByteDance's Administrative Motion, the Court finds that there are compelling reasons to protect the foregoing ByteDance Materials from public disclosure. Accordingly, the Administrative Motion is **GRANTED**. IT IS HEREBY **ORDERED** that the ByteDance Materials shall be granted in camera treatment and shall not become part of the public record in the above-referenced matter.

Dated:  December 5, 2022

Edward J. Davila
UNITED STATES DISTRICT JUDGE