**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Joint Deposition Designations**

| Transcript | Designating Party | Begin Page | Begin Line | End Page | End Line | Non-Designating Party Objections | Notes (partial line designations) |
|---|---|---|---|---|---|---|---|
| Alphabet (Payne, Juston) | FTC Defendants | 10 | 2 | 10 | 18 | | |
| Alphabet (Payne, Juston) | FTC Defendants | 11 | 9 | 11 | 22 | | |
| Alphabet (Payne, Juston) | FTC | 12 | 7 | 12 | 22 | | |
| Alphabet (Payne, Juston) | Defendants | 13 | 1 | 13 | 13 | | |
| Alphabet (Payne, Juston) | Defendants | 13 | 10 | 13 | 13 | | Start with "About" |
| Alphabet (Payne, Juston) | FTC | 13 | 14 | 13 | 19 | | |
| Alphabet (Payne, Juston) | FTC | 14 | 2 | 14 | 17 | | |
| Alphabet (Payne, Juston) | Defendants | 14 | 18 | 14 | 22 | | |
| Alphabet (Payne, Juston) | FTC | 15 | 17 | 15 | 19 | | |
| Alphabet (Payne, Juston) | Defendants | 15 | 20 | 16 | 2 | | |
| Alphabet (Payne, Juston) | FTC | 16 | 13 | 16 | 15 | | |
| Alphabet (Payne, Juston) | Defendants | 16 | 16 | 16 | 19 | | Start with "So" |
| Alphabet (Payne, Juston) | FTC | 18 | 17 | 18 | 19 | | |
| Alphabet (Payne, Juston) | FTC | 19 | 3 | 19 | 12 | | |
| Alphabet (Payne, Juston) | Defendants | 23 | 14 | 23 | 19 | | |
| Alphabet (Payne, Juston) | Defendants | 24 | 3 | 24 | 20 | | |
| Alphabet (Payne, Juston) | FTC Defendants | 26 | 5 | 26 | 10 | | |
| Alphabet (Payne, Juston) | Defendants | 26 | 11 | 28 | 1 | | |
| Alphabet (Payne, Juston) | Defendants | 27 | 16 | 28 | 15 | | |
| Alphabet (Payne, Juston) | FTC | 28 | 2 | 28 | 15 | | |
| Alphabet (Payne, Juston) | Defendants | 33 | 22 | 34 | 20 | | |
| Alphabet (Payne, Juston) | Defendants | 35 | 1 | 35 | 15 | | |
| Alphabet (Payne, Juston) | Defendants | 35 | 20 | 36 | 2 | | |
| Alphabet (Payne, Juston) | FTC | 36 | 5 | 36 | 8 | | |
| Alphabet (Payne, Juston) | Defendants | 36 | 9 | 36 | 11 | | |
| Alphabet (Payne, Juston) | Defendants | 36 | 16 | 37 | 13 | | |
| Alphabet (Payne, Juston) | Defendants | 38 | 21 | 39 | 2 | | |
| Alphabet (Payne, Juston) | FTC | 39 | 3 | 39 | 16 | | |
| Alphabet (Payne, Juston) | Defendants | 39 | 17 | 40 | 10 | | |
| Alphabet (Payne, Juston) | Defendants | 40 | 13 | 41 | 1 | | |
| Alphabet (Payne, Juston) | Defendants | 42 | 20 | 42 | 22 | | |
| Alphabet (Payne, Juston) | Defendants | 43 | 7 | 43 | 12 | | |
| Alphabet (Payne, Juston) | Defendants | 54 | 11 | 54 | 16 | | |
| Alphabet (Payne, Juston) | Defendants | 54 | 21 | 56 | 11 | | |
| Alphabet (Payne, Juston) | Defendants | 56 | 12 | 57 | 12 | | |
| Alphabet (Payne, Juston) | Defendants | 57 | 14 | 57 | 17 | | |
| Alphabet (Payne, Juston) | Defendants | 58 | 11 | 58 | 13 | | |
| Alphabet (Payne, Juston) | Defendants | 58 | 15 | 59 | 15 | | |
| Alphabet (Payne, Juston) | Defendants | 60 | 22 | 61 | 3 | | |
| Alphabet (Payne, Juston) | Defendants | 61 | 10 | 62 | 5 | | |
| Alphabet (Payne, Juston) | Defendants | 62 | 7 | 63 | 1 | | |
| Alphabet (Payne, Juston) | Defendants | 63 | 3 | 63 | 12 | | |
| Alphabet (Payne, Juston) | Defendants | 63 | 14 | 63 | 19 | | |
| Alphabet (Payne, Juston) | FTC | 80 | 16 | 81 | 2 | | |
| Alphabet (Payne, Juston) | Defendants | 81 | 3 | 81 | 6 | | |
| Alphabet (Payne, Juston) | FTC | 81 | 13 | 81 | 17 | | |

Dated:  December 6, 2022                                    Page 1 of 10

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Joint Deposition Designations

| Transcript | Designating Party | Begin Page | Begin Line | End Page | End Line | Non-Designating Party Objections | Notes (partial line designations) |
|---|---|---|---|---|---|---|---|
| Alphabet (Payne, Juston) | Defendants | 83 | 15 | 83 | 16 | | |
| Alphabet (Payne, Juston) | Defendants | 83 | 22 | 84 | 11 | | |
| Alphabet (Payne, Juston) | FTC | 85 | 5 | 85 | 18 | | |
| Alphabet (Payne, Juston) | Defendants | 90 | 12 | 90 | 18 | | |
| Alphabet (Payne, Juston) | Defendants | 91 | 1 | 91 | 9 | | |
| Alphabet (Payne, Juston) | Defendants | 93 | 3 | 93 | 9 | | |
| Alphabet (Payne, Juston) | Defendants | 93 | 13 | 93 | 16 | | |
| Alphabet (Payne, Juston) | Defendants | 93 | 18 | 94 | 7 | | |
| Alphabet (Payne, Juston) | Defendants | 98 | 13 | 99 | 18 | | |
| Alphabet (Payne, Juston) | Defendants | 100 | 15 | 100 | 22 | | |
| Alphabet (Payne, Juston) | FTC | 101 | 1 | 101 | 8 | | |
| Alphabet (Payne, Juston) | FTC | 101 | 10 | 101 | 19 | | |
| Alphabet (Payne, Juston) | FTC | 101 | 21 | 101 | 22 | | |
| Alphabet (Payne, Juston) | Defendants | 102 | 1 | 102 | 22 | | |
| Alphabet (Payne, Juston) | Defendants | 108 | 6 | 109 | 5 | | |
| Alphabet (Payne, Juston) | Defendants | 110 | 3 | 110 | 21 | | |
| Alphabet (Payne, Juston) | Defendants | 113 | 16 | 113 | 19 | | |
| Alphabet (Payne, Juston) | FTC | 118 | 1 | 118 | 16 | | |
| Alphabet (Payne, Juston) | FTC | 120 | 22 | 121 | 12 | | |
| Alphabet (Payne, Juston) | Defendants | 121 | 19 | 122 | 6 | | |
| Alphabet (Payne, Juston) | FTC | 144 | 10 | 144 | 14 | | |
| Alphabet (Payne, Juston) | Defendants | 144 | 10 | 144 | 17 | | |
| Alphabet (Payne, Juston) | FTC | 145 | 1 | 145 | 10 | | |
| Alphabet (Payne, Juston) | Defendants | 146 | 16 | 147 | 4 | | |
| Alphabet (Payne, Juston) | FTC | 147 | 5 | 148 | 11 | | |
| Alphabet (Payne, Juston) | FTC | 150 | 11 | 153 | 20 | | |
| Alphabet (Payne, Juston) | Defendants | 155 | 7 | 157 | 3 | | |
| Alphabet (Payne, Juston) | Defendants | 166 | 11 | 166 | 14 | | |
| Alphabet (Payne, Juston) | FTC | 166 | 15 | 167 | 17 | | |
| Alphabet (Payne, Juston) | Defendants | 168 | 5 | 168 | 22 | | |
| Alphabet (Payne, Juston) | Defendants | 170 | 8 | 170 | 10 | | |
| Alphabet (Payne, Juston) | Defendants | 170 | 14 | 170 | 19 | | |
| Alphabet (Payne, Juston) | Defendants | 171 | 2 | 172 | 1 | | |
| Alphabet (Payne, Juston) | Defendants | 172 | 4 | 173 | 11 | | |
| Alphabet (Payne, Juston) | Defendants | 175 | 6 | 175 | 8 | | |
| Alphabet (Payne, Juston) | Defendants | 175 | 10 | 175 | 10 | | |
| Apple (Casanova, Frank) | Defendants | 9 | 18 | 10 | 4 | | Beginning at "Could" |
| Apple (Casanova, Frank) | FTC | 9 | 18 | 12 | 7 | | |
| Apple (Casanova, Frank) | FTC | 10 | 5 | 12 | 7 | | |
| Apple (Casanova, Frank) | FTC Defendants | 13 | 18 | 13 | 20 | | |
| Apple (Casanova, Frank) | Defendants | 14 | 6 | 14 | 7 | | Beginning at "We'll" |
| Apple (Casanova, Frank) | Defendants | 16 | 9 | 17 | 18 | | |
| Apple (Casanova, Frank) | Defendants | 18 | 5 | 19 | 4 | | Beginning at "the" |
| Apple (Casanova, Frank) | FTC | 19 | 6 | 19 | 21 | | |
| Apple (Casanova, Frank) | FTC | 21 | 9 | 21 | 14 | | |

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Joint Deposition Designations

| Transcript | Designating Party | Begin Page | Begin Line | End Page | End Line | Non-Designating Party Objections | Notes (partial line designations) |
|---|---|---|---|---|---|---|---|
| Apple (Casanova, Frank) | Defendants | 21 | 15 | 22 | 11 | | Beginning at "Does" |
| Apple (Casanova, Frank) | Defendants | 22 | 17 | 23 | 2 | | Beginning at "Is" |
| Apple (Casanova, Frank) | FTC | 22 | 17 | 23 | 5 | | |
| Apple (Casanova, Frank) | FTC | 23 | 3 | 23 | 5 | | |
| Apple (Casanova, Frank) | FTC | 23 | 7 | 23 | 12 | | |
| Apple (Casanova, Frank) | FTC | 23 | 14 | 23 | 16 | | |
| Apple (Casanova, Frank) | Defendants | 25 | 2 | 25 | 9 | | Beginning at "what" |
| Apple (Casanova, Frank) | FTC | 25 | 10 | 25 | 14 | | |
| Apple (Casanova, Frank) | Defendants | 25 | 20 | 27 | 3 | | |
| Apple (Casanova, Frank) | Defendants | 32 | 22 | 33 | 19 | | |
| Apple (Casanova, Frank) | FTC | 33 | 20 | 33 | 21 | | |
| Apple (Casanova, Frank) | FTC | 34 | 1 | 34 | 21 | | |
| Apple (Casanova, Frank) | Defendants | 35 | 2 | 35 | 6 | | |
| Apple (Casanova, Frank) | Defendants | 35 | 12 | 36 | 13 | | |
| Apple (Casanova, Frank) | Defendants | 39 | 6 | 39 | 13 | | Beginning at "do" |
| Apple (Casanova, Frank) | FTC | 39 | 19 | 40 | 2 | | |
| Apple (Casanova, Frank) | Defendants | 43 | 19 | 44 | 7 | | Beginning at "Is" |
| Apple (Casanova, Frank) | FTC | 44 | 8 | 44 | 12 | | |
| Apple (Casanova, Frank) | Defendants | 44 | 13 | 44 | 21 | | |
| Apple (Casanova, Frank) | Defendants | 47 | 11 | 47 | 16 | | Beginning at "will" |
| Apple (Casanova, Frank) | FTC | 47 | 17 | 47 | 21 | | |
| Apple (Casanova, Frank) | Defendants | 47 | 22 | 48 | 5 | | Beginning at "Approximately" |
| Apple (Casanova, Frank) | FTC | 51 | 18 | 51 | 20 | | |
| Apple (Casanova, Frank) | FTC | 51 | 22 | 52 | 1 | | |
| Apple (Casanova, Frank) | FTC | 52 | 3 | 52 | 8 | | |
| Apple (Casanova, Frank) | Defendants | 54 | 5 | 54 | 11 | | Beginning at "will" |
| Apple (Casanova, Frank) | FTC | 54 | 12 | 54 | 16 | | |
| Apple (Casanova, Frank) | FTC | 55 | 11 | 55 | 14 | | |
| Apple (Casanova, Frank) | FTC | 65 | 12 | 65 | 14 | | |
| Apple (Casanova, Frank) | FTC | 65 | 16 | 65 | 21 | | |
| Apple (Casanova, Frank) | FTC | 67 | 1 | 67 | 17 | | |
| Apple (Casanova, Frank) | FTC | 68 | 8 | 68 | 13 | | |
| Apple (Casanova, Frank) | FTC | 69 | 5 | 69 | 9 | | |
| Apple (Casanova, Frank) | FTC | 69 | 11 | 69 | 14 | | |
| Apple (Casanova, Frank) | Defendants | 70 | 5 | 70 | 6 | | |
| Apple (Casanova, Frank) | Defendants | 70 | 8 | 70 | 17 | | |
| Apple (Casanova, Frank) | Defendants | 70 | 19 | 70 | 20 | | |
| Apple (Casanova, Frank) | Defendants | 71 | 2 | 71 | 16 | | |
| Apple (Casanova, Frank) | Defendants | 71 | 19 | 72 | 12 | | |
| Apple (Casanova, Frank) | Defendants | 73 | 16 | 73 | 18 | FRE 602 | Beginning at "if" |
| Apple (Casanova, Frank) | Defendants | 74 | 2 | 74 | 10 | | |
| Apple (Casanova, Frank) | FTC | 74 | 11 | 74 | 13 | | |
| Apple (Casanova, Frank) | Defendants | 75 | 4 | 75 | 6 | | |
| Apple (Casanova, Frank) | Defendants | 75 | 8 | 75 | 10 | | |
| Apple (Casanova, Frank) | Defendants | 81 | 2 | 81 | 3 | | Beginning at "We'll" |

Dated: December 6, 2022                                   Page 3 of 10

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Joint Deposition Designations

| Transcript | Designating Party | Begin Page | Begin Line | End Page | End Line | Non-Designating Party Objections | Notes (partial line designations) |
|---|---|---|---|---|---|---|---|
| Apple (Casanova, Frank) | Defendants | 81 | 13 | 81 | 19 | | Beginning at "if" |
| Apple (Casanova, Frank) | FTC | 81 | 20 | 82 | 5 | | |
| Apple (Casanova, Frank) | FTC | 82 | 9 | 82 | 20 | | |
| Apple (Casanova, Frank) | FTC | 84 | 9 | 84 | 11 | | |
| Apple (Casanova, Frank) | FTC | 84 | 13 | 84 | 14 | | |
| Apple (Casanova, Frank) | Defendants | 84 | 22 | 85 | 9 | V | |
| Apple (Casanova, Frank) | FTC | 85 | 10 | 85 | 12 | | |
| Apple (Casanova, Frank) | FTC | 85 | 14 | 85 | 19 | | |
| Apple (Casanova, Frank) | FTC | 85 | 21 | 86 | 3 | | |
| Apple (Casanova, Frank) | FTC | 86 | 14 | 86 | 15 | | |
| Apple (Casanova, Frank) | FTC | 86 | 17 | 86 | 21 | | |
| Apple (Casanova, Frank) | FTC | 87 | 2 | 87 | 6 | | |
| Apple (Casanova, Frank) | FTC | 89 | 7 | 90 | 9 | | |
| Apple (Casanova, Frank) | FTC | 90 | 12 | 90 | 19 | | |
| Apple (Casanova, Frank) | Defendants | 90 | 20 | 91 | 12 | | |
| Apple (Casanova, Frank) | Defendants | 92 | 2 | 92 | 4 | | Beginning at "were" |
| Apple (Casanova, Frank) | Defendants | 93 | 6 | 93 | 8 | | |
| Apple (Casanova, Frank) | Defendants | 93 | 13 | 93 | 15 | | |
| Apple (Casanova, Frank) | FTC | 107 | 17 | 107 | 19 | | |
| Apple (Casanova, Frank) | FTC | 108 | 1 | 108 | 6 | | |
| Apple (Casanova, Frank) | FTC | 112 | 3 | 112 | 18 | | |
| Apple (Casanova, Frank) | FTC | 113 | 17 | 116 | 2 | | |
| Apple (Casanova, Frank) | FTC | 114 | 9 | 114 | 11 | | |
| Apple (Casanova, Frank) | FTC | 118 | 4 | 118 | 21 | | |
| Apple (Casanova, Frank) | FTC | 119 | 2 | 119 | 5 | | |
| Apple (Casanova, Frank) | Defendants | 129 | 3 | 129 | 5 | | |
| Apple (Casanova, Frank) | Defendants | 129 | 8 | 129 | 13 | | |
| Apple (Casanova, Frank) | FTC | 130 | 3 | 130 | 6 | | |
| Apple (Casanova, Frank) | FTC | 130 | 10 | 130 | 21 | | |
| Apple (Casanova, Frank) | Defendants | 130 | 22 | 131 | 4 | | |
| Apple (Casanova, Frank) | Defendants | 131 | 10 | 131 | 12 | | |
| Apple (Casanova, Frank) | Defendants | 131 | 16 | 131 | 18 | | |
| Apple (Casanova, Frank) | FTC | 131 | 20 | 131 | 22 | | |
| Apple (Casanova, Frank) | FTC | 132 | 4 | 132 | 4 | | |
| Apple (Casanova, Frank) | Defendants | 132 | 14 | 133 | 12 | | |
| Apple (Casanova, Frank) | Defendants | 133 | 15 | 133 | 20 | | |
| Apple (Casanova, Frank) | Defendants | 133 | 22 | 134 | 6 | | |
| Apple (Casanova, Frank) | Defendants | 134 | 10 | 136 | 8 | | |
| Apple (Casanova, Frank) | FTC | 136 | 10 | 136 | 20 | | |
| Apple (Casanova, Frank) | Defendants | 137 | 3 | 137 | 6 | | Beginning at "have" |
| Apple (Casanova, Frank) | Defendants | 137 | 10 | 137 | 13 | | |
| Equinox (Klim, Julia) | FTC | 8 | 11 | 8 | 15 | | |
| Equinox (Klim, Julia) | Defendants | 8 | 11 | 8 | 21 | | |
| Equinox (Klim, Julia) | FTC | 8 | 19 | 8 | 21 | | |
| Equinox (Klim, Julia) | FTC | 9 | 7 | 10 | 10 | | |

Dated:  December 6, 2022                    Page 4 of 10

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Joint Deposition Designations

| Transcript | Designating Party | Begin Page | Begin Line | End Page | End Line | Non-Designating Party Objections | Notes (partial line designations) |
|---|---|---|---|---|---|---|---|
| Equinox (Klim, Julia) | FTC Defendants | 10 | 16 | 10 | 19 | | |
| Equinox (Klim, Julia) | FTC | 11 | 4 | 11 | 13 | | |
| Equinox (Klim, Julia) | FTC | 12 | 13 | 12 | 16 | | |
| Equinox (Klim, Julia) | Defendants | 12 | 13 | 12 | 19 | | |
| Equinox (Klim, Julia) | FTC | 12 | 20 | 13 | 3 | | |
| Equinox (Klim, Julia) | Defendants | 13 | 8 | 13 | 16 | | |
| Equinox (Klim, Julia) | Defendants | 13 | 20 | 14 | 4 | | |
| Equinox (Klim, Julia) | Defendants | 14 | 17 | 16 | 15 | | |
| Equinox (Klim, Julia) | Defendants | 15 | 3 | 15 | 8 | | |
| Equinox (Klim, Julia) | Defendants | 15 | 9 | 15 | 12 | | |
| Equinox (Klim, Julia) | FTC | 16 | 7 | 16 | 10 | | |
| Equinox (Klim, Julia) | FTC | 16 | 16 | 16 | 18 | | |
| Equinox (Klim, Julia) | Defendants | 17 | 2 | 18 | 5 | | |
| Equinox (Klim, Julia) | Defendants | 17 | 6 | 17 | 14 | | |
| Equinox (Klim, Julia) | Defendants | 18 | 9 | 19 | 1 | | |
| Equinox (Klim, Julia) | Defendants | 19 | 8 | 19 | 19 | | |
| Equinox (Klim, Julia) | FTC | 19 | 20 | 20 | 3 | | |
| Equinox (Klim, Julia) | Defendants | 20 | 5 | 20 | 15 | | |
| Equinox (Klim, Julia) | Defendants | 20 | 18 | 21 | 11 | | |
| Equinox (Klim, Julia) | FTC | 21 | 12 | 21 | 17 | | |
| Equinox (Klim, Julia) | Defendants | 21 | 22 | 22 | 8 | | |
| Equinox (Klim, Julia) | Defendants | 23 | 12 | 24 | 6 | | |
| Equinox (Klim, Julia) | Defendants | 24 | 7 | 24 | 12 | | |
| Equinox (Klim, Julia) | Defendants | 30 | 19 | 30 | 22 | | |
| Equinox (Klim, Julia) | Defendants | 31 | 3 | 31 | 22 | | |
| Equinox (Klim, Julia) | Defendants | 37 | 5 | 37 | 8 | | |
| Equinox (Klim, Julia) | Defendants | 37 | 17 | 38 | 15 | | |
| Equinox (Klim, Julia) | Defendants | 38 | 17 | 38 | 17 | | |
| Equinox (Klim, Julia) | Defendants | 39 | 13 | 39 | 17 | V | |
| Equinox (Klim, Julia) | Defendants | 39 | 19 | 39 | 19 | | |
| Equinox (Klim, Julia) | Defendants | 39 | 21 | 40 | 6 | V | |
| Equinox (Klim, Julia) | Defendants | 40 | 8 | 40 | 9 | | |
| Equinox (Klim, Julia) | FTC | 43 | 11 | 43 | 13 | | |
| Equinox (Klim, Julia) | FTC | 46 | 4 | 46 | 13 | | |
| Equinox (Klim, Julia) | FTC | 46 | 16 | 46 | 18 | | |
| Equinox (Klim, Julia) | FTC | 47 | 15 | 48 | 3 | | |
| Equinox (Klim, Julia) | FTC | 48 | 9 | 48 | 14 | | |
| Equinox (Klim, Julia) | FTC | 56 | 1 | 56 | 15 | | |
| Equinox (Klim, Julia) | FTC | 56 | 13 | 56 | 15 | | |
| Equinox (Klim, Julia) | Defendants | 60 | 13 | 61 | 7 | | |
| Equinox (Klim, Julia) | FTC | 61 | 10 | 62 | 1 | | |
| Equinox (Klim, Julia) | FTC | 64 | 2 | 64 | 11 | | |
| Nike (Healey, James) | Defendants | 6 | 5 | 6 | 12 | | |
| Nike (Healey, James) | FTC | 6 | 5 | 7 | 6 | | |
| Nike (Healey, James) | FTC | 6 | 13 | 7 | 6 | | |
| Nike (Healey, James) | FTC | 7 | 13 | 8 | 8 | | |

Dated: December 6, 2022               Page 5 of 10

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Joint Deposition Designations**

| Transcript | Designating Party | Begin Page | Begin Line | End Page | End Line | Non-Designating Party Objections | Notes (partial line designations) |
|---|---|---|---|---|---|---|---|
| Nike (Healey, James) | Defendants | 7 | 13 | 8 | 18 | | |
| Nike (Healey, James) | Defendants | 8 | 21 | 9 | 4 | | |
| Nike (Healey, James) | Defendants | 9 | 9 | 9 | 14 | | |
| Nike (Healey, James) | Defendants | 9 | 22 | 10 | 11 | | |
| Nike (Healey, James) | Defendants | 10 | 20 | 12 | 4 | | |
| Nike (Healey, James) | Defendants | 12 | 9 | 12 | 12 | | |
| Nike (Healey, James) | Defendants | 12 | 14 | 13 | 4 | | |
| Nike (Healey, James) | Defendants | 13 | 13 | 13 | 15 | | |
| Nike (Healey, James) | Defendants | 13 | 17 | 13 | 21 | | |
| Nike (Healey, James) | Defendants | 14 | 1 | 14 | 2 | | |
| Nike (Healey, James) | Defendants | 14 | 4 | 14 | 9 | | |
| Nike (Healey, James) | Defendants | 14 | 11 | 15 | 16 | | |
| Nike (Healey, James) | Defendants | 15 | 18 | 15 | 20 | | |
| Nike (Healey, James) | Defendants | 16 | 2 | 16 | 20 | | |
| Nike (Healey, James) | Defendants | 19 | 4 | 19 | 7 | | |
| Nike (Healey, James) | Defendants | 19 | 12 | 20 | 2 | | Beginning at "this" |
| Nike (Healey, James) | Defendants | 20 | 4 | 20 | 5 | | |
| Nike (Healey, James) | Defendants | 20 | 8 | 21 | 8 | | |
| Nike (Healey, James) | Defendants | 21 | 10 | 21 | 20 | | |
| Nike (Healey, James) | Defendants | 22 | 8 | 22 | 9 | | |
| Nike (Healey, James) | Defendants | 22 | 11 | 22 | 20 | | |
| Nike (Healey, James) | Defendants | 22 | 22 | 23 | 2 | | |
| Nike (Healey, James) | Defendants | 23 | 4 | 23 | 6 | | |
| Nike (Healey, James) | Defendants | 23 | 9 | 23 | 13 | | |
| Nike (Healey, James) | Defendants | 23 | 15 | 23 | 20 | | |
| Nike (Healey, James) | Defendants | 23 | 22 | 24 | 1 | | |
| Nike (Healey, James) | Defendants | 24 | 3 | 24 | 8 | | |
| Nike (Healey, James) | Defendants | 24 | 12 | 24 | 14 | | |
| Nike (Healey, James) | Defendants | 24 | 16 | 24 | 16 | | |
| Nike (Healey, James) | Defendants | 24 | 18 | 25 | 10 | | |
| Nike (Healey, James) | Defendants | 25 | 22 | 26 | 1 | | |
| Nike (Healey, James) | Defendants | 26 | 3 | 26 | 4 | | |
| Nike (Healey, James) | Defendants | 26 | 6 | 26 | 7 | | |
| Nike (Healey, James) | Defendants | 26 | 9 | 26 | 9 | | |
| Nike (Healey, James) | FTC | 27 | 15 | 27 | 17 | S | |
| Nike (Healey, James) | Defendants | 27 | 18 | 27 | 21 | | |
| Nike (Healey, James) | Defendants | 28 | 7 | 28 | 20 | | |
| Nike (Healey, James) | FTC | 32 | 16 | 33 | 7 | | |
| Nike (Healey, James) | Defendants | 36 | 13 | 37 | 1 | | |
| Nike (Healey, James) | FTC | 37 | 2 | 37 | 5 | | |
| Nike (Healey, James) | Defendants | 39 | 7 | 39 | 12 | | |
| Nike (Healey, James) | Defendants | 41 | 3 | 41 | 4 | | |
| Nike (Healey, James) | Defendants | 41 | 18 | 42 | 2 | | |
| Nike (Healey, James) | Defendants | 42 | 7 | 42 | 21 | | |
| Nike (Healey, James) | Defendants | 43 | 9 | 43 | 11 | | |
| Nike (Healey, James) | Defendants | 43 | 13 | 43 | 15 | | |

Dated: December 6, 2022    Page 6 of 10

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Joint Deposition Designations

| Transcript | Designating Party | Begin Page | Begin Line | End Page | End Line | Non-Designating Party Objections | Notes (partial line designations) |
|---|---|---|---|---|---|---|---|
| Nike (Healey, James) | FTC | 43 | 17 | 43 | 18 | V, FRE 403 | Reference to statement derived from document absent reference to document is misleading; the FTC should designate testimony introducing the document and the relevant statement if it intends to use this statement |
| Nike (Healey, James) | FTC | 43 | 20 | 43 | 20 | | |
| Nike (Healey, James) | FTC | 44 | 2 | 45 | 15 | S - lines 44:2-13 | |
| Peloton (Sanders, Dion) | Defendants | 8 | 19 | 9 | 4 | | |
| Peloton (Sanders, Dion) | FTC | 8 | 19 | 10 | 3 | | |
| Peloton (Sanders, Dion) | FTC | 9 | 5 | 10 | 7 | | |
| Peloton (Sanders, Dion) | FTC | 10 | 6 | 10 | 11 | | |
| Peloton (Sanders, Dion) | Defendants | 10 | 8 | 10 | 11 | | |
| Peloton (Sanders, Dion) | Defendants | 10 | 16 | 11 | 20 | | |
| Peloton (Sanders, Dion) | Defendants | 14 | 6 | 14 | 20 | | |
| Peloton (Sanders, Dion) | Defendants | 15 | 1 | 15 | 10 | | |
| Peloton (Sanders, Dion) | Defendants | 15 | 12 | 15 | 16 | | |
| Peloton (Sanders, Dion) | Defendants | 16 | 4 | 16 | 6 | | |
| Peloton (Sanders, Dion) | Defendants | 16 | 8 | 16 | 21 | | |
| Peloton (Sanders, Dion) | FTC | 17 | 2 | 17 | 3 | | |
| Peloton (Sanders, Dion) | FTC | 17 | 5 | 17 | 6 | | |
| Peloton (Sanders, Dion) | Defendants | 17 | 8 | 17 | 10 | | Beginning at "Can" |
| Peloton (Sanders, Dion) | FTC | 17 | 15 | 17 | 17 | | |
| Peloton (Sanders, Dion) | Defendants | 18 | 3 | 18 | 7 | | |
| Peloton (Sanders, Dion) | Defendants | 18 | 12 | 18 | 13 | | |
| Peloton (Sanders, Dion) | Defendants | 19 | 20 | 19 | 21 | FRE 602, FRE 611 | |
| Peloton (Sanders, Dion) | Defendants | 20 | 2 | 20 | 2 | FRE 602, FRE 611 | |
| Peloton (Sanders, Dion) | Defendants | 20 | 6 | 20 | 19 | FRE 602 (20:6-20:19), LF, FRE 611 (20:18-19) | |
| Peloton (Sanders, Dion) | Defendants | 20 | 22 | 21 | 5 | LF, FRE 611 | |
| Peloton (Sanders, Dion) | Defendants | 21 | 8 | 21 | 8 | LF, FRE 611 | |
| Peloton (Sanders, Dion) | Defendants | 21 | 10 | 21 | 11 | | |
| Peloton (Sanders, Dion) | Defendants | 21 | 13 | 21 | 15 | | |
| Peloton (Sanders, Dion) | Defendants | 21 | 17 | 21 | 18 | | |
| Peloton (Sanders, Dion) | Defendants | 21 | 20 | 21 | 20 | | |
| Peloton (Sanders, Dion) | Defendants | 21 | 22 | 22 | 1 | V | |
| Peloton (Sanders, Dion) | Defendants | 22 | 7 | 22 | 14 | V | |
| Peloton (Sanders, Dion) | Defendants | 22 | 16 | 23 | 19 | | |
| Peloton (Sanders, Dion) | Defendants | 23 | 21 | 23 | 21 | | |
| Peloton (Sanders, Dion) | Defendants | 24 | 7 | 24 | 12 | V | |
| Peloton (Sanders, Dion) | Defendants | 24 | 14 | 24 | 14 | V | |
| Peloton (Sanders, Dion) | Defendants | 24 | 18 | 24 | 19 | V | |

Dated:  December 6, 2022                                    Page 7 of 10

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Joint Deposition Designations

| Transcript | Designating Party | Begin Page | Begin Line | End Page | End Line | Non-Designating Party Objections | Notes (partial line designations) |
|---|---|---|---|---|---|---|---|
| Peloton (Sanders, Dion) | Defendants | 24 | 21 | 24 | 21 | V | |
| Peloton (Sanders, Dion) | Defendants | 25 | 2 | 25 | 3 | V | |
| Peloton (Sanders, Dion) | Defendants | 25 | 5 | 25 | 22 | V - lines 5 to 7; LF - lines 21 to 22 | |
| Peloton (Sanders, Dion) | Defendants | 26 | 2 | 26 | 7 | LF | |
| Peloton (Sanders, Dion) | Defendants | 26 | 15 | 26 | 18 | | |
| Peloton (Sanders, Dion) | Defendants | 27 | 8 | 27 | 9 | | |
| Peloton (Sanders, Dion) | Defendants | 28 | 1 | 28 | 2 | | |
| Peloton (Sanders, Dion) | Defendants | 28 | 5 | 28 | 7 | | |
| Peloton (Sanders, Dion) | Defendants | 28 | 9 | 28 | 11 | CD, V | |
| Peloton (Sanders, Dion) | Defendants | 28 | 14 | 28 | 14 | CD, V | |
| Peloton (Sanders, Dion) | FTC Defendants | 28 | 16 | 28 | 19 | | |
| Peloton (Sanders, Dion) | FTC | 29 | 1 | 29 | 6 | | |
| Peloton (Sanders, Dion) | FTC | 30 | 3 | 30 | 7 | | |
| Peloton (Sanders, Dion) | Defendants | 30 | 22 | 31 | 5 | | |
| Peloton (Sanders, Dion) | FTC | 31 | 13 | 31 | 15 | | |
| Peloton (Sanders, Dion) | FTC | 32 | 6 | 32 | 20 | | |
| Peloton (Sanders, Dion) | Defendants | 37 | 1 | 37 | 4 | | |
| Peloton (Sanders, Dion) | Defendants | 39 | 2 | 39 | 8 | | |
| Peloton (Sanders, Dion) | Defendants | 44 | 13 | 44 | 16 | | |
| Peloton (Sanders, Dion) | Defendants | 45 | 2 | 45 | 4 | | |
| Peloton (Sanders, Dion) | Defendants | 45 | 6 | 45 | 9 | | |
| Peloton (Sanders, Dion) | Defendants | 45 | 21 | 46 | 2 | | |
| Peloton (Sanders, Dion) | Defendants | 46 | 21 | 47 | 2 | | |
| Peloton (Sanders, Dion) | Defendants | 47 | 5 | 47 | 12 | | |
| Peloton (Sanders, Dion) | FTC | 47 | 18 | 48 | 2 | | |
| Peloton (Sanders, Dion) | Defendants | 48 | 3 | 48 | 4 | V | |
| Peloton (Sanders, Dion) | Defendants | 48 | 6 | 49 | 4 | V (lines 48:6 to 48:8) | |
| Peloton (Sanders, Dion) | Defendants | 49 | 1 | 49 | 4 | | |
| Peloton (Sanders, Dion) | Defendants | 49 | 6 | 49 | 6 | | |
| Peloton (Sanders, Dion) | Defendants | 50 | 4 | 50 | 7 | | |
| Peloton (Sanders, Dion) | Defendants | 50 | 10 | 50 | 17 | | |
| Peloton (Sanders, Dion) | FTC | 50 | 15 | 50 | 17 | | |
| Peloton (Sanders, Dion) | FTC Defendants | 50 | 19 | 50 | 21 | | |
| Peloton (Sanders, Dion) | Defendants | 56 | 11 | 56 | 21 | | |
| Peloton (Sanders, Dion) | FTC | 56 | 22 | 57 | 2 | | |
| Peloton (Sanders, Dion) | FTC | 57 | 4 | 57 | 8 | | |
| Peloton (Sanders, Dion) | FTC | 57 | 10 | 57 | 15 | | |
| Peloton (Sanders, Dion) | FTC | 58 | 6 | 58 | 8 | | |
| Peloton (Sanders, Dion) | FTC | 59 | 13 | 59 | 21 | | |
| Peloton (Sanders, Dion) | Defendants | 62 | 6 | 62 | 11 | | |
| Peloton (Sanders, Dion) | Defendants | 63 | 3 | 63 | 7 | | |
| Peloton (Sanders, Dion) | Defendants | 64 | 3 | 64 | 5 | | |
| Peloton (Sanders, Dion) | Defendants | 64 | 7 | 64 | 7 | | |
| Peloton (Sanders, Dion) | FTC Defendants | 66 | 12 | 67 | 2 | | |

Dated:  December 6, 2022                                Page 8 of 10

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Joint Deposition Designations**

| Transcript | Designating Party | Begin Page | Begin Line | End Page | End Line | Non-Designating Party Objections | Notes (partial line designations) |
|---|---|---|---|---|---|---|---|
| Peloton (Sanders, Dion) | FTC | 68 | 8 | 68 | 22 | | |
| Peloton (Sanders, Dion) | FTC | 69 | 7 | 69 | 12 | | |
| Peloton (Sanders, Dion) | FTC | 70 | 13 | 70 | 21 | | |
| Peloton (Sanders, Dion) | Defendants | 71 | 10 | 71 | 22 | | |
| Peloton (Sanders, Dion) | Defendants | 72 | 2 | 72 | 2 | | |

Dated:  December 6, 2022                    Page 9 of 10

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Objection Key**

| Objection | Code |
|---|---|
| Argumentative | A |
| Attorney commentary/exchange | AC |
| Asked and answered | AA |
| Assumes facts not in evidence | AF |
| Best evidence rule | BE |
| Compound/Overbroad | CD |
| Calls for Narrative | CN |
| Designation incomplete; incomprehensible | DI |
| Hearsay | H |
| Improper use of inadmissible document | ID |
| Incomplete hypothetical | IH |
| Calls for a legal conclusion | LC |
| Lacks foundation | LF |
| Subject to the court's ruling on or a pending motion in limine | MIL |
| Misstates prior testimony (mischaracterization) | MT |
| Non-responsive answer | NR |
| Outside of the scope of affirmative designation (for counter and completeness designations) | S |
| Outside of the scope of the Rule 30(b)(6) deposition topics | 30(b)(6) |
| Untimely | U |
| Vague and ambiguous | V |
| Relevance | FRE 401 |
| Unduly prejudicial, confusing, misleading, delay, waste of time, or cumulative | FRE 403 |
| Privileged | FRE 501 |
| Lack of personal knowledge; calls for speculation | FRE 602 |
| Leading | FRE 611 |
| Improper opinion by lay witness | FRE 701 |

Dated:  December 6, 2022                                                                 Page 10 of 10