Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD
Plaintiff FTC's Deposition Designations

| Transcript | FTC's Initial Designations | | | | | Defendants' Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Brown, Melissa - Fact | 9 | 10 | 9 | 12 | | | | | | | | | | | | |
| Brown, Melissa - Fact | 16 | 25 | 17 | 5 | | | | | | | | | | | | |
| Brown, Melissa - Fact | 18 | 1 | 18 | 6 | | | | | | | | | | | | |
| Brown, Melissa - Fact | 18 | 12 | 18 | 16 | | | | | | | | | | | | |
| Brown, Melissa - Fact | | | | | | 22 | 23 | 22 | 24 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 23 | 1 | 23 | 1 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 23 | 21 | 23 | 24 | | | | | | | |
| Brown, Melissa - Fact | 26 | 3 | 26 | 6 | | 27 | 23 | 28 | 7 | | | 28 | 8 | 28 | 10 | |
| Brown, Melissa - Fact | | | | | | 28 | 11 | 28 | 14 | Beginning at "prior" | | | | | | |
| Brown, Melissa - Fact | | | | | | 28 | 16 | 28 | 16 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 36 | 9 | 36 | 11 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 36 | 15 | 36 | 18 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 36 | 22 | 36 | 24 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 93 | 14 | 93 | 24 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 103 | 9 | 103 | 15 | Beginning at "there" | | | | | | |
| Brown, Melissa - Fact | | | | | | 103 | 22 | 104 | 1 | | | 105 | 7 | 105 | 10 | |
| Brown, Melissa - Fact | | | | | | 104 | 12 | 104 | 14 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 104 | 16 | 104 | 18 | Beginning at "do" | | | | | | |
| Brown, Melissa - Fact | | | | | | 104 | 19 | 104 | 23 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 106 | 20 | 107 | 4 | | | | | | | |
| Brown, Melissa - Fact | 110 | 21 | 110 | 23 | | | | | | | | | | | | |
| Brown, Melissa - Fact | 111 | 4 | 111 | 14 | | 111 | 15 | 111 | 17 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 111 | 19 | 111 | 21 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 112 | 4 | 112 | 11 | Ending at "but" | DI | 111 | 23 | 112 | 3 | |
| Brown, Melissa - Fact | | | | | | 112 | 12 | 112 | 13 | Beginning at "you're" | DI | | | | | |
| Brown, Melissa - Fact | | | | | | 112 | 15 | 112 | 23 | | | | | | | |
| Brown, Melissa - Fact | 112 | 24 | 113 | 1 | A, FRE 602 | | | | | | | | | | | |
| Brown, Melissa - Fact | 113 | 3 | 113 | 4 | | 113 | 6 | 113 | 18 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 113 | 20 | 113 | 21 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 114 | 3 | 114 | 10 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 114 | 13 | 114 | 14 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 114 | 15 | 114 | 23 | | | 114 | 24 | 115 | 4 | |
| Brown, Melissa - Fact | 115 | 5 | 115 | 11 | H, FRE 602 | | | | | | | | | | | |
| Brown, Melissa - Fact | 115 | 22 | 116 | 1 | H, FRE 602 | | | | | | | | | | | |
| Brown, Melissa - Fact | 116 | 3 | 116 | 10 | H, FRE 602 | | | | | | | | | | | |
| Brown, Melissa - Fact | 117 | 3 | 117 | 8 | H, FRE 602 | 117 | 9 | 117 | 11 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 117 | 13 | 117 | 25 | | | | | | | |
| Brown, Melissa - Fact | 118 | 14 | 118 | 25 | | | | | | | | | | | | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD**
**Plaintiff FTC's Deposition Designations**

| Transcript | FTC's Initial Designations | | | | | Defendants' Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Brown, Melissa - Fact | | | | | | 119 | 22 | 120 | 1 | | | | | | | |
| Brown, Melissa - Fact | | | | | | 140 | 6 | 140 | 13 | | H, FRE 602 | | | | | |
| Cibula, Michael | 7 | 5 | 7 | 7 | | | | | | | | | | | | |
| Cibula, Michael | 10 | 13 | 10 | 14 | | | | | | | | | | | | |
| Cibula, Michael | 11 | 10 | 11 | 17 | | | | | | | | | | | | |
| Cibula, Michael | 12 | 9 | 12 | 15 | | | | | | | | | | | | |
| Cibula, Michael | 13 | 16 | 13 | 18 | | | | | | | | | | | | |
| Cibula, Michael | 79 | 20 | 80 | 2 | | | | | | | | | | | | |
| Cibula, Michael | 80 | 6 | 80 | 20 | | 80 | 22 | 81 | 20 | | | | | | | |
| Cibula, Michael | 82 | 11 | 84 | 25 | | 81 | 21 | 82 | 10 | | | | | | | |
| Cibula, Michael | | | | | | 85 | 1 | 86 | 25 | | | | | | | |
| Cibula, Michael | 88 | 15 | 89 | 6 | | | | | | | | | | | | |
| Cibula, Michael | 89 | 14 | 90 | 4 | | 90 | 5 | 90 | 19 | | | | | | | |
| Cibula, Michael | | | | | | 102 | 9 | 103 | 8 | | | | | | | |
| Paynter, Dorothy | 9 | 16 | 9 | 19 | | | | | | | | | | | | |
| Paynter, Dorothy | 12 | 22 | 13 | 1 | | | | | | | | | | | | |
| Paynter, Dorothy | 13 | 20 | 14 | 6 | | | | | | | | | | | | |
| Paynter, Dorothy | 15 | 1 | 15 | 17 | | | | | | | | | | | | |
| Paynter, Dorothy | 15 | 25 | 16 | 7 | | | | | | | | | | | | |
| Paynter, Dorothy | 16 | 17 | 16 | 22 | | 16 | 8 | 16 | 13 | Beginning at "When" | | | | | | |
| Paynter, Dorothy | 17 | 7 | 17 | 12 | | 17 | 13 | 17 | 16 | Beginning at "And" | | | | | | |
| Paynter, Dorothy | | | | | | 17 | 19 | 18 | 11 | | | | | | | |
| Paynter, Dorothy | | | | | | 18 | 22 | 19 | 9 | Beginning at "You've" | | | | | | |
| Paynter, Dorothy | | | | | | 20 | 22 | 21 | 22 | Beginning at "for" | | | | | | |
| Paynter, Dorothy | 22 | 21 | 24 | 23 | | 22 | 14 | 22 | 19 | | | | | | | |
| Paynter, Dorothy | 26 | 15 | 28 | 9 | | | | | | | | | | | | |
| Paynter, Dorothy | 29 | 23 | 30 | 9 | | | | | | | | | | | | |
| Paynter, Dorothy | 30 | 18 | 30 | 25 | | 31 | 1 | 31 | 12 | Beginning at "When" | | | | | | |
| Paynter, Dorothy | 47 | 20 | 48 | 7 | | 31 | 15 | 31 | 21 | Beginning at "Has" | | 32 | 9 | 32 | 19 | |
| Paynter, Dorothy | 48 | 10 | 48 | 12 | V | | | | | | | | | | | |
| Paynter, Dorothy | | | | | | 56 | 8 | 56 | 19 | | DI | | | | | Failure to designate testimony that the question is quoting, or the document to which the witness is referring |
| Paynter, Dorothy | | | | | | 56 | 22 | 56 | 23 | Ending after "apps." | DI | 56 | 23 | 57 | 2 | Failure to designate the entire answer |

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD
Plaintiff FTC's Deposition Designations

| Transcript | FTC's Initial Designations | | | | | Defendants' Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Verdu, Michael | 6 | 15 | 6 | 17 | | | | | | | | | | | | |
| Verdu, Michael | 7 | 19 | 8 | 2 | | 8 | 3 | 8 | 18 | | | | | | | |
| Verdu, Michael | 8 | 19 | 10 | 6 | | | | | | | | | | | | |
| Verdu, Michael | 10 | 9 | 10 | 23 | | 10 | 24 | 11 | 6 | | | | | | | |
| Verdu, Michael | 16 | 10 | 16 | 14 | | 16 | 15 | 17 | 3 | | | | | | | |
| Verdu, Michael | 18 | 9 | 19 | 12 | | | | | | | | | | | | |
| Verdu, Michael | 20 | 22 | 20 | 25 | | | | | | | | | | | | |
| Verdu, Michael | 21 | 9 | 22 | 17 | | 22 | 18 | 23 | 7 | | | | | | | |
| Verdu, Michael | 23 | 8 | 23 | 24 | V; FRE 602 (23:25) | | | | | | | | | | | |
| Verdu, Michael | 24 | 1 | 24 | 1 | | 24 | 10 | 26 | 15 | | | | | | | |
| Verdu, Michael | | | | | | 26 | 17 | 27 | 5 | | | | | | | |
| Verdu, Michael | | | | | | 28 | 25 | 29 | 3 | | | 27 | 6 | 28 | 1 | |
| Verdu, Michael | | | | | | 29 | 5 | 29 | 11 | | | | | | | |
| Verdu, Michael | 32 | 16 | 32 | 23 | DI (32:23) - | | | | | | | 32 | 23 | 32 | 23 | |
| Verdu, Michael | 33 | 3 | 33 | 9 | | | | | | | | | | | | |
| Verdu, Michael | 33 | 20 | 33 | 22 | | | | | | | | | | | | |
| Verdu, Michael | 34 | 10 | 35 | 10 | | | | | | | | | | | | |
| Verdu, Michael | 36 | 1 | 36 | 21 | | | | | | | | | | | | |
| Verdu, Michael | 41 | 3 | 41 | 6 | | 41 | 7 | 41 | 23 | | | | | | | |
| Verdu, Michael | 48 | 18 | 49 | 3 | | | | | | | | | | | | |
| Verdu, Michael | 49 | 14 | 49 | 20 | | | | | | | | | | | | |
| Verdu, Michael | 50 | 1 | 50 | 7 | | | | | | | | | | | | |
| Verdu, Michael | 51 | 4 | 51 | 16 | | | | | | | | | | | | |
| Verdu, Michael | 52 | 21 | 52 | 22 | LF (52:23) | 53 | 2 | 53 | 4 | | | | | | | |
| Verdu, Michael | | | | | | 53 | 6 | 53 | 20 | | | 54 | 6 | 54 | 11 | |
| Verdu, Michael | 52 | 24 | 53 | 1 | | | | | | | | | | | | |
| Verdu, Michael | 53 | 21 | 53 | 23 | LF; FRE 602 (53:24) | | | | | | | | | | | |
| Verdu, Michael | 53 | 25 | 54 | 1 | | | | | | | | | | | | |
| Verdu, Michael | 55 | 2 | 55 | 16 | | | | | | | | | | | | |
| Verdu, Michael | 55 | 19 | 56 | 22 | | | | | | | | | | | | |
| Verdu, Michael | | | | | | 57 | 7 | 57 | 16 | | | 57 | 17 | 57 | 19 | |
| Verdu, Michael | | | | | | | | | | | | 57 | 21 | 57 | 24 | |
| Verdu, Michael | 58 | 18 | 58 | 22 | | 58 | 23 | 59 | 9 | | | | | | | |
| Verdu, Michael | 59 | 10 | 60 | 3 | V (as to "modifying") | | | | | | | | | | | |
| Verdu, Michael | 60 | 5 | 60 | 12 | V (as to "modifying") | | | | | | | | | | | |
| Verdu, Michael | 60 | 20 | 60 | 23 | | | | | | | | | | | | |
| Verdu, Michael | 61 | 7 | 61 | 18 | V; MT | 64 | 22 | 65 | 1 | | | | | | | |
| Verdu, Michael | 61 | 20 | 61 | 20 | V; MT | 65 | 5 | 65 | 7 | | | | | | | |
| Verdu, Michael | | | | | | 65 | 19 | 66 | 4 | | | | | | | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD**
**Plaintiff FTC's Deposition Designations**

| Transcript | FTC's Initial Designations | | | | | Defendants' Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Verdu, Michael | 62 | 8 | 62 | 13 | | | | | | | | | | | | |
| Verdu, Michael | 63 | 22 | 64 | 10 | | | | | | | | | | | | |
| Verdu, Michael | 66 | 23 | 67 | 17 | | | | | | | | | | | | |
| Verdu, Michael | 69 | 11 | 69 | 18 | | 69 | 19 | 70 | 3 | | | | | | | |
| Verdu, Michael | 70 | 20 | 71 | 2 | | 71 | 3 | 71 | 10 | | | | | | | |
| Verdu, Michael | 73 | 9 | 73 | 14 | DI (please confirm correct range); | | | | | | | | | | | |
| Verdu, Michael | 74 | 1 | 74 | 4 | DI (please confirm correct range); | | | | | | | | | | | |
| Verdu, Michael | 74 | 13 | 76 | 7 | | | | | | | | | | | | |
| Verdu, Michael | | | | | | 81 | 20 | 82 | 9 | | | | | | | |
| Verdu, Michael | 77 | 16 | 78 | 16 | | 83 | 18 | 84 | 6 | | | 84 | 7 | 84 | 13 | |
| Verdu, Michael | 87 | 21 | 87 | 22 | LF; V (87:23) | 85 | 12 | 85 | 13 | | | | | | | |
| Verdu, Michael | | | | | | 85 | 20 | 85 | 23 | | | 85 | 25 | 86 | 19 | |
| Verdu, Michael | 87 | 24 | 88 | 12 | | | | | | | | | | | | |
| Verdu, Michael | 89 | 9 | 89 | 21 | | 88 | 13 | 89 | 8 | | | | | | | |
| Verdu, Michael | 90 | 16 | 91 | 2 | | 89 | 22 | 90 | 6 | | | | | | | |
| Verdu, Michael | 91 | 15 | 91 | 23 | | | | | | | | | | | | |
| Verdu, Michael | 100 | 20 | 101 | 7 | | | | | | | | | | | | |
| Verdu, Michael | 101 | 10 | 101 | 15 | | | | | | | | | | | | |
| Verdu, Michael | 102 | 2 | 102 | 12 | | | | | | | | | | | | |
| Verdu, Michael | 102 | 20 | 104 | 2 | | | | | | | | | | | | |
| Verdu, Michael | 105 | 7 | 105 | 14 | | | | | | | | | | | | |
| Verdu, Michael | 107 | 25 | 108 | 8 | | | | | | | | | | | | |
| Verdu, Michael | 108 | 11 | 108 | 12 | LC (108:13-14) | | | | | | | | | | | |
| Verdu, Michael | 108 | 15 | 108 | 20 | LC (108:21) | | | | | | | | | | | |
| Verdu, Michael | 108 | 22 | 108 | 23 | LC (108:24) | | | | | | | | | | | |
| Verdu, Michael | 108 | 25 | 109 | 4 | | | | | | | | | | | | |
| Verdu, Michael | | | | | | 107 | 11 | 107 | 21 | | | | | | | |
| Verdu, Michael | 109 | 23 | 110 | 6 | | 110 | 10 | 110 | 13 | | | | | | | |
| Verdu, Michael | | | | | | 110 | 15 | 111 | 12 | | | | | | | |
| Verdu, Michael | 111 | 13 | 111 | 14 | AA (111:15-16) | | | | | | | | | | | |
| Verdu, Michael | 111 | 17 | 112 | 12 | AA (111:15-16) | | | | | | | | | | | |
| Verdu, Michael | 112 | 15 | 112 | 20 | | | | | | | | | | | | |
| Verdu, Michael | 114 | 6 | 114 | 13 | | | | | | | | | | | | |
| Verdu, Michael | 114 | 18 | 114 | 20 | | 115 | 13 | 116 | 2 | | | | | | | |
| Verdu, Michael | 116 | 3 | 116 | 11 | | 116 | 12 | 117 | 9 | | | | | | | |
| Verdu, Michael | | | | | | 117 | 11 | 118 | 4 | | | | | | | |
| Verdu, Michael | 118 | 5 | 118 | 15 | MT (118:16) | | | | | | | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD
Plaintiff FTC's Deposition Designations

| Transcript | FTC's Initial Designations | | | | | Defendants' Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Verdu, Michael | 118 | 17 | 118 | 20 | | | | | | | | | | | | |
| Verdu, Michael | 120 | 12 | 120 | 20 | MT (120:21) | | | | | | | | | | | |
| Verdu, Michael | 120 | 22 | 121 | 2 | | | | | | | | | | | | |
| Verdu, Michael | 121 | 9 | 121 | 19 | | 121 | 20 | 121 | 23 | | | | | | | |
| Verdu, Michael | | | | | | 121 | 25 | 122 | 2 | | | | | | | |
| Verdu, Michael | 124 | 9 | 124 | 10 | | | | | | | | | | | | |
| Verdu, Michael | 124 | 12 | 124 | 15 | | | | | | | | | | | | |
| Verdu, Michael | 125 | 9 | 125 | 11 | | | | | | | | | | | | |
| Verdu, Michael | 126 | 1 | 126 | 3 | | | | | | | | | | | | |
| Verdu, Michael | 127 | 24 | 128 | 8 | MT (128:9) | | | | | | | | | | | |
| Verdu, Michael | 128 | 10 | 128 | 25 | | | | | | | | | | | | |
| Verdu, Michael | 129 | 8 | 129 | 12 | | | | | | | | | | | | |
| Verdu, Michael | 130 | 10 | 130 | 18 | | | | | | | | | | | | |
| Verdu, Michael | 132 | 12 | 133 | 18 | | | | | | | | | | | | |
| Verdu, Michael | 143 | 21 | 144 | 6 | LF (144:7) | | | | | | | | | | | |
| Verdu, Michael | 144 | 8 | 144 | 15 | LF (144:16) | | | | | | | | | | | |
| Verdu, Michael | 144 | 17 | 145 | 9 | | | | | | | | | | | | |
| Verdu, Michael | 147 | 1 | 147 | 3 | | | | | | | | | | | | |
| Verdu, Michael | 147 | 10 | 147 | 13 | | | | | | | | | | | | |
| Verdu, Michael | 148 | 16 | 149 | 4 | | | | | | | | | | | | |
| Verdu, Michael | 150 | 4 | 150 | 12 | | | | | | | | | | | | |
| Verdu, Michael | 150 | 19 | 150 | 23 | | 152 | 5 | 153 | 17 | | | 150 | 24 | 151 | 17 | |
| Verdu, Michael | 154 | 14 | 155 | 5 | | 156 | 9 | 156 | 11 | | | | | | | |
| Verdu, Michael | | | | | | 156 | 13 | 156 | 21 | | | | | | | |
| Verdu, Michael | | | | | | 158 | 11 | 159 | 7 | | | | | | | |
| Verdu, Michael | | | | | | 159 | 9 | 159 | 19 | | | | | | | |
| Verdu, Michael | | | | | | 163 | 24 | 164 | 5 | | | | | | | |
| Verdu, Michael | | | | | | 164 | 15 | 165 | 16 | | | | | | | |
| Verdu, Michael | | | | | | 165 | 18 | 166 | 20 | | | | | | | |
| Verdu, Michael | | | | | | 166 | 23 | 166 | 24 | | | | | | | |
| Verdu, Michael | | | | | | 167 | 15 | 168 | 10 | | H | | | | | |
| Verdu, Michael | 174 | 13 | 174 | 16 | | | | | | | | | | | | |
| Verdu, Michael | 174 | 20 | 175 | 7 | | 175 | 8 | 175 | 11 | | | | | | | |
| Verdu, Michael | | | | | | 175 | 13 | 175 | 17 | | | | | | | |
| Verdu, Michael | 176 | 1 | 176 | 5 | | | | | | | | | | | | |
| Verdu, Michael | 176 | 13 | 177 | 12 | | | | | | | | | | | | |
| Verdu, Michael | 178 | 7 | 178 | 10 | H; LF (178:11) | | | | | | | | | | | |
| Verdu, Michael | 178 | 12 | 179 | 18 | | 179 | 19 | 180 | 8 | | | | | | | |
| Verdu, Michael | 180 | 9 | 180 | 14 | AA (180:15-16) | | | | | | | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD
Plaintiff FTC's Deposition Designations

| Transcript | FTC's Initial Designations | | | | | Defendants' Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Verdu, Michael | 180 | 18 | 180 | 18 | | 181 | 12 | 182 | 15 | | | 181 | 7 | 181 | 11 | |
| Verdu, Michael | | | | | | 184 | 16 | 184 | 18 | | | | | | | |
| Verdu, Michael | | | | | | 184 | 24 | 185 | 3 | | | | | | | |
| Verdu, Michael | | | | | | 186 | 5 | 186 | 9 | | DI | | | | | |
| Verdu, Michael | | | | | | 186 | 20 | 187 | 1 | | DI | | | | | |
| Verdu, Michael | | | | | | 187 | 11 | 187 | 18 | | DI | 187 | 19 | 187 | 23 | |
| Verdu, Michael | | | | | | 189 | 15 | 189 | 22 | | DI | | | | | |
| Verdu, Michael | | | | | | 189 | 24 | 190 | 14 | | DI | 190 | 16 | 191 | 2 | |
| Verdu, Michael | | | | | | 192 | 18 | 193 | 12 | | DI | | | | | |
| Verdu, Michael | | | | | | 193 | 15 | 194 | 1 | | DI | | | | | |
| Verdu, Michael | | | | | | 194 | 4 | 194 | 7 | | DI | 194 | 8 | 194 | 8 | |
| Verdu, Michael | | | | | | 194 | 15 | 195 | 15 | | DI | 194 | 10 | 194 | 12 | |
| Verdu, Michael | 198 | 1 | 198 | 6 | LF | | | | | | | | | | | |
| Verdu, Michael | 198 | 8 | 198 | 9 | | 198 | 18 | 200 | 22 | | H (198:18-199:14); H (200:16-200:22) | | | | | |
| Verdu, Michael | 201 | 2 | 202 | 12 | | | | | | | | | | | | |
| Verdu, Michael | 202 | 15 | 202 | 25 | | | | | | | | | | | | |
| Verdu, Michael | 203 | 21 | 204 | 9 | | | | | | | | | | | | |
| Verdu, Michael | 204 | 18 | 205 | 21 | | | | | | | | | | | | |
| Verdu, Michael | 206 | 4 | 207 | 4 | | 207 | 5 | 208 | 7 | | | | | | | |
| Verdu, Michael | | | | | | 208 | 11 | 209 | 22 | | | | | | | |
| Verdu, Michael | 209 | 23 | 210 | 8 | | | | | | | | | | | | |
| Verdu, Michael | 210 | 16 | 211 | 6 | | 211 | 7 | 211 | 9 | | | | | | | |
| Verdu, Michael | | | | | | 211 | 12 | 211 | 17 | | | | | | | |
| Verdu, Michael | | | | | | 211 | 20 | 211 | 24 | | | | | | | |
| Verdu, Michael | 211 | 25 | 212 | 2 | FRE 602 (212:3) | 212 | 5 | 212 | 16 | | | | | | | |
| Verdu, Michael | 212 | 17 | 212 | 25 | | | | | | | | | | | | |
| Verdu, Michael | 213 | 4 | 213 | 21 | | | | | | | | | | | | |
| Verdu, Michael | | | | | | 220 | 16 | 220 | 4 | | | 225 | 1 | 225 | 11 | |
| Verdu, Michael | | | | | | | | | | | | 231 | 8 | 231 | 16 | |
| Verdu, Michael | | | | | | | | | | | | 231 | 19 | 231 | 20 | |
| Verdu, Michael | | | | | | | | | | | | 233 | 3 | 233 | 13 | |
| Verdu, Michael | | | | | | 227 | 11 | 228 | 12 | | DI | | | | | |
| Verdu, Michael | | | | | | 228 | 13 | 229 | 2 | | DI | | | | | |
| Verdu, Michael | | | | | | 229 | 3 | 229 | 6 | | DI | | | | | |
| Verdu, Michael | | | | | | 229 | 10 | 230 | 2 | | DI | | | | | |
| Verdu, Michael | | | | | | 230 | 5 | 231 | 7 | | DI | | | | | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD**
**Plaintiff FTC's Deposition Designations**

| Transcript | FTC's Initial Designations | | | | | Defendants' Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Verdu, Michael | | | | | | 233 | 24 | 235 | 9 | | DI | | | | | |
| Verdu, Michael | | | | | | 235 | 10 | 235 | 20 | | DI | | | | | |
| Verdu, Michael | | | | | | 236 | 12 | 237 | 1 | | | | | | | |
| Verdu, Michael | 238 | 3 | 238 | 5 | | | | | | | | | | | | |
| Verdu, Michael | 238 | 17 | 238 | 25 | | | | | | | | | | | | |
| Verdu, Michael | 239 | 8 | 239 | 12 | | | | | | | | | | | | |
| Verdu, Michael | 239 | 18 | 239 | 20 | | | | | | | | | | | | |
| Verdu, Michael | 240 | 8 | 241 | 2 | LF; FRE 602; V (241:3) | | | | | | | | | | | |
| Verdu, Michael | 241 | 4 | 241 | 12 | | 241 | 13 | 241 | 14 | | | | | | | |
| Verdu, Michael | | | | | | 242 | 7 | 242 | 19 | | | | | | | |
| Verdu, Michael | 242 | 20 | 243 | 3 | DI (please confirm correct range) | 243 | 4 | 243 | 11 | | | | | | | |
| Verdu, Michael | 243 | 12 | 243 | 18 | | 243 | 19 | 243 | 21 | | | | | | | |
| Verdu, Michael | | | | | | 243 | 23 | 244 | 5 | | | | | | | |
| Verdu, Michael | | | | | | 246 | 25 | 247 | 17 | | | | | | | |
| Verdu, Michael | 250 | 13 | 250 | 20 | | | | | | | | | | | | |
| Verdu, Michael | 251 | 7 | 251 | 11 | | | | | | | | | | | | |
| Verdu, Michael | 253 | 13 | 254 | 12 | | | | | | | | | | | | |
| Verdu, Michael | | | | | | 261 | 13 | 261 | 23 | | DI | 259 | 8 | 259 | 8 | |
| Verdu, Michael | | | | | | | | | | | | 259 | 12 | 259 | 20 | |
| Verdu, Michael | | | | | | | | | | | | 261 | 8 | 261 | 12 | |
| Verdu, Michael | | | | | | 261 | 25 | 262 | 10 | | DI | | | | | |
| Verdu, Michael | | | | | | 265 | 11 | 265 | 19 | | | 266 | 10 | 266 | 23 | |
| Lululemon (Lange, Olivia) | 7 | 9 | 9 | 10 | | | | | | | | | | | | |
| Lululemon (Lange, Olivia) | 9 | 18 | 9 | 20 | | | | | | | | | | | | |
| Lululemon (Lange, Olivia) | 10 | 14 | 10 | 16 | | | | | | | | | | | | |
| Lululemon (Lange, Olivia) | 12 | 16 | 13 | 9 | | | | | | | | | | | | |
| Lululemon (Lange, Olivia) | 28 | 21 | 29 | 2 | | 25 | 5 | 26 | 4 | | | 26 | 5 | 26 | 7 | |
| Lululemon (Lange, Olivia) | 38 | 5 | 39 | 1 | | 84 | 21 | 84 | 22 | | | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 85 | 4 | 85 | 6 | | | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 85 | 17 | 85 | 20 | | V; LF | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 86 | 3 | 86 | 4 | | | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 86 | 6 | 86 | 8 | | V | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 87 | 3 | 87 | 5 | | | | | | | |
| Lululemon (Lange, Olivia) | 47 | 18 | 47 | 22 | | | | | | | | | | | | |
| Lululemon (Lange, Olivia) | 48 | 3 | 48 | 3 | | 48 | 19 | 49 | 6 | | | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 49 | 9 | 49 | 9 | | | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 49 | 11 | 49 | 15 | | | 49 | 16 | 50 | 6 | |
| Lululemon (Lange, Olivia) | | | | | | | | | | | | 50 | 8 | 50 | 8 | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD**
**Plaintiff FTC's Deposition Designations**

| Transcript | FTC's Initial Designations | | | | | Defendants' Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Lululemon (Lange, Olivia) | 54 | 13 | 55 | 12 | | 53 | 14 | 53 | 19 | As to 54:13-54:16 | | | | | | |
| Lululemon (Lange, Olivia) | 56 | 10 | 56 | 15 | | | | | | | | | | | | |
| Lululemon (Lange, Olivia) | 57 | 9 | 57 | 11 | | 84 | 21 | 84 | 22 | | | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 85 | 4 | 85 | 6 | | | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 85 | 17 | 85 | 20 | | V; LF | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 86 | 3 | 86 | 4 | | | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 86 | 6 | 86 | 8 | | V | | | | | |
| Lululemon (Lange, Olivia) | | | | | | 87 | 3 | 87 | 5 | | | | | | | |
| Lululemon (Lange, Olivia) | 88 | 13 | 88 | 16 | | 25 | 5 | 26 | 4 | | | 26 | 5 | 26 | 7 | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Objection Key**

| Objection | Code |
|---|---|
| Argumentative | A |
| Attorney commentary/exchange | AC |
| Asked and answered | AA |
| Assumes facts not in evidence | AF |
| Best evidence rule | BE |
| Compound/Overbroad | CD |
| Calls for Narrative | CN |
| Designation incomplete; incomprehensible | DI |
| Hearsay | H |
| Improper use of inadmissible document | ID |
| Incomplete hypothetical | IH |
| Calls for a legal conclusion | LC |
| Lacks foundation | LF |
| Subject to the court's ruling on or a pending motion in limine | MIL |
| Misstates prior testimony (mischaracterization) | MT |
| Non-responsive answer | NR |
| Outside of the scope of affirmative designation (for counter and completeness designations) | S |
| Outside of the scope of the Rule 30(b)(6) deposition topics | 30(b)(6) |
| Untimely | U |
| Vague and ambiguous | V |
| Relevance | FRE 401 |
| Unduly prejudicial, confusing, misleading, delay, waste of time, or cumulative | FRE 403 |
| Privileged | FRE 501 |
| Lack of personal knowledge; calls for speculation | FRE 602 |
| Leading | FRE 611 |
| Improper opinion by lay witness | FRE 701 |