**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Defendants' Deposition Designations**

| | Defendants' Initial Designations | | | | | | FTC's Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Transcript | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Beck, Jaroslav | 10 | 8 | 10 | 10 | | | | | | | | | | | | | |
| Beck, Jaroslav | 14 | 18 | 15 | 2 | | | | | | | | | | | | | |
| Beck, Jaroslav | 15 | 21 | 16 | 7 | | | | | | | | | | | | | |
| Beck, Jaroslav | 22 | 13 | 24 | 7 | | | | | | | | | | | | | |
| Beck, Jaroslav | 24 | 9 | 24 | 18 | | | 24 | 19 | 25 | 11 | | DI | 25 | 12 | 25 | 14 | |
| Beck, Jaroslav | 29 | 4 | 29 | 8 | | | | | | | | | | | | | |
| Beck, Jaroslav | 29 | 10 | 29 | 11 | | | | | | | | | | | | | |
| Beck, Jaroslav | 42 | 18 | 43 | 3 | | DI | 34 | 15 | 35 | 2 | | | 35 | 24 | 36 | 6 | |
| Beck, Jaroslav | | | | | | | | | | | | | 36 | 13 | 36 | 14 | |
| Beck, Jaroslav | | | | | | | 41 | 14 | 42 | 2 | | DI | 42 | 3 | 42 | 7 | |
| Beck, Jaroslav | | | | | | | | | | | | | 42 | 10 | 42 | 17 | |
| Beck, Jaroslav | 43 | 5 | 43 | 7 | | | | | | | | | | | | | |
| Beck, Jaroslav | 43 | 9 | 43 | 25 | | | | | | | | | | | | | |
| Beck, Jaroslav | 48 | 5 | 48 | 16 | | | | | | | | | | | | | |
| Beck, Jaroslav | 48 | 18 | 48 | 23 | | | | | | | | | | | | | |
| Beck, Jaroslav | 48 | 25 | 49 | 2 | | | 49 | 3 | 49 | 9 | | | | | | | |
| Beck, Jaroslav | | | | | | | 49 | 11 | 49 | 22 | | | | | | | |
| Beck, Jaroslav | | | | | | | 49 | 24 | 50 | 9 | | | | | | | |
| Beck, Jaroslav | | | | | | | 50 | 11 | 50 | 12 | | | | | | | |
| Beck, Jaroslav | 52 | 13 | 52 | 24 | | | | | | | | | | | | | |
| Beck, Jaroslav | 64 | 23 | 66 | 24 | | | | | | | | | | | | | |
| Beck, Jaroslav | 67 | 1 | 67 | 3 | | | | | | | | | | | | | |
| Beck, Jaroslav | 69 | 17 | 69 | 21 | | | | | | | | | | | | | |
| Beck, Jaroslav | 69 | 23 | 70 | 2 | | | | | | | | | | | | | |
| Beck, Jaroslav | 70 | 4 | 71 | 4 | | | | | | | | | | | | | |
| Beck, Jaroslav | 71 | 7 | 71 | 13 | | | | | | | | | | | | | |
| Beck, Jaroslav | 71 | 15 | 71 | 22 | | | | | | | | | | | | | |
| Beck, Jaroslav | 72 | 6 | 72 | 8 | | | | | | | | | | | | | |
| Beck, Jaroslav | 72 | 10 | 72 | 11 | | | | | | | | | | | | | |
| Beck, Jaroslav | 75 | 9 | 75 | 14 | | | | | | | | | | | | | |
| Beck, Jaroslav | 75 | 16 | 75 | 21 | | | | | | | | | | | | | |
| Beck, Jaroslav | 75 | 23 | 76 | 9 | | | | | | | | | | | | | |
| Beck, Jaroslav | 76 | 11 | 76 | 17 | | | | | | | | | | | | | |
| Beck, Jaroslav | 76 | 20 | 76 | 25 | | | | | | | | | | | | | |
| Beck, Jaroslav | 78 | 6 | 78 | 17 | | | 77 | 3 | 78 | 5 | | | | | | | |
| Beck, Jaroslav | 79 | 15 | 79 | 16 | | | | | | | | | | | | | |
| Beck, Jaroslav | 79 | 18 | 80 | 1 | | | | | | | | | | | | | |
| Beck, Jaroslav | 90 | 17 | 91 | 18 | | | | | | | | | | | | | |
| Beck, Jaroslav | 103 | 7 | 103 | 24 | | | | | | | | | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Defendants' Deposition Designations

| Transcript | Defendants' Initial Designations ||||| | FTC's Counter-designations ||||| | Completeness Designations |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Beck, Jaroslav | 104 | 3 | 104 | 6 | | | | | | | | | | | | | |
| Beck, Jaroslav | 104 | 8 | 104 | 15 | | | | | | | | | | | | | |
| Beck, Jaroslav | 105 | 17 | 105 | 18 | | | | | | | | | | | | | |
| Beck, Jaroslav | 106 | 1 | 106 | 5 | | | | | | | | | | | | | |
| Beck, Jaroslav | 106 | 7 | 106 | 18 | | | | | | | | | | | | | |
| Beck, Jaroslav | 106 | 20 | 107 | 16 | | | | | | | | | | | | | |
| Beck, Jaroslav | 107 | 19 | 107 | 20 | | | | | | | | | | | | | |
| Beck, Jaroslav | 115 | 14 | 115 | 16 | | | | | | | | | | | | | |
| Beck, Jaroslav | 115 | 19 | 115 | 24 | | | | | | | | | | | | | |
| Beck, Jaroslav | 116 | 10 | 117 | 1 | | | | | | | | | | | | | |
| Beck, Jaroslav | 123 | 18 | 124 | 9 | | DI | 120 | 18 | 120 | 21 | | | | | | | |
| Beck, Jaroslav | | | | | | | 121 | 8 | 121 | 21 | | | | | | | |
| Beck, Jaroslav | 124 | 11 | 124 | 18 | | | | | | | | | | | | | |
| Beck, Jaroslav | 124 | 20 | 124 | 21 | | | | | | | | | | | | | |
| Beck, Jaroslav | 127 | 18 | 128 | 14 | | DI | 128 | 15 | 129 | 10 | | | | | | | |
| Beck, Jaroslav | 129 | 11 | 129 | 14 | | | | | | | | | | | | | |
| Beck, Jaroslav | 129 | 16 | 130 | 14 | | | | | | | | | | | | | |
| Beck, Jaroslav | 130 | 17 | 130 | 18 | | | | | | | | | | | | | |
| Beck, Jaroslav | 139 | 9 | 139 | 10 | | | | | | | | | | | | | |
| Beck, Jaroslav | 139 | 12 | 140 | 2 | | | | | | | | | | | | | |
| Beck, Jaroslav | 140 | 6 | 140 | 9 | | | | | | | | | | | | | |
| Beck, Jaroslav | 140 | 12 | 140 | 24 | | | | | | | | | | | | | |
| Beck, Jaroslav | 141 | 1 | 141 | 8 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 9 | 4 | 9 | 13 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 9 | 16 | 9 | 22 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 10 | 9 | 10 | 14 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 12 | 17 | 13 | 3 | | | 68 | 21 | 70 | 6 | | | 70 | 7 | 70 | 12 | |
| ByteDance (Choate, Bryan) | 13 | 9 | 13 | 14 | | | 68 | 21 | 70 | 6 | | | 70 | 7 | 70 | 12 | |
| ByteDance (Choate, Bryan) | 13 | 17 | 13 | 17 | | | 68 | 21 | 70 | 6 | | | 70 | 7 | 70 | 12 | |
| ByteDance (Choate, Bryan) | 13 | 19 | 14 | 2 | | | 68 | 21 | 70 | 6 | | | 70 | 7 | 70 | 12 | |
| ByteDance (Choate, Bryan) | 14 | 4 | 14 | 4 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 14 | 8 | 14 | 11 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 14 | 19 | 14 | 19 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 14 | 21 | 15 | 1 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 15 | 3 | 15 | 8 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 15 | 20 | 17 | 1 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 17 | 20 | 18 | 6 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 18 | 22 | 19 | 3 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 21 | 9 | 21 | 15 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 22 | 22 | 23 | 3 | | | | | | | | | | | | | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Defendants' Deposition Designations**

| Transcript | Defendants' Initial Designations ||||| | FTC's Counter-designations ||||| | Completeness Designations |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| ByteDance (Choate, Bryan) | 23 | 4 | 23 | 9 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 24 | 11 | 24 | 15 | | | 24 | 16 | 24 | 18 | | | | | | | |
| ByteDance (Choate, Bryan) | 28 | 19 | 29 | 8 | | | 92 | 5 | 94 | 11 | | | | | | | |
| ByteDance (Choate, Bryan) | 29 | 9 | 29 | 11 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 29 | 17 | 29 | 18 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 29 | 21 | 30 | 7 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 31 | 10 | 31 | 20 | | | 89 | 20 | 89 | 21 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 90 | 1 | 90 | 2 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 90 | 4 | 90 | 5 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 90 | 7 | 90 | 7 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 90 | 9 | 90 | 10 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 90 | 12 | 90 | 12 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 90 | 14 | 90 | 15 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 90 | 19 | 90 | 19 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 90 | 21 | 91 | 4 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 91 | 9 | 91 | 16 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 91 | 20 | 91 | 20 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 91 | 22 | 92 | 1 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 92 | 3 | 92 | 4 | | | | | | | |
| ByteDance (Choate, Bryan) | 33 | 2 | 33 | 4 | | | 102 | 4 | 102 | 7 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 102 | 9 | 102 | 9 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 102 | 11 | 102 | 14 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 102 | 16 | 102 | 20 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 103 | 2 | 103 | 8 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 103 | 10 | 103 | 15 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 103 | 17 | 103 | 20 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 103 | 22 | 104 | 4 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 104 | 6 | 104 | 6 | | | | | | | |
| ByteDance (Choate, Bryan) | 33 | 6 | 33 | 6 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 33 | 12 | 33 | 17 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 35 | 4 | 35 | 12 | | | 74 | 15 | 74 | 22 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 78 | 18 | 79 | 9 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 79 | 12 | 79 | 15 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 79 | 17 | 79 | 19 | | | | | | | |
| ByteDance (Choate, Bryan) | | | | | | | 80 | 3 | 80 | 7 | | | | | | | |
| ByteDance (Choate, Bryan) | 36 | 16 | 37 | 1 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 37 | 5 | 37 | 9 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 37 | 11 | 37 | 20 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 39 | 2 | 39 | 5 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 39 | 10 | 39 | 16 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 39 | 22 | 40 | 4 | | | | | | | | | | | | | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Defendants' Deposition Designations**

| Transcript | Defendants' Initial Designations | | | | | | FTC's Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| ByteDance (Choate, Bryan) | 40 | 13 | 40 | 16 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 40 | 21 | 40 | 22 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 41 | 2 | 41 | 4 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 41 | 7 | 41 | 9 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 42 | 5 | 42 | 6 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 42 | 8 | 42 | 8 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 42 | 10 | 42 | 12 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 42 | 15 | 42 | 17 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 42 | 19 | 42 | 21 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 43 | 22 | 44 | 2 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 44 | 7 | 45 | 1 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 45 | 4 | 45 | 19 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 52 | 22 | 53 | 3 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 53 | 5 | 53 | 10 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 53 | 12 | 53 | 12 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 53 | 14 | 54 | 10 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 54 | 13 | 54 | 15 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 54 | 17 | 54 | 19 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 54 | 21 | 54 | 22 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 55 | 2 | 55 | 4 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 55 | 6 | 56 | 3 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 56 | 5 | 56 | 12 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 56 | 16 | 56 | 16 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 57 | 5 | 57 | 7 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 57 | 9 | 57 | 9 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 57 | 11 | 57 | 17 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 59 | 9 | 59 | 11 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 59 | 13 | 59 | 14 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 60 | 10 | 60 | 11 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 60 | 15 | 60 | 20 | | | | | | | | | | | | | |
| ByteDance (Choate, Bryan) | 66 | 2 | 66 | 4 | | | 68 | 21 | 70 | 6 | | | | | | | |
| ByteDance (Choate, Bryan) | 66 | 6 | 66 | 6 | | | 68 | 21 | 70 | 6 | | | | | | | |
| ByteDance (Choate, Bryan) | 66 | 8 | 66 | 9 | | | 68 | 21 | 70 | 6 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 9 | 16 | 9 | 20 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 12 | 13 | 13 | 3 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 15 | 5 | 15 | 7 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 16 | 11 | 16 | 13 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 16 | 14 | 16 | 18 | | | 17 | 8 | 17 | 10 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 17 | 14 | 19 | 5 | | | 19 | 6 | 20 | 4 | |
| Odders Lab (Garcia, Jaime) | 20 | 5 | 20 | 11 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 25 | 12 | 26 | 9 | | | 24 | 22 | 25 | 8 | | | | | | | |

Dated:  December 6, 2022                                    Page 4 of 14

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Defendants' Deposition Designations**

| Transcript | Defendants' Initial Designations | | | | | | FTC's Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Odders Lab (Garcia, Jaime) | 26 | 18 | 27 | 4 | | | 27 | 5 | 28 | 6 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 28 | 7 | 28 | 16 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 29 | 5 | 29 | 6 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 29 | 8 | 29 | 11 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 29 | 13 | 29 | 15 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 29 | 16 | 30 | 21 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 31 | 3 | 31 | 4 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 31 | 6 | 31 | 6 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 31 | 14 | 31 | 16 | | V | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 31 | 18 | 31 | 18 | | V | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 31 | 20 | 32 | 16 | | FRE 602, LF - lines 32:14 to 32:16 | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 32 | 19 | 33 | 7 | | FRE 602, LF - lines 32:14 to 32:16 | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 33 | 16 | 34 | 2 | | | 33 | 9 | 33 | 15 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 33 | 16 | 34 | 6 | | | 33 | 9 | 33 | 15 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 34 | 3 | 34 | 6 | | | 33 | 9 | 33 | 15 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 41 | 19 | 41 | 20 | | | 36 | 2 | 36 | 15 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 36 | 18 | 37 | 10 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 37 | 12 | 37 | 18 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 37 | 21 | 40 | 1 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 42 | 1 | 42 | 1 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 42 | 3 | 42 | 14 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 43 | 7 | 43 | 9 | | | 42 | 15 | 43 | 6 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 43 | 11 | 43 | 11 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 43 | 13 | 43 | 15 | | FRE 602, LF, V | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 43 | 18 | 43 | 18 | | FRE 602, LF, V | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 43 | 20 | 44 | 1 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 44 | 16 | 44 | 18 | Beginning at "does" | | 44 | 2 | 44 | 15 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 44 | 20 | 44 | 20 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 44 | 22 | 45 | 1 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 45 | 3 | 45 | 3 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 45 | 5 | 46 | 8 | | FRE 602, LF, V - lines 46:5 to 46:8 | | | | | | | | | | | |

Dated: December 6, 2022                                         Page 5 of 14

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Defendants' Deposition Designations

| Transcript | Defendants' Initial Designations ||||| Objections | FTC's Counter-designations ||||| Objections | Completeness Designations |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Odders Lab (Garcia, Jaime) | 46 | 11 | 46 | 16 | | FRE 602, LF, V - lines 46:11 to 46:14 (ending with "OhShape") | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 46 | 18 | 47 | 5 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 49 | 17 | 49 | 18 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 49 | 20 | 51 | 13 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 51 | 15 | 51 | 17 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 52 | 4 | 52 | 19 | | | 52 | 21 | 52 | 22 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 53 | 2 | 55 | 4 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 55 | 22 | 56 | 1 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 56 | 4 | 56 | 4 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 56 | 6 | 56 | 14 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 56 | 16 | 56 | 16 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 56 | 18 | 56 | 19 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 56 | 21 | 57 | 2 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 57 | 4 | 57 | 5 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 57 | 8 | 57 | 12 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 57 | 14 | 57 | 22 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 58 | 3 | 58 | 9 | | | 58 | 11 | 58 | 13 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 58 | 15 | 58 | 16 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 59 | 8 | 59 | 9 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 59 | 12 | 59 | 16 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 60 | 3 | 60 | 6 | | | 60 | 7 | 60 | 16 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 60 | 19 | 60 | 20 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 61 | 1 | 61 | 4 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 61 | 15 | 63 | 11 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 63 | 14 | 63 | 14 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 63 | 20 | 63 | 22 | | FRE 602 | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 64 | 3 | 64 | 3 | | FRE 602 | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 64 | 5 | 64 | 5 | | FRE 602 | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 64 | 6 | 64 | 14 | | FRE 602 | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 64 | 15 | 64 | 21 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 65 | 4 | 65 | 5 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 65 | 8 | 65 | 18 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 65 | 20 | 65 | 21 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 66 | 2 | 66 | 6 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 66 | 8 | 66 | 15 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 66 | 21 | 67 | 2 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 67 | 5 | 67 | 11 | | | | | | | | | | | | | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Defendants' Deposition Designations**

| Transcript | Defendants' Initial Designations ||||| | FTC's Counter-designations ||||| | Completeness Designations |||||
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Odders Lab (Garcia, Jaime) | 67 | 15 | 67 | 16 | | FRE 602 | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 67 | 19 | 67 | 20 | | FRE 602 | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 69 | 19 | 69 | 21 | | FRE 602 | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 70 | 2 | 70 | 21 | | FRE 602 | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 71 | 3 | 71 | 8 | | | 71 | 13 | 71 | 22 | | | 72 | 1 | 72 | 6 | |
| Odders Lab (Garcia, Jaime) | 71 | 11 | 71 | 11 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 72 | 8 | 72 | 9 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 72 | 12 | 73 | 7 | | | 73 | 9 | 74 | 12 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 74 | 13 | 74 | 16 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 75 | 11 | 76 | 3 | Beginning at "is" | | 85 | 21 | 88 | 9 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 88 | 11 | 88 | 17 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 88 | 19 | 89 | 18 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 89 | 20 | 89 | 20 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 91 | 2 | 91 | 4 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 91 | 6 | 91 | 6 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 96 | 18 | 96 | 20 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 102 | 19 | 102 | 21 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 103 | 1 | 103 | 8 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 103 | 11 | 103 | 19 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 103 | 21 | 107 | 2 | | S - lines 103:21 to 104:11 | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 108 | 3 | 108 | 9 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | 111 | 16 | 113 | 1 | Beginning at "Do" | | 113 | 2 | 113 | 15 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 117 | 11 | 117 | 17 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 118 | 9 | 120 | 19 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | 123 | 5 | 123 | 18 | Beginning at "you" | | 125 | 4 | 127 | 20 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 127 | 22 | 127 | 22 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 131 | 16 | 132 | 3 | Beginning with "Odders" | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 135 | 9 | 135 | 11 | Beginning with "Odders" | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 135 | 13 | 135 | 19 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 135 | 21 | 136 | 4 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 136 | 6 | 136 | 6 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 136 | 20 | 136 | 22 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 137 | 2 | 137 | 6 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 137 | 8 | 138 | 10 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 138 | 13 | 138 | 14 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 139 | 6 | 142 | 1 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 143 | 5 | 143 | 7 | | S | | | | | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Defendants' Deposition Designations**

| Transcript | Defendants' Initial Designations ||||| | FTC's Counter-designations ||||| | Completeness Designations |||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Odders Lab (Garcia, Jaime) | | | | | | | 144 | 3 | 148 | 1 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 153 | 8 | 154 | 18 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 154 | 20 | 154 | 21 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 155 | 17 | 156 | 17 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 157 | 2 | 158 | 7 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 158 | 9 | 161 | 2 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 164 | 5 | 164 | 9 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 164 | 11 | 165 | 9 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 170 | 12 | 171 | 1 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | 171 | 21 | 174 | 20 | Beginning at "let's go" | | 174 | 21 | 175 | 2 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 175 | 20 | 177 | 6 | Beginning with "So" | | 177 | 7 | 177 | 8 | |
| Odders Lab (Garcia, Jaime) | | | | | | | | | | | | | 177 | 10 | 177 | 11 | |
| Odders Lab (Garcia, Jaime) | | | | | | | 177 | 13 | 178 | 19 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 180 | 16 | 184 | 4 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 184 | 6 | 185 | 9 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 185 | 11 | 185 | 21 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 186 | 1 | 186 | 20 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 187 | 2 | 187 | 13 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 187 | 15 | 187 | 18 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 187 | 20 | 188 | 12 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 188 | 14 | 189 | 16 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 195 | 6 | 195 | 9 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 195 | 13 | 195 | 16 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 200 | 22 | 201 | 3 | Beginning with "Prior" | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 204 | 3 | 204 | 6 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 204 | 8 | 204 | 12 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 204 | 14 | 204 | 19 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 204 | 21 | 204 | 21 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 208 | 5 | 208 | 19 | Beginning with "Let's" | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 208 | 21 | 209 | 10 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 214 | 20 | 215 | 13 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | 220 | 16 | 223 | 4 | | | 223 | 5 | 223 | 11 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 223 | 13 | 223 | 13 | | | | | | | |
| Odders Lab (Garcia, Jaime) | 223 | 15 | 224 | 2 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 227 | 20 | 228 | 22 | Beginning at "what" | | 229 | 14 | 229 | 19 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 229 | 21 | 230 | 9 | | | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Defendants' Deposition Designations

| Transcript | Defendants' Initial Designations ||||| Objections | FTC's Counter-designations ||||| Objections | Completeness Designations |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Odders Lab (Garcia, Jaime) | 230 | 11 | 231 | 1 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 231 | 3 | 231 | 6 | | | 235 | 2 | 235 | 4 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 235 | 6 | 235 | 15 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 238 | 15 | 239 | 5 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 239 | 7 | 240 | 5 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 240 | 7 | 240 | 17 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 240 | 19 | 241 | 8 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 241 | 10 | 242 | 1 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 242 | 3 | 242 | 9 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 242 | 11 | 242 | 22 | | S, MT - lines 242:17-22 | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 243 | 3 | 244 | 9 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 244 | 13 | 244 | 15 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | 244 | 18 | 244 | 19 | | | | | | | | | | | | | |
| Odders Lab (Garcia, Jaime) | 245 | 5 | 246 | 3 | | | 248 | 2 | 249 | 5 | | | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 250 | 5 | 250 | 6 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 250 | 8 | 250 | 9 | | S | | | | | |
| Odders Lab (Garcia, Jaime) | | | | | | | 273 | 19 | 274 | 10 | | S | | | | | |
| Sony (Wyss, Rafael) | 8 | 9 | 9 | 12 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 10 | 3 | 11 | 4 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 14 | 1 | 14 | 3 | | | 82 | 19 | 83 | 2 | | | 80 | 3 | 80 | 4 | Start with "Can," end with "Page 015" |
| Sony (Wyss, Rafael) | | | | | | | | | | | | | 82 | 3 | 82 | 5 | Start with "And" |
| Sony (Wyss, Rafael) | | | | | | | | | | | | | 82 | 14 | 82 | 18 | |
| Sony (Wyss, Rafael) | | | | | | | 84 | 14 | 84 | 20 | | | | | | | |
| Sony (Wyss, Rafael) | | | | | | | 85 | 1 | 85 | 4 | | | | | | | |
| Sony (Wyss, Rafael) | | | | | | | 85 | 10 | 85 | 14 | | | | | | | |
| Sony (Wyss, Rafael) | 19 | 20 | 19 | 21 | | V | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 20 | 1 | 20 | 14 | | | 55 | 7 | 55 | 8 | | | 34 | 10 | 34 | 15 | |
| Sony (Wyss, Rafael) | | | | | | | 55 | 11 | 57 | 3 | | | | | | | |
| Sony (Wyss, Rafael) | | | | | | | 70 | 7 | 70 | 16 | | | | | | | |
| Sony (Wyss, Rafael) | | | | | | | 87 | 15 | 87 | 15 | | | | | | | |
| Sony (Wyss, Rafael) | | | | | | | 88 | 5 | 88 | 6 | | | | | | | |
| Sony (Wyss, Rafael) | | | | | | | 88 | 9 | 88 | 9 | | | 88 | 10 | 88 | 15 | |
| Sony (Wyss, Rafael) | | | | | | | 90 | 22 | 91 | 12 | | FRE 602; LF; V | | | | | |
| Sony (Wyss, Rafael) | | | | | | | 91 | 14 | 92 | 7 | | FRE 602; LF; V | | | | | |
| Sony (Wyss, Rafael) | | | | | | | 92 | 11 | 92 | 15 | | FRE 602; LF; V | | | | | |
| Sony (Wyss, Rafael) | 21 | 12 | 21 | 13 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 21 | 15 | 21 | 19 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 23 | 19 | 23 | 22 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 24 | 1 | 24 | 3 | | | | | | | | | | | | | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Defendants' Deposition Designations**

| Transcript | Defendants' Initial Designations | | | | | | FTC's Counter-designations | | | | | | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Sony (Wyss, Rafael) | 24 | 5 | 24 | 13 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 24 | 16 | 25 | 1 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 25 | 10 | 26 | 3 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 32 | 10 | 32 | 13 | | V | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 32 | 16 | 34 | 9 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 34 | 10 | 34 | 15 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 35 | 5 | 35 | 7 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 35 | 9 | 35 | 11 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 37 | 3 | 37 | 5 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 37 | 9 | 38 | 6 | | | 38 | 11 | 39 | 19 | | | | | | | |
| Sony (Wyss, Rafael) | 39 | 20 | 40 | 6 | | | 70 | 7 | 70 | 16 | | | | | | | |
| Sony (Wyss, Rafael) | | | | | | | 75 | 2 | 75 | 3 | | | | | | | |
| Sony (Wyss, Rafael) | | | | | | | 75 | 9 | 75 | 19 | | | | | | | |
| Sony (Wyss, Rafael) | 40 | 9 | 40 | 22 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 41 | 1 | 41 | 4 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 41 | 7 | 42 | 7 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 43 | 1 | 43 | 3 | | V | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 43 | 6 | 43 | 6 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 43 | 8 | 44 | 1 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 44 | 2 | 45 | 21 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 57 | 19 | 57 | 20 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 57 | 22 | 58 | 11 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 58 | 14 | 59 | 2 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 59 | 5 | 59 | 18 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 59 | 21 | 60 | 14 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 76 | 1 | 76 | 2 | | | | | | | | | | | | | |
| Sony (Wyss, Rafael) | 76 | 4 | 76 | 10 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 6 | 22 | 7 | 7 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 13 | 15 | 13 | 16 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 13 | 18 | 13 | 18 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 13 | 20 | 14 | 4 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 16 | 16 | 16 | 17 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 16 | 20 | 16 | 22 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 25 | 4 | 25 | 5 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 25 | 7 | 25 | 10 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 25 | 22 | 26 | 1 | | | 26 | 2 | 27 | 9 | | | | | | | |
| Valve (Cain, Jeff) | 27 | 16 | 28 | 11 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 29 | 5 | 29 | 7 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 29 | 9 | 29 | 9 | | | 79 | 9 | 80 | 10 | | | | | | | |
| Valve (Cain, Jeff) | | | | | | | 66 | 4 | 66 | 5 | | | | | | | |
| Valve (Cain, Jeff) | | | | | | | 66 | 21 | 67 | 11 | | | 70 | 10 | 70 | 12 | |

Dated: December 6, 2022

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Defendants' Deposition Designations

| Transcript | Defendants' Initial Designations ||||| Objections | FTC's Counter-designations ||||| Objections | Completeness Designations |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| Valve (Cain, Jeff) | | | | | | | | | | | | | 70 | 16 | 71 | 5 | |
| Valve (Cain, Jeff) | 29 | 11 | 30 | 20 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 31 | 5 | 31 | 7 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 31 | 9 | 31 | 11 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 41 | 4 | 41 | 5 | | V | | | | | | | | | | | |
| Valve (Cain, Jeff) | 41 | 8 | 41 | 13 | | V, CD | | | | | | | | | | | |
| Valve (Cain, Jeff) | 41 | 15 | 41 | 20 | | FRE 602 | | | | | | | | | | | |
| Valve (Cain, Jeff) | 41 | 22 | 42 | 10 | | FRE 602 | 98 | 21 | 99 | 2 | Beginning at "Do" | | | | | | |
| Valve (Cain, Jeff) | 48 | 15 | 48 | 17 | | FRE 602 | | | | | | | | | | | |
| Valve (Cain, Jeff) | 48 | 21 | 48 | 21 | | FRE 602 | | | | | | | | | | | |
| Valve (Cain, Jeff) | 49 | 1 | 49 | 3 | | FRE 602 | | | | | | | | | | | |
| Valve (Cain, Jeff) | 64 | 1 | 64 | 3 | | V, IH, FRE 602 | | | | | | | | | | | |
| Valve (Cain, Jeff) | 64 | 8 | 64 | 15 | | V, IH, FRE 602 | | | | | | | | | | | |
| Valve (Cain, Jeff) | 104 | 13 | 104 | 17 | | IH, FRE 602 | | | | | | | | | | | |
| Valve (Cain, Jeff) | 104 | 21 | 104 | 21 | | IH, FRE 602 | | | | | | | | | | | |
| Valve (Cain, Jeff) | 105 | 1 | 105 | 7 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 106 | 2 | 106 | 4 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 106 | 6 | 106 | 10 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 106 | 15 | 106 | 16 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 106 | 20 | 107 | 3 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 107 | 7 | 107 | 7 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 107 | 9 | 107 | 11 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 107 | 15 | 107 | 20 | | | | | | | | | | | | | |
| Valve (Cain, Jeff) | 107 | 22 | 108 | 2 | | | 108 | 6 | 109 | 12 | | | 110 | 3 | 110 | 7 | |
| Valve (Cain, Jeff) | | | | | | | 109 | 14 | 109 | 17 | | | | | | | |
| Valve (Cain, Jeff) | 110 | 3 | 110 | 7 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 6 | 16 | 7 | 13 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 9 | 15 | 9 | 19 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 9 | 21 | 10 | 11 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 10 | 13 | 10 | 14 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 10 | 16 | 11 | 6 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 12 | 5 | 12 | 14 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 13 | 7 | 16 | 10 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 16 | 12 | 17 | 11 | | | 17 | 13 | 18 | 5 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 19 | 3 | 20 | 17 | | | 20 | 18 | 20 | 19 | |
| VirZoom (Janszen, Eric) | | | | | | | | | | | | | 20 | 21 | 21 | 12 | |
| VirZoom (Janszen, Eric) | | | | | | | 21 | 17 | 22 | 11 | | | | | | | |
| VirZoom (Janszen, Eric) | 22 | 18 | 23 | 3 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 23 | 5 | 24 | 8 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 24 | 11 | 24 | 21 | Beginning at "And" | | | | | | | | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Defendants' Deposition Designations

| Transcript | Defendants' Initial Designations | | | | | Objections | FTC's Counter-designations | | | | | Objections | Completeness Designations | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| VirZoom (Janszen, Eric) | 25 | 1 | 27 | 20 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 29 | 7 | 30 | 1 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 30 | 3 | 31 | 18 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 31 | 20 | 33 | 22 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 34 | 2 | 34 | 16 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 34 | 18 | 36 | 9 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 36 | 20 | 38 | 6 | | | 38 | 7 | 38 | 9 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 40 | 13 | 45 | 13 | | | | | | | |
| VirZoom (Janszen, Eric) | 45 | 18 | 46 | 5 | | | 46 | 6 | 46 | 10 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 46 | 16 | 48 | 14 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 48 | 16 | 49 | 10 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 49 | 12 | 49 | 19 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 49 | 21 | 49 | 22 | | | 101 | 6 | 101 | 16 | |
| VirZoom (Janszen, Eric) | | | | | | | 52 | 19 | 53 | 6 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 53 | 12 | 55 | 11 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 55 | 13 | 56 | 6 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 56 | 8 | 56 | 16 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 56 | 18 | 56 | 21 | | | 57 | 17 | 57 | 21 | |
| VirZoom (Janszen, Eric) | | | | | | | 58 | 7 | 58 | 16 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 58 | 18 | 59 | 17 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 64 | 1 | 64 | 19 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 68 | 7 | 68 | 22 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 72 | 19 | 73 | 7 | | | 73 | 15 | 73 | 17 | |
| VirZoom (Janszen, Eric) | | | | | | | | | | | | | 73 | 19 | 74 | 2 | |
| VirZoom (Janszen, Eric) | | | | | | | 74 | 4 | 74 | 14 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 82 | 5 | 82 | 13 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 83 | 21 | 84 | 6 | | | 84 | 7 | 84 | 10 | |
| VirZoom (Janszen, Eric) | | | | | | | | | | | | | 84 | 19 | 85 | 4 | |
| VirZoom (Janszen, Eric) | | | | | | | 87 | 12 | 87 | 15 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 87 | 17 | 88 | 6 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 88 | 10 | 88 | 16 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 89 | 5 | 89 | 7 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 89 | 9 | 89 | 14 | | | 89 | 15 | 90 | 2 | |
| VirZoom (Janszen, Eric) | | | | | | | | | | | | | 90 | 8 | 90 | 14 | |
| VirZoom (Janszen, Eric) | | | | | | | 90 | 15 | 90 | 19 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 91 | 5 | 91 | 16 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 91 | 20 | 92 | 7 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 92 | 9 | 92 | 22 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 93 | 2 | 93 | 10 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 96 | 2 | 96 | 19 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 97 | 11 | 99 | 3 | | | | | | | |

Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,
Defendants' Deposition Designations

| Transcript | Defendants' Initial Designations ||||| | FTC's Counter-designations ||||| | Completeness Designations |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) | Objections | Begin Page | Begin Line | End Page | End Line | Notes (partial line designations) |
| VirZoom (Janszen, Eric) | 100 | 2 | 100 | 3 | | | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 100 | 7 | 101 | 4 | | | 108 | 16 | 108 | 19 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 108 | 22 | 109 | 6 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 109 | 8 | 109 | 17 | | | | | | | |
| VirZoom (Janszen, Eric) | 109 | 19 | 111 | 2 | | | 111 | 3 | 112 | 22 | | | 113 | 1 | 113 | 4 | |
| VirZoom (Janszen, Eric) | 114 | 9 | 115 | 7 | | | 115 | 8 | 115 | 16 | | | 116 | 9 | 116 | 17 | |
| VirZoom (Janszen, Eric) | | | | | | | 117 | 3 | 117 | 17 | | | 117 | 18 | 117 | 22 | |
| VirZoom (Janszen, Eric) | | | | | | | | | | | | | 118 | 3 | 118 | 9 | |
| VirZoom (Janszen, Eric) | | | | | | | 120 | 7 | 121 | 4 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 121 | 7 | 121 | 12 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 121 | 17 | 121 | 17 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 124 | 16 | 125 | 2 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 125 | 21 | 127 | 3 | | | 127 | 16 | 117 | 18 | |
| VirZoom (Janszen, Eric) | | | | | | | | | | | | | 127 | 20 | 128 | 1 | |
| VirZoom (Janszen, Eric) | | | | | | | 128 | 15 | 128 | 16 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 128 | 18 | 128 | 19 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 132 | 1 | 132 | 3 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 132 | 20 | 134 | 5 | | | 134 | 6 | 134 | 9 | |
| VirZoom (Janszen, Eric) | | | | | | | 135 | 15 | 136 | 1 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 136 | 3 | 136 | 13 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 140 | 13 | 140 | 15 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 140 | 17 | 140 | 22 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 141 | 4 | 141 | 8 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 141 | 10 | 141 | 15 | | | | | | | |
| VirZoom (Janszen, Eric) | | | | | | | 142 | 1 | 142 | 6 | | | | | | | |
| VirZoom (Janszen, Eric) | 143 | 4 | 143 | 15 | | CD, V | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 143 | 17 | 144 | 6 | | CD, V | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 144 | 8 | 144 | 17 | | CD, V | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 144 | 19 | 146 | 15 | | CD, V | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 146 | 18 | 147 | 1 | | V | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 147 | 4 | 147 | 4 | | V | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 147 | 16 | 148 | 7 | | CD, V | | | | | | | | | | | |
| VirZoom (Janszen, Eric) | 148 | 9 | 148 | 19 | | CD, V | | | | | | | | | | | |

**Federal Trade Commission v. Meta Platforms, Inc., No. 5:22-cv-04325-EJD,**
**Objection Key**

| Objection | Code |
|---|---|
| Argumentative | A |
| Attorney commentary/exchange | AC |
| Asked and answered | AA |
| Assumes facts not in evidence | AF |
| Best evidence rule | BE |
| Compound/Overbroad | CD |
| Calls for Narrative | CN |
| Designation incomplete; incomprehensible | DI |
| Hearsay | H |
| Improper use of inadmissible document | ID |
| Incomplete hypothetical | IH |
| Calls for a legal conclusion | LC |
| Lacks foundation | LF |
| Subject to the court's ruling on or a pending motion in limine | MIL |
| Misstates prior testimony (mischaracterization) | MT |
| Non-responsive answer | NR |
| Outside of the scope of affirmative designation (for counter and completeness designations) | S |
| Outside of the scope of the Rule 30(b)(6) deposition topics | 30(b)(6) |
| Untimely | U |
| Vague and ambiguous | V |
| Relevance | FRE 401 |
| Unduly prejudicial, confusing, misleading, delay, waste of time, or cumulative | FRE 403 |
| Privileged | FRE 501 |
| Lack of personal knowledge; calls for speculation | FRE 602 |
| Leading | FRE 611 |
| Improper opinion by lay witness | FRE 701 |

Dated:  December 6, 2022                                                                 Page 14 of 14