Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC., et al.** <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 432** |

1   Plaintiff Federal Trade Commission respectfully files this Motion to remove from ECF its Redacted Exhibit List (Dkt. No. 432), which was submitted electronically on December 7, 2022. On December 8, 2022, counsel for non-party Alphabet Inc. ("Alphabet") informed Plaintiff of an unredacted reference to a matter that Alphabet deems highly confidential. Plaintiff promptly contacted the ECF helpdesk, which locked Dkt. No. 432 pending the Court's adjudication of this Motion.

On December 5, 2022, the Court granted in part and denied in part (Dkt. No. 396) the FTC's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. No. 241) with respect to the FTC's Exhibit List. The Court ordered Plaintiff to file a revised redacted version of the FTC's Exhibit List by December 12, 2022, which the FTC did on December 7 (Dkt. No. 432).

Plaintiff has filed an updated revised redacted version of the FTC's Exhibit List (Dkt. No. 437). Plaintiff will file a copy with the clerk's office.

Plaintiff respectfully requests that the Court grant its Motion to Remove Incorrectly Filed Document: Docket No. 432.

Dated: December 8, 2022                Respectfully Submitted,

/s/ Abby L. Dennis
Abby L. Dennis
Peggy Bayer Femenella
Joshua Goodman
Jeanine Balbach
Michael Barnett
E. Eric Elmore
Justin Epner
Sean D. Hughto
Frances Anne Johnson
Andrew Lowdon
Erika Meyers
Lincoln Mayer
Susan A. Musser
Adam Pergament
Kristian Rogers
Anthony R. Saunders
Timothy Singer
James Weingarten

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky
90 7th Street, Suite 14-300
San Francisco, CA 94103
Tel: (415) 848-5190

*Counsel for Plaintiff Federal Trade Commission*