Michael Moiseyev (*pro hac vice*)
michael.moiseyev@weil.com
Chantale Fiebig (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940

Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999

*Counsel for Defendant Meta Platforms, Inc.*

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>  Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>  Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DEFENDANT META PLATFORMS, INC.'S STATEMENT ON SEALING FOR THE DECEMBER 9, 2022 HEARING**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

Defendant Meta Platforms, Inc. ("Meta") submits this statement to inform the Court that the Federal Trade Commission ("FTC") does not oppose the sealing of the courtroom during a portion of the examination of Mr. Pruett.

The parties agree that many of the exhibits can be displayed on the public screens (with redactions, where appropriate) and do not require sealing the courtroom. There are eight exhibits, however, for which sealing the courtroom is warranted in light of the highly confidential and commercially sensitive nature of the exhibits and the topics therein, which will likely be discussed during the testimony. These exhibits are listed below. In order to minimize disruption to the proceeding, the FTC has agreed to use these exhibits in a sealed session at the start of Mr. Pruett's examination. Defendants likewise agree that, to the extent they intend to question Mr. Pruett on these exhibits or the topics contained therein, they will do so at the start or end of Mr. Pruett's re-examination so the courtroom will require sealing only one additional time. Beyond the exhibits identified below, the parties agree that no other exhibits will require sealing the entire courtroom during Mr. Pruett's examination.

<u>Exhibits For Use During Sealed Session</u>

- PX0197
- PX0484
- PX0496
- PX0264
- PX0265
- PX0276
- PX0277
- PX0542

| | |
|---|---|
| DATED:  December 8, 2022 | Respectfully submitted, |
| | By: /s/ *Bambo Obaro* |
| | Bambo Obaro (Bar No. 267683)<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway, 6th Floor<br>Redwood Shores, CA 94065-1134<br>Telephone:  (650) 802-3000<br>Facsimile:  (650) 802-3100<br>bambo.obaro@weil.com |
| | Michael Moiseyev (*pro hac vice*)<br>Chantale Fiebig (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>2001 M Street, NW, Suite 600<br>Washington, DC 20036<br>Telephone:  (202) 682-7000<br>Facsimile:  (202) 857-0940<br>michael.moiseyev@weil.com<br>chantale.fiebig@weil.com |
| | Liz Ryan (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>200 Crescent Court, Suite 300<br>Dallas, TX 75201<br>Telephone:  (214) 746-7700<br>Facsimile:  (214) 746-7777<br>liz.ryan@weil.com |
| | Eric S. Hochstadt (*pro hac vice*)<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone:  (212) 310-8000<br>Facsimile:  (212) 310-8007<br>eric.hochstadt@weil.com |
| | Mark C. Hansen (*pro hac vice*)<br>Aaron M. Panner (*pro hac vice*)<br>KELLOGG, HANSEN, TODD, FIGEL &<br>   FREDERICK, P.L.L.C.<br>1615 M Street, NW, Suite 400<br>Washington, DC 20036<br>Telephone:  (202) 326-7900<br>Facsimile:  (202) 326-7999<br>mhansen@kellogghansen.com<br>apanner@kellogghansen.com |

*Counsel for Defendant Meta Platforms, Inc.*

4