MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
CHANTALE FIEBIG (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
    FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999

Attorneys for Defendant META PLATFORMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DEFENDANTS META PLATFORMS, INC.'s AND WITHIN UNLIMITED, INC.'S MOTION FOR CLARIFICATION AND, ALTERNATIVELY, MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF D.E. 403**<br><br>Dept.:  Courtroom 4 – 5th Floor<br>Judge:  Honorable Edward J. Davila |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure No. 60 and Civil Local Rule 7-9, Defendants Meta Platforms, Inc. and Within Unlimited, Inc. (collectively, "Defendants") will and hereby do move for clarification of the Court's December 5, 2022 Order on Plaintiff Federal Trade Commission's ("FTC" or "Plaintiff") Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (D.E. 403) (hereafter, "Order") in connection with Plaintiff's Expert Rebuttal Report of Hal J. Singer, PhD ("Singer Rebuttal Report," D.E. 283-2).

If the Court clarifies that the Order denies sealing the Singer Rebuttal Report in its entirety, Defendants respectfully request that this Court grant Defendants leave to file a motion for reconsideration of the Order, which is attached as **Exhibit A**, pursuant to Northern District of California Civil Local Rule 7-9,

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the complete files and records in this action, authorities that may be presented at or before the hearing, and other such and further matters as this Court may consider.

DATED:  December 8, 2022               Respectfully submitted,

                                       By: /s/ Bambo Obaro

                                       Attorneys for Defendants
                                       META PLATFORMS, INC. and WITHIN
                                       UNLIMITED INC.

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within") respectfully seek clarification of this Court's order dated December 5, 2022.  *See* D.E. 403 (the "Order").

The Order addressed Plaintiff's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed (D.E. 283)—specifically, the Rebuttal Report of Hal J. Singer, Ph.D ("Singer Rebuttal Report," ECF No. 283-2).  Meta and Within filed statements in support of sealing the Singer Rebuttal Report in full.  *See* D.E.s 371 & 340.  In addition, certain non-parties filed statements in support of sealing certain paragraphs of the Singer Rebuttal Report.  *See* D.E.s 350 (Apple Inc.); 358 (Sony Interactive Entertainment LLC); 361 (Alphabet Inc.).

The Order granted Plaintiff's Administrative Motion but struck "in its entirety" from the proposed order, providing instead that "Plaintiff FTC shall file a public version of the Singer Rebuttal Report redacting only the portions referenced in the foregoing specified paragraphs within 7 days of entry of this Order."  D.E. 403, at 3:13-15.  The Order did not, however, strike out in red the portion of the Order stating that Meta and Within requested that the "Entire Document" remain under seal."  *See id.* at 2:11-12.  There is thus some ambiguity on whether the Order denied Meta's and Within's request to seal the entire Singer Rebuttal Report.  Accordingly, and in an abundance of caution, Defendants seek clarification on whether the Order denied their request to seal the entire Singer Rebuttal Report.  *See id.* at 2:13-19; *see also Optronic Techs., Inc. v. Ningbo Sunny Elec. Co.*, 2020 U.S. Dist. LEXIS 69035, at *4 (N.D. Cal. Apr. 20, 2020) ("A court may clarify its order . . . for the guidance of the parties" under F.R.C.P. 60(a)).

If the Order in fact denied Defendants' request to seal the Singer Rebuttal Report in full, Defendants respectfully seek leave to file a motion for reconsideration of Defendants' sealing request. *See* Civil Local Rule 7-9(3).  A proposed motion is attached as **Exhibit A**.  Granting leave for reconsideration is appropriate because, as the proposed motion explains, Defendants no longer seek to maintain the full Singer Rebuttal Report under seal but, instead, seek to maintain under seal only certain

portions of the Singer Rebuttal Report that contain highly proprietary and commercially sensitive information.

Finally, Defendants respectfully request that the Court not require Plaintiff to publicly file a partially redacted version of the Singer Rebuttal Report (to the extent that is what the Order requires) while this motion remains pending.  Defendants conferred with the FTC before filing this motion, and the FTC takes no position on Defendants' motion and sealing request.

DATED:  December 8, 2022

Respectfully submitted,

By: /s/ Bambo Obaro

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
michael.moiseyev@weil.com
chantale.fiebig@weil.com

Liz Ryan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777
liz.ryan@weil.com

Eric S. Hochstadt (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
eric.hochstadt@weil.com

Mark C. Hansen (*pro hac vice*)

|   |   |
|---|---|
| 1 | Aaron M. Panner (*pro hac vice*) |
| 2 | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| 3 | 1615 M Street, NW, Suite 400<br>Washington, DC 20036 |
| 4 | Telephone:  (202) 326-7900<br>Facsimile:  (202) 326-7999 |

Aaron M. Panner (*pro hac vice*)
KELLOGG, HANSEN, TODD, FIGEL &
   FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999
mhansen@kellogghansen.com
apanner@kellogghansen.com
jtaranto@kellogghansen.com
aparkinson@kellogghansen.com
apaul@kellogghansen.com
vdong@kellogghansen.com

*Counsel for Defendant Meta Platforms, Inc.*

By: /s/ *Christopher J. Cox*

Christopher J. Cox, CA Bar No. 151650
chris.cox@hoganlovells.com
Hogan Lovells US LLP
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000

Logan M. Breed, DC Bar No. 479628
Charles A. Loughlin, DC Bar No. 448219
Lauren Battaglia, DC Bar No. 1007093
logan.breed@hoganlovells.com
chuck.loughlin@hoganlovells.com
lauren.battaglia@hoganlovells.com
(202) 637-6407
(202) 637-5661
(202) 637-5761
Hogan Lovells US LLP
555 13th St. NW
Washington, DC 20004

*Counsel for Defendant Within Unlimited, Inc.*

DEFENDANTS' MOTION FOR CLARIFICATION AND RECONSIDERATION OF ORDER                    CASE NO. 5:22-CV-04325-EJD

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Bambo Obaro, am the ECF User whose ID and password are being used to file the foregoing. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that all signatories concurred in this filing, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.

Dated: December 8, 2022                                          By: /s/ Bambo Obaro

                                                                                     Bambo Obaro