1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD |
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANTS** |
| v. | **META PLATFORMS, INC.'s AND WITHIN** |
| | **UNLIMITED, INC.'S MOTION FOR** |
| META PLATFORMS, INC., et al., | **CLARIFICATION AND,** |
| | **ALTERNATIVELY, MOTION FOR LEAVE** |
| Defendants. | **TO FILE MOTION FOR** |
| | **RECONSIDERATION OF D.E. 403** |
| | |
| | Dept.:  Courtroom 4 – 5th Floor |
| | Judge:  Honorable Edward J. Davila |

**[PROPOSED] ORDER**

Having considered Defendants' Motion for Clarification And, Alternatively, Motion For Leave To File Motion For Reconsideration;

IT IS HEREBY ORDERED that the Motion is GRANTED.  The Court shall issue an Order clarifying the December 5, 2022 Order (D.E. 403).


Dated: _____, 2022                    _____

                                                                Edward J. Davila
                                                                UNITED STATES DISTRICT JUDGE