UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *FTC v. META PLATFORMS INC., et al.*
**CASE NUMBER**: 5:22-CV-04325 EJD

## MINUTE ORDER AND HEARING LOG

Date: December 8, 2022
Time in Court: (10:42 AM – 12:10 PM; 1:09-3:43 PM; 3:51-3:59 PM; 4:13-5:04 PM)
**TOTAL Time: (4 hr, 57 min)**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:   Abby Dennis, Peggy Bayer Femenella, Jeanine Balbach
  Also Present:   Rebecca Hyman, Charles York, Corene Wint (Paralegals)
      Charles Dunkin (Trial Technologist)

Defendant Attorney(s) present:   Mark C. Hansen, Aaron Panner, Geoffrey Klineberg
      John Thorne, Jacob Hartman, Ana Paul, Hannah Carlin,
      Bambo Obaro, Chantale Fiebig, Michael Moiseyev,
      Morgan MacBride, Geneva Torsilieri Hardesty,
      Rachel Williams, Chris Lee (*for Meta*)
      Charles Loughlin, Logan M. Breed, Christopher Fitzpatrick
      (*for Within*)
  Also Present:   Chandler Sella (Paralegal)
      Andy Mortensen (Trial Support Specialist)

**PROCEEDINGS:**

**Evidentiary Hearing (Day 1)**

Evidentiary Hearing held December 8, 2022.

**Case Continued to December 9, 2022, at 9:00 AM.**

*See* attached Hearing Log.

**The following exhibits were identified and offered:**
Plaintiff:   PX 315, PX 555, PX 522, PX 527, PX 189, PX 524, PX 525, PX 144, PX 111,
    PX 179, PX 127, PX 561, PX 121, PX 341, PX 293
Defendants: DX 1311, DX 1312, DX 1309

**The following exhibits are admitted into evidence:**
Plaintiff:   **PX 315, PX 555, PX 522, PX 527, PX 189, PX 524, PX 525, PX 144, PX 111,
    PX 179, PX 127, PX 561, PX 121, PX 341, PX 293**
Defendants: **DX 1311, DX 1312, DX 1309**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *FTC v. META PLATFORMS INC., et al.*
Case No:  5:22-CV-04325 EJD

**HEARING LOG**

| TRIAL DATE: December 8, 2022 | | | REPORTER:  Irene Rodriguez | CLERK:  Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 10:34 am | Court in session with Counsel | |
| | | 10:40 am | Court addresses Meta Platforms Inc.'s Administrative Motion for Witness Appearance via Zoom | |
| | | 10:42 am | Plaintiff begins opening statement (with presentation) | |
| | | 11:20 am | Plaintiff completes opening statement | |
| | | 11:21 am | Defense (Meta) begins opening statement | |
| | | 12:02 pm | Defense completes opening statement | |
| | | | Defense (Within) begins opening statement | |
| | | 12:09 pm | Defense Within completes opening statement | |
| | | 12:10 pm | Court breaks for 59 minutes | |
| | | 1:09 pm | Court in session | |
| | | | Plaintiff calls Witness #1, Rade Stojsavljevic | |
| | | 1:10 pm | Witness #1 Rade Stojsavljevic sworn | |
| | | 1:11 pm | Plaintiff begins direct examination of Rade Stojsavljevic | |
| PX 315 | | 1:31 pm | ADMITTED into Evidence [Confidential] – 2022-03-30 FRL Analytics Insights Email to Stojsavljevic re Oculus Daily Update – Tuesday March 29th | |
| PX 555 | | 1:40 pm | ADMITTED into Evidence [Confidential] – 2022-06-08 RL Digital Revenue Q2'22 Studio Updates PPT (*redacted version shown publicly*) | |

| TRIAL DATE: December 8, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION |
| PX 522 | | 1:49 pm | ADMITTED into Evidence - 2021-01-22 dyee@fb, Stojsavljevic, Yee, Doran Workplace Chat String |
| PX 527 | | 2:14 pm | ADMITTED into Evidence [Confidential] – Operation Twinkie PPT (*redacted version shown publicly*) |
| PX 189 | | 2:31 pm | ADMITTED into Evidence - 2021-02-16 rps@fb, Stojsavljevic, Ferdu Workspace Chat String |
| PX 524 | | 2:40 pm | ADMITTED into Evidence – 2021-02-19 Verdue Meeting Invite |
| PX 525 | | 2:43 pm | ADMITTED into Evidence – 2021-02-23 Stojsavljevic/Clover Workplace Chat String |
| PX 144 | | 2:50 pm | ADMITTED into Evidence – 2021-03-08 janec@fb/Stojsavljevic Workplace Chat String |
| PX 111 | | 2:57 pm | ADMITTED into Evidence - 2021-02-23 Mrabkin@fb.com Workplace Chat |
| PX 179 | | 3:02 pm | ADMITTED into Evidence - March 2021 Dass/Stojsavljevic/Shiao/Rabkin/Verdue Email String re Pre-read for Fitness Investments |
| PX 127 | | 3:07 pm | ADMITTED into Evidence – 2021-03-10 VR Fitness Content investment thesis v2 (*redline document*) |
| PX 561 | | 3:21 pm | ADMITTED into Evidence – 2021-03-11 Stojsavljevic/Verdue Workplace Chat String |
| PX 121 | | 3:25 pm | ADMITTED into Evidence – 2021-03-25 Seiden Email to Stojsavljevic re Beat Saber x Peloton Proposal – FRL, and attachment: 20210325 Beat Saber x Peloton Proposal.pdf |
| PX 341 | | 3:31 pm | ADMITTED into Evidence – 2021-06-11 Stojsavljevic/Sciamanna Workplace Chat String |
| PX 293 | | 3:36 pm | ADMITTED into Evidence – 2021-03-05 Dass Meeting Invite to Stojsavljevic and Chiao re VR Fitness 1P thesis |
| | | 3:43 pm | Court breaks for 12 minutes |
| | | 3:51 pm | Court in session with Counsel and press members from the gallery, Salvador Rodriguez and Kirila Kokaliccheva |
| | | | Court admonishes individuals for taking photographs, video recording and audio recording during proceedings |

| TRIAL DATE: December 8, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
|  |  | 3:59 pm | Court breaks for 14 minutes | |
|  |  | 4:13 pm | Court in session | |
|  |  |  | Defense begins cross-examination of Rade Stojsavljevic | |
|  |  | 4:15 pm | PX 527, previously admitted | |
|  | DX 1311 | 4:29 pm | ADMITTED into Evidence - 2020-08-28 Email Meeting Invite re DOCUMENTATION: Content Greenlight Process, and attachments: AR_VR Content Team_ Greenlight & OCEM Process – Onboarding Breakout Session.pdf; FRL Content Greenlight (GL).pdf | |
|  |  | 4:30 pm | PX 522, previously admitted | |
|  | DX 1312 | 4:32 pm | ADMITTED into Evidence – 2020-08-03 Bosworth Email to AR/VR ALL re [AR/VR ALL] I just shared this post which updates and… | |
|  | DX 1309 | 4:34 pm | ADMITTED into Evidence – 2019-03-18 Chang Email to Fell, Epps re [Required Reading] Approvals and Process, and attachment: Approval_Authority_Matrix_(FB)_-_2018-06-19_effective_date.pdf | |
|  |  | 4:36 pm | Defense completes cross-examination of Rade Stojsavljevic | |
|  |  |  | Plaintiff begins re-direct examination of Rade Stojsavljevic | |
|  |  | 4:39 pm | Plaintiff completes re-direct examination of Rade Stojsavljevic | |
|  |  |  | Witness excused | |
|  |  | 4:43 pm | Plaintiff calls Witness #2, Michael Verdue (by deposition testimony) | |
|  |  |  | Plaintiff plays Deposition video testimony of Michael Verdue | |
|  |  | 5:03 pm | Pause in deposition video testimony | |
|  |  | 5:04 pm | Court adjourns | |