UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**[~~PROPOSED~~] ORDER ON DEFENDANTS META PLATFORMS, INC.'s AND WITHIN UNLIMITED, INC.'S MOTION FOR CLARIFICATION AND, ALTERNATIVELY, MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF D.E. 403**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

# [~~PROPOSED~~] ORDER

Having considered Defendants' Motion for Clarification And, Alternatively, Motion For Leave To File Motion For Reconsideration;

IT IS HEREBY ORDERED that the Motion is GRANTED.  The Court shall issue an Order clarifying the December 5, 2022 Order (D.E. 403).

Dated: ____December 9____, 2022

Edward J. Davila
UNITED STATES DISTRICT JUDGE