UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC., et al.,<br><br>Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**ORDER AMENDING DECEMBER 5 ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO FILE UNDER SEAL SINGER REBUTTAL REPORT**<br><br>Re: Dkt. No. 403 |

On December 5, 2022, the Court granted the FTC's administrative motion to seal the Singer Rebuttal Report based on another party's confidential material. ECF No. 403. The Order granted the administrative motion but directed the FTC to file a redacted public version of the rebuttal report.

Upon Defendants' request, the Court hereby AMENDS its prior December 5 Order at ECF No. 403. The Singer Rebuttal Report shall remain under seal in its entirety, and the FTC need not file a public redacted version of the Report.

**IT IS SO ORDERED.**

Dated: December 9, 2022

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-04325-EJD
ORDER AMENDING DEC. 5 SEALING ORDER RE SINGER REBUTTAL REPORT
1