UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  *FTC v. META PLATFORMS INC., et al.*
CASE NUMBER:  5:22-CV-04325 EJD

## MINUTE ORDER AND HEARING LOG

Date:   December 9, 2022
Time in Court:   (9:02 – 11:33 AM; 2:32-3:51 PM);
**TOTAL Time: 3 hr, 48 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) present:   Abby Dennis, Peggy Bayer Femenella, Jeanine Balbach,
                                Tim Singer, Andrew Lowdon
   Also Present:   Rebecca Hyman, Charles York, Corene Wint (Paralegals)
                   Charles Dunkin (Trial Technologist)

Defendant Attorney(s) present:   Mark C. Hansen, Aaron Panner, Geoffrey Klineberg
                                John Thorne, Jacob Hartman, Ana Paul, Hannah Carlin,
                                Bambo Obaro, Chantale Fiebig, Michael Moiseyev,
                                Morgan MacBride, Geneva Torsilieri Hardesty Rachel Williams,
                                Chris Lee (*for Meta*)
                                Charles Loughlin, Logan M. Breed, Christopher Fitzpatrick
                                (*for Within*)
   Also Present:   Chandler Sella (Paralegal)
                   Andy Mortensen (Trial Support Specialist)

**PROCEEDINGS:**

**Evidentiary Hearing (Day 2)**

Evidentiary Hearing held December 9, 2022.
**Case Continued to December 13, 2022, at 9:00 AM.**

*See* attached Hearing Log.

**The following exhibits were identified and offered:**
Plaintiff:   PX962, PX494, PX276, PX277, PX246, PX465, PX480, PX466, PX497, PX117,
            PX118, PX162, PX170 (Sealed), PX 179, PX193, 0X200, PX239 (Sealed), PX249,
            PX250, PX294, PX342, PX346, PX568, PX570, PX576, PX579
Defendants: DX1313

**The following exhibits are admitted into evidence:**
Plaintiff:   **PX962, PX494, PX276, PX277, PX246, PX465, PX480, PX466, PX497, PX117,
            PX118, PX162, PX170 (Sealed), PX 179, PX193, 0X200, PX239 (Sealed), PX249,
            PX250, PX294, PX342, PX346, PX568, PX570, PX576, PX579**
Defendants: **DX1313**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name: *FTC v. META PLATFORMS INC., et al.*
Case No: 5:22-CV-04325 EJD

## HEARING LOG

| TRIAL DATE: December 9, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson | |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 9:02 am | Court in session with Counsel | |
| | | 9:04 am | Court Seals Courtroom and following Testimony and Related Exhibits | |
| | | | Government calls Witness #3, Christopher Pruett | |
| | | 9:05 am | Christopher Pruett Sworn | |
| | | | Plaintiff begins direct examination of Christopher Pruett | |
| PX 962 | | 9:13 am | ADMITTED into Evidence (SEALED) – | |
| PX 494 | | 9:16 am | ADMITTED into Evidence (SEALED) – | |
| PX 276 | | 9:27 am | ADMITTED into Evidence (SEALED) – | |
| PX 277 | | 9:36 am | ADMITTED into Evidence (SEALED) – | |
| | | 9:39 am | Court Unseals the Courtroom | |
| PX 246 | | 9:42 am | ADMITTED into Evidence – Dec 2019-Jan 2020 Verdu/Pruett/ Rachitsky Email String re Within's new Quest Exercise Program: Supernatural | |
| PX 465 | | 9:51 am | ADMITTED into Evidence – 2021-06-29 Pruett/Chyi Workplace Chat | |
| PX 480 | | 10:05 am | ADMITTED into Evidence – 2021-04-07 Pruett/Chyi Workplace Chat | |
| | | 10:08 am | PX494 – previously admitted | |

| TRIAL DATE: December 9, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| PX466 | | 10:15 am | ADMITTED INTO EVIDENCE – 2020-02-11 Verdu/Pruett Workplace Chat |
| PX497 | | 10:19 am | ADMITTED INTO EVIDENCE – What to Expect When Monetizing (redline document) |
| | | 10:23 am | Plaintiff completes direct examination of Christopher Pruett |
| | | 10:24 am | Defense begins cross-examination of Christopher Pruett |
| | DX1313 | 10:26 am | ADMITTED INTO EVIDENCE - VR Device and App Sellers (Demonstrative) |
| | | 10:46 am | Defense completes cross-examination of Christopher Pruett |
| | | 10:47 am | Plaintiff begins re-direct examination of Christopher Pruett |
| | | | DX1313, previously admitted |
| | | 10:55 am | PX315, previously admitted (*not displayed*) |
| | | 10:57 am | Plaintiff completes re-direct examination of Christopher Pruett |
| | | | Witness #3 Christopher Pruett excused |
| | | 11:00 am | Plaintiff resumes video deposition testimony of Witness #2, Michael Verdu |
| | | 11:32 am | Video testimony of Michael Verdu paused |
| | | 11:33 am | Court breaks for 3 hours, 1 minute. |
| | | 2:32 pm | Court in session |
| | | 2:33 pm | Plaintiff resumes video deposition testimony of Michael Verdu |
| | | 3:44 pm | Plaintiff completes video deposition testimony of Witness #2 Michael Verdu |
| *See at right* | | 3:45 pm | ADMITTED INTO EVIDENCE – Exhibits: PX117, PX118, PX162, PX170 (*Sealed*), PX 179, PX193, 0X200, PX239 (*Sealed*), PX249, PX250, PX294, PX342, PX346, PX568, PX570, PX576, PX579 |
| | | 3:46 pm | Discussion of deposition designations being taken into evidence (ECF No. 385) |

| TRIAL DATE: December 9, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | | 3:51 pm | Court adjourns | |