UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**[PROPOSED] ORDER ON DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Dept.:  Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

[PROPOSED] ORDER                                        Case No. 5:22-cv-04325-EJD

With respect to information that several non-parties designated as confidential, Defendants Meta Platforms, Inc. and Within Unlimited, Inc. (collectively, "Defendants") filed an Administrative Motion To Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion"). Defendants, in accordance with Civil Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit List | Exhibit DX1244 Description | Alphabet, Inc. |
| Exhibit List | Exhibit DX1245 Description | Alphabet, Inc. |
| Exhibit List | Exhibit DX1246 Description | Alphabet, Inc. |
| Exhibit List | Exhibit DX1247 Description | Alphabet, Inc. |
| Exhibit List | Exhibit DX1248 Description | Alphabet, Inc. |
| Exhibit List | Exhibit DX1249 Description | Alphabet, Inc. |
| Exhibit List | Exhibit DX1250 Description | Apple Inc. |
| Exhibit List | Exhibit DX1251 Description | Apple Inc. |
| Exhibit List | Exhibit DX1252 Description | Apple Inc. |
| Exhibit List | Exhibit DX1253 Description | Apple Inc. |
| Exhibit List | Exhibit DX1254 Description | Apple Inc. |
| Exhibit List | Exhibit DX1255 Description | Apple Inc. |
| Exhibit List | Exhibit DX1256 Description | Apple Inc. |
| Exhibit List | Exhibit DX1257 Description | Apple Inc. |
| Exhibit List | Exhibit DX1258 Description | Apple Inc. |
| Exhibit List | Exhibit DX1259 Description | Apple Inc. |
| Exhibit List | Exhibit DX1260 Description | Apple Inc. |
| Exhibit List | Exhibit DX1261 Description | Apple Inc. |
| Exhibit List | Exhibit DX1262 Description | ByteDance, Inc. |
| Exhibit List | Exhibit DX1263 Description | ByteDance, Inc. |
| Exhibit List | Exhibit DX1264 Description | ByteDance, Inc. |
| Exhibit List | Exhibit DX1265 Description | ByteDance, Inc. |
| Exhibit List | Exhibit DX1266 Description | ByteDance, Inc. |
| Exhibit List | Exhibit DX1267 Description | ByteDance, Inc. |
| Exhibit List | Exhibit DX1268 Description | ByteDance, Inc. |
| Exhibit List | Exhibit DX1269 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1270 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1271 Description | Equinox Media, LLC |

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Exhibit List | Exhibit DX1272 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1273 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1274 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1275 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1276 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1277 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1278 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1279 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1280 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1281 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1282 Description | Equinox Media, LLC |
| Exhibit List | Exhibit DX1283 Description | Alphabet, Inc. |
| Exhibit List | Exhibit DX1284 Description | Forte Nexus, Inc. |
| Exhibit List | Exhibit DX1285 Description | HTC America, Inc. |
| Exhibit List | Exhibit DX1286 Description | Lululemon Athletica Inc. |
| Exhibit List | Exhibit DX1287 Description | Lululemon Athletica Inc. |
| Exhibit List | Exhibit DX1288 Description | Lululemon Athletica Inc. |
| Exhibit List | Exhibit DX1295 Description | Nike, Inc. |
| Exhibit List | Exhibit DX1296 Description | Peloton Interactive, Inc. |
| Exhibit List | Exhibit DX1297 Description | Peloton Interactive, Inc. |
| Exhibit List | Exhibit DX1298 Description | Peloton Interactive, Inc. |
| Exhibit List | Exhibit DX1299 Description | Peloton Interactive, Inc. |
| Exhibit List | Exhibit DX1300 Description | Peloton Interactive, Inc. |
| Exhibit List | Exhibit DX1301 Description | Peloton Interactive, Inc. |
| Exhibit List | Exhibit DX1302 Description | Sony Interactive Entertainment LLC |
| Exhibit List | Exhibit DX1303 Description | Valve Corporation |
| Exhibit List | Exhibit DX1304 Description | Valve Corporation |
| Exhibit List | Exhibit DX1305 Description | Valve Corporation |
| Exhibit List | Exhibit DX1306 Description | Valve Corporation |

1     Having considered Defendants' Administrative Motion;

2     IT IS HEREBY ORDERED that the Administrative Motion is:

3     [ ] GRANTED IN ITS ENTIRETY.  The unredacted versions of Defendants' Opposition to Plaintiff's Motion *in Limine* shall remain under seal.

[ ] DENIED IN ITS ENTIRETY.  Defendants shall file a complete unredacted version of Defendants' Opposition to Plaintiff's Motion *in Limine* within 7 days of entry of this Order.

[ ] GRANTED/DENIED IN PART.  Defendants shall file a revised redacted version of Defendants' Opposition to Plaintiff's Motion *in Limine*, redacting only the information contained in the foregoing specified paragraphs within 7 days of entry of this Order.

DATED: _____, 2022

                                                  Honorable Edward J. Davila
                                                United States District Judge
                                                Northern District of California