MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
  FREDERICK, P.L.L.C.
1615 M Street, NW, Suite 400
Washington, DC 20036
Telephone:  (202) 326-7900
Facsimile:  (202) 326-7999

Attorneys for Defendant META PLATFORMS, INC.

CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main St., Suite 200
Redwood City, CA 94063
Telephone: (650) 463-4000
Facsimile: (650) 463-4199

Attorneys for Defendant WITHIN UNLIMITED, INC.

(Additional Counsel Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**ADMINISTRATIVE REQUEST FOR DEFENDANTS' EXPERT WITNESS TO APPEAR VIA ZOOM AND [~~PROPOSED~~] ORDER**<br><br>Dept.:  Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

Pursuant to Section IV.G of this Court's Standing Order for Civil Cases, Defendants Meta Platforms, Inc. and Within Unlimited, Inc. ("Defendants") respectfully request that Dr. Dennis Carlton, Defendants' economic expert, be permitted to testify remotely via Zoom during the scheduled hearing beginning on December 8, 2022.  Although Defendants intended to call Dr. Carlton to testify live at trial on December 20, Dr. Carlton is scheduled to undergo emergency surgery on December 8 and has been advised not to travel for six weeks.  Counsel for Plaintiff Federal Trade Commission ("FTC") has indicated that the FTC does not oppose having Dr. Carlton testify remotely via Zoom.

DATED:  December 7, 2022

Respectfully submitted,

By: /s/ *Bambo Obaro*

Bambo Obaro (Bar No. 267683)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100
bambo.obaro@weil.com

Michael Moiseyev (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7000
Facsimile:  (202) 857-0940
michael.moiseyev@weil.com
chantale.fiebig@weil.com

Liz Ryan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone:  (214) 746-7700
Facsimile:  (214) 746-7777
liz.ryan@weil.com

Eric S. Hochstadt (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
eric.hochstadt@weil.com

| | |
|---|---|
| 1 | Mark C. Hansen (*pro hac vice*) |
| 2 | Aaron M. Panner (*pro hac vice*) |
|   | Julius P. Taranto (*pro hac vice*) |
| 3 | Alex A. Parkinson (*pro hac vice*) |
|   | Ana N. Paul (*pro hac vice*) |
| 4 | L. Vivian Dong (*pro hac vice*) |
|   | KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C. |
| 5 | 1615 M Street, NW, Suite 400 |
|   | Washington, DC 20036 |
| 6 | Telephone: (202) 326-7900 |
|   | Facsimile: (202) 326-7999 |
| 7 | mhansen@kellogghansen.com |
|   | apanner@kellogghansen.com |
| 8 | jtaranto@kellogghansen.com |
|   | aparkinson@kellogghansen.com |
| 9 | apaul@kellogghansen.com |
| 10 | vdong@kellogghansen.com |

*Counsel for Defendant Meta Platforms, Inc.*

By: /s/ *Christopher J. Cox*

Christopher J. Cox, CA Bar No. 151650
chris.cox@hoganlovells.com
Hogan Lovells US LLP
4085 Campbell Avenue
Suite 100
Menlo Park, CA 94025
Telephone: (650) 463-4000

Logan M. Breed, DC Bar No. 479628
Charles A. Loughlin, DC Bar No. 448219
Lauren Battaglia, DC Bar No. 1007093
logan.breed@hoganlovells.com
chuck.loughlin@hoganlovells.com
lauren.battaglia@hoganlovells.com
(202) 637-6407
(202) 637-5661
(202) 637-5761
Hogan Lovells US LLP
555 13th St. NW
Washington, DC 20004

*Counsel for Defendant Within Unlimited, Inc.*

ADMINISTRATIVE REQUEST FOR DEFENDANTS' EXPERT WITNESS TO APPEAR VIA ZOOM AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER        2        CASE NO. 5:22-cv-04325-EJD

**FILER'S ATTESTATION**

I, Bambo Obaro, am the ECF User whose ID and password are being used to file this ADMINISTRATIVE REQUEST FOR DEFENDANTS' EXPERT WITNESS TO APPEAR VIA ZOOM AND [PROPOSED] ORDER. In compliance with Civil Local Rule 5-1(h), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Bambo Obaro
　　　　　　　　　　　　　　　　　　　　　　　　Bambo Obaro

**[~~PROPOSED~~] ORDER**

Having considered Defendants' Administrative Request for Defendants' Expert Witness to Appear Via Zoom;

IT IS HEREBY ORDERED that the Administrative Request is GRANTED. Dr. Carlton may testify remotely during the hearing scheduled to begin on December 8, 2022.

Dated: December 9, 2022

　　　　　　　　　　　　　　　　　　　　　　　　Edward J. Davila
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE