Lauren Battaglia (pro hac vice)
Logan M. Breed (pro hac vice)
Benjamin Holt (pro hac vice)
Charles A. Loughlin (pro hac vice)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Christopher J. Cox (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main Street, Suite 200
Redwood City, CA 94063
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199

*Counsel for Defendant Within Unlimited, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>     Plaintiff,<br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>     Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DEFENDANT WITHIN UNLIMITED, INC.'S STATEMENT ON SEALING FOR THE DECEMBER 14, 2022 HEARING**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Hon. Edward J. Davila |

Defendant Within Unlimited, Inc. ("Within") submits this statement to inform the Court that the Federal Trade Commission ("FTC") does not oppose the sealing of the courtroom during a portion of the examination of Chris Milk and Aaron Koblin, as well as the testimony-by-deposition of Michael Cibula.

Within has provided redacted versions of several documents, and if the redacted versions are used, they may be displayed on the public screens without sealing the courtroom. Within has also identified 9 exhibits for which sealing the courtroom is warranted in light of the highly confidential and commercially sensitive nature of the exhibits and the topics therein, which will likely be discussed during the testimony. These exhibits are listed below. In addition, the parties have agreed to play the video of the deposition of Michael Cibula in a sealed session. To avoid disruption, the parties will endeavor to minimize the number of times the courtroom must be sealed.

Exhibits For Use During Sealed Session

- PX0665
- PX0703
- PX0710
- PX0720
- PX0767
- PX0788
- DX1085
- DX1099
- DX1100

DATED:  December 13, 2022

Respectfully submitted,

/s/ *Charles A. Loughlin*

Christopher J. Cox (Bar No. 151650)
HOGAN LOVELLS US LLP
855 Main Street, Suite 200
Redwood City, CA 94063
Telephone:  (650) 463-4000
Facsimile:  (650) 463-4199
chris.cox@hoganlovells.com

Lauren Battaglia (*pro hac vice*)
Logan M. Breed (*pro hac vice*)
Benjamin Holt (*pro hac vice*)
Charles A. Loughlin (*pro hac vice*)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910
lauren.battaglia@hoganlovells.com
logan.breed@hoganlovells.com
benjamin.holt@hoganlovells.com
chuck.loughlin@hoganlovells.com

*Counsel for Defendant Within Unlimited, Inc.*