UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE: *FTC v. META PLATFORMS INC., et al.*
CASE NUMBER: 5:22-CV-04325 EJD

## MINUTE ORDER AND HEARING LOG

Date:   December 13, 2022
Time in Court:   (9:03-10:57 AM; 12:06-2:32 PM; 2:53-5:23 PM)
**TOTAL Time: 6 hr, 50 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorney(s) Present:   Abby Dennis, Peggy Femenella, Jeanine Balbach, Tim Singer, Andrew Lowdon, Eric Elmore, Sean Hughto, Francis Johnson
Also Present:  Nicholas Kreisle, Shawn Ulrick (*Bureau of Economics*)
Rebecca Hyman, Charles York, Corene Wint (*Paralegals*)
Charles Dunkin (*Trial Technologist*)

Defendant Attorney(s) Present:   Mark C. Hansen, Aaron Panner, Geoffrey Klineberg, John Thorne, Evan Leo, James Webster, Collin White, Jacob Hartman, Alex Parkinson, Sam Martin, Vivian Dong, Hannah Carlin, Bambo Obaro, Chantale Fiebig, Michael Moiseyev, Morgan MacBride, Geneva Hardesty, Rachel Williams, Chris Lee, Daniel Nadratowski (*for Meta*); Charles Loughlin, Logan M. Breed (*for Within*)
Also Present:  Chandler Sella, Sierra Robbins (*Paralegals*)
Andy Mortensen (*Trial Support Specialist*)

**PROCEEDINGS:**

**Evidentiary Hearing (Day 3)**

Evidentiary Hearing held December 13, 2022.
**Case Continued to December 14, 2022, at 9:00 AM.**

*See* attached Hearing Log.

**The following exhibits were identified and offered:**
Plaintiff:   PX015, PX016, PDX1, PX001, PX120, PX181, PX318, PX437, PX361, DX1296, DX1297, DX1298, DX1300, DX1301, PX839
Defendants: DDX9

**The following exhibits are admitted into evidence:**
Plaintiff:   **PX015, PX016, PDX1, PX001, PX120, PX181, PX318, PX437, PX361, DX1296, DX1297, DX1298, DX1300, DX1301, PX839**
Defendants: **DDX9**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *FTC v. META PLATFORMS INC., et al.*
Case No:  5:22-CV-04325 EJD

## HEARING LOG

| TRIAL DATE: December 13, 2022 | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:03 am | Court in session with Counsel |
| | | 9:04 am | Plaintiff calls Witness #4, Hal Singer |
| | | 9:05 am | Witness sworn |
| | | 9:08 am | Plaintiff begins direct examination of Hal Singer |
| | | 9:13 am | Plaintiff moves for admission of witness as expert in economics |
| | | 9:14 am | Court permits Dr. Hal Singer to testify as expert witness in economics |
| PX015 | | 9:20 am | ADMITTED into Evidence – 2022-10-27 Expert Report of Hal J. Singer, Ph.D. [Confidential] |
| PX016 | | | ADMITTED into Evidence – 2022-11-21 Reply Expert Report of Hal J. Singer, Ph.D. [Confidential] |
| | | 9:34 am | Court queries witness |
| | | 9:37 am | Plaintiff continues direct examination |
| | | 10:57 am | Court breaks for 69 minutes |
| | | 12:06 pm | Court in session |
| | | | Court SEALED Courtroom |
| | | | Plaintiff continues direct examination of Dr. Hal Singer |
| | | 12:20 pm | Court UNSEALS Courtroom |
| | | 12:21 pm | Plaintiff continues direct examination of Dr. Hal Singer |
| | | 12:35 pm | Plaintiff completes direct examination of Dr. Hal Singer |

| TRIAL DATE: December 13, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| PDX1 | | 12:36 pm | ADMITTED into Evidence – Plaintiff Demonstratives (*presented during testimony of Dr. Hal Singer*) | |
| | | | Defense begins cross-examination of Dr. Hal Singer | |
| | | 1:29 pm | Court queries Witness | |
| | | 1:30 pm | Defense continues cross-examination of Dr. Hal Singer | |
| Obj | DX1317 | 1:35 pm | Displayed to Witness (*not displayed publicly*) | |
| | | 2:32 pm | Court breaks for 21 minutes | |
| | | 2:53 pm | Court in session | |
| | | | Defense continues cross-examination of Dr. Hal Singer | |
| | | 3:29 pm | Defense completes cross-examination of Dr. Hal Singer | |
| | DDX9 | | ADMITTED into Evidence – Defendants Demonstratives (*presented during testimony of Dr. Hal Singer*) | |
| | | | Defense moves to strike testimony of Dr. Hal Singer | |
| | | 3:30 PM | Plaintiff begins re-direct examination of Dr. Hal Singer | |
| | | 3:31 pm | PX001, shown to Witness | |
| PX001 | | 3:32 pm | ADMITTED into Evidence – 2022-06-06 Weil Gotshal & Manges Letter/White Paper to FTC re Request for Additional Information and Documentary Material Issued to Meta Platforms, Inc., FTC File No. 222-0040 | |
| | | 3:46 pm | Plaintiff completes re-direct examination of Dr. Hal Singer | |
| | | | Defense begins re-cross-examination of Dr. Hal Singer | |
| | | 3:47 pm | Defense completes re-cross-examination of Dr. Hal Singer | |
| | | 3:48 pm | Witness #4 Dr. Hal Singer excused. | |
| | | | Plaintiff calls Witness #5 John Carmack | |
| | | 3:49 pm | Witness sworn | |

| TRIAL DATE: December 13, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
|  |  | 3:51 pm | Plaintiff begins direct examination of John Carmack | |
| PX120 |  | 3:59 pm | ADMITTED into Evidence – 2021-10-27 Green/Rabkin/Carmack Email String re Connect Notes | |
| PX181 |  | 4:04 pm | ADMITTED into Evidence – 2019-05-21 / 2018-10-24 Email String re The Problem with Facebook and Virtual Reality (Stratechery Daily Update 10-24-2018) | |
| PX318 |  | 4:11 pm | ADMITTED into Evidence – 2021-06-22 Chang PM re Oculus Quest 2 (Miramar) XFN | |
| PX437 |  | 4:14 pm | ADMITTED into Evidence – 2019-01-14 Carmack PM re Oculus Quest XFN | |
| PX361 |  | 4:22 pm | ADMITTED into Evidence – 2019-05-21 Carmack Email to Tseng re up-the-chain emails, and attachments: 2018-09-20 Carmack Email to Barra, Bosworth, Zuckerberg, Jhaveri; 2018-07-23 Carmack Email to Barra, Bosworth, Schroepfer, Zuckerberg; 2018-07-18 Carmack Email to Zuckerberg, Schroepfer; 2018-07-18 Carmack Email to Barra, Bosworth, Schroepfer, Zuckerberg, 2018-05-29 Carmack Email to Bosworth, Schroepfer, Zuckerberg; 2018-05-10 Carmack Email to Zuckerberg, Schroepfer, Bosworth; 2018-05-08 Carmack Email to Zuckerberg, Schroepfer, Bosworth; 201706-23 Carmack Email to Barra, Schroepfer, Zuckerberg; 2017-06-22 Carmack Email to Barra, Schroepfer, Zuckerberg; 2017-06-06 Carmack Email to Barra, Schroepfer, Zuckerberg; 2017-12-29 Carmack Email to Zuckerberg, Schroepfer, Bosworth, Barra; 2017-05-15 Carmack Email to Barra, Schroepfer, Zuckerberg; 2017-12-21 Carmack Email to Zuckergerg, Schroepfer, Bosworth; 2017-12-12 Carmack Email to Zuckerberg, Schroepfer, Bosworth, Barra; 2017-09-13 Carmack Email to Barra, Bosworth; Schroepfer, Zuckerberg; 2017-08-24 Carmack Email to Bosworth | |
|  |  | 4:32 pm | Plaintiff completes adverse direct examination of John Carmack | |
|  |  |  | Court queries Plaintiff Counsel | |
|  |  | 4:34 pm | Defense begins cross-examination of John Carmack | |
|  |  | 4:43 pm | Defense completes cross-examination of John Carmack | |
|  |  |  | Plaintiff begins re-direct examination of John Carmack | |

| **TRIAL DATE:** December 13, 2022 | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 4:44 pm | Plaintiff completes re-direct examination of John Carmack | |
| | | | Court queries Witness | |
| | | 4:47 pm | Witness #5, John Carmack excused | |
| | | 4:48 pm | Court Seals Courtroom | |
| | | 4:49 pm | Plaintiff calls Witness #6 Dion Sanders *by video testimony* | |
| | | 4:57 pm | Plaintiff plays video testimony of Dion Sanders | |
| | | 5:22 pm | Plaintiff completes video testimony of Dion Sanders | |
| *See* at right | | 5:23pm | ADMITTED into Evidence: DX1296, DX1297, DX1298, DX1300, DX1301, PX839 | |
| | | | Court adjourns | |