UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  *FTC v. META PLATFORMS INC., et al.*
CASE NUMBER:  5:22-CV-04325 EJD

## MINUTE ORDER AND HEARING LOG

Date:   December 14, 2022
Time in Court:   (9:30 AM – 12:52 PM; 2:03-5:31 PM)
**TOTAL Time: 6 hr, 50 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorneys Present:   Abby Dennis, Peggy Bayer Femenella, Jeanine Balbach, Tim Singer, Andrew Lowdon, Eric Elmore, Sean Hughto, Francis Anne Johnson, Justin Epner, Adam Pergament
Also Present:  Rebecca Hyman, Charles York, Corene Wint (*Paralegals*)
Charles Dunkin (*Trial Technologist*)

Defendant Attorneys Present:   Mark Hansen, Aaron Panner, Geoffrey Klineberg, John Thorne, Evan Leo, James Webster, Daniel Bird, Jacob Hartman, Ana Paul, Sam Martin, Vivian Dong, Bambo Obaro, Chantale Fiebig, Michael Moiseyev, Geneva Hardesty, Rachel Williams, Chris Lee, Daniel Nadratowski (*for Meta*)
Charles Loughlin, Logan M. Breed, Christopher Fitzpatrick (*for Within*)
Also Present:  Chandler Sella, Sierra Robbins (*Paralegals*)
Andy Mortensen (*Trial Support Specialist*)

**PROCEEDINGS:**

**Evidentiary Hearing (Day 4)**

Evidentiary Hearing held December 14, 2022.
**Case Continued to December 16, 2022, at 9:00 AM.**

*See* attached Hearing Log.

**The following exhibits were identified and offered:**
Plaintiff:   DX1295, PX830, DX1286, DX1287, PX024, PX786, PX023, PX514, PX713, PX703, PX710, PX005, PX705, PX704, PX700, PX682, PX665, PX721, PX632, PX965, PX906, PX788, PX730, PX619, PX620, PX615, DX1083, PX767, DX1100, PX731
Defendants:  PX665, PX721, DX1085, DX1099, DDX6

**The following exhibits are admitted into evidence:**
Plaintiff:   **DX1295, PX830, DX1286, DX1287, PX024, PX786, PX023, PX514, PX713, PX703, PX710, PX005, PX705, PX704, PX700, PX682, PX665, PX721, PX632,**

**PX965, PX906, PX788, PX730, PX619, PX620, PX615, DX1083, PX767, DX1100, PX731**
Defendants: **PX665, PX721, DX1085, DX1099, DDX6**

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name: *FTC v. META PLATFORMS INC., et al.*
Case No: 5:22-CV-04325 EJD

**HEARING LOG**

| TRIAL DATE: December 14, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:30 am | Court in session with Counsel |
| | | | Court addresses Counsel re courtroom technology difficulties |
| | | 9:33 am | Plaintiff calls Witness #7 James Healey (*deposition video testimony*) |
| | | | Testimony to be played under seal (*in chambers*) |
| | | 9:37 am | **SEALED SESSION BEGINS** |
| | | 9:44 am | Video testimony of James Healey begins |
| | | 10:05 am | Video testimony of James Healey completes |
| | | 10:10 am | Video testimony of Witness #8 Olivia Lange begins |
| | | 10:22 am | Video testimony of Olivia Lange completes |
| | | 10:25 am | Video testimony of Witness #9 Michael Cibula begins |
| | | 10:40 am | Video testimony of Michael Cibula completes |
| | | 10:43 am | **SEALED SESSION ENDS** |
| | | 10:43 am | Plaintiff calls Witness #10 Dorrie Paynter (*by deposition video testimony*) |
| | | 10:45 am | Video testimony of Dorrie Paynter begins |
| | | 11:02 am | Video testimony of Dorrie Paynter completes |
| | | | Plaintiff calls Witness #11 Melissa Brown (*by deposition video testimony*) |
| | | | Video testimony of Melissa Brown begins |

| TRIAL DATE: December 14, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 11:14 am | Video testimony of Melissa Brown completes |
| *See* at right | | 11:15 am | ADMITTED into Evidence – DX1295, PX830, DX1286, DX1287, PX024, PX786, PX023, PX514 |
| | | 11:16 am | Plaintiff calls Witness #12 Aaron Koblin |
| | | 11:17 am | Witness sworn |
| | | 11:18 am | Plaintiff begins direct examination of Aaron Koblin |
| | | 11:24 am | Court Seals Courtroom |
| | | | SEALED SESSION BEGINS |
| | | | Plaintiff continues direct examination of Aaron Koblin |
| PX713 | | 11:29 am | ADMITTED into Evidence: (*SEALED*) |
| PX703 | | 11:41 am | ADMITTED into Evidence: (*SEALED*) |
| PX710 | | 11:44 am | ADMITTED into Evidence: (*SEALED*) |
| PX005 | | 11:50 am | ADMITTED into Evidence: (*SEALED*) |
| PX705 | | 11:57 am | ADMITTED into Evidence: (*SEALED*) |
| PX704 | | 12:00 pm | ADMITTED into Evidence: (*SEALED*) |
| PX700 | | 12:02 pm | ADMITTED into Evidence: (*SEALED*) |
| PX682 | | 12:04 pm | ADMITTED into Evidence: (SEALED) |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| **TRIAL DATE:** December 14, 2022 | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
| | | 12:05 pm | Plaintiff completes direct examination of Aaron Koblin |
| | | 12:06 pm | Defense begins cross-examination of Aaron Koblin |
| | | 12:07 pm | PX713, previously admitted |
| | PX665 | 12:14 pm | ADMITTED into Evidence: (*SEALED*) |
| | | 12:19 pm | Defense completes sealed portion of cross-examination |
| | | | Plaintiff begins sealed portion of re-direct-examination |
| | | 12:20 pm | Plaintiff completes sealed portion of direct-examination |
| | | | Court queries Witness |
| | | 12:25 pm | Defense questions witness following on Court's query |
| | | | Plaintiff questions witness following on Court's query |
| | | 12:26 pm | SEALED SESSION ENDS |
| | | 12:27 pm | Defense continues cross-examination of Aaron Koblin |
| | PX721 | 12:30 pm | ADMITTED into Evidence: Nov-Dec 2019 Hwang/Koblin Email String re News and thanks. |
| | | 12:36 pm | Defense completes cross-examination of Aaron Koblin |
| | | 12:37 pm | Court queries Witness |
| | | 12:40 pm | Defense questions witness following on Court's query |
| | | 12:41 pm | Court seals Courtroom |
| | | 12:42 pm | SEALED SESSION BEGINS |
| | | | Plaintiff begins re-direct examination of Aaron Koblin |
| PX632 | | 12:44 pm | ADMITTED into Evidence: (*SEALED*) |
| | | 12:46 pm | Plaintiff completes re-direct examination of Aaron Koblin |

| TRIAL DATE: December 14, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 12:47 pm | Defense begins re-cross-examination of Aaron Koblin |
| | | 12:49 pm | Defense complete re-cross-examination of Aaron Koblin |
| | | | Court queries Witness |
| | | 12:50 pm | Court unseals Courtroom |
| | | 12:51 pm | SEALED SESSION ENDS |
| | | | Witness #12 Aaron Koblin excused |
| | | 12:52 pm | Court breaks for 71 minutes |
| | | 2:03 pm | Court in Session |
| | | | Plaintiff calls Witness #13 Chris Milk |
| | | 2:04 pm | Witness sworn |
| | | 2:05 pm | Plaintiff begins direct examination of Chris Milk |
| PX965 | | 2:10 pm | ADMITTED into Evidence: Website Article - N. Patel, *The best thing to do in VR is work out*, THE VERGE, Apr 13, 2021 |
| PX906 | | 2:16 pm | ADMITTED into Evidence: Oculus Website: *Introducing 'Supernatural: A Fun New Way to Stay Fit in VR*, OCULUS BLOG, April 10, 2020 |
| | | 2:19 | Court seals Courtroom |
| | | 2:20 pm | SEALED SESSION BEGINS |
| | | | PX005, previously admitted. |
| PX788 | | 2:33 pm | ADMITTED into Evidence: (*SEALED*) |
| PX730 | | 2:43 pm | ADMITTED into Evidence: (*SEALED*) |

| TRIAL DATE: December 14, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| PX619 | | 2:54 pm | ADMITTED into Evidence: (*SEALED*) |
| PX620 | | 2:56 pm | ADMITTED into Evidence: (*SEALED*) |
| PX615 | | 3:02 pm | ADMITTED into Evidence: (*SEALED*) |
| DX1083 | | 3:07 pm | ADMITTED into Evidence: (*SEALED*) |
| PX621 | | 3:12 pm | ADMITTED into Evidence: (*SEALED*) |
| PX767 | | 3:17 pm | ADMITTED into Evidence: (*SEALED*) |
| DX1100 | | 3:30 pm | ADMITTED into Evidence: (*SEALED*) |
| PX731 | | 3:33 pm | ADMITTED into Evidence: (*SEALED*) |
| | | 3:40 pm | Plaintiff completes sealed portion of direct examination of Chris Milk |
| | | 3:41 pm | Defense begins sealed portion of cross-examination of Chris Milk |
| | | 3:46 pm | DX1083, previously admitted |
| | | 3:59 pm | Court queries Witness |
| | | 4:05 pm | Counsel continues cross-examination |
| | DX1085 | 4:18 pm | ADMITTED into Evidence: (*SEALED*) |
| | DX1099 | 4:26 pm | ADMITTED into Evidence: (*SEALED*) |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| **TRIAL DATE:** December 14, 2022 | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
| | | 4:40 pm | Defense completes sealed portion of cross-examination of Chris Milk |
| | | | Plaintiff begins sealed portion of re-direct examination of Chris Milk |
| | | 4:43 pm | DX1099, previously admitted |
| | | 4:45 pm | DX1083, previously admitted |
| | | 4:49 pm | Plaintiff completes sealed portion of re-direct examination of Chris Milk |
| | | | SEALED SESSION ENDS |
| | | | Court unseals Courtroom |
| | | 4:51 pm | Defense begins cross-examination of Chris Milk |
| | DDX6 | 4:58 pm | ADMITTED into Evidence: Supernatural Demonstrative |
| | | 5:02 pm | PX620, previously admitted (*not shown publicly*) |
| | | 5:18 pm | DX1099, previously admitted (*redacted version shown publicly*) |
| | | 5:30 pm | Defense completes cross-examination of Chris Milk |
| | | | Witness #13 Chris Milk excused |
| | | | Court addresses Counsel regarding Case Management Conference on calendar for Dec 15 |
| | | | Court VACATES CMC |
| | | 5:31 pm | Court adjourns |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**