UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  *FTC v. META PLATFORMS INC., et al.*
CASE NUMBER:  5:22-CV-04325 EJD

## MINUTE ORDER AND HEARING LOG

Date:   December 16, 2022
Time in Court:    (9:52-11:53 AM; 12:19-2:05 PM; 2:25-3:11 PM; 3:41-6:13 PM)
**TOTAL Time: 7 hr**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorneys Present:    Abby Dennis, Peggy Bayer Femenella, Jeanine Balbach, Tim Singer, Andrew Lowdon, Eric Elmore, Sean Hughto, Francis Anne Johnson, Justin Epner, Adam Pergament
   Also Present:  Rebecca Hyman, Charles York, Corene Wint (*Paralegals*)
   Charles Dunkin (*Trial Technologist*)

Defendant Attorneys Present:    Mark Hansen, Chantale Fiebig, Evan Leo, Aaron Panner, Geoffrey Klineberg, John Thorne, Evan Leo, James Webster, Daniel Bird, Jacob Hartman, Ana Paul, Sam Martin, Vivian Dong, Bambo Obaro, Michael Moiseyev, Geneva Hardesty, Rachel Williams, Chris Lee, Daniel Nadratowski (*for Meta*)
Charles Loughlin, Logan M. Breed, Christopher Fitzpatrick (*for Within*)
   Also Present:  Chandler Sella, Sierra Robbins (*Paralegals*)
   Andy Mortensen (*Trial Support Specialist*)

**PROCEEDINGS:**

**Evidentiary Hearing (Day 5)**

Evidentiary Hearing held December 16, 2022. Proceedings held via Zoom Webinar remotely.
**Case Continued to December 19, 2022, at 9:00 AM, in San Jose, Courtroom 4, 5th Floor.**

*See* attached Hearing Log.

**The following exhibits were identified and offered:**
Plaintiff:
Defendants:  DX1231; (Demonstratives displayed: DDX02, DDX04, DDX10)

**The following exhibits are admitted into evidence:**
Plaintiff:
Defendants:  **DX1231; (Demonstratives received: DDX02, DDX04, DDX10)**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *FTC v. META PLATFORMS INC., et al.*
Case No:  5:22-CV-04325 EJD

## HEARING LOG

| TRIAL DATE: December 16, 2022 | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:52 am | Court in session with Counsel |
| | | 9:56 am | Defendant calls Witness #14 Mark Rabkin |
| | | 9:58 am | Witness sworn |
| | | | Defense begins direct examination of Mark Rabkin |
| | | 10:28 am | DDX2.1 – Defense Demonstrative displayed |
| | DDX2 | 10:29 am | RECEIVED:  Defense Demonstrative:  FRL Reporting (6/2021) Slide |
| | | 10:40 am | PX118, previously admitted |
| | | 10:47 am | PX179, previously admitted |
| | | 10:53 am | DDX4 Defense Demonstrative, previously displayed |
| | DDX4 | 10:55 am | RECEIVED:  Defense Demonstrative: Idea/Execution Chain Slide |
| | | 10:57 am | Defense completes direct examination of Mark Rabkin |
| | | | Plaintiff begins cross-examination of Mark Rabkin |
| | | 11:20 am | PX118, previously admitted |
| | | 11:27 am | PX179, previously admitted |
| | | 11:38 am | Plaintiff completes cross-examination of Mark Rabkin |
| | | | Court begins query of Witness |
| | | 11:50 am | Court completes query of Witness |
| | | | Defense queries Witness – following-on Court's query |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

| TRIAL DATE: December 16, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 11:52 am | Defense completes follow-on query of Witness |
| | | 11:53 am | Witness excused |
| | | 11:54 am | Court breaks for 25 minutes |
| | | 12:19 pm | Court in Session |
| | | 12:19 pm | Defense calls Witness #15 Jean-Pierre Dubé |
| | | 12:23 pm | Witness sworn |
| | | 12:24 pm | Defense begins direct examination of Jean-Pierre Dubé |
| | | 12:29 pm | Defense offers Dr. Jean-Pierre Dubé as expert witness |
| | | 12:30 pm | Witness permitted to Dr. Dubé to testify as expert witness |
| | DX1231 | 12:31 pm | ADMITTED into Evidence: 2022-11-10 Expert Report of Jean-Pierre Dubé, Ph.D. |
| | | 12:34 pm | Defense Demonstrative (*displayed*): DDX10 |
| | | 12:39 pm | DX1231, previously admitted |
| | | 12:52 pm | DDX09, previously admitted |
| | | 12:55 pm | Defense Demonstrative (*displayed*): DDX10 |
| | | 12:59 pm | DDX09, previously admitted |
| | | 1:07 pm | DX1231, previously admitted, at Table D-7 |
| | | | DDX09, previously admitted |
| | | 1:13 pm | DX1325 – *Displayed and used only as a Demonstrative* |
| | | 1:22 pm | Defense Demonstrative (*displayed*): DDX10 |
| | | 1:49 pm | PX015, previously admitted, at Table 1 |
| | | 1:59 pm | DDX10, previously admitted, at slide 7 |
| | DDX10 | 2:03 pm | RECEIVED: Slides prepared by Dr. Jean-Pierre Dubé |

| **TRIAL DATE: December 16, 2022** | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| Obj | *See* at right | 2:05 | Defense moves for admission of DX1325, DX1326, DX1327 | |
| | | | Court breaks for 20 minutes | |
| | | 2:25 pm | Court in session | |
| | | | Plaintiff begins cross-examination of Jean-Pierre Dubé | |
| | | 3:02 pm | Plaintiff completes cross-examination of Jean-Pierre Dubé | |
| | | | Court queries Witness | |
| | | 3:09 pm | Plaintiff questions Witness following-on Court's query | |
| | | | Witness #15 Jean-Pierre Dubé excused | |
| | | 3:11 pm | Court breaks for 30 minutes | |
| | | 3:41 pm | Court in Session | |
| | | | Defense Counsel calls Witnesses who will appear via Sealed Video Deposition Testimony | |
| | | 3:47 pm | SEALED SESSION BEGINS | |
| | | 3:48 pm | Video Deposition testimony of Witness #16 Jaroslav Beck begins | |
| | | 4:21 pm | Video Deposition Testimony of Witness #16 Jaroslav Beck ends. | |
| | | 4:23 pm | Video Deposition testimony of Witness #17 Bryan Choate begins | |
| | | 4:50 pm | Video Deposition Testimony of Witness #17 Bryan Choate ends | |
| | | 4:55 pm | Video Deposition testimony of Witness #18 Rafael Wyss begins | |
| | | 5:23 pm | Video Deposition Testimony of Witness #18 Rafael Wyss ends. | |
| | | 5:25 pm | Video Deposition testimony of Witness #19 Julia Klim begins | |
| | | 5:46 pm | Video Deposition Testimony of Witness #19 Julia Klim ends | |
| | | 5:57 pm | Video Deposition testimony of Witness #20 Jeffery Cain begins | |
| | | 6:13 pm | Video Deposition Testimony of Witness #20 Jeffery Cain ends | |

| TRIAL DATE: December 16, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | SEALED SESSION ENDS | |
| | | | Court adjourns | |