Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC., et al.** <br><br> Defendants. | Case No.  5:22-cv-04325-EJD <br><br> [PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED **AS MODIFIED BY THE COURT** |

Defendant Meta Platforms, Inc. ("Meta") has informed Plaintiff Federal Trade Commission ("FTC") that it believes the document referenced below contains Meta's confidential information, and the FTC has filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("FTC's Administrative Motion") in connection with Exhibit 7 to Docket Number 123 (Dkt. No. 170). The FTC, in accordance with Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions to Be Filed Under Seal | Designating Party |
|---|---|---|
| Doc No. 170, Exhibit 7 to Doc. No. 123 – FTC's Letter Dated Sept. 16 | ~~Entirety~~ Page 3, Paragraph 6, Sentence 4 | Meta |

Having considered the FTC's Administrative Motion;

IT IS HEREBY ORDERED that the Administrative Motion is:

[ ] GRANTED IN ITS ENTIRETY. The unredacted versions of Doc No. 170, Exhibit 7 to Doc. No. 123 – FTC's Letter Dated Sept. 16 shall remain under seal.

[ ] DENIED IN ITS ENTIRETY. Plaintiff FTC shall file a complete unredacted version of Doc No. 170 Exhibit 7 to Doc. No. 123 – FTC's Letter Dated Sept. 16 within 7 days entry of this Order.

[X] GRANTED/DENIED IN PART. Plaintiff FTC shall file a revised redacted version of Doc No. 170, Exhibit 7 to Doc. No. 123 – FTC's Letter Dated Sept. 16, redacting only the information contained in the ~~following~~ above specified paragraph~~s~~ within 7 days of entry of this Order.

Dated: __December 19__, 2022

_____
~~Honorable Edward J. Davila~~ Susan van Keulen
~~United States District Judge~~ United States Magistrate Judge
~~Northern District of California~~ United States District Court for the Northern District of California

~~[PROPOSED]~~ ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
CASE NO. 5:22-CV-04325-EJD