UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　Plaintiff,<br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>　　　Defendants. | Case No. 5:22-cv-04325-EJD<br><br>[PROPOSED] ORDER RE DEFENDANT META PLATFORMS, INC.'S ADMINITRATIVE MOTION TO SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 AND 79-5(c)<br><br>Dept.: Courtroom 4 – 5th Floor<br>Judge: Honorable Edward J. Davila |

With respect to information that Defendant Meta Platforms, Inc. ("Meta") designated as confidential, Defendants filed an Administrative Motion To Seal Portions of Exhibit 1 to the Parties' Joint Discovery Statement [Dkt. 144-1] Pursuant to Civil Local Rules 7-11 and 79-5(c) ("Administrative Motion"). Meta, in accordance with Civil Local Rule 79-5(c)(3), identified "in table format each document or portion thereof that is sought to be sealed," namely:

| Document | Portions To Be Filed Under Seal | Basis for Sealing Request |
|---|---|---|
| Defendants' Notice of Deposition to Plaintiff Federal Trade Commission [Dkt. No. 144-1] | Exhibits 2-3 | Exhibits 2 and 3 to the deposition notice are letters Meta's counsel sent to the FTC during the course of the FTC's investigation that contain non-public and highly sensitive information, including, but not limited to, Meta's internal documents containing analysis of the competitive landscape and strategic considerations of the acquisition. |

Having considered Meta's Administrative Motion;

IT IS HEREBY ORDERED that the Administrative Motion is:

[X]   GRANTED IN ITS ENTIRETY.   The unredacted version of Defendants' Notice of Deposition shall remain under seal.

[ ]   DENIED IN ITS ENTIRETY.   Defendants shall file a complete unredacted version the Defendants' Notice of Deposition within 7 days of entry of this Order.

[ ]   GRANTED/DENIED IN PART.   Defendants shall file a revised redacted version of Defendants' Notice of Deposition, redacting only the information contained in the following specified paragraphs within 7 days of entry of this Order.

Dated: December 19, 2022

*Susan van Keulen*

~~Edward J. Davila~~
~~UNITED STATES DISTRICT JUDGE~~

Susan van Keulen
UNITED STATES MAGISTRATE JUDGE