UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

**TITLE:** *FTC v. META PLATFORMS INC., et al.*
**CASE NUMBER:** 5:22-CV-04325 EJD

## MINUTE ORDER AND HEARING LOG

Date: December 19, 2022
Time in Court: (7:15-10:30 AM; 10:42-12:40 PM; 1:44-3:55 PM; 4:06-5:19 PM)
**TOTAL Time: 8 hr, 37 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter: Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorneys Present: Abby Dennis, Josh Goodman, Jeanine Balbach, Tim Singer, Andrew Lowdon, Francis Anne Johnson, Adam Pergament
  Also Present: Rebecca Hyman, Charles York, Corene Wint (*Paralegals*)
    Charles Dunkin (*Trial Technologist*)

Defendant Attorneys Present: Mark Hansen, Aaron Panner, Geoffrey Klineberg, John Thorne, Evan Leo, James Webster, Jacob Hartman, Ana Paul, Vivian Dong, Jaren Beim, Hannah Carlin, Bambo Obaro, Michael Moiseyev, Liz Klinger (*for Meta*)
    Charles Loughlin, Logan M. Breed, Christopher Fitzpatrick (*for Within*)
  Also Present: Chandler Sella, Sierra Robbins (*Paralegals*)
    Andy Mortensen (*Trial Support Specialist*)

**PROCEEDINGS:**

**Evidentiary Hearing (Day 6)**

Evidentiary Hearing held December 19, 2022.
**Case Continued to December 20, 2022, at 9:00 AM**

*See* attached Hearing Log.

**The following exhibits were identified and offered:**
Plaintiff: PX002, PX386, PX308, PX100
Defendants: PX172, PX411, PX469, DX1303, PX800, DX1264, DX1265, DX1267, DX1268, PX828, DX1269, DX1273, DX1282, DX1302, PX818, DX1291, DDX12, DDX14, DX1293, DX1294, DX1290, DX1232, DDX8, DX1233, DDX13

**The following exhibits are admitted into evidence:**
Plaintiff: **PX002, PX386, PX308, PX100**
Defendants: **PX172, PX411, PX469, DX1303, PX800, DX1264, DX1265, DX1267, DX1268, PX828, DX1269, DX1273, DX1282, DX1302, PX818, DX1291, DDX12, DDX14, DX1293, DX1294, DX1290, DX1232, DDX8, DX1233, DDX13**

1

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *FTC v. META PLATFORMS INC., et al.*
Case No:  5:22-CV-04325 EJD

**HEARING LOG**

| TRIAL DATE: December 19, 2022 | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 7:15 am | SEALED SESSION BEGINS |
| | | | Video Testimony of Witness # 21 Juston Payne begins |
| | | 8:13 am | Video Testimony of Juston Payne ends |
| | | 8:19 am | Video Testimony of Witness #22 Frank Casanova begins |
| | | 9:00 am | Video Testimony of Frank Casanova ends |
| | | | SEALED SESSION ENDS |
| | | 9:11 am | Court in session with Counsel |
| | | 9:15 am | Defense calls Witness #23 Andrew Bosworth |
| | *See* at right | 9:13 am | ADMITTED into Evidence:  PX172, PX411, PX469, DX1303, PX800, DX1264, DX1265, DX1267, DX1268, PX828, DX1269, DX1273, DX1282, DX1302, PX818 |
| | | 9:15 am | Witness #23 Andrew Bosworth sworn |
| | | 9:16 am | Defense begins direct examination of Andrew Bosworth |
| | | 9:17 am | Defense Demonstrative DDX2, previously received |
| | | 9:20 am | PX522, previously admitted |
| | | | DX1312, previously admitted |
| | | 9:26 am | PX118, previously admitted |
| | | 9:39 am | Defense Demonstrative DDX2, previously received |
| | | 10:09 am | Defense completes direct examination of Andrew Bosworth |
| | | 10:10 am | Plaintiff begins cross-examination of Andrew Bosworth |

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | | **TRIAL DATE:** December 19, 2022    **REPORTER:** Irene Rodriguez    **CLERK:** Cheré Robinson |
| | | 10:13 am | PX118, previously admitted |
| PX002 | | 10:22 am | ADMITTED into Evidence: 2021-10-29 Project Eden – Strategy, Rationale, Goals (redacted version displayed in Court) |
| | | 10:30 am | Court breaks for 12 minutes |
| | | 10:42 am | SEALED SESSION BEGINS |
| | | 10:43 am | Plaintiff continues cross-examination of Andrew Bosworth |
| PX386 | | 10:45 am | ADMITTED into Evidence – (*SEALED*) |
| PX308 | | 10:51 am | ADMITTED into Evidence – (*SEALED*) |
| PX100 | | 10:56 am | ADMITTED into Evidence – (*SEALED*) |
| | | 11:00 am | Defense conducts re-direct questioning of Andrew Bosworth regarding sealed testimony only |
| | | 11:01 am | Plaintiff conducts re-cross-examination of Andrew Bosworth regarding sealed testimony only |
| | | 11:03 am | SEALED SESSION ENDS |
| | | 11:04 am | Plaintiff continues cross-examination of Andrew Bosworth |
| | | 11:05 am | PX118, previously admitted |
| | | 11:07 am | Plaintiff completes cross-examination of Andrew Bosworth |
| | | 11:08 am | Court queries witness |
| | | 11:22 am | Court completes query of witness |
| | | | Witness #23 Andrew Bosworth excused |
| | | 11:23 am | Defense calls Witness #24 Jaime Pichardo Garcia |
| | | | Witness sworn |

| TRIAL DATE: December 19, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | 11:25 am | Defense begins direct examination of Jaime Garcia |
| | DX1291 | 11:28 am | ADMITTED into Evidence – Declaration of Jaime Pichardo Garcia |
| | DDX12 | 11:36 am | Defense Demonstrative RECEIVED: DDX12 – VR Hardware Platforms |
| | | 11:42 am | DX1291, previously admitted |
| | | 11:44 am | DDX14, Video played |
| | DDX14 | 11:45 am | ADMITTED into Evidence – Les Mills video |
| | | 12:05 pm | Defense completes direct examination Jaime Garcia |
| | | 12:06 pm | Plaintiff begins direct examination of Jaime Garcia |
| | | 12:12 pm | Court Seals Courtroom |
| | | 12:14 pm | SEALED SESSION BEGINS |
| | | | Plaintiff continues direct examination of Jaime Garcia |
| | | 12:27 pm | Plaintiff completes direct examination of Jaime Garcia |
| | | | Court unseals Courtroom |
| | | | SEALED SESSION ENDS |
| | | 12:28 pm | Defense begins re-direct examination of Jaime Garcia |
| | | 12:32 pm | Defense completes re-direct examination of Jaime Garcia |
| | | | Plaintiff begins re-cross examination of Jaime Garcia |
| | | | Plaintiff completes re-cross examination of Jaime Garcia |
| | | | Court queries witness |
| | | 12:39 pm | Court completes query of witness |
| | | | Witness #24 Jamie Garcia excused |
| | | 12:40 pm | Court breaks for 64 min |
| | | 1:44 pm | Court in session |

| TRIAL DATE: December 19, 2022 | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** |
| | | | Defense calls Witness #25 Eric Janszen |
| | | 1:45 pm | Witness sworn |
| | | 1:46 pm | Defense begins direct examination of Eric Janszen |
| | DX1293 | 12:51 pm | ADMITTED into Evidence: Linkedin Eric Janszen's Post re FTC sues Meta to block acquisition of VR fitness app |
| | DX1294 | 2:09 pm | ADMITTED into Evidence – 2022-08-23 Janszen Email to Hansen re FTC challenge Meta< >Within |
| | DX1290 | 2:15 pm | ADMITTED into Evidence – 2022-11-04 Declaration of Eric Janszen |
| | | 2:33 pm | Defense completes direct examination of Eric Janszen |
| | | 2:34 pm | Plaintiff begins cross-examination of Eric Janszen |
| | | 2:50 pm | Court seals Courtroom |
| | | | SEALED SESSION BEGINS |
| | | | Plaintiff continues cross-examination of Eric Janszen |
| | | 2:54 pm | Plaintiff completes cross-examination of Eric Janszen |
| | | | Court unseals Courtroom |
| | | | SEALED SESSION ENDS |
| | | 2:55 pm | Defense begins re-direct examination of Eric Janszen |
| | | 2:59 pm | Defense completes re-direct examination of Eric Janszen |
| | | | Witness #25 Eric Janszen excused |
| | | | Defense calls Witness #26 Dr. Theodore Vickey |
| | | 3:00 pm | Witness sworn |
| | | 3:01 pm | Defense begins direct examination of Dr. Theodore Vickey |
| | | 3:06 pm | Dr. Theodore permitted to testify as expert witness |
| | DX1232 | | ADMITTED into Evidence: 2022-11-11 Expert Report of Dr. Theodore Vickey |

| TRIAL DATE: December 19, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| **PLF** | **DEFT** | **TIME** | **DESCRIPTION** | |
| | DDX8 | | RECEIVED as Evidence: Demonstratives prepared by Dr. Theodore Vickey | |
| | | 3:28 pm | PX001, previously admitted | |
| | | 3:31 pm | Defense completes direct examination of Dr. Theodore Vickey | |
| | | 3:32 pm | Plaintiff begins cross-examination of Dr. Theodore Vickey | |
| | | 3:55 pm | Plaintiff completes cross-examination of Dr. Theodore Vickey | |
| | | | Witness #26 Dr. Theodore Vickey excused | |
| | | | Court breaks for 11 minutes | |
| | | 4:06 pm | Court in session | |
| | | 4:07 pm | Defense calls Witness #27 Dr. Michael Zyda | |
| | | 4:08 pm | Witness sworn | |
| | | 4:09 pm | Defense begins direct examination of Dr. Michael Zyda | |
| | | 4:15 pm | Dr. Michael Zyda may testify as expert witness | |
| | DX1233 | | ADMITTED into Evidence – 2022-11-11 Expert Report of Michael Zyda | |
| | | 4:21 pm | DDX13 Defense Demonstrative displayed | |
| | | 4:32 pm | DDX13 Defense Demonstrative displayed | |
| | DDX13 | 4:36 pm | RECEIVED into Evidence: Defense Demonstrative DDX13 | |
| | | | Defense completes direct examination of Dr. Michael Zyda | |
| | | 4:37 pm | Plaintiff begins cross-examination of Dr. Michael Zyda | |
| | | 5:13 pm | Plaintiff completes cross-examination of Dr. Michael Zyda | |
| | | | Defense begins re-direct examination of Dr. Michael Zyda | |
| | | 5:14 pm | Court seals Courtroom | |
| | | 5:15 PM | SEALED SESSION BEGINS | |

| TRIAL DATE: December 19, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | | Defense continues re-direct examination of Dr. Michael Zyda | |
| | | 5:16 pm | Defense completes re-direct examination of Dr. Michael Zyda | |
| | | | SEALED SESSION ENDS | |
| | | | Court unseals Courtroom | |
| | | | Court queries Witness | |
| | | 5:18 pm | Witness #27 Michael Zyda excused | |
| | | 5:19 pm | Court adjourns | |

Cheré Robinson
Courtroom Deputy
Original: **E-Filed**