UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Honorable Edward J. Davila
Courtroom 4 - 5th Floor

TITLE:  *FTC v. META PLATFORMS INC., et al.*
CASE NUMBER: 5:22-CV-04325 EJD

## MINUTE ORDER AND HEARING LOG

Date:   December 20, 2022
Time in Court:   (9:04-10:58 AM; 11:18-1:45 PM; 2:48-4:06 PM; 4:16-5:23 PM)
**TOTAL Time: 6 hr, 46 min**

Courtroom Deputy Clerk: Cheré Robinson
Court Reporter:  Irene Rodriguez

**APPEARANCES:**
Plaintiff Attorneys Present:   Abby Dennis, Josh Goodman, Jeanine Balbach, Tim Singer, Andrew Lowdon, Frances Anne Johnson, Adam Pergament
    Also Present:  Rebecca Hyman, Charles York, Corene Wint (*Paralegals*)
    Charles Dunkin (*Trial Technologist*)

Defendant Attorneys Present:   Mark Hansen, Aaron Panner, Geoffrey Klineberg, John Thorne, Evan Leo, James Webster, Jacob Hartman, Ana Paul, Vivian Dong, Jaren Beim, Hannah Carlin, Bambo Obaro, Michael Moiseyev, Liz Klinger (*for Meta*)
    Charles Loughlin, Logan M. Breed, Christopher Fitzpatrick (*for Within*)
    Also Present:  Chandler Sella, Sierra Robbins (*Paralegals*)
    Andy Mortensen (*Trial Support Specialist*)

**PROCEEDINGS:**

**Evidentiary Hearing (Day 7)**

Evidentiary Hearing held December 20, 2022.


*See* attached Hearing Log.

**The following exhibits were identified and offered:**
Plaintiff:   PX559, PX937, PX975, PX957, PX954, PX560, PX123, PX435, PDX2
Defendants:  DX1251, DX1255, DX1256, DX1257, DX1245, DX1247, DX1248, PX823, PX824, DDX11

**The following exhibits are admitted into evidence:**
Plaintiff:   **PX559, PX937, PX975, PX957, PX954, PX560, PX123, PX435, PDX2**
Defendants:  **DX1251, DX1255, DX1256, DX1257, DX1245, DX1247, DX1248, PX823, PX824, DDX11**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HONORABLE EDWARD J. DAVILA

Case Name:  *FTC v. META PLATFORMS INC., et al.*
Case No:  5:22-CV-04325 EJD

## HEARING LOG

| TRIAL DATE: December 20, 2022 | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|

| PLF | DEFT | TIME | DESCRIPTION |
|---|---|---|---|
| | | 9:04 am | Court in session |
| | | | Court addresses gallery re photography and video/audio recording |
| | *See* at right | 9:06 am | ADMITTED into Evidence: DX1251, DX1255, DX1256, DX1257, DX1245, DX1247, DX1248, PX823, PX824 |
| | | | Plaintiff calls Witness #28 Mark Zuckerberg |
| | | 9:07 am | Witness sworn |
| | | 9:09 am | Plaintiff begins direct examination of Mark Zuckerberg |
| PX559 | | 9:13 am | ADMITTED into Evidence – 2015-06-22 Zuckerberg Email to Schroepfer, Zoufonoun, Iribe, Wehner, Sandberg, Rose, Cox, Stretch re VR / AR strategy and Unity |
| PX937 | | 9:25 am | ADMITTED into Evidence – 2022-02-02 Meta Platforms, Inc. Form 10-K, YE December 31, 2021 |
| PX975 | | 9:28 am | ADMITTED into Evidence – 2022-10-26 Meta Platforms, Inc. Form 10-Q, QE September 30, 2022 |
| | | 9:30 am | Court seals Courtroom |
| | | 9:31 am | SEALED SESSION BEGINS |
| | | | Plaintiff continues direct examination of Mark Zuckerberg |
| | | 9:38 am | SEALED SESSION ENDS |
| | | | Court unseals Courtroom |
| | | 9:39 am | Plaintiff continues direct examination of Mark Zuckerberg |
| PX957 | | 9:55 am | ADMITTED into Evidence – Transcript re 2022-04-27 Meta Platforms, Inc. (FB) Q1 2022 Earnings Conference Call |

| TRIAL DATE: December 20, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| PX954 | | 10:08 am | ADMITTED into Evidence – Transcript re 2021-07-28 Facebook, Inc. (FB) Q2 2021 Earnings Conference Call | |
| | | 10:05 am | PX118, previously admitted | |
| PX560 | | 10:11 am | ADMITTED into Evidence – 2021-09-15 Whatsapp Chat | |
| PX123 | | 10:15 am | ADMITTED into Evidence – 2021-09-15 Workplace Chat | |
| | | 10:17 am | Plaintiff completes direct examination of Mark Zuckerberg | |
| | | | Defense begins cross-examination of Mark Zuckerberg | |
| | | 10:40 am | Defense completes cross-examination of Mark Zuckerberg | |
| | | | Court queries Witness | |
| | | 10:57 am | Court completes query of Witness | |
| | | | Witness #28 Mark Zuckerberg excused | |
| | | 10:58 am | Court breaks for 20 minutes | |
| | | 11:18 am | Court in session | |
| | | 11:19 am | Defense calls Witness #29 Dr. Dennis Carlton | |
| | | 11:20 am | Witness sworn | |
| | | | Defendant begins direct examination of Dr. Dennis Carlton | |
| | | 11:27 am | Witness permitted to testify as expert witness | |
| | DDX11 | 11:30 am | RECEIVED as Demonstratives: (*SEALED*) Defense Demonstratives DDX11 | |
| | | 12:00 pm | Court seals Courtroom | |
| | | 12:01 pm | SEALED SESSION BEGINS | |
| | | | Defense continues direct examination of Dr. Dennis Carlton | |
| | | 12:21 pm | Defense completes sealed direct examination of Dr. Dennis Carlton | |
| | | | Please begins sealed cross examination of Dr. Dennis Carton | |

| TRIAL DATE: December 20, 2022 | | | REPORTER: Irene Rodriguez | CLERK: Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 12:48 pm | Plaintiff completes sealed cross-examination of Dr. Dennis Carlton | |
| | | | Defense begins sealed re-direct examination of Dr. Dennis Carlton | |
| | | 12:51 pm | Court unseals Courtroom | |
| | | 12:52 pm | SEALED SESSION ENDS | |
| | | 12:53 pm | Defense continues direct examination of Dr. Dennis Carlton | |
| | | 12:55 pm | DDX11, previously received, is displayed | |
| | | 1:44 pm | Defense completes direct examination of Dr. Dennis Carlton | |
| | | 1:45 pm | Court breaks for 63 minutes | |
| | | 2:48 pm | Court in session | |
| PX435 | | 2:49 pm | ADMITTED into Evidence - (*SEALED*) | |
| | | | Plaintiff begins cross-examination of Dr. Dennis Carlton | |
| | | 3:35 pm | Displayed - PDX2 (Demonstrative Slide DDX1.4 – *VR Device and App Sellers*) | |
| PDX2 | | 3:54 pm | RECEIVED into Evidence: (Plaintiff Demonstrative – Slide DDX1.4 – *VR Device and App Sellers* | |
| | | | Plaintiff completes cross-examination of Dr. Dennis Carlton | |
| | | | Court queries Witness | |
| | | 4:03 pm | Court completes query of Witness | |
| | | | Witness #29 Dr. Dennis Carlton excused | |
| | | 4:06 pm | Court breaks for 10 minutes | |
| | | 4:16 pm | Court in session | |
| | | 4:16 pm | Plaintiff begins closing argument (*with presentation*) | |
| | | 4:42 pm | Plaintiff completes closing argument | |
| | | 4:43 pm | Defense (Meta) begins closing argument (*with presentation*) | |

| **TRIAL DATE:** December 20, 2022 | | | **REPORTER:** Irene Rodriguez | **CLERK:** Cheré Robinson |
|---|---|---|---|---|
| PLF | DEFT | TIME | DESCRIPTION | |
| | | 5:10 pm | Defense (Meta) completes closing argument | |
| | | | Defense (Within) begins closing argument | |
| | | 5:20 pm | Defense (Within) completes closing argument | |
| PDX4 | DX7 | 5:21 pm | RECEIVED into Evidence: Demonstratives re Closing Arguments | |
| | | 5:22 pm | Court takes matter under submission | |
| | | 5:23 pm | Court is Concluded | |
| | | | Counsel to submit stipulated list of documents not otherwise presented during hearings with which the Court may consider | |