MICHAEL MOISEYEV (pro hac vice)
michael.moiseyev@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Mark C. Hansen (pro hac vice)
mhansen@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

Attorneys for Defendant META
PLATFORMS, INC.

(Additional Counsel Listed on Signature Page)

CHRISTOPHER J. COX (Bar No. 151650)
chris.cox@hoganlovells.com
HOGAN LOVELLS US LLP
855 Main St., Suite 200
Redwood City, CA 94063
Telephone: (650) 463-4000
Facsimile: (650) 463-4199

Attorneys for Defendant WITHIN
UNLIMITED, INC.

ABBY L. DENNIS (DC Bar No. 994476)
adennis@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
Telephone: (202) 326-2381

Attorneys for Plaintiff FEDERAL TRADE
COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE: TEMPORARY RESTRAINING ORDER**<br><br>Dept.: Courtroom 4 – 5th Floor<br>Honorable Edward J. Davila |

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward J. Davila*

Plaintiff Federal Trade Commission ("FTC"), and Defendants Meta Platforms, Inc. ("Meta") and Within Unlimited, Inc. ("Within," and collectively, "Defendants"), through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on July 27, 2022, the FTC filed a Complaint for a Temporary Restraining Order and Preliminary Injunction pursuant to Section 13(b) of the Federal Trade Commission Act concerning

the proposed acquisition of Within Unlimited, Inc. by Meta Platforms, Inc. (the "Proposed Transaction") (D.E. 1);

WHEREAS, on August 4, 2022, Plaintiff and Defendants stipulated to a Temporary Restraining Order ("TRO") and agreed that Meta and Within would not close or consummate the Proposed Transaction until after 11:59 PM Eastern Time on December 31, 2022, or until the first (1st) business day after the District Court rules on the FTC's request for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, whichever occurs earlier in time, and this Court so ordered the stipulation on August 5, 2022 (*see* D.E.s 53, 56);

WHEREAS Plaintiff and Defendants have agreed to extend the TRO by one month to ensure this Court has sufficient time to rule on the FTC's request for a preliminary injunction before the TRO expires;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the TRO shall be extended to either January 31, 2023 at 11:59 PM Eastern Time, or until the first (1st) business day after the District Court rules on the FTC's request for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, whichever occurs earlier in time; Plaintiff and Defendants further stipulate that:

a) In connection with the TRO, Meta and Within shall take any and all reasonable and practicable steps to prevent any of their officers, directors, domestic or foreign agents, divisions, subsidiaries, affiliates, partnerships, or joint ventures from closing or consummating, directly or indirectly, the Proposed Transaction; and

b) In computing any period of time specified in this attachment, the day of the act, event, or default that triggers the period shall be excluded. The term "business day" as used in this attachment refers to any day that is not a Saturday, Sunday, or federal holiday.

In stipulating to extend the TRO, Meta, Within, and the FTC do not waive any objections, arguments, or protections, and otherwise expressly reserve all rights.

Dated:  December 19, 2022                    Respectfully submitted,

                                             META PLATFORMS, INC.

                                             By:  /s/ Bambo Obaro

BAMBO OBARO (Bar No. 267683)
bambo.obaro@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065-1134
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

MICHAEL MOISEYEV (*pro hac vice*)
michael.moiseyev@weil.com
CHANTALE FIEBIG (*pro hac vice*)
chantale.fiebig@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

LIZ RYAN (*pro hac vice*)
liz.ryan@weil.com
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201
Telephone: (214) 746-7700
Facsimile: (214) 746-7777

ERIC S. HOCHSTADT (*pro hac vice*)
eric.hochstadt@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Mark C. Hansen (*pro hac vice*)
mhansen@kellogghansen.com
Geoffrey M. Klineberg (*pro hac vice*)
gklineberg@kellogghansen.com
Aaron M. Panner (*pro hac vice*)
apanner@kellogghansen.com
KELLOGG, HANSEN, TODD, FIGEL &
FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900

Attorneys for Defendant META PLATFORMS, INC.

| | | |
|---|---|---|
| 1 | Dated: December 19, 2022 | Respectfully submitted, |
| 2 | | WITHIN UNLIMITED, INC. |
| 3 | | By: /s/ Christopher J. Cox |
| 4 | | |
| 5 | | CHRISTOPHER J. COX (Bar No. 151650)<br>chris.cox@hoganlovells.com<br>HOGAN LOVELLS US LLP |
| 6 | | 855 Main St., Suite 200 |
| 7 | | Redwood City, CA 94063<br>Telephone: (650) 463-4000 |
| 8 | | Facsimile: (650) 463-4199 |
| 9 | | LAUREN BATTAGLIA (*pro hac vice*)<br>lauren.battaglia@hoganlovells.com |
| 10 | | LOGAN M. BREED (*pro hac vice*) |
| 11 | | logan.breed@hoganlovells.com<br>BENJAMIN HOLT (*pro hac vice*) |
| 12 | | benjamin.holt@hoganlovells.com<br>CHARLES A. LOUGHLIN (*pro hac vice*) |
| 13 | | chuck.loughlin@hoganlovells.com<br>HOGAN LOVELLS US LLP |
| 14 | | Columbia Square, 555 Thirteenth St., NW |
| 15 | | Washington, D.C. 20004<br>Telephone: (202) 637-5600 |
| 16 | | Facsimile: (202) 637-5910 |
| 17 | | Counsel for WITHIN UNLIMITED, INC. |
| 18 | Dated: December 19, 2022 | Respectfully submitted, |
| 19 | | FEDERAL TRADE COMMISSION |
| 20 | | |
| 21 | | By: /s/ Abby L. Dennis |
| 22 | | ABBY L. DENNIS (DC Bar No. 994476)<br>adennis@ftc.gov |
| 23 | | Peggy Bayer Femenella (DC Bar No. 472770)<br>pbayer@ftc.gov |
| 24 | | Joshua Goodman<br>jgoodman@ftc.gov |
| 25 | | Jeanine Balbach<br>jbalbach@ftc.gov |
| 26 | | James H. Weingarten (DC Bar No. 985070) |
| 27 | | jweingarten@ftc.gov<br>Michael Barnett (TX Bar No. 24006801) |
| 28 | | mbarnett@ftc.gov |

E. Eric Elmore
eelmore@ftc.gov
Justin Epner (DC Bar No. 1028431)
jepner@ftc.gov
Sean D. Hughto (DC Bar No. 421224)
shughto@ftc.gov
Frances Anne Johnson
fjohnson@ftc.gov
Andrew Lowdon (DC Bar No. 230095)
alowdon@ftc.gov
Lincoln Mayer
lmayer@ftc.gov
Susan A. Musser (DC Bar No. 1531486)
smusser@ftc.gov
Adam Pergament
apergament@ftc.gov
Kristian Rogers (MA Bar No. 675951)
krogers@ftc.gov
Anthony R. Saunders (NJ Bar No. 008032001)
asaunders@ftc.gov
Timothy Singer (DC Bar No. 1048769)
tsinger@ftc.gov
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

Erika Wodinsky (Bar No. 091700)
ewodinsky@ftc.gov
90 7th Street, Suite 14-300
San Francisco, CA 94103
Telephone: (415) 848-5190
Facsimile: (415) 848-5184

Attorneys for Plaintiff FEDERAL TRADE COMMISSION

**FILER'S ATTESTATION**

I, Abby Dennis, am the ECF User whose ID and password are being used to file the foregoing document. In compliance with Civil Local Rule 5-1(h)(3), I attest that concurrence in this filing has been obtained from the other signatories above.

By: */s/ Abby Dennis*

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED that the Temporary Restraining Order previously stipulated to in this action (D.E.s 53, 56) shall be extended to either January 31, 2023 at 11:59 PM **Pacific Standard** ~~Eastern~~ Time, or until the first (1st) business day after the District Court rules on the FTC's request for a preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, whichever occurs earlier in time.

Dated:   December 21, 2022                    _____
                                              Honorable Edward J. Davila
                                              United States District Court Judge