Lauren Battaglia (*pro hac vice*, DC Bar No. 1007093)
Logan M. Breed (*pro hac vice*, DC Bar No. 479628)
Benjamin Holt (*pro hac vice*, DC Bar No. 483122)
Charles A. Loughlin (*pro hac vice*, DC Bar No. 448219)
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth St., NW
Washington, D.C. 20004
Telephone No.: (202) 637-5600
Facsimile No.: (202) 637-5910
lauren.battaglia@hoganlovells.com
logan.breed@hoganlovells.com
benjamin.holt@hoganlovells.com
chuck.loughlin@hoganlovells.com

Christopher J. Cox (Bar No. 151650)
HOGAN LOVELLS US LLP
855 Main St.
Suite 200
Redwood City, CA 94063
Telephone No.: (650) 463-4000
Facsimile No.: (650) 463-4199
chris.cox@hoganlovells.com

*Counsel for Defendant*
*Within Unlimited, Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., et al.,<br><br>Defendants. | Case No. 5:22-cv-04325-EJD<br><br>**DEFENDANT WITHIN UNLIMITED, INC.'S STATEMENT IN SUPPORT OF SEALING CERTAIN CONFIDENTIAL BUSINESS MATERIAL FILED BY PLAINTIFF PROVISIONALLY UNDER SEAL [ECF NO. 515] [L.R. 79-5(f)(3)].** |

Pursuant to Civil Local Rule 79-5(f)(3), Defendant Within Unlimited, Inc. ("Within") respectfully requests that the Court maintain under seal its confidential information, which was provisionally filed under seal pursuant to Plaintiff Federal Trade Commission's ("FTC" or "Plaintiff") Sealing Motion ("Plaintiff's Motion") (ECF No. 515). Within respectfully requests that the Court consider this submission, which supports the Plaintiff's Motion.

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 1 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about the proposed valuation of Within, a private company. That amount reflects the confidential and sensitive analysis of both Meta and Within, and could impact Within's business if the transaction is enjoined. This information could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this document, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 122 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about the proposed valuation of Within, a private company. That amount reflects the confidential and sensitive analysis of both Meta and Within, and could impact Within's business if the transaction is enjoined. This information could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this document, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 124 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR industry, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 129 | Table 1 | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR industry, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 145(b) | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the fitness industry, as well as a contemplated third-party relationship, all of which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 149 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the fitness industry, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 152 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the fitness industry, as well as a contemplated third-party relationship, all of which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 153 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential financial and transactional information, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 154 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the fitness industry, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 157 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 158 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential financial and transactional information, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 159(a) | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential financial and transactional information, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 161 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 162 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 163 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 165 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 166 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 167 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 168 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 171 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 193 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 213 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 214 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its relationship with investors, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 215 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its relationship with investors, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 216 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 217 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 218 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 219 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 220 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 221 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and its appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 222 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business and employment strategy, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 223 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential employment communications, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 224 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business and employment strategy, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 293 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business and employment strategy, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 294 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business and employment strategy, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 295 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business and employment strategy, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 318 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about the Meta-Within transaction, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 323 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential financial and valuation information, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 339 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 340 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 341 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 342 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 347 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential employment communications, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 375 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Finding of Fact ¶ 376 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Finding of Fact ¶ 377 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Conclusion of Law ¶ 85 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential financial and transactional information, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Conclusion of Law ¶ 94 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Conclusion of Law ¶ 140 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential valuation information and non-public information about the propose Meta-Within transaction, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Conclusion of Law ¶ 147 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy, potential product plans, and appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Conclusion of Law ¶ 148 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Conclusion of Law ¶ 155 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential business strategy and appraisal of the VR and fitness industries, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Conclusion of Law ¶ 170 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential financial and strategic business information, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Conclusion of Law ¶ 171 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential financial and strategic business information, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Conclusion of Law ¶ 172 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about the Meta-Within transaction, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Conclusion of Law ¶ 173 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about the Meta-Within transaction, which could be used to injure Within if it were made publicly available. Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

| Page and Line | Portion(s) to Maintain Under Seal | Basis for Sealing Request |
|---|---|---|
| Portion of Conclusion of Law ¶ 174 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about the Meta-Within transaction, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Conclusion of Law ¶ 175 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about the Meta-Within transaction, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |
| Portion of Conclusion of Law ¶ 178 | All information highlighted yellow in the unredacted FoF-CoL | This excerpt contains non-public information about Within's confidential financial and strategic business information, which could be used to injure Within if it were made publicly available.  Legitimate private interests warrant the sealing of the Within information in this excerpt, and the unsealing of the information would result in injury to Within that could not be avoided through any less restrictive alternative to sealing. |

Parties seeking to seal portions of pleadings and motions that are "more than tangentially related to the underlying cause of action" must offer "compelling reasons" in support of sealing. *See, e.g., FTC v. Qualcomm Inc.*, No. 17-CV-00220-LHK, 2019 WL 95922, at *1 (N.D. Cal. Jan. 3, 2019); *Lenovo (United States) Inc. v. IPCom GmbH & Co., KG,* No. 19-CV-01389-EJD, 2022

WL 2313948, at *1 (N.D. Cal. June 28, 2022) (same). Under this standard, "information that, if published, may harm [a litigant's] or third parties' competitive standing" is subject to sealing. *Qualcomm Inc.*, No. 17-CV-00220-LHK, 2019 WL 95922, at *3. Courts applying this standard in this District regularly seal information about a party's "financial and business information, including information relating to pricing and business strategies." *X One, Inc. v. Uber Techs., Inc.*, No. 16-CV-06050-LHK, 2020 WL 718310, at *3 (N.D. Cal. Feb. 12, 2020); *see also Krieger v. Atheros Commc'ns, Inc.*, No. 11-CV-00640-LHK, 2011 WL 2550831 at *1 (N.D. Cal. June 25, 2011) (granting sealing motion as to material that disclosed "financial projections, discussions of business strategy, and competitive analyses"); *cf. Lyft, Inc. v. AGIS Software Dev. LLC*, No. 21-cv-04653-BLF, 2022 WL 2135757, at *2 (N.D. Cal. May 2, 2022) (slip op.) (applying the good cause standard but collecting cases concluding that the compelling reasons standard is met by "business information that might harm a litigant's competitive strategy," "trade secrets, marketing strategies, product development plans, . . . customer information, and internal reports"); *see also Nixon v. Warner Commc'ns, Inc*., 435 U.S. 589, 598 (1978) (Courts in this Circuit regularly find that sealing is warranted where the records or information that is sought to be sealed could be used "as sources of business information that might harm a litigant's competitive standing."). This Court has "broad latitude" to grant protective orders to prevent disclosure of "many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002).

The confidential information that Within seeks to maintain under seal contains sensitive non-public financial and strategic information that, if revealed to the public, would harm its competitive standing. The information at issue falls within the categories of information that courts in this District regularly maintain under seal. This request reflects Within's considered and good faith efforts to seek the most narrow sealing practicable that protects legitimate confidentiality interests.  Within also joins in Meta's sealing requests concerning ECF No. 515.

In addition, sealing is appropriate because Within produced to the FTC much of the information at issue pursuant to the FTC's investigation, with an expectation of confidentiality.

1 Throughout the entirety of that investigation, this information remained protected from public

2 disclosure under statutory confidentiality provisions. *See* 15 U.S.C. § 18a(h); 15 U.S.C. § 57b-2.

3 This context supports sealing the information at issue here. *See FTC v. Lockheed Martin Corp.*, No.

4 1:22-cv-00174, 2022 WL 1446650, at *2 (D.D.C. Jan. 25, 2022) (slip op.) ("According to the FTC,

5 sealing the complaint is appropriate . . . because the filing includes confidential information

6 submitted . . . pursuant to [such statutory confidentiality guarantees]. The Court agrees that sealing

7 the Complaint is appropriate.").

8   For these reasons, Within respectfully requests that the Court grant Plaintiff's Motion to

9 maintain under seal the material noted above.

Hogan Lovells US LLP
Attorneys At Law

DEFENDANT WITHIN UNLIMITED, INC.'S Civ. L. R. 79-5 (F)(3) Statement    22    Case No. 5:22-cv-04325-EJD

1    Dated: January 3, 2023                 Respectfully submitted,

2                                           By: */s/ Charles A. Loughlin*
3                                           Charles A. Loughlin (*admitted pro hac vice*)
                                            Lauren Battaglia (*admitted pro hac vice*)
4                                           Logan M. Breed (*admitted pro hac vice*)
                                            Benjamin Holt (*admitted pro hac vice*)
5                                           HOGAN LOVELLS US LLP
                                            Columbia Square
6                                           555 Thirteenth St., NW
                                            Washington, D.C. 20004
7                                           Telephone No.:  (202) 637-5600
                                            Facsimile No.:  (202) 637-5910
8                                           chuck.loughlin@hoganlovells.com
                                            lauren.battaglia@hoganlovells.com
9                                           logan.breed@hoganlovells.com
                                            benjamin.holt@hoganlovells.com
10

11                                          Christopher J. Cox (Bar No. 151650)
12                                          HOGAN LOVELLS US LLP
                                            855 Main St.
13                                          Suite 200
                                            Redwood City, CA 94063
14                                          Telephone No.:  (650) 463-4000
                                            Facsimile No.:  (650) 463-4199
15                                          chris.cox@hoganlovells.com

16

17                                          *Counsel for Defendant Within Unlimited, Inc.*

18

19

20

21

22

23

24

25

26

27

28