MOLLY M. JENNINGS (*pro hac vice*)
  Molly.Jennings@wilmerhale.com
**WILMER CUTLER PICKERING
  HALE AND DORR LLP**
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorney for Defendant Meta Platforms, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | Case No. 5:22-cv-04325-EJD |
| Plaintiffs, | |
| v. | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| META PLATFORMS, INC., et. al., | Judge: Hon. Edward J. Davila |
| Defendant. | |

| | |
|---|---|
| 1 | TO: THE COURT, ALL PARTIES AND COUNSEL OF RECORD: |
| 2 | **PLEASE TAKE NOTE THAT** as of January 23, 2022, the Washington, DC office of |
| 3 | Wilmer Cutler Pickering Hale and Dorr LLP has relocated. The new mailing address for Molly |
| 4 | Jennings is: |

**WILMER CUTLER PICKERING HALE AND DORR LLP**

**2100 Pennsylvania Ave, NW**

**Washington, DC 20037**

Molly Jennings's telephone number and email address have not changed.

Dated: January 23, 2023

Respectfully submitted,

By: /s/ Molly Jennings

MOLLY M. JENNINGS (*pro hac vice*)
Molly.Jennings@wilmerhale.com
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Ave NW
Washington, DC 20037
Telephone: (202) 663-6000

*Attorney for Defendant Meta Platforms, Inc.*