Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;
jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **META PLATFORMS, INC., et al.** <br><br> Defendants. | Case No. 5:22-cv-04325-EJD <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF FEDERAL TRADE COMMISSION'S EMERGENCY MOTION FOR AN EXTENSION OF THE JOINT STIPULATED TRO** |

Plaintiff Federal Trade Commission's Emergency Motion for an Extension of the Joint Stipulated TRO pursuant to Federal Rule of Civil Procedure 65(b)(2) was submitted to this Court on January 31, 2023. Having considered the Motion and given the exigent circumstances that require immediate consideration of the Motion by this Court, the Court finds that:

1. Entry of a brief extension of the Joint Stipulated TRO (Dkt. No. 508) until after 11:59 p.m. Pacific Time on the first business day after the Court rules on the FTC's Motion for a Preliminary Injunction, or in the alternative, until after 11:59 p.m. Pacific Time on February 7, 2023, will preserve the status quo until the Court rules on the preliminary injunction and the parties can determine their immediate next steps;
2. This relief is in the public interest; and
3. Defendants will suffer no harm or little harm from this brief extension of the Joint Stipulated TRO.

NOW, THEREFORE, IT IS

ORDERED, that the Federal Trade Commission's Emergency Motion for an Extension of the Joint Stipulated TRO is GRANTED; and

ORDERED, that Defendants Meta and Within are hereby enjoined and restrained from consummating the Acquisition, or otherwise effecting a combination of Defendants' operations until after 11:59 p.m. Pacific Time on the first business day after the Court rules on the FTC's Motion for a Preliminary Injunction, or in the alternative, until after 11:59 p.m. Pacific Time on February 7, 2023.

IT IS SO ORDERED.

Dated: _____, 2023

_____
Honorable Edward J. Davila
United States District Judge
Northern District of California