IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC., *et al.*,<br><br>Defendants. | Case No. 5:22-CV-04325 EJD (SVK) |

**ADMITTED TRIAL EXHIBIT LIST**

*REDACTED PUBLIC VERSION*

ADMITTED TRIAL EXHIBIT LIST
*FTC v. Meta Platforms Inc. and Within Unlimited, Inc.*
5:22-cv-04325 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| DX1309 | 2019-03-18 Chang Email to Fell, Epps re [Required Reading] Approvals and Process, and attachment: Approval_Authority_Matrix_(FB)_-_2018-06-19_effective_date.pdf | 12/08/2022 | Rade Stojsavljevic* |
| DX1311 | 2020-08-28 Email Meeting Invite re DOCUMENTATION: Content Greenlight Process, and attachments: AR_VR Content Team_ Greenlight & OCEM Process – Onboarding Breakout Session.pdf; FRL Content Greenlight (GL).pdf | 12/08/2022 | Rade Stojsavljevic* |
| DX1312 | 2020-08-03 Bosworth Email to AR/VR ALL re [AR/VR ALL] I just shared this post which updates and… | 12/08/2022 | Rade Stojsavljevic*<br>Andrew Bosworth |
| PX111 | 2021-02-23 Mrabkin@fb.com Workplace Chat | 12/08/2022 | Rade Stojsavljevic* |
| PX121 | 2021-03-25 Seiden Email to Stojsavljevic re Beat Saber x Peloton Proposal – FRL, and attachment: 20210325 Beat Saber x Peloton Proposal.pdf | 12/08/2022 | Rade Stojsavljevic* |
| PX127 | 2021-03-10 VR Fitness Content investment thesis v2 (*redline document*) | 12/08/2022 | Rade Stojsavljevic* |
| PX144 | 2021-03-08 janec@fb.com/Stojsavljevic Workplace Chat String | 12/08/2022 | Rade Stojsavljevic* |
| PX179 | March 2021 Dass/Stojsavljevic/Shiao/Rabkin/Verdu Email String re Pre-read for Fitness Investments | 12/08/2022 | Rade Stojsavljevic*<br>Michael Verdu<br>Mark Rabkin |
| PX189 | 2021-02-16 Stojsavljevic, Ferdu Workplace Chat String | 12/08/2022 | Rade Stojsavljevic* |
| PX293 | 2021-03-05 Dass Meeting Invite to Stojsavljevic and Chiao re VR Fitness 1P thesis | 12/08/2022 | Rade Stojsavljevic* |

*Sponsoring Witness

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| PX315 | 2022-03-30 FRL Analytics Insights Email to Stojsavljevic re Oculus Daily Update – Tuesday March 29th (*Confidential – Not Shown Publicly*) | 12/08/2022 | Rade Stojsavljevic* |
| PX341 | 2021-06-11 Stojsavljevic/Sciamanna Workplace Chat String | 12/08/2022 | Rade Stojsavljevic* |
| PX522 | 2021-01-22 dyee@fb.com, Stojsavljevic, Yee and Doran Workplace Chat String | 12/08/2022 | Rade Stojsavljevic* Andrew Bosworth |
| PX524 | 2021-02-19 Verdu Meeting Invite | 12/08/2022 | Rade Stojsavljevic* |
| PX525 | 2021-02-23 Stojsavljevic/Clover Workplace Chat String | 12/08/2022 | Rade Stojsavljevic* |
| PX527 | Presentation - Operation Twinkie | 12/08/2022 | Rade Stojsavljevic* |
| PX555 | 2022-06-08 Presentation - RL Digital Revenue Q2'22 Studio Updates PPT | 12/08/2022 | Rade Stojsavljevic* |
| PX561 | 2021-03-11 Stojsavljevic/Verdu Workplace Chat String | 12/08/2022 | Rade Stojsavljevic* |
| DX1313 | VR Device and App Sellers (Demonstrative) | 12/09/2022 | Christopher Pruett* |
| PX117 | 2021-06-10 Verdu Email to Schroepfer re Project Eden | 12/09/2022 | Michael Verdu* |
| PX118 | March 2021 Rabkin, Chiao, Verdu, Zuckerberg, Bosworth Email String re Onward | 12/09/2022 | Michael Verdu* Mark Rabkin Andrew Bosworth Mark Zuckerberg |
| PX162 | 2019-10-17 Verdu Email to Bosworth, Rabkin re Project Saturday: Stretegy, Rationale, Goals; and Attachment: Project Saturday Stregy_Rationale_Goals.pdf | 12/09/2022 | Michael Verdu* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| PX170 | (SEALED) | 12/09/2022 | Michael Verdu* |
| PX193 | 2021-03-05 Verdu/Pruett Email String re Org Friction with Anand | 12/09/2022 | Michael Verdu* |
| PX200 | 2019-10-24 Pruett Email to Langan re Boz follow up on video | 12/09/2022 | Michael Verdu* |
| PX239 | (SEALED) | 12/09/2022 | Michael Verdu* |
| PX246 | Dec 2019-Jan 2020 Verdu/Pruett/Rachitsky Email String re Within's New Quest Exercise Program: Supernatural | 12/09/2022 | Christopher Pruett* Dr. Hal Singer |
| PX249 | 2019-08-20 Verdu Email to Serra, Barrios, Stojsavljevic, Goepfert, Fitzgerald re Thoughts on different paths for Beat Saber for holiday 2020 (Miramar launch) | 12/09/2022 | Michael Verdu* |
| PX250 | 2019-12-18 Verdu Email to AR/VR ALL re [AR/VR ALL] Broadening the audience for VR | 12/09/2022 | Michael Verdu* |
| PX276 | (SEALED) – | 12/09/2022 | Christopher Pruett* |
| PX277 | (SEALED) – | 12/09/2022 | Christopher Pruett* |
| PX294 | 2021-02-12 Workplace Chat | 12/09/2022 | Michael Verdu* |
| PX342 | 2019-09-30 Verdu Email to Blumberger, Serra, Stojsavljevic, Rabkin re Project Saturday; and Attachment: Project Saturday Update.pdf | 12/09/2022 | Michael Verdu* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| PX346 | 2021-02-25 VR Fitness Content M&A Thesis [WIP] – redlined doc | 12/09/2022 | Michael Verdu* |
| PX465 | 2021-06-29 Pruett/Chyi Workplace Chat | 12/09/2022 | Christopher Pruett* |
| PX466 | 2020-02-11 Verdu/Pruett Workplace Chat | 12/09/2022 | Christopher Pruett* |
| PX480 | 2021-04-07 Pruett/Chyi Workplace Chat | 12/09/2022 | Christopher Pruett* |
| PX494 | (SEALED) – | 12/09/2022 | Christopher Pruett* |
| PX497 | What to Expect When Monetizing (redline document) | 12/09/2022 | Christopher Pruett* |
| PX568 | 2020-09-22 Meeting Invite: A&A Rabkin Live; Rabkin Live – Michael Verdu, VP Content | 12/09/2022 | Michael Verdu* |
| PX570 | 2021-02-24 Verdu/Hu Workplace Chat | 12/09/2022 | Michael Verdu* |
| PX576 | 2021-06-23 Seefeldt/Verdu Workplace Chat | 12/09/2022 | Michael Verdu* |
| PX579 | 2021-07-29 Slevin/Verdu Workplace Chat | 12/09/2022 | Michael Verdu* |
| PX962 | (SEALED) – | 12/09/2022 | Christopher Pruett* |
| DDX09 | Defense Demonstrative: Responses from Survey Participants (150) (DX1314 (Singer Backup Data)) (Received) | 12/13/2022 | Dr. Hal J. Singer* Jean-Pierre Dubé |
| DX1296 | (SEALED) | 12/13/2022 | Dion Sanders* |
| DX1297 | (SEALED) | 12/13/2022 | Dion Sanders* |
| DX1298 | Peloton Form 10-K for fiscal year ended June 30, 2022 | 12/13/2022 | Dion Sanders* |

*Sponsoring Witness

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| DX1300 | (SEALED) | 12/13/2022 | Dion Sanders* |
| DX1301 | (SEALED) | 12/13/2022 | Dion Sanders* |
| PDX1 | Plaintiff Demonstrative: Slides prepared by Hal Singer (Received) | 12/13/2022 | Dr. Hal J. Singer* |
| PX001 | 2022-06-06 Weil Gotshal & Manges Letter/White Paper to FTC re Request for Additional Information and Documentary Material Issued to Meta Platforms, Inc., FTC File No. 222-0040 | 12/13/2022 | Dr. Hal J. Singer* |
| PX015 | 2022-10-27 Expert Report of Hal J. Singer, Ph.D. [Confidential] | 12/13/2022 | Dr. Hal J. Singer* |
| PX016 | 2022-11-21 Reply Expert Report of Hal J. Singer, Ph.D. [Confidential] | 12/13/2022 | Dr. Hal J. Singer* Dr. Dennis Carlton |
| PX120 | 2021-10-27 Green/Rabkin/Carmack Email String re Connect Notes | 12/13/2022 | John Carmack* |
| PX181 | 2019-05-21 / 2018-10-24 Email String re The Problem with Facebook and Virtual Reality (Stratechery Daily Update 10-24-2018) | 12/13/2022 | John Carmack* |
| PX318 | 2021-06-22 Chang PM re Oculus Quest 2 (Miramar) XFN | 12/13/2022 | John Carmack* |

*Sponsoring Witness

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| PX361 | 2019-05-21 Carmack Email to Tseng re up-the-chain emails, and attachments: 2018-09-20 Carmack Email to Barra, Bosworth, Zuckerberg, Jhaveri; 2018-07-23 Carmack Email to Barra, Bosworth, Schroepfer, Zuckerberg; 2018-07-18 Carmack Email to Zuckerberg, Schroepfer; 2018-07-18 Carmack Email to Barra, Bosworth, Schroepfer, Zuckerberg, 2018-05-29 Carmack Email to Bosworth, Schroepfer, Zuckerberg; 2018-05-10 Carmack Email to Zuckerberg, Schroepfer, Bosworth; 2018-05-08 Carmack Email to Zuckerberg, Schroepfer, Bosworth; 201706-23 Carmack Email to Barra, Schroepfer, Zuckerberg; 2017-06-22 Carmack Email to Barra, Schroepfer, Zuckerberg; 2017-06-06 Carmack Email to Barra, Schroepfer, Zuckerberg; 2017-12-29 Carmack Email to Zuckerberg, Schroepfer, Bosworth, Barra; 2017-05-15 Carmack Email to Barra, Schroepfer, Zuckerberg; 2017-12-21 Carmack Email to Zuckergerg, Schroepfer, Bosworth; 2017-12-12 Carmack Email to Zuckerberg, Schroepfer, Bosworth, Barra; 2017-09-13 Carmack Email to Barra, Bosworth; Schroepfer, Zuckerberg; 2017-08-24 Carmack Email to Bosworth | 12/13/2022 | John Carmack* |
| PX437 | 2019-01-14 Carmack PM re Oculus Quest XFN | 12/13/2022 | John Carmack* |
| PX839 | (SEALED) | 12/13/2022 | Dion Sanders* |
| DDX06 | Defense Demonstrative: Supernatural Video (Received) | 12/14/2022 | Chris Milk* |
| DX1083 | (SEALED) | 12/14/2022 | Chris Milk* |
| DX1085 | (SEALED) | 12/14/2022 | Chris Milk* |
| DX1099 | (SEALED) | 12/14/2022 | Chris Milk* |

*Sponsoring Witness

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| DX1100 | (SEALED) | 12/14/2022 | Chris Milk* |
| DX1286 | (SEALED) | 12/14/2022 | Olivia Lange* |
| DX1287 | (SEALED) | 12/14/2022 | Olivia Lange* |
| DX1295 | (SEALED) | 12/14/2022 | James Healey* |
| PX005 | (SEALED) | 12/14/2022 | Aaron Koblin*<br>Chris Milk |
| PX023 | (SEALED) | 12/14/2022 | Dorrie Paynter* |
| PX024 | (SEALED) | 12/14/2022 | Lawrence Cibula* |
| PX514 | (SEALED) | 12/14/2022 | Melissa Brown* |
| PX615 | (SEALED) | 12/14/2022 | Chris Milk* |
| PX619 | (SEALED) | 12/14/2022 | Chris Milk* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| PX620 | (SEALED) | 12/14/2022 | Chris Milk* |
| PX621 | (SEALED) | 12/14/2022 | Chris Milk* |
| PX632 | (SEALED) | 12/14/2022 | Aaron Koblin* |
| PX665 | Oct 2020 Hwang/Chan/Siverman/Cowling Email String re Some thoughts on 'Live' Classes | 12/14/2022 | Aaron Koblin* |
| PX682 | (SEALED) | 12/14/2022 | Aaron Koblin* |
| PX700 | (SEALED) | 12/14/2022 | Aaron Koblin* |
| PX703 | (SEALED) | 12/14/2022 | Aaron Koblin* |
| PX704 | (SEALED) | 12/14/2022 | Aaron Koblin* |
| PX705 | (SEALED) | 12/14/2022 | Aaron Koblin* |
| PX710 | (SEALED) | 12/14/2022 | Aaron Koblin* |
| PX713 | (SEALED) | 12/14/2022 | Aaron Koblin* |
| PX721 | Nov-Dec 2019 Hwang/Koblin Email String re News and thanks. | 12/14/2022 | Aaron Koblin* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| PX730 | (SEALED) | 12/14/2022 | Chris Milk* |
| PX731 | (SEALED) | 12/14/2022 | Chris Milk* |
| PX767 | (SEALED) | 12/14/2022 | Chris Milk* |
| PX786 | (SEALED) | 12/14/2022 | Lawrence Cibula* |
| PX788 | (SEALED) | 12/14/2022 | Chris Milk* |
| PX830 | (SEALED) | 12/14/2022 | James Healey* |
| PX906 | Oculus Website: *Introducing 'Supernatural: A Fun New Way to Stay Fit in VR*, OCULUS BLOG, April 10, 2020 | 12/14/2022 | Chris Milk* |
| PX965 | Website Article - N. Patel, *The best thing to do in VR is work out*, THE VERGE, Apr 13, 2021 | 12/14/2022 | Chris Milk* |
| DDX02 | Defense Demonstrative: FRL Reporting (6/2021) Slide (Received) | 12/16/2022 | Mark Rabkin* Andrew Bosworth |
| DDX04 | Defense Demonstrative: Idea/Execution Chain Slide (Received) | 12/16/2022 | Mark Rabkin* |
| DDX10 | Defense Demonstrative: Slides prepared by Dr. Jean-Pierre Dubé (Received) | 12/16/2022 | Jean-Pierre Dubé* |
| DX1231 | 2022-11-10 Expert Report of Jean-Pierre Dubé, Ph.D. | 12/16/2022 | Jean-Pierre Dubé* |

*Sponsoring Witness

# ADMITTED TRIAL EXHIBIT LIST
*FTC v. Meta Platforms Inc. and Within Unlimited, Inc.*
5:22-cv-04325 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| DDX12 | Defense Demonstrative: VR Hardware Platforms | 12/19/2022 | Jaime Garcia* |
| DDX13 | Defense Demonstratives prepared by Dr. Michael Zyda | 12/19/2022 | Michael Zyda* |
| DDX14 | Defense Demonstrative: Les Mills video | 12/19/2022 | Jaime Garcia* |
| DDX8 | Defense Demonstratives prepared by Dr. Theodore Vickey | 12/19/2022 | Theodore Vickey* |
| DX1232 | 2022-11-11 Expert Report of Dr. Theodore Vickey | 12/19/2022 | Theodore Vickey* |
| DX1233 | 2022-11-11 Expert Report of Michael Zyda | 12/19/2022 | Michael Zyda* |
| DX1264 | (SEALED) | 12/19/2022 | Bryan Choate* |
| DX1265 | (SEALED) | 12/19/2022 | Bryan Choate* |
| DX1267 | (SEALED) | 12/19/2022 | Bryan Choate* |
| DX1268 | (SEALED) | 12/19/2022 | Bryan Choate* |
| DX1269 | (SEALED) | 12/19/2022 | Julia Klim* |
| DX1273 | (SEALED) | 12/19/2022 | Julia Klim* |
| DX1282 | (SEALED) | 12/19/2022 | Julia Klim* |
| DX1290 | 2022-11-04 Declaration of Eric Janszen | 12/19/2022 | Eric Janszen* |
| DX1291 | Declaration of Jaime Pichardo Garcia | 12/19/2022 | Jaime Garcia* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| DX1293 | Linkedin Eric Janszen's Post re FTC sues Meta to block acquisition of VR fitness app | 12/19/2022 | Eric Janszen* |
| DX1294 | 2022-08-23 Janszen Email to Hansen re FTC challenge Meta<>Within | 12/19/2022 | Eric Janszen* |
| DX1302 | (SEALED) | 12/19/2022 | Raphael Wyss* |
| DX1303 | (SEALED) | 12/19/2022 | Jeremy Cain* |
| PX002 | 2021-10-29 Project Eden – Strategy, Rationale, Goals (Confidential) | 12/19/2022 | Andrew Bosworth* |
| PX100 | (SEALED) | 12/19/2022 | Andrew Bosworth* |
| PX172 | (SEALED) | 12/19/2022 | Jaroslav Beck* |
| PX308 | (SEALED) | 12/19/2022 | Andrew Bosworth* |
| PX386 | (SEALED) | 12/19/2022 | Andrew Bosworth* |
| PX411 | (SEALED) | 12/19/2022 | Jaroslav Beck* |
| PX469 | (SEALED) | 12/19/2022 | Jaroslav Beck* |

ADMITTED TRIAL EXHIBIT LIST
*FTC v. Meta Platforms Inc. and Within Unlimited, Inc.*
5:22-cv-04325 EJD

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| PX800 | (SEALED) | 12/19/2022 | Jeremy Cain* |
| PX818 | (SEALED) | 12/19/2022 | Raphael Wyss* |
| PX828 | (SEALED) | 12/19/2022 | Juston Payne* |
| DDX11 | Received: (SEALED) | 12/20/2022 | Dennis Carlton* |
| DX1230 | Expert Report of Dr. Dennis Carlton | 12/20/2022 | Dennis Carlton* |
| DX1245 | (SEALED) | 12/20/2022 | Juston Payne* |
| DX1247 | (SEALED) | 12/20/2022 | Juston Payne* |
| DX1248 | (SEALED) | 12/20/2022 | Juston Payne* |
| DX1251 | (SEALED) | 12/20/2022 | Frank Cassanova* |
| DX1255 | (SEALED) | 12/20/2022 | Frank Cassanova* |
| DX1256 | (SEALED) | 12/20/2022 | Frank Cassanova* |
| DX1257 | (SEALED) | 12/20/2022 | Frank Cassanova* |
| PDX2 | Plaintiff Demonstrative – Slide DDX1.4 – *VR Device and App Sellers* | 12/20/2022 | Dennis Carlton* |

| Exhibit | Description | Date Admitted | Witness(es) |
|---|---|---|---|
| PX123 | 2021-09-15 Workplace Chat | 12/20/2022 | Mark Zuckerberg* |
| PX435 | (SEALED) | 12/20/2022 | Dennis Carlton* |
| PX559 | 2015-06-22 Zuckberg Email to Schroepfer, Zoufonoun, Iribe, Wehner, Sandberg, Rose, Cox, Stretch re VR / AR strategy and Unity | 12/20/2022 | Mark Zuckerberg* |
| PX560 | 2021-09-15 Whatsapp Chat | 12/20/2022 | Mark Zuckerberg* |
| PX823 | (SEALED) | 12/20/2022 | Juston Payne* |
| PX824 | (SEALED) | 12/20/2022 | Juston Payne* |
| PX917 | Transcript re 2022-04-27 Meta Platforms, Inc. (FB) Q1 2022 Earnings Conference Call | 12/20/2022 | Mark Zuckerberg* |
| PX937 | 2022-02-02 Meta Platforms, Inc. Form 10-K, YE December 31, 2021 | 12/20/2022 | Mark Zuckerberg* |
| PX954 | Transcript re 2021-07-28 Facebook, Inc. (FB) Q2 2021 Earnings Conference Call | 12/20/2022 | Mark Zuckerberg* |
| PX975 | 2022-10-26 Meta Platforms, Inc. Form 10-Q, QE September 30, 2022 | 12/20/2022 | Mark Zuckerberg* |