1

2

3

4

5

6

7

8                                     UNITED STATES DISTRICT COURT

9                                   NORTHERN DISTRICT OF CALIFORNIA

10                                            SAN JOSE DIVISION

11    FEDERAL TRADE COMMISSION,                          Case No. 5:22-cv-04325-EJD

12              Plaintiff,                               [PROPOSED] ORDER ON JOINT
                                                         ADMINISTRATIVE MOTION
13       v.                                              REQUESTING *IN CAMERA* TREATMENT
                                                         OF CERTAIN ODDERS LAB AND BLACK
14    META PLATFORMS, INC., et al.,                      BOX VR MATERIALS ON EXHIBIT LIST

15              Defendants.                              Dept.:  Courtroom 4 – 5th Floor
                                                         Judge:  Honorable Edward J. Davila
16

17

18

19

20

21

22

23

24

25

26

27

28

With respect to certain documents that appear on Defendants' exhibit list, non-parties Odders Lab ("Odders") and Black Box VR ("Black Box," together the "Non-Parties") and Defendant Meta Platforms, Inc. ("Meta") filed a Joint Administrative Motion Requesting *In Camera* Treatment Of Certain Odders Lab And Black Box VR Materials On Exhibit List ("Administrative Motion"). The Non-Parties and Meta identified in table format each document sought to be granted *in camera* treatment, namely:

| Document | Information Requested For *In Camera* Treatment | Designating Party |
|---|---|---|
| DX1220<br><br>Transcript of Jaime Pichardo Garcia Deposition | Entire Document | Odders Lab |
| DX1289<br><br>Transcript of Preston Lewis Deposition | Entire Document | Black Box VR |

Having considered the Non-Parties' and Meta's Administrative Motion, the Court finds that there are compelling reasons to protect the foregoing Odders Lab and Black Box VR materials from public disclosure.

Accordingly, the Administrative Motion is **GRANTED**. IT IS HEREBY **ORDERED** that the deposition transcripts of Jaime Pichardo Garcia and Preston Lewis shall be granted *in camera* treatment and shall not become part of the public record in the above-referenced matter.

Dated:   February 7, 2023

Edward J. Davila
UNITED STATES DISTRICT JUDGE