UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                    Plaintiff,<br><br>         v.<br><br>META PLATFORMS, INC., et al.,<br><br>                    Defendants. | Case No. 5:22-cv-04325-EJD<br><br>[~~PROPOSED~~] **ORDER GRANTING NON-PARTY VALVE CORPORATION'S ADMINISTRATIVE MOTION FOR IN CAMERA TREATMENT OF CERTAIN EXHIBITS OF DEFENDANT META PLATFORMS, INC. AND TO SEAL THE COURTROOM DURING PRESENTATION OF CERTAIN CONFIDENTIAL MATERIAL AT THE HEARING FOR A PRELIMINARY INJUNCTION** |

Non-Party Valve Corporation's ("Valve") Administrative Motion for In Camera Treatment of Certain Exhibits of Defendant Meta Platforms, Inc. and to Seal the Courtroom During Presentation of Certain Confidential Material at the Hearing for a Preliminary Injunction came on for hearing on __December 19, 2022__, at _9:00_ a.m./~~p.m.~~ before this Court, the Honorable Edward J. Davila presiding.

After full consideration of the evidence, memorandum of points and authorities, declarations and exhibits submitted, IT IS HEREBY ORDERED THAT:

1. Valve's Motion is GRANTED.

2. The Court finds good cause for the following documents and information in them to be granted in camera treatment and to be sealed in all respects in connection with the preliminary injunction hearing in this action currently scheduled to begin on December 8, 2022:

| Revised Exhibit No. | Document Name | Beginning Bates Number |
|---|---|---|
| DX1229 | Deposition of Jeff Cain | N/A |
| DX1303 | Presentation: An Update on VR at Valve | VALVE_META-FTC_000001 |
| DX1304 | Valve Corporation, Valve Index - LTD P&L | VALVE_META-FTC_000042 |
| DX1305 | Ratio of VR Only and VR Supported games granted to total games granted on Stream | VALVE_META-FTC_000044 |
| DX1306 | Monthly Top Apps | VALVE_META-FTC_000045 |

IT IS FURTHER ORDERED THAT, should the above documents be presented at the preliminary injunction hearing scheduled to begin on December 8, 2022, all individuals present in the courtroom (in person or remotely), except outside counsel of record and court personnel, shall be removed from the courtroom prior to any introduction into evidence of, reading of excerpts from, or discussion of the contents of the aforementioned confidential documents.

DATED: February 7, 2023

_____
The Honorable Edward J. Davila
Judge, United States District Court