Abby L. Dennis, DC Bar No. 994476
Peggy Bayer Femenella, DC Bar No. 472770
Joshua Goodman, NY Bar (No Number)
Jeanine Balbach, MD Bar (No Number)

Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580
Tel: (202) 326-2381

*adennis@ftc.gov; pbayer@ftc.gov;*
*jgoodman@ftc.gov; jbalbach@ftc.gov*

[Additional counsel identified on signature page in accordance with Local Rule 3-4(a)(1)]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>        Plaintiff,<br><br>   v.<br><br>**META PLATFORMS, INC., et al.**<br><br>        Defendants. | Case No.  5:22-cv-04325-EJD<br><br>**[~~PROPOSED~~] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET NO. 432** |

With respect to Plaintiff Federal Trade Commission's ("FTC") Motion To Remove Incorrectly Filed Document: Docket No. 432;

IT IS HEREBY ORDERED that the Motion is GRANTED. Docket No. 432 shall be removed from the docket.


Dated:  February 7, 2023

Honorable Edward J. Davila
United States District Judge
Northern District of California

[PROPOSED] ORDER ON PLAINTIFF FEDERAL TRADE COMMISSION'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENT
CASE NO. 5:22-CV-04325-EJD