UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC., et al.,<br><br>Defendants. | Case No.   5:22-cv-04325-EJD<br><br>**ORDER ON INTENT TO UNSEAL** |

On January 31, 2023, the Court denied Plaintiff's motion for preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act. The Court initially posted the order under seal and subsequently posted a public version with redactions. ECF Nos. 546, 549. Given that the January 31 Order resolved the only relief sought in the Complaint, "effectively terminat[ing] the litigation and constitute[ing] a final order," *FTC v. Hackensack Meridian Health, Inc.*, 30 F.4th 160, 165 n.2 (3d Cir. 2022), the Court is prepared to close the matter.

Before it does, in light of the public's interest and right of access to the full reasoning in the Court's decision, the parties SHALL submit a joint statement within 14 days of this Order, setting forth their positions and supporting bases as to whether the Court's January 31 Order may be unsealed in its entirety. The parties are also DIRECTED to consult with third parties whose confidential information is implicated by the sealed and redacted portions of the January 31 Order.

**IT IS SO ORDERED.**

Dated: July 17, 2023

EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-04325-EJD
ORDER ON INTENT TO UNSEAL

1