UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS INC., et al.,<br><br>Defendants. | Case No. 5:22-cv-04325 EJD<br><br>**JUDGMENT** |

On January 31, 2023, the Court denied Plaintiff's motion for preliminary injunction pursuant to Section 13(b) of the Federal Trade Commission Act, resolving the only relief sought in the Complaint. ECF No. 546. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 13, 2023

EDWARD J. DAVILA
United States District Judge